# Exhibit 89

## Grand Jury Testimony of Danny Thomas

28

```
 1              Dan Thomas,

 2  having been sworn, testified upon his oath as follows:

 3              DIRECT EXAMINATION

 4  BY MR. BROWN:

 5      Q.   Mr. Thomas, would you introduce yourself,

 6  please?

 7      A.   My name is Danny Thomas.  I am the father of

 8  Andre.

 9      Q.   Mr. Thomas, I am Joe Brown and I am the Grayson

10  County Attorney and we met briefly last week at the grand

11  jury session.  Have we spoken to any degree before this?

12      A.   No.

13      Q.   Mr. Thomas, this is the Grayson County grand

14  jury.  Do you understand that they are looking into

15  charges of capital murder against Andre Thomas, your son?

16  Do you understand that?

17      A.   Yes, I do.

18      Q.   Let me go over a couple of things that will

19  help us go quicker in here.  This lady is writing down

20  everything that you say;  okay?

21      A.   Okay.

22      Q.   And she can't write down nods of the head or

23  huh-huh or uh-huh.  Okay?

24      A.   All right.

25      Q.   So if I prompt you and ask you to say yes or
```

**5681**

1      Q.    Are you the maintenance man or are there others

2   that work out there?

3      A.    I have a supervisor.

4      Q.    You and one other man?

5      A.    Yes, sir.

6      Q.    And Crossroads, that is where Andre was living?

7      A.    That is where Andre was living.

8      Q.    Do you live out there too?

9      A.    Yes, I do.

10     Q.    Do you live in a separate trailer than Andre?

11     A.    Yes, I do.

12     Q.    Was it close by?

13     A.    It was like a block away.

14     Q.    How long have you worked there for the

15   Crossroads Mobile Homes?

16     A.    I have been living there like twelve or

17   thirteen years maybe.  During that time or the whole

18   time, I believe it has been twelve or thirteen years

19   maybe.

20     Q.    Have you been living there and working there?

21     A.    Yes, sir.

22     Q.    Have you held any other jobs during that time?

23     A.    No.

24     Q.    Tell us about yourself growing up.  Where did

25   you grow up, schools and things like that?

5683

1      A.     I grew up in Denison, Texas.   ~~I have a twelfth~~

2  ~~grade education.~~

3      Q.     Denison High School?

4      A.     Terrell High School, Denison, Texas.   ~~I have~~

5  ~~three years of military background after high school.  I~~

6  ~~was drafted during the Vietnam era.~~

7      Q.     Did you serve in Vietnam?

8      A.     No.  As far as I got was in Germany.  I made it

9  three years.

10      Q.     Did you see any combat?

11      A.     No.  It was just as bad where I was.  It was

12  just like combat.

13      Q.     How so?  How was it like combat?

14      A.     Because like where I was stationed, the guys

15  that were already in Vietnam, they came back from when

16  they were discharged, they had to come through my sector,

17  coming back from the states.  It was just like they were

18  coming out of the battle field.

19      Q.     ~~So you saw the effect from the battle field on~~

20  ~~the men as they came through?~~

21      A.     ~~Yes.~~

22             GRAND JURY MEMBER:  What was your rank?

23             MR. THOMAS:  I was E-four over two.  It

24  was the same as sergeant.

25      **5684** I am sorry.  I am not as familiar with it.

AT005676

1      A.    It was E-four over two.  It was the same as

2  sergeant.

3              GRAND JURY MEMBER:  I can't hear.

4              MR. BROWN:  If there is anybody that wants

5  to come down here to sit, feel free to do that.

6      Q.    So you said three years in the military?

7      A.    Yes, sir.

8      Q.    That was when?  How old were you then?

9      A.    Oh.

10     Q.    Was it when you were just out of high school?

11     A.    Yes, fresh out of high school.  I think it was

12  April the tenth of 1969 through January the sixteenth of

13  1972.

14     Q.    You got out of high school.  What did you do

15  after that?

16     A.    I moved to Oklahoma City.  I became a welder.

17     Q.    How long did you live in Oklahoma City?

18     A.    Until I was drafted that next year on April the

19  tenth.

20     Q.    Until you were drafted.  So this was before the

21  military that you went to Oklahoma City?

22     A.    Yes.

23     Q.    When you got out of the military, what did you

24  do?

25     A.    I went to work at the Corps of Engineers at the

**5685**

1   Denison Dam at Lake Texoma.  That is where I became like

2   a road operator, saving people's lives going point to

3   point, doing everything I had to as far as road service

4   or whatever.

5        Q.   Okay.

6        A.   Then I went to Grayson County College.

7        Q.   How long did you work you at the Corps of

8   Engineers?

9        A.   About a little less than two years.

10       Q.   Was this in the seventies?

11       A.   Yes, sir.

12       Q.   Then you went to Grayson County College?

13       A.   Yes, sir.

14       Q..  Did you get a degree from there?

15       A.   Oh, no.

16       Q.   Did you just take classes?

17       A.   I became ill.  I had kidney problems.  So I

18  just dropped out.  It was too much for me working full

19  time for the Corps of Engineers and going full time to

20  college.  So I just could not make it.  I cannot do the

21  college because I felt I had enough education from my

22  military.

23       Q.   So you worked for a couple of years at the

24  Corps of Engineers and what did you do after that?

25  **5686**  A.   After the Corps of Engineers I think I went to,

1   since I was already in Grayson College, I worked there an

2   attendant on the golf course there.

3        Q.   How long did you do that?

4        A.   About five years, I believe it was.

5        Q.   Walk us through your job history after that.

6        A.   I think after that I went to work for Anderson

7   Grain Company out of West Texas.  I worked for them for

8   about three years maybe.  I was a supervisor there.  I

9   was at the elevator.  I was operating the elevators.

10  After Anderson Grain I don't know.  I can't remember.

11       Q.   Okay.

12       A.   That is too far back.

13       Q.   If you remember any as we go along, feel free

14  to add some.  Are you a married man?

15       A.   I would like to say I am still married.

16       Q.   Are you and Rochelle still married technically?

17       A.   Technically, yes.

18       Q.   When did you all marry?

19       A.   On, something like that twenty-six years ago.

20       Q.   Okay.

21       A.   I think on April the fifteenth of whatever year

22  it was.

23       Q.   April the fifteenth, twenty-six years ago?

24       A.   Yes.

25       Q.   Have you ever been married to anybody else?

**5687**

1   no, I am doing that for her benefit and I am not trying

2   to be rude.  Okay?

3        A.    Okay.

4        Q.    Do you understand that you are under oath here

5   today; is that correct?

6        A.    I understand.

7        Q.    And you were sworn in outside the chamber

8   today?

9        A.    Yes, I was.

10       Q.    Do you understand the penalties of perjury

11  apply?

12       A.    I understand.

13       Q.    Do you know what perjury is?  Tell me what

14  perjury is.

15       A.    Lying.

16       Q.    Lying under oath.  I appreciate your

17  understanding of that.  Mr. Thomas, give us a little

18  background on yourself.  How old of a man are you?

19       A.    I am fifty-five years odd.  I will ~~be fifty-six~~

20  on November the first.

21       Q.    All right.  You are fifty-five years old.  What

22  do you do for a living?

23       A.    I work for, ~~I am the maintenance man at the~~

24  ~~Crossroads Trailer Park.  I have been there~~ for twelve or

25  ~~thirteen years maybe.~~

```
 1   that was the last one because, you know, after four

 2   before that and you know, I was tired of babies.

 3        Q.    And but you and Rochelle, were you living

 4   together at that time?

 5        A.    I think right before Andre was born, she had

 6   gone back to Muskogee where her mother was.  That is

 7   where she brought Andre in.  She was always like leaving

 8   or something like that, being separated or whatever.  I

 9   don't know or whatever.

10        Q.    So there were periods during that time period

11   where you would be together or not be together?

12        A.    Oh, sure.

13        Q.    But was it regular marital problems or is there

14   anything specific that stands out what caused these

15   separations?

16        A.    Nothing in particular about the separations.

17   I never could understand why her leaving that way.

18        Q.    Some people separate for different reasons.

19   You know, some people have substance abuse.  Sometimes

20   there is violence in the families.  Sometimes there is

21   infidelity.  Were there any of those things?

22        A.    Not to my knowledge.

23        Q.    Did either of one you have substance abuse or

24   alcohol or drug problems while the kids were growing up?

25        A.    Excuse me.
```

**5689**

1    Q.    Did either one of you or Rochelle have

2    substance abuse problems or either drug problems or

3    alcohol problems while the kids were growing up?

4    A.    No.

5    Q.    Have you ever had an alcohol problem?

6    A.    I would say no.

7    Q.    Well, that leaves me to believe that there

8    might be a little bit more to it than that.  Tell us

9    about that.

10    A.    Sometimes people have assumed the fact or at

11    least they have thought I had an alcohol problem.

12    Q.    Tell us about that.

13    A.    Well, all I did was drink beer or whatever.

14    She said it was a problem.  But she did not say that

15    then, you know, like.

16    Q.    When did she start saying alcohol was the

17    problem?

18    A.    As a matter of fact, she never did.  She never

19    did say that.  It was never brought up.  There was never

20    an argument between her and me or whatever, you know.  We

21    never let the kids see us argue or fight or tried not to

22    anyway, you know.  That wasn't the problem.  That was not

23    the problem.

24    Q.    So did you ever get any treatment for alcohol

25    abuse?

AT005682

```
 1        A.    Yes.  At one period of time I was state
 2   appointed to a facility.  I think I spent eighteen days
 3   there at Wichita Falls.
 4        Q.    Was that for alcohol problems?
 5        A.    Alcohol problems because I got in a fight.  I
 6   was court appointed and it was within one hour after I
 7   was arrested I went to the facility in Wichita Falls
 8   because I had a fight.
 9        Q.    The facility in Wichita Falls, I think that is
10   today there is a mental hospital that we take people to.
11   Was this a mental commitment?
12        A.    No.
13        Q.    Was this strictly for the alcohol?
14        A.    Yes.
15        Q.    Do you remember what year this was?
16        A.    No, not specifically.  It was like 1985 or
17   1986.  1986.
18        Q.    So your recollection is it was within an hour
19   of your arrest, you were shipped off to Wichita Falls?
20        A.    Yes, sir.
21        Q.    I am not aware of a procedure today to do that.
22   Do you know what?  Was this for a criminal case?
23        A.    No.  It wasn't a criminal case.
24        Q.    Who sent you to Wichita Falls?
25        A.    Some judge.
```

**5691**

1    Q.    A judge?

2    A.    Yes, right here.

3    Q.    Do you remember which court it was?

4    A.    No.

5    Q.    And as far as you know, it was strictly because

6  of alcohol?

7    A.    Yes, that is what it was for.

8    Q.    So we were talking about when Andre was born,

9  you and Rochelle were kind of separated at that time?

10   A.    Yes, sir.

11   Q.    After Andre was born, did there come a time you

12  were back in the house living full time?

13   A.    I was in the house all the time.  I was in the

14  house all the time.

15   Q.    Did you live with them after Andre was born?

16   A.    Sure.

17   Q.    For how long straight did you live with them?

18   A.    During the whole time they were there until she

19  decided to leave again or whatever.

20   Q.    When she would leave, are we talking about for

21  a few days at a time or are we talking about months or

22  years at a time?

23   A.    There were times like three months at the time

24  or something like that.

25   Q.    So Mr. Thomas, let me share with you here why

**5692**

1  we are going over all of this.  Okay?  Do you understand

2  that Andre's upbringing and what is going on with him is

3  going to be important in what happens to him?

4       A.   I understand that.

5       Q.   I am trying to get an idea from you as to what

6  Andre's life was like and anything that you want to tell

7  the grand jury about Andre.  Okay?

8       A.   He was just a sweet, lovable child.  He was the

9  baby.  He was always the baby.  We called him "Sweet

10  Tuny."

11       Q.   Sweet what?

12       A.   Sweet Tuny.

13       Q.   Tuny?  Like tuna fish?

14       A.   Yes.

15       Q.   What does that mean, sweet tuny?

16       A.   It let him know he was the baby.

17       Q.   What does Sweet Tuny refer to?

18       A.   He was sweet, I guess.

19       Q.   I thought there might be something to it that

20  it refers to.

21       A.   That is what he was always called was Sweet

22  Tuny.  He was the baby.  You know, he was the baby.  He

23  had his ways.  He was like most babies.  He never was a

24  problem.  It was nothing like that.  We gave him a lot of

25  love.  They were happy, you know.

**5693**

1        Q.    So from the time Andre was born until he was

2   eighteen, were you living in the house the majority of

3   the time?

4        A.    Yes, I was there all the time.

5        Q.    All the time.  Were there times that you were

6   not in the house during those eighteen years?  I don't

7   mean specific nights.  I just mean long periods were you

8   out of the picture?

9        A.    In 1986 she had came back from wherever she was

10  up there in Oklahoma.  That was when, I want to say our

11  legal separation where the police were involved and they

12  said that it would be best and that was the date of our

13  separation and that is when I left my house, not

14  willingly.

15       Q.    That was when?

16       A.    That was 1985 or 1986.  I never returned home

17  because it was best, you know.

18       Q.    Wait a minute.  Andre is only twenty-one.  So

19  he was born in 1983 or somewhere around there?

20       A.    I guess.

21       Q.    So this was when Andre was pretty young?

22       A.    Oh, yes.  He was definitely young.

23       Q.    Tell me about this incident where the police

24  were involved.

25       A.    Let me see.  As far as I can remember, this one

1   particular night I had my other son with me and he had

2   backed into a Dearborn heater or a range.  I know that it

3   had not healed.

4        Q.   He was burned?

5        A.   It burned him.  So when I went to pull up his

6   underwear and everything, so he was crying and he was not

7   usually crying so I know ---  I took him to the hospital

8   to make a long story short.  And I noticed they kept him

9   in the hospital for a long time.  They never would come

10  in there to tell me what had happened.  So I asked them,

11  you know, and the next thing I know this Child Protective

12  Agency came through the door and I didn't know nothing

13  about him from Adam.

14            So after that they put him in the

15  hospital.  So I had to notify Rochelle and I could not

16  find her is what it was.  And she came in and she was

17  hysterical and everything.  So that started.  She started

18  a big ruckus there and, you know, hollering and whatever.

19       Q.   So you were watching the kids at that time and

20  Rochelle was not living there?

21       A.   No, she was there.  She was gone out.

22       Q.   She had gone been out that night?

23       A.   Yes.  Anyway that was the last time I was home

24  because I never went back home.

25       Q.   You never, ever went back home?

43

1     A.   Not to live.

2     Q.   So from the time that happened when Andre was a

3 baby or a toddler, would you say?

4     A.   Yes.

5     Q.   You did not live in the house after that; is

6 that right?

7     A.   That's right.

8     Q.   How much were you involved with Andre's life

9 after that?

10    A.   Constantly, those, all four or five of those

11 boys moved back to Denison for a while.  They would

12 always come to Denison.  They would ride their bicycles.

13 They would get there any way they could.  She even

14 brought them over.  They were my life all the time.  They

15 still are.

16    Q.   Do they stay with you frequently?

17    A.   Oh, yes.  They come over there.  They would

18 skip school sometimes to be with me because I lived in

19 the part of Denison where I mean it was like growing up

20 free.  I lived in the east part of Denison.  I lived by a

21 creek where they would enjoy themselves, swinging out of

22 trees, swim in the creek.  There was a big underground

23 swimming hole that was full of water.  They just would

24 rather be with me, you know.  That is the way it was.

25    Q.   ~~Sons growing up,~~ would you say Andre spent more

**5696**

AT005688

1  time with you or his mama? '

2      A.   Oh, it was about half and half because they

3  would come all of them.

4      Q.   Tell us what kind of a boy he was when he was

5  young.  When he was ten years old or younger?

6      A.   Andre was, he was always brilliant.  He was

7  always making something.  We used to call him the "mad

8  scientist" because he was always inventing stuff.  He had

9  a mind like I don't know.  When he was supposed to be in

10  school, you know, we never had to worry about him making

11  a bad grade or anything.

12          That is the way he was.  He was always

13  playing, you know, talking above himself.  I mean, by

14  himself I mean stuff that was normal, I mean, people do.

15  He would invent stuff.  He would do things.  He had an

16  extraordinary mind.  And like I say we never had to worry

17  about none of them.  All of them, all of the boys were,

18  they were very intelligent, you know, whether they used

19  it or not.

20      Q.   Do you remember him taking any tests or you

21  know, they give regular tests at the schools.  Now I

22  guess it is the TASS test or the TACTS test or something

23  like that.  Do you remember any of those tests?  Do you

24  remember how he scored on any of those tests or things

25  like that?

1      A.    No, but I understood that in his class, he and

2  Laura were at the top of their class.  They had put them

3  like where the rest of the class was over there because

4  they were two peas in the pot, so to speak.  They were

5  the head of the class or whatever you know, in books.

6      Q.    Sue if anybody ever said that Andre at any

7  point was mentally retarded, what would you say?

8      A.    I would not say he was retarded, no.

9      Q.    He never showed any signs of being retarded;

10  did he?

11      A.    Not retarded.  I would not say retarded.

12      Q.    In fact, he was brighter than most kids?

13      A.    I would say that.

14      Q.    Did he ever have any trouble learning things?

15      A.    No.

16      Q.    What about discipline problem with Andre

17  growing up?

18      A.    I never had to discipline, only the two oldest

19  ones maybe once.  I can't remember.  But I never

20  disciplined my kids or whop them or beat them or nothing

21  like that.  I never had to because I brought my kids up

22  in the way that when I say something, that is what I

23  meant.  If I say clean the yard, that is what they did.

24      Q.    How did you get across to them in how they knew

25  right from wrong?

1        A. ~~My kids were~~ brought up in a Christian like

2   manner.  They were in church and they went to school.

3   And like I say, my discipline was that teaching.  You

4   know, like I say, I never had to whip only the two oldest

5   ones.  I set an example by the two oldest ones for the

6   other three would know what to do.

7        Q.   So did Andre have a good idea of right or wrong

8   when he was growing up?

9        A.   Yes.

10        Q.   How do you know that?  Why do you say that?

11        A.   Because I set by example the oldest two.  I

12   mean when I talked to one of them, I talked to all of

13   them.  You know, that is the way that I reared them up.

14        Q.   Did he respect authority?

15        A.   Oh, yes he did.  I mean, to the fullest.

16        Q.   Mr. Thomas, we need to take a quick break so

17   why don't you have a seat outside for about five minutes

18   and we will get back with you.

19             (Mr. Thomas exited the grand jury room.

20   After the break, the following proceedings happened).

21             Dan Thomas,

22   having been sworn, testified upon his oath as follows:

23             DIRECT EXAMINATION

24   BY MR. BROWN:

25        Q.   We are talking about Andre and any discipline

**5699**

1  problems that he had growing up.  Can you tell us

2  anything more about that?

3      A.   No.  He just respected authority.  I never knew

4  him having any problems with his teachers or me or his

5  mama or anybody.

6      Q.   Did you all spank him when he did wrong?

7      A.   I never had to spank him.  Never.

8      Q.   So you never spanked him when he was growing

9  up?

10     A.   No.

11     Q.   How did his mama discipline him?

12     A.   I think she spanked him quite a bit.

13     Q.   Why do you think that?

14     A.   Well, I mean I knew what they tell me.  I know

15  her.

16     Q.   Would Andre tell you about her spanking him?

17     A.   Oh, yes, all of them.

18     Q.   Did they seem to believe that the spankings

19  were appropriate or inappropriate?

20     A.   They never had any problems with it because I

21  had all boys.  I didn't have any girls.  They deserve it

22  whatever.

23     Q.   So are you aware of Andre ever being abused as

24  a child?

25     A.   No.  None of them were abused.

5700

JANET M. KAMRAS
REGISTERED PROFESSIONAL REPORTER

AT005692

1    Q.    I am sure he looked up to you growing up.   Were

2  there other men in his life that Andre looked up to?

3    A.    I will say no.

4    Q.    Do you think that you were the main role model

5  for him?

6    A.    That is right.   I am the father and they always

7  looked up to me.

8    Q.    Do you have any brothers or close family

9  members that were involved with Andre growing up?

10   A.    He knows all of his uncles.   I have four

11 brothers and he knows them very well.

12   Q.    I understand Eric was pretty involved in

13 helping raise Andre; is that right?

14   A.    Yes, he was.   He was the oldest and as I said

15 this earlier when I set an example, I set the example by

16 Eric and Danny Ross because they were the two oldest.

17 Yes, they had to look after their two brothers when we

18 were at work or something like that.

19   Q.    How did Eric and Andre get along?

20   A.    All of them got along real fine.   As I said,

21 Andre usually had his way anyway because he was the baby.

22 The babies always had their way.

23   Q.    Did Eric discipline Andre?

24   A.    Not that I know of, no.

25   Q.    Did the boys fight among each other?

**5701**

AT005693

1    A.   Not growing up they didn't.  They might fuss or

2  something.

3    Q.   I have a brother and I think brothers generally

4  fight; right?

5    A.   Right.  Usually or whatever.  Not growing up,

6  not while I was around them, no.

7    Q.   So was there anything unusual about the amount

8  of fighting between Andre and his brother?

9    A.   Not that I saw, no, not when I was there, no,

10  not while they were growing up.  I didn't allow that.

11    Q.   Tell me about Andre's relationship with his

12  mother.

13    A.   About who, sir?

14    Q.   About his relationship with his mother?

15    A.   They all loved their mama real well.  I mean,

16  you know, this was a normal family relationship there.

17  There was a bond.  There was strictly a bond.  They went

18  to church every Sunday.  They did their chores at home.

19  There was a lot of love there, you know, at home.  There

20  was no conflict or nothing between them or their mama,

21  nothing like that.

22    Q.   Tell me about his church upbringing.

23    A.   Well, we lived right up the street from Harmony

24  Baptist church.  They were at church.  They were at choir

25  rehearsals.  They went to Six Flags.  Everything was

**5702**

1   about the church with her., They were at church.

2      Q.   How about with Andre?  What did you notice

3   about his religious thinking or how well he liked or did

4   in church?

5      A.   Well, he was pretty well normal.  He was just

6   as normal as anybody else, I suppose.

7      Q.   You don't think he was preoccupied with church

8   or with religion or anything like that?  Do you know what

9   I mean by preoccupied?

10      A.   I don't think he was like preoccupied with

11   church.  He was normal like anybody else.  You know, I

12   would ask what did the preacher about and they would tell

13   me, you know, and at Sunday School and stuff like that.

14   So I thought he was pretty normal.  He would tell me what

15   the preacher would preach about.  There was nothing

16   abnormal about it.

17      Q.   Did he seem to have any kind of special

18   interest special in the scripture or the Bible or the

19   study of the Bible or anything like that?

20      A.   No.  He would ask me questions like where did

21   God come from and stuff like.  You know, he showed an

22   interest in things he was concerned about.  But as far as

23   I could remember,  there was nothing special like you

24   say.

25      Q.   Do you ever remember him all the way up to

5703

1    Q.   Was there anything else in the discussions

2 about God talking to him?

3    A.   I can't remember in detail about what was said

4 or about it.  Like I said, it all reflected in the Bible

5 and about Revelation.

6    Q.   Do you remember him saying anything specific

7 about Revelation that caused you concern?

8    A.   Nothing that caused me deep concern.  I think

9 one time he spoke about horses and things like that.

10    Q.   Were there references to horse in Revelation?

11    A.   I think there was something about the horses,

12 yes, that caused me to and I had to try to explain that.

13 Because, you know, he said when each person would read

14 the Bible and you would get a different interpretation

15 the more that you read it, you know.

16    Q.   Tell me about his relationship with Laura

17 Thomas.

18    A.   All I knew about Andre and his family and his

19 wife is he married her and they lived with the

20 grandparents for a minute there.  That is all that I

21 could tell you.

22    Q.   Did you meet her?

23    A.   Oh, yes, I met her.

24    Q.   Had you seen she and Andre together?

25    A.   Oh, yes.  He used to bring her over to my house

1   and everything and they would talk and everything.  He

2   introduced me to his girlfriend at the time and then they

3   were married.  That is all that I knew about that.

4         Q.   Did you know when they separated?  Do you

5   remember about when that happened?

6         A.   I think they separated.  I think I went to her

7   house one time after they separated.  She lived over by

8   the high school.

9         Q.   Do you ever remember Andre talking about

10  wanting to try to get a divorce?

11        A.   I think they had said that, but then after that

12  they seemed to throw the divorce out so to speak and it

13  was my notion Andre had came to me and said they were

14  talking about getting back together.  That was the last

15  thing that I knew about that.  I never put myself in any

16  of my son's relationships with any of their marriages.  I

17  don't know.

18        Q.   But I had heard that at some point he had

19  wanted a divorce and she would not agree to a divorce.

20  Do you know anything about that?

21        A.   No, I don't.

22        Q.   Did he ever say anything about that?

23        A.   No, not to me anyway.

24        Q.   Do you know if Andre still wanted to be with

25  her?

**5705**

1     A.    I believe he did.

2     Q.    Why do you believe Andre still wanted to be

3  with Laura?

4     A.    Because he had a child by her and he loved

5  them.   They loved each other.

6     Q.    Would he say things that made you believe he

7  wanted to get back with her?

8     A.    He told me that.

9     Q.    How did he tell you?

10    A.    He said that were talking about getting back

11 together.

12    Q.    Do you remember him saying anything about her

13 not wanting to get back together?

14    A.    No.

15    Q.    I had heard that he said something about she

16 had broke my heart.   She ripped my heart out or something

17 like that.   Do you remember him saying anything like

18 that?

19    A.    No.   That would have to be during their

20 separation or when they became separated, I suppose.

21    Q.    Do you remember him being upset about the

22 separation?

23    A.    No.   Like I say, I never put myself or got

24 involved with none of my son's relationships.   It was

25 their private business.

56

1    Q.    Sometimes people just want to talk about those

2  things.  You don't remember overhearing him saying

3  anything about being upset about not being with Laura?

4    A.    No.

5    Q.    Tell about Andre's job history, his work.  What

6  all did he do?

7    A.    I think he worked for the city of Sherman for I

8  think about three years maybe and everything was going

9  well.  He would come to me and talk to me about having

10  problems with the administrator, I mean the staff because

11  the staff there that worked for the city and he was not

12  pleased with it at all.  There was one thing right after

13  the other.  I think it had something to do with the

14  temporary employees and him being there and after three

15  years there were other people hired over him or something

16  to that effect.

17    Q.    He was he was upset that he was still

18  classified as a temporary worker?

19    A.    Yes.

20    Q.    There had been other people hired into

21  permanent positions that he felt he should have been

22  hired into?

23    A.    Yes.

24    Q.    What lead him to leaving?  What caused him to

25  leave that employment with the city of Sherman?

**5707**

1    about him acting irrationally or abnormal?

2       A.    No.

3       Q.    Did he seem to be before that time, did he seem

4    to be totally in touch with reality?

5       A.    Sure.

6       Q.    Did he before that time, did he ever give you

7    any cause to think that he needed any mental treatment?

8       A.    No, not before that time.

9       Q.    Was that about the same time that he started

10   dating Carmen?

11      A.    I don't think.  Is that the one with the red

12   hair?  Is that Carmen?  I don't think she had been there.

13   I don't know nothing about the dating part, but they were

14   around each other.

15      Q.    When they started hanging each other, was that

16   about when his strange behavior began?

17      A.    Maybe a little bit before that.  Maybe a little

18   bit before that.

19      Q.    What do you know about Andre's use of alcohol?

20      A.    He was a moderate drinker.  He would not drink

21   to excess or nothing like that.

22      Q.    When he would drink, what would he drink?

23      A.    Beer.

24      Q.    Did you see him drunk before?

25      A.    Not sloppy drunk.

5708                                                      00730

1      Q.   But intoxicated?   You had seen him intoxicated

2   before?

3      A.   I would say I have seen him happy drinking.

4      Q.   What do you know about him using cough syrup?

5      A.   I never.

6      Q.   Do you know now?

7      A.   No.

8      Q.   Have you ever heard of that?

9      A.   Not cough syrup, no.

10      Q.   What other substances have you known that he

11   may have used?  I don't mean personally, but what other

12   things or substances have you heard he may have taken?

13      A.   Between he and Carmen I think that they

14   experimented or did something with Coricidin stuff, the

15   pills or something like that.

16      Q.   That is cough medicine or an ingredient in

17   cough medicine.   When I said cough medicine, I also

18   meant Coricidin.  What do you know about him using

19   Coricidin?

20      A.   Like I said, whenever Carmen came into the

21   picture, I think she coaxed him into it or something like

22   that is the way that I heard.  He did not want to do it,

23   but she coaxed him into trying some of the pills.

24      Q.   Is that what he told you?

25      A.   No.  Some of the other friends.

5709

1  Q. Who was that?

2  A. Some of his other friends.  Some of the guys or

3 that girl that he hangs around with.

4  Q. Who told you that?

5  A. There were a couple of his girlfriends.  There

6 was one named Amy.

7  Q. Do you know Amy's last name?

8  A. I think Engle.

9  Q. Engle?

10  A. Yes.  That is about the only one that, you

11 know, that after whatever was done or said.  It was

12 after that incident and then everybody started coming out

13 of the woodwork and wanted to justify or whatever.  They

14 were pretty well upset and mad about it.  She told me

15 that there on the spot that day.

16  Q. That day Amy Engle came to tell you that she

17 and Andre and Carmen had been using Coricidin?

18  A. Yes.

19  Q. It was her belief that the Coricidin had caused

20 him to do this?

21  A. Yes, sir.

22  Q. Where is Amy Engle?

23  A. She is around some place.

24  Q. Where is some place?  Do you know where she

25 lives or do you know where she works?

**5710**

62

1       A.      Sherman.  I don't know her all that well.

2       Q.      Where do you see her?

3       A.      Well, I was seeing her at Crossroads Trailer

4    Park.  She was friends of Andre.

5       Q.      Do you know if she lived over there?

6       A.      No, she did not live there.

7       Q.      Did Andre ever tell you anything about

8    Coricidin?

9       A.      I think I heard him bring it up one time.  But

10   he was not a pill user or whatever, you call those

11   things.

12      Q.      But when he brought it up that one time, what

13   did he say?

14      A.      I don't know.  I think he and Carmen were

15   together.  I don't know.  Like I said, I never got in

16   their business or nothing like that.  I would advise all

17   the kids to stay away from all that kind of stuff or

18   things or drugs and stuff like that.

19      Q.      I can appreciate that.  I understand that.

20   When he did tell you about it though, what did he say?

21      A.      I don't know.  He was directed more she was

22   using or whatever, I understood them to be a sinus pill.

23   I didn't think nothing else about it really to tell you

24   the truth.

25      Q.      Did she tell you that she was using them for

1  something other than sinus problems?

2      A.    No.

3      Q.    Why would he tell you he was using a sinus

4  pill?

5      A.    I don't know.  I never knew what they looked

6  like or whatever, you know.

7      Q.    All right.  Tell me more about when he changed?

8  What his symptoms were when he changed?

9      A.    At one point I thought maybe his depressive

10  stage and after he got the job with Logan's, would have

11  cured most of his depression.  But I guess he had not

12  worked at the job at Logan's long enough for him to

13  change like over night.  He was still came to me saying

14  that he was confused and that there was the Bible thing

15  with revelation and he still was not back to normal.

16      Q.    Was he saying, I understand he was depressed

17  and he was confused about some things.  Did he ever say

18  anything that made you think he was not in touch with

19  reality?

20      A.    This last two months around him was hell for me

21  because I felt like I could not reach him.  It was like

22  he threw up a wall to me, no matter what I said.  I would

23  advise him to go get some help.  I understood that he did

24  because he was kind of like stressing me out or worrying

25  me.  I mean, I felt like what can I do to reach him and

1  get him straightened out or what can I do?

2       Q.    You told me about him being depressed.  You

3  told him being confused and asking questions about

4  revelation.  Was there anything else that made you think

5  he was not in touch with reality?

6       A.    Other than what he talked to me about and stuff

7  like that.  I have no idea what was going through his

8  mind or nothing like that.

9       Q.    Did he hallucinate things?  Did you ever know

10 him to hallucinate anything?

11      A.    No.

12      Q.    When you would have conversations with him, did

13 he seem to give appropriate answers to you?

14      A.    Oh, yes.  Like I said, he was intelligent.  He

15 would answer, you know, to make me think he was in touch

16 with reality.

17      Q.    That was the case all the way up to the end?

18      A.    Yes.

19      Q.    As far as you knew?

20      A.    Yes.

21      Q.    When was the last time you saw him before the

22 murders?

23      A.    That morning.

24      Q.    The murders happened on early Saturday morning.

25 Did you see him on Saturday morning?

5713

JANET M. KAMRAS
REGISTERED PROFESSIONAL REPORTER

00735

AT005705

```
 1        A.    On the morning it happened.  He had came

 2   through.  I had no idea.  I was siting inside my house.

 3   I was drinking my morning coffee.

 4        Q.    Is this, do you think before the murders or

 5   after the murders?

 6        A.    It would have to be after because they said the

 7   murders had taken place about 6:30.

 8        Q.    Do you remember what time it was he came to

 9   your house?

10        A.    8:30.

11        Q.    And describe in as much detail as you can what

12   happened when he came to your house.

13        A.    I was sitting at my table.  I was having my

14   coffee.  I was home alone.  I live by myself.  He came

15   to the door.  He did not say good morning.  He did not

16   say, Dad.

17        Q.    What did he look like?

18        A.    He reached over and he picked up my phone.  I

19   started in on him.  I said, "Hey, you ain't got no

20   respect for me."  I told him, you know, to do this and

21   that.  I started in on him, you know.  I wanted to get a

22   response.  He never gave any response.  He took the phone

23   and he went into the bathroom and I heard him in there

24   talking.  I never did lighten up on him about the respect

25   thing.  I said, "Hey, how many times did I tell you this
```

```
 1   and that?"   He never said one word.

 2                He came out.  He put the phone up.  He

 3   went and walked out the door.  He went back I guess about

 4   thirty minutes later maybe.  It was about thirty minutes

 5   later he came back and he did it again and, you know, the

 6   same thing.  In other words, you know, I didn't pay it no

 7   mind.  I never did get a response.  He never said one

 8   word.

 9        Q.   Neither time he came in the house that morning?

10        A.   He never said one word.

11        Q.   Did he talk to somebody on the telephone?

12        A.   He was talking to somebody.

13        Q.   What was he saying?

14        A.   I don't know.  He was in the bathroom.

15        Q.   He was in the other room?

16        A.   (Witness nodded his head.)

17        Q.   Yes?

18        A.   Yes.  He was in the bathroom.

19        Q.   The bathroom?

20        A.   Yes.

21        Q.   Was he on the cordless phone?

22        A.   The cordless phone.

23        Q.   Did you overhear any of that conversation?

24        A.   No.

25        Q.   Do you know who he was talking to?
```

1    A.   No.

2    Q.   Tell me what he looked like he came in the

3 house?

4    A.   He looked like something was on his mind.

5    Q.   How was he dressed?

6    A.   He had his work clothes on.

7    Q.   What color?

8    A.   Shoot.  I think he had a blue shirt on.

9    Q.   Do you remember what color of pants he had on

10 then?

11   A.   I don't know about the pants.

12   Q.   Did he have any blood on him?

13   A.   No.

14   Q.   Are you sure of that or you did not notice any?

15   A.   I didn't notice any.  I am sure.  I looked.  I

16 didn't see any.

17   Q.   Did he act like he was injured at all?

18   A.   No.

19   Q.   Do you know whether he had stabbed himself?

20   A.   No.  I didn't know anything about it.  I

21 thought maybe he came from home, you know.

22   Q.   Did he have anything in his hand?

23   A.   No, not a darned thing.

24   Q.   Did you ever see a bag he was carrying?

25   A.   No.  He just walked in the door and picked up

**5716**

1  my phone and went to the bathroom.  He used the phone.

2  He walked out.

3      Q.   He came back and he did the same thing?

4      A.   Yes, he stayed gone about thirty or maybe

5  forty-five minutes and he came back.

6      Q.   When he left the second time, what happened?

7      A.   When he left the second time, since I work at

8  the park and I have to make my rounds, it was a little

9  past 8:30 or maybe a quarter till at about that time.  It

10  took him about fifteen minutes to use the phone.  I think

11  I come back around by his house and he and that girl were

12  coming out.

13          So I took a good look at them and she

14  looked like she just got up out of bed.  So I went on

15  back around the house and by that time they had walked

16  from his house to my neighbor's house evidently and they

17  asked her to take them to the police station.  At the

18  time I didn't know this.

19      Q.   Did you find that out afterwards?

20      A.   Because I walked across the street and I had

21  talked to my neighbor from earlier in the morning.  The

22  police, I saw him come up the street, the officer, you

23  know, he could not find any address.  It was always a

24  problem finding my address out there.

25          He backed up and he pulled in the yard and

**5717**

```
 1   I said, "Let me go see what this is about."  I walked

 2   over and he said, "Are you Danny Thomas?"  "Yes."  He

 3   started pulling out some papers and he did not know how

 4   to say what he wanted to say and I said, "What is up, you

 5   know?"  He said, "Well, do you mind if you give us a

 6   consent to search your house?"  I said, "Search my house?

 7   What for?"  He said, "Well, there has been a, how do you

 8   say, there has been a or whatever had happened."  I said,

 9   "Oh, like somebody's house got robbed or did somebody get

10   knocked out?"  He said, "No.  It is a lot worst than

11   that."

12                  He had to ask me again.  I said, "I don't

13   know if I want you to search my house."  I said, "What

14   are you looking for?"  He said, "I can't tell you."

15                  So by that time one of the CIDs, Michael,

16   he was there and he helped explain that I could sign the

17   consent and they could go inside the house and they would

18   not let me in the house.  It took about forty-five

19   minutes for them to search my house to find whatever they

20   were looking for.

21                  After they found nothing in my house, he

22   told me to come in and then he told me what had really

23   happened and, I said, "No."  He said, "No.  I am not

24   lying.  I ain't joking."  He asked me did I know Laura?

25   "Yes, that is my daughter-in-law."  And did I know ████,
```

**5718**

1      █████? "Yes." And █████? "Yes."

2         Q.    What about before that morning? When was the

3   last time before that you had seen Andre?

4         A.    Say it again.

5         Q.    He came in Saturday morning after the killings;

6   right? Before that time, when was the last time you saw

7   him before that?

8         A.    Before that. The day before.

9         Q.    Do you remember what happened when you saw them

10  at that time?

11        A.    Nothing happened.

12        Q.    What were you doing and what was he doing when

13  you saw him?

14        A.    I was at my house. Everybody comes to my house

15  to use the phone. It is like the second office. I mean

16  everybody in the neighborhood, they stand in line to use

17  the phone.

18        Q.    And so did he come over there to use the phone?

19        A.    I think that was all, but I don't think we had

20  no specific conversations or anything like that. I saw

21  him. That was all.

22        Q.    Do you remember him acting out of the ordinary?

23        A.    No, not the day before, no.

24        Q.    You know, I know it is hard to remember all of

25  this stuff, but can you walk us back during that week or

1   two weeks before and tell us of any specific time that

2   you remember seeing Andre and how he was acting?

3      A.   About two or three days before he spent a

4   couple of days at his house.  He was a car fanatic and he

5   was working on his Fiat looking car.

6      Q.   I am sorry.  I didn't understand that first

7   part.  A couple of days before he had what?

8      A.   He was a car fanatic and he was working on his

9   car.

10      Q.   Car fanatic?

11      A.   Yes.  He could take that Fiat apart and with

12   very little tools put it back together.  And that was

13   what he was doing say two or three days before all that.

14   He was working on his car.  He would take the motor out

15   and put it back in.

16      Q.   Was this over at your house?

17      A.   No, it was at his house.

18      Q.   It was at his house down the road?

19      A.   Yes, he stayed across from he.

20      Q.   He was across from you.  So a couple of three

21   or two days he had been working on his car putting the

22   Fiat back together?

23      A.   He was always doing something to it.

24      Q.   Were you down there during those days sometimes

25   talking to him?

**5720**

1        A.      I could stand in my yard and look across to see

2   what he was doing.  I could see right in his door.  He

3   lived across from me.

4        Q.      Did you talk to him some during that time?

5        A.      No, he would always come over there to borrow

6   tools.

7        Q.      Did he seem to be acting okay when he did that?

8        A.      Yes.  I was satisfied with him doing that

9   because I knew he was not in no trouble.  As long as he

10  was working on that thing and I could see him, he was all

11  right.

12       Q.      Speaking of him being in trouble, when is the

13  first time you know of him getting in trouble?  Let's

14  start with school.  Do you know of him getting in trouble

15  at school ever?

16       A.      No, I don't know.

17       Q.      You don't know of him being disciplined at

18  school?

19       A.      No.

20       Q.      What about in the criminal justice system?

21  What do you know about him being in trouble with the law?

22       A.      During the time that he and his brothers got

23  into it and he did something to him and he cut him with a

24  knife.  That was the only time that I ever knew Andre to

25  be in trouble.

1    Q.   That was the only time you knew him to be

2  arrested?

3    A.   I think so.

4    Q.   My understanding is that he had some contact

5  with the juvenile people out at the juvenile boot camp.

6  Do you know anything about that?

7    A.   Yes, since you mentioned it.  I got in on the

8  end of that.  I didn't know.  I couldn't tell you nothing

9  about it.

10    Q.   But you just knew that he had some trouble as a

11  juvenile?

12    A.   Yes.

13    Q.   What do you know about him and his brother

14  getting into it?

15    A.   Well, his brother had a problem.  He said his

16  brother was coming on and he was pushing him around and

17  he was pushing his mama around.  He said he would not

18  take it any more and so he got tough like that so this

19  and that.  So he asked me to help him get his place.

20  That is how he got the place out there by me.  So I got

21  him the trailer house, you know, out there.  You know he

22  seemed to be pretty well, you know.  That is all that I

23  could tell you about that.

24    Q.   You are saying his brother.  Is this Brian?

25    A.   It is Brian.

5722

```
 1      Q.    That Brian had been pushing on him and picking
 2  on him?
 3      A.    And his mama.  That he had pushed his mama
 4  around.
 5      Q.    Andre did not like that?
 6      A.    I would not either.
 7      Q.    But Andre did not?
 8      A.    No.
 9      Q.    What do you know about Brian and Andre getting
10  in that fight?
11      A.    I don't.
12      Q.    Did Andre ever say anything about it?
13      A.    No, not that.
14      Q.    Did Brian ever say anything about it?
15      A.    The only thing that I knew is when I went to
16  the house to see Brian.  He was laying there.  He was
17  messed up or whatever.
18      Q.    Did you ever talk to Andre about that?
19      A.    Oh, yes.
20      Q.    What did he say about it?
21      A.    He said that he was just tired of it and he
22  could not take it any more because he had gone to the
23  judge, to Judge Miller or whoever, he and his mama, they
24  asked him to do something about Brian because he had a
25  history of something.  Anyway, they asked him to send him
```

5723

1  to Vernon.  They would not do nothing about it.  So they

2  let it go on, this and that.

3      Q.    So Andre said that he and his mama had been to

4  a judge to try to have the judge do something about

5  Brian?

6      A.    Right.

7      Q.    They would not do it?

8      A.    They did not do nothing.

9      Q.    So Andre got tired of it?

10     A.    Well, he was pushing and, of course, Brian

11 jumped in and that is the way that I understood it.

12     Q.    Brian jumped in and Andre took a knife after

13 him?

14     A.    I don't know what he took after him.  I was not

15 there.

16     Q.    You know that Brian got stabbed?

17     A.    He was cut, yes.  I didn't see it.  I know what

18 I read in the paper and stuff.

19     Q.    What did Andre say about it is what I am

20 asking.  Just that he could not take it any more?

21     A.    Right.  It was more like a self-defense thing

22 or something like that.

23     Q.    Tell me about talking to Andre in the jail

24 since this.  How many times have you seen him over there?

25     A.    Andre, he will call me on the phone.  They

1  allow him to use the phone.  If he wants to see me or he

2  has something on his mind, he will call and tell me to

3  come to see him.  I usually visit Andre on Tuesdays

4  because of my work schedule and other things in my life

5  that I have to do.

6           If I have a chance, I will see him on

7  Tuesdays and Saturdays.  He knows this, but I can't be

8  there every day, you know.

9      Q.   How soon after he was arrested did you see him?

10     A.   Oh, boy.  I will see him.  I don't know.  Maybe

11 the next week.

12     Q.   He was arrested on Saturday.  Do you remember

13 seeing him?

14     A.   It was after the following week.

15     Q.   Did you see him before he pulled his eye out?

16     A.   No.  I don't think so.  I can't remember.

17     Q.   What do you remember about the first time you

18 saw him at the jail?

19     A.   He was out of it.  The first time I seen him he

20 was all medicated.

21     Q.   He was out of it on medication?

22     A.   That is right.  He did not know anything in the

23 world.

24     Q.   Have you seen him since his medication has been

25 stabilized and he is able to converse with you?

5725

1       A.    I saw him this past Tuesday.

2       Q.    You've had several visits with him; right?

3       A.    Right.

4       Q.    What did he say about the murders?

5       A.    I tried not talk to him about it.  I won't

6   bring it up.

7       Q.    You won't bring it up at all?

8       A.    No.

9       Q.    Has he brought it up?

10      A.    The only thing he said to me is tell Paul and

11  Sherry and tell them I am so sorry.  I am so sorry.  They

12  told me what I done.  He said, "I don't know anything

13  about it."  He said, "Tell everybody that I let them down

14  and stuff like that."  He said, "I didn't mean to be the

15  one that messed up in the family and stuff like that."

16      Q.    When did he tell you this?

17      A.    He will bring it up every now and then.  Maybe

18  not all the time but he is constantly saying that he is

19  sorry and stuff like that.  He will talk about Laura and

20  he will tell me how much he loved her and stuff like that

21  and how he wanted to bring his son up.  He loved his son

22  very dearly.  He was his heart.  He was his pride.

23      Q.    It is clear to you that now that he knows what

24  he did was wrong?

25      A.    Yes.  He knows.  He knows what he did.

5726

1    Q.   I will jump around to a few things here.  Bear

2   with me.  When he was a kid, did he have any teachers or

3   counselors or things that he was close to?  Do you

4   remember?

5    A.   No.  I don't know.

6    Q.   You don't remember.  Did he participate in

7   sports or extra-curricular activities?

8    A.   No, not that I know of.

9    Q.   Do you know why not?

10    A.   Because like I said earlier.  He was always

11   brainy.  He was always experimenting with stuff.  None

12   of my kids played sports.

13    Q.   When you say he was brainy, tell me some other

14   good things about his brain.  Tell me did he get involved

15   in contests or activities or any other things where he

16   used his brain?

17    A.   I don't know.

18    Q.   That is okay.  If you don't know, you don't

19   know.  I am trying to see did you ever hear anything like

20   that about him doing things like that?

21    A.   No.  I guess if anybody ever heard anything

22   saying about him it was how we all loved him and liked

23   him.  Like I say, I used the word brainy or smart or

24   whatever.  He was always.  I don't know.  He was

25   inventing something and doing stuff.

5727

1    Q.   How about managing his money?  Did he manage

2  his money okay?

3    A.   I don't know.

4    Q.   Do you know if he ---

5    A.   I knew he never would borrow money none from

6  me.  I don't have it to loan in the first place.

7    Q.   Do you know if he had a checking account or did

8  he operate off of cash?

9    A.   Cash.

10    Q.   Do you know of him to have a checking account?

11    A.   No.

12    Q.   Did he ever save any money that you know of?

13    A.   No, I don't know.

14    Q.   Tell us some good things about Andre and when

15  he did the right thing and he did things that made you

16  proud?

17    A.   Andre was always a good kid.  Like I say, I

18  never had to discipline him.  I never knew anything that

19  he done bad or enough to be mad at him except for this.

20  I mean I don't understand what happened.  He was always

21  obedient.  He would do anything that I asked him to do

22  reasonably or whatever.  He was just a good kid.

23  Everybody liked him.  Everybody in the neighborhood.  He

24  got along with everybody.

25         He smiled all the time.  He worked for

5728

1  different people, you know, around the neighborhood.  He

2  was willing to help anybody, you know.  He was easy to

3  make friends with.  He got along with everybody.  I was

4  proud of him.

5       Q.    Do you remember his mama coming back to stay

6  with him in February and started to live at the house?

7       A.    Do you mean this past February or something?

8       Q.    Yes.   In the couple of months before the

9  killing?

10      A.    Yes.  'Because I think he was referring she had

11 gone to Oklahoma and everything.  She did come back and

12 when she came back, I think she might have stayed there a

13 week or two or something like that until she found her a

14 proper house where she wanted to be.

15      Q.    Well, it was my understanding she was living

16 there from the time she came back from Oklahoma all the

17 way through the time of the deaths.

18      A.    Well, I could not tell you, but she was there.

19      Q.    How did she and Andre get along during that

20 time?

21      A.    They got along fine like they always do as far

22 as I know.

23      Q.    Did she ever tell you during that time period

24 of any problems she and Andre were having?

25      A.    No.

page 50 of 153

1  today, do you ever remember him saying anything about God

2  talking to him?

3       A.   Up until today you said?

4       Q.   At any point before today, do you ever remember

5  Andre saying anything about God talking to him?

6       A.   Oh, yes.

7       Q.   Tell me about that.

8       A.   Let me explain.  A month before this incident

9  and everything like that, he was real into the Bible and

10 everything.  There were several things he would come to

11 me to talk about.  Give me a minute here.

12            Anyway, myself and my neighbor dedicated

13 him a Bible and stuff and he was going to church every

14 Sunday.  He said he had to get out of the circle, you

15 know.

16       Q.   What do you mean?

17       A.   I don't know.

18       Q.   He said he had to get out of a circle.

19       A.   He said he felt like he was living his life

20 over and over and over.  He had to break the circle.  He

21 had to get out of it.

22       Q.   When did he tell you this?

23       A.   Oh, that was about during the last two months

24 period before the incident.  He had to get out of the

25 circle and back to God, I think.  We dedicated him a new

**5730**

1    Bible and everything because he seemed to be really

2    interested.  He would go to church and everything like

3    that.  He was confused.

4         Q.   What do you mean confused?

5         A.   He was confused about a lot of things.

6         Q.   Well, give me a specific of what you mean by

7    him being confused about.

8         A.   Oh, boy, like things like maybe he did not

9    understand in the Bible or something, you know.  A

10   perfect example is he started at Revelation and

11   Revelation is the last book of the Bible.  I said you

12   have to start from the beginning.  In the beginning was

13   the word and the word was with God.  You have to start

14   from the beginning and understand everything in-between

15   and then go to Revelation.

16              And he would just go to Revelation and the

17   last days and stuff like this.  I never could get it

18   across for him to start at the first and there were other

19   passages and scriptures that apply to how we live and

20   direct our lives today.  But Andre was just hung up on a

21   lot of things in-between and he would dwell on

22   Revelation.

23        Q.   Did this start a couple of months before the

24   deaths?

25        A.   Yes.

**5731**

57

1      A.    I don't know really exactly.  I don't know if

2    he was fired or he quit or what.  I really don't know.

3      Q.    Did he seem to be able to get along and to do

4    that job well?

5      A.    Oh, yes, he knew the job.  He always talked

6    about it.   He liked the job.

7      Q.    Was he dependable showing up as far as you

8    know?

9      A.    As far as I know.

10      Q.    What other work history do you know of him

11    having?

12      A.    That is all that I know.

13      Q.    Do you know about him working at Logan's?

14      A.    Oh, yes.  After he left the city and

15    everything, you know, he had not worked for Logan's but

16    about because I was always on him.  I mean I am on all of

17    them to get a job.  He worked for Logan's for about two

18    weeks, I believe.

19      Q.    Right before it began or it started?

20      A.    Yes, as soon as they opened.

21      Q.    All right.  Mrs. Thomas, did there come a point

22    where you felt like Andre had mental problems?

23      A.    I would not say mental problems.  I would say

24    that I felt like he was going through a stage of maybe a

25    nervous breakdown or something because I had talked to

5732

1   him about it.   I asked him to seek help or something like

2   that because I felt that he threw up a wall as far as me

3   personally talking to him or giving him advice.   But

4   mental problems, no.

5         Q.   You say it was not mental problems, but was it

6   more like depressions?

7         A.   Depression, maybe depression.

8         Q.   Why do you classify it more as depression than

9   mental problems?

10        A.   In the first place, I don't know that much

11   about mental problems.

12        Q.   Well, did there come a point where he changed,

13   right?

14        A.   Right.

15        Q.   And how did that, what did he do when he

16   changed?   How did he act?

17        A.   As I said before, he acted confused.   He was

18   not normal around me.   He was not hisself.   He was, I

19   would not say complaining, but he was always asking

20   questions.   I mean, he was not normal.   He was not normal

21   at all.

22        Q.   When did this start?

23        A.   When did this start?   I will say anywhere from

24   two to three months before March the twenty-seventh.

25        Q.   Before that time, did you ever have any concern

**5733**

1      Q.   Did you know about him going to get any help

2   with his depression problems?

3      A.   Andre and I talked about that.   I think in the

4   first place he told me that he was going because I would

5   say have you gotten any help with this and that.   The

6   first place he went was MHMR.   This girl that I was

7   telling you about, she took him, Amy.   And you know and

8   the other place that I think that, I vaguely remember.   I

9   didn't know he had gone to Wilson N. Jones.   But I think

10  I remember him telling me that he had gone to a hospital.

11  But I didn't know he had gone to TMC, but he did.   But he

12  took my advice and he was seeking help.

13     Q.   Do you know that because Amy told you about the

14  first one she took him to?

15     A.   Yes, she said she took him.   His mama said she

16  took him too!   He had gone to several other people and

17  talked to them in the neighborhood and stuff and there

18  were people who came forward after the incident and they

19  would say.

20          There was one guy and he said, "I wish I

21  had paid more attention to him instead of going my own

22  way."   He justified his reasons or whatever in he said

23  that he said he should have taken the time to listen to

24  Andre and stuff like that.

25     Q.   Who said this?

**5734**

```
 1        A.    That was my landlord for one.

 2        Q.    Who is that?

 3        A.    He was Andre's landlord.

 4        Q.    What is his name?

 5        A.    His name is Dick Kennedy.

 6        Q.    Dick Kennedy?

 7        A.    Yes.

 8        Q.    Does he live out there too?

 9        A.    He is the landlord, yes.

10        Q.    Did you say he lived out there too?  He lives

11   out there and he is the landlord?

12        A.    Yes.

13        Q.    Who else told you about knowing things about

14   Andre?

15        A.    There was a lot of them.  There was one guy

16   named Paul.  He said Andre came to him and he wanted to

17   talk and he said he was interested in going and getting a

18   pack of cigarettes than taking the time and not thinking

19   and, you know, maybe he could have said something or did

20   something to change whatever, you know.

21        Q.    Does Paul live out there too?

22        A.    Yes, he does.  But he is not here right now.

23              MR. BROWN:  Are there any questions from

24   the grand jury?

25              GRAND JURY MEMBER:  Was Andre working at
```

**5735**

1  the time of this incident?

2         MR. THOMAS:  He was still working at

3  Logan's, yes, he was.

4         GRAND JURY MEMBER:  I have two

5  questions.  One, did you and Andre's mother ever talk

6  about the problems that Andre was having?

7         MR. THOMAS:  Like I say, Andre, to my

8  knowledge and to my seeing and thinking as they were

9  problems might have started two or maybe three months

10  before you know.  I was not around his mother.  We did

11  not talk about  ---  What was the question?

12         GRAND JURY MEMBER:  Did the two of you

13  talk about Andre and was it brought up?

14         MR. THOMAS:  Yes, it was brought up, you

15  know.

16         GRAND JURY MEMBER:  Was it brought up

17  because you were concerned?

18         MR. THOMAS:  Oh, yes.

19         GRAND JURY MEMBER:  I wondered if talked

20  with his mother about it and what her feelings were.

21  What were her feelings about his change of personality?

22         MR. THOMAS:  She was his mother.  She was

23  able to talk to him.

24         GRAND JURY MEMBER:  Then how was she told

25  he felt?

5736

84

 1              MR. THOMAS:  She could not reach him.  It

 2  was to where as I stated that he had put up a wall to me.

 3  But they could talk together, yes.

 4              GRAND JURY MEMBER:  Then my second

 5  question was you said that he had been employed at the

 6  city for three years.  What position was he in the city?

 7  Do you know?

 8              MR. THOMAS:  Maintenance, I suppose.

 9  Grounds keeper crew.

10              MR. BROWN:  Are there any other questions?

11              GRAND JURY MEMBER:  When you first heard

12  about the murders, did you go to the hospital or the day

13  before or the day after?  Did you have any conversations

14  with him and ask him why or anything?  Did he try to

15  explain to you?

16              MR. THOMAS:  No.  I didn't have any

17  contact with Andre until after I had come to see him

18  when he was locked up.  I didn't know anything about what

19  he had done.  I heard from one of my neighbors that he

20  had turned himself in.  It was hard to believe.  I mean

21  why didn't he tell me or talk to me about it.  He was

22  there to use the phone.

23              GRAND JURY MEMBER:  One other question.

24  His brothers, you know, usually with brothers, they pick

25  one out to tell everything to.  Do you have any idea

5737

1   whether he talked to one of his brothers or asked him or

2   he said, I have problem.

3          MR. THOMAS:  He would talk to any one of

4   them.  He would talk to them if he had any special

5   problems that he had.  My second oldest was Danny.  He

6   would go to him and tell him if he had any problems.  All

7   of them were close.  If he thought I would get on to him,

8   and tell him he was acting stupid, he would go to tell

9   his brother, yes, he did.  He would talk to him.  I was

10  talking to my son the other day about that.  It was the

11  same question that you asked, you know.  He had his

12  brothers that he could go talk to and tell them that he

13  had a problem.  I think that he did.

14         GRAND JURY MEMBER:  Did you know that he

15  had stabbed himself the other night and he had gone to

16  TMC?

17         MR. THOMAS:  I knew he had stabbed himself

18  and the thing that came to my mind is how do you stab

19  yourself because when I saw him come out of the house and

20  I was looking at him, as I said, I never saw no blood or

21  anything.  He was walking normal and everything else.

22         He was on his way to ask a neighbor to

23  take him to the hospital.  I never saw him walking stupid

24  or nothing.  If you have a stab wound to your heart, I

25  would be crawling or hollering for help or something.  I

**5738**

1  never noticed nothing like that.  Because I was asking

2  like where did he stab himself?  Was it at the police

3  station?  I didn't know.

4           GRAND JURY MEMBER:  When he came in the

5  house, he did not talk to you?

6           MR. THOMAS:  No.

7           GRAND JURY MEMBER:  But you did not know,

8  coupled with the fact he got the phone and he took the

9  phone and he was in the bathroom, he did not seem

10  disoriented.  He seemed to know exactly what he was

11  doing?

12           MR. THOMAS:  Oh, yeah.  He just picked up

13  the phone and he walked in there.  I started in on him

14  about disrespect.  I think that is all that I was talking

15  about and he never said one word.  He came out and he

16  hung up the phone and he went out the door.

17           He stayed right there for about forty-five

18  minutes.  He came back from outside and then he came

19  about and he did it again.  But it was shorter this time.

20  He walked back out the door.  You know, that was it.

21           GRAND JURY MEMBER:  Also you mentioned

22  there was a time there for a while when he seemed to be

23  putting --- Did you ever see your son put anything over

24  his mouth.

25           MR. THOMAS:  Yes.

**5739**

1       . GRAND JURY MEMBER:  When and what was it?

2  What was the occasion?  What was he doing?  How long

3  before this happened?

4            MR. THOMAS:  I don't know about no

5  occasion but he had duct tape out stuck all across his

6  mouth.  When you asked him a question about it or

7  something about what are you talking about?  He said Gold

8  told him don't talk to nobody.

9            GRAND JURY MEMBER:  So you asked him what

10 the deal was.

11           MR. THOMAS:  I asked him.  What is up?

12 You ain't talking today.  I mean, cat got your tongue?  I

13 would say something like that.  He just mmmmmm, you know.

14      Q.   (By Mr. Brown)  When was that?

15      A.   That started about a month, off and on before,

16 the incident.

17           GRAND JURY MEMBER:  So you saw him with it,

18 more than once?

19           MR. THOMAS:  Oh, yes, the whole

20 neighborhood saw him.  I could not figure out what it

21 was.

22      Q.   How many times did you see that before the

23 incident?

24      A.   About three or four, maybe.

25      Q.   When you saw him the first time, is that when

1   you asked him if the cat got his tongue or something like

2   that?

3       A.   "Oh, God told you not to talk to nobody today",

4   you know.  I would try to humor him so he would not have

5   to talk.

6       Q.   Did he talk to you?

7       A.   No.  He just shook his head.

8       Q.   So he never told you that God made him---  You

9   were kidding him about God telling him?

10      A.   I know God did not tell him that.  The old

11  devil told him that.

12      Q.   Did he say that God told him not to talk?

13      A.   He did not say it right then.

14          GRAND JURY MEMBER:  Did he ever write you

15  anything on a pad of paper?

16          MR. THOMAS:  Oh, yes.

17          GRAND JURY MEMBER:  What did he write to'

18  you on the pad of paper?

19          MR. THOMAS:  I don't remember.  He was

20  like if I asked him a question, that is when he wrote

21  down God told him not to talk to nobody.  He was not to

22  talk today.  That is what he wrote.  It was something

23  like that.

24          GRAND JURY MEMBER:  Did he during that

25  period, I have not had the occasion to use drugs.  I

**5741**

1    don't know; okay.  What that looks like.  Obviously, I

2    have been around friends who drink and so I know what

3    that looks like.  But during the period he had tape over

4    his mouth, did you ever suspect he was also maybe on a

5    substance?  I mean, I am saying as opposed to somebody

6    who just had kind of a mental day or we all get

7    depressed.  We all get down.  Then there is something

8    that is just more than that.  Did you ever suspect that

9    at that time that he was on drugs or something more than

10   beer?

11                  MR. THOMAS:  Yes, I did suspect that.

12                  GRAND JURY MEMBER:  What did you say?

13                  MR. THOMAS:  I asked questions.

14                  GRAND JURY MEMBER:  You did?

15                  MR. THOMAS:  Yes.  I mean to other people

16   in the neighborhood as what is he on?  Or you know, what

17   are you all doing because it is more than that, you know.

18   He had friends in the group that he hung around.

19                  GRAND JURY MEMBER:  He had friends in the

20   neighborhood in the trailer park?

21                  MR. THOMAS:  He had friends.

22                  GRAND JURY MEMBER:  When did they say?

23                  MR. THOMAS:  No.  And then the Coricidin

24   came up.  I was shocked that it was that.  What is

25   Coricidin?  What is it?  It is a new pill that is over

1  the counter that you take for sinus.  And I said I never

2  thought too much about it.  It is a sinus pill.  You have

3  to take more than one or two.

4      Q.  (By Mr. Brown)  Did he tell you about that?

5      A.   Like I said, he and Carmen, one of them brought

6  it up.  I never paid that much attention to that.  It was

7  supposed to make you feel high.  Because I don't even

8  take aspirin.

9          GRAND JURY MEMBER:  During the time that

10 he had the tape over his mouth, you were asking him

11 questions.  What are you doing?  Okay.  During that time

12 did he ever bring up Laura and the kids?  Did he ever

13 show any ---  In other words, did he ever say that he was

14 mad or was did he ever talk about it at all?

15          MR. THOMAS:  No.  I had asked him what is

16 it?  Because every couple of weeks why don't you bring

17 her over or whatever and was between him and Laura.  I

18 don't know.  Anyway, there was very little talk about

19 that.

20     Q.  (By Mr. Brown)  What did he say when you asked

21 where the kids were?

22     A.   Well, he was over there were with his mama.

23     Q.   Did he say why he did not bring them over?

24     A.   He could have had them over there.

25          GRAND JURY MEMBER:  But he did not seem to

5743

1   react in anyway?  Do you know how you act when somebody

2   says something and you are kind of mad about it.  He did

3   not seem like to make the comment they are coming back?

4              MR. THOMAS:  No.  I can't remember.  I

5   mean like I did not want to pressure him or whatever.

6              GRAND JURY MEMBER:  Were any of your other

7   sons over during that month?  Did they see him with the

8   tape?  Do you know or would any of the other boys have

9   seen him?

10              MR. THOMAS:  Yes.  I have a son that lives

11   out there.  Everybody seen him with the tape over his

12   mouth.

13              GRAND JURY MEMBER:  Did they talk to you

14   about it?  Did your other sons say what in the heck is

15   going on?

16              MR. THOMAS:  We all talked about it.

17              GRAND JURY MEMBER:  Okay.

18              MR. THOMAS:  What is the matter with that

19   boy?

20              GRAND JURY MEMBER:  But Laura and the kids

21   were never brought up in conversations as a part of, you

22   know, as far as it seems to be it was throwing him off or

23   anything?

24              MR. THOMAS:  I never thought about it like

25   that or whatever, you know.

**5744**

```
 1              GRAND JURY MEMBER:  Had you all talked

 2   about it?  Was there any other member in the community or

 3   the kids that he had Bible or the Bible thing, did he

 4   talk to them about it or your other sons about it?

 5              MR. THOMAS:  He talked to everybody about

 6   the Bible and stuff.  It just wasn't normal.  It was

 7   crazy is the only way to put it like that if you know

 8   what I am saying with the revelation deal.

 9        Q.   (By Mr Brown)  When did he stop putting the

10   tape over his mouth?

11        A.   I don't know exactly when he stopped.  It

12   wasn't too long before the incident.

13              GRAND JURY MEMBER:  Did you ever talk to

14   your ex-wife about Andre putting the tape over his mouth?

15   Did she have any emotion about the tape being on his

16   mouth?

17              MR. THOMAS:  I think that she got on to

18   him about it.  They talked to each other.  I think that

19   is when the tape came off.

20              GRAND JURY MEMBER:  So you talked to his

21   mom about it?

22              MR. THOMAS:  Yes, I did.

23              GRAND JURY MEMBER:  So she was concerned?

24              MR. THOMAS:  Yes, she was concerned.

25              GRAND JURY MEMBER:  Later I mean did she
```

5745

1   ever mention to you later she was worried about Andre?

2   Did she ever mention to you later that Andre had woke her

3   up in one morning and said to his mama when she was

4   asleep and said, you know, I can't get up.  She went to

5   the bed and he was had kind of a knife thing.  Did she

6   ever talk to you about the fact that he had a knife?

7               MR. THOMAS:  I think she mentioned

8   something about that.  I think I remember that, yes.

9               GRAND JURY MEMBER:  Laura and Andre, did

10  they ever have any fights with each other?

11              MR. THOMAS:  Oh, don't think they ever

12  fought.

13              GRAND JURY MEMBER:  Did he ever take a

14  knife to her?

15              MR. THOMAS:  Not that I know of.  Not that

16  I know of.

17              GRAND JURY MEMBER:  I was just curious if

18  they ever fought with each other ever.

19              MR. THOMAS:  I can remember him saying

20  that he was not like that.

21              GRAND JURY MEMBER:  I mean he and his

22  brother had an altercation earlier and he took a knife to

23  his brother.

24              MR. THOMAS:  He would never hit Laura.

25              MR. BROWN:  Mr. Thomas, Why don't you give

5746

JANET M. KAMRAS
REGISTERED PROFESSIONAL REPORTER

00764

AT005738

94

1   us a few seconds to discuss it and we will see if we have

2   any more questions for you.

3                    (Adjournment)

5747

```
 1   THE STATE OF TEXAS

 2   COUNTY OF GRAYSON

 3            I, Janet M. Kamras, Official Court

 4   Reporter in and for the 15th Judicial District Court of

 5   Grayson, State of Texas, do hereby certify that the above

 6   and foregoing contains a true and correct transcription

 7   of all portions of evidence and other proceedings

 8   requested by the parties to be included in the Reporter's

 9   Record, in the above-styled and numbered cause, all of

10   which occurred in open court or in chambers and were

11   reported by me.

12            I further certify that this Reporter's

13   Record of the proceedings truly and correctly reflects

14   the exhibits, if any, admitted by the respective parties.

15            I further certify that the total cost for

16   the preparation of this Reporter's Record is $427.50 and

17   will be paid by Grayson County Commissioners.

18            WITNESS MY OFFICIAL hand this the 7th day

19   of June, 2004.

20            _____

21            JANET M. KAMRAS, Texas CSR#1129
              Expiration Date:  12-31-2004
22            Official Court Reporter
              200 S. Crockett
23            Sherman, Texas   75090

24            903-813-4315

25
```

5748                                            00766

# Exhibit 90

## Grand Jury Testimony of Rochelle Thomas

32

1    A.    No and I asked him a couple of times.  Do you

2    need any pain medicine?  No.  He basically did not want

3    anything.

4                    MR. BROWN:    Are there any other

5    questions?

6                    GRAND JURY MEMBER:  I was going to ask you

7    that but you answered it.

8                    MRS. ERTEL:  I had to initiate all of the

9    conversations.  He just did not want to talk.

10                    MR. BROWN:  Thank you very much.  We

11   appreciate you being here.

12                    (Recess.  After the recess, grand jury

13   room.)

14                    Rochelle Thomas,

15   having been sworn, testified upon her oath as follows:

16                    DIRECT EXAMINATION

17   BY MR. BROWN:

18    Q.    Would you introduce yourself to us, please,

19   ma'am.

20    A.    Rochelle Thomas.

21    Q.    Mrs. Thomas, I am Joe Brown.  We just met

22   outside the chambers today; is that right?

23    A.    Yes.

24    Q.    This is the Grayson County grand jury.  Do you

25   understand that you are under subpoena to be here; right?

4683

93

1     A.    Yes.

2     Q.    Do you understand the grand jury is looking

3  into the murder charges against your son, Andre Thomas?

4     A.    Yes.

5     Q.    And I understand how difficult it is to be here

6  and I appreciate you complying and being here.  The grand

7  jury will have some questions for you today.  Do you

8  understand when you were sworn in and you were given an

9  oath before you came in here; right?

10     A.    Yes.

11     Q.    The gentleman outside read that oath to you and

12  he swore you in; right?

13     A.    Something like that.

14     Q.    Do you understand the oath that he gave to you?

15     A.    Yes.

16     Q.    Let me go over a couple of things about that.

17  Do you know what perjury is?

18     A.    Yes.

19     Q.    Tell me what perjury is?

20     A.    It is when you lie.

21     Q.    It is when you lie under oath.

22     A.    Okay.

23     Q.    I certainly know how difficult this is with

24  your son being accused in this situation, but we need to

25  make sure that you understand the penalty of perjury

1    applies today.  Do you understand that?

2        A.    Yes.

3        Q.    Let me start with getting some background

4    information on you, Mrs. Thomas.  How old are you?

5        A.    I am forty-eight.

6        Q.    Where do you live?

7        A.    ███  ████

8        Q.    Is that in Sherman?

9        A.    Right.

10       Q.    There are a couple of other things that I

11   didn't go over.  This lady, Mrs. Kamras, is a court

12   reporter and she is writing everything that happens down

13   in here.  She can't write down shakes of the head or nods

14   or uh-huh or huh-huh.  Okay?

15       A.    Okay.

16       Q.    So if I prompt you to say yes or no, I am not

17   trying to be rude.  I am trying to make sure it appears

18   in the record.  Okay?

19       A.    Okay.

20       Q.    The acoustics are not very good in here so if

21   you would keep your voice up and if you see some of them

22   going like this, they can't hear.

23       A.    All right.

24       Q.    Give me your address again on ████.

25       A.    ██████.

1   Q.   ███ ████ in ██████?

2   A.   Yes.

3   Q.   What is your phone number?

4   A.   I don't have a phone.

5   Q.   Do you have a neighbor or somebody that you

6   use?

7   A.   My husband has a phone.

8   Q.   What is your husband's phone number?

9   A.   ████████████.

10  Q.   Are you and your husband divorced?

11  A.   No.

12  Q.   What is your husband's name?

13  A.   Dan Thomas.

14  Q.   Dan Thomas.  Do you all live together?

15  A.   No.

16  Q.   So is this a home phone number for him or a

17  cell phone?

18  A.   Home phone.

19  Q.   How much contact do you and Dan have these

20  days?

21  A.   Not that much.

22  Q.   Does anybody live with you there or Wells?

23  A.   Yes.

24  Q.   Who is that?

25  A.   My son.

**4688**

JANET M. KAMRAS
REGISTERED PROFESSIONAL REPORTER

AT004662

96

```
1      Q.   Which son?

2      A.   ████  █████.

3      Q.   ██████████?

4      A.   Yes.

5      Q.   How old is ███?

6      A.   Seven.

7      Q.   Is Dan his father?

8      A.   No.

9      Q.   How many children do you have?

10     A.   Six.

11     Q.   ████ and Andre and who else?

12     A.   Brian and Shane and Danny and Eric.

13     Q.   Are they Thomases?

14     A.   No.

15     Q.   What are their names?

16     A.   Brian Thomas.

17     Q.   How old is he?

18     A.   Twenty-four.

19     Q.   Okay.  You said Danny?

20     A.   Yes.  Danny Ross.

21     Q.   R-o-s-s Ross?

22     A.   Yes.

23     Q.   How old is he?

24     A.   Twenty-five.

25     Q.   Okay.  And who else?
```

4687

AT004663

97

1      A.    James Thomas.

2      Q.    James Thomas.   How old is he?

3      A.    Twenty-two.

4      Q.    And who else?

5      A.    Andre.   He is twenty-one.

6      Q.    Andre is twenty-one.   Okay.

7      A.    Eric Ross.

8      Q.    Eric Ross?

9      A.    Yes.   He is twenty-seven.   ███ is seven.

10     Q.    ███ is seven.   ███ is the only one that lives

11  with you?

12     A.    Yes.

13     Q.    So it is just you and ███ that lives on ███

14  ███?

15     A.    Yes.

16     Q.    Mrs. Thomas, I want to go over Andre's history

17  and I would like to kind of talk from when he was a baby

18  on up to get your impression on Andre and you could tell

19  me anything that you think is important to let the grand

20  jury know about Andre.   Okay?

21     A.    Okay.

22     Q.    Tell me what kind of kid he was growing up.

23     A.    A smart child.

24     Q.    Why do you say he was a smart child?

25     A.    In school.

**4688**

AT004664

95

```
1       Q.    Did he make good grades?

2       A.    Yes.

3       Q.    Where did he go to elementary school?

4       A.    Here.

5       Q.    What is here?  What school?

6       A.    Sherman, Texas.

7       Q.    Sherman.  What school did he go to?

8       A.    Piner.

9       Q.    Do you remember what elementary school he went

10  to?

11      A.    I don't remember which one.

12      Q.    Where did you all live at the time; do you

13  remember?

14      A.    Brant street.

15      Q.    Do you remember if it was Washington

16  Elementary?  Jefferson Elementary?  Crutchfield?  Do you

17  remember which school he went to?

18      A.    No.

19      Q.    Wakefield?  Fairview?

20      A.    It might have been Wakefield.

21      Q.    Okay.  Wakefield over there by the Piggly

22  Wiggly on the west side of town?

23      A.    Yes.

24      Q.    How old was he when he started school?

25      A.    I can't remember that.
```

**4689**

00634

1      Q.   Most of them start at five years.  Was he about

2  five?

3      A.   I don't remember.

4      Q.   Is there a reason that you don't remember?  Or

5  do you have a bunch of kids and you just don't remember

6  that?

7      A.   I just don't remember, sir.

8      Q.   Do you remember who his first teacher was?

9      A.   No, sir.

10     Q.   Do you remember any teachers that he had during

11  elementary school?

12     A.   No, sir.

13     Q.   Do you remember him making good grades?

14     A.   Yes.

15     Q.   What type of grades did he make?

16     A.   He made a lot of As and Bs.

17     Q.   Do you remember that in elementary school?

18     A.   No.  All the way through school pretty much

19  about the same.

20     Q.   As and Bs?

21     A.   Uh-huh.

22     Q.   Do you remember him having any discipline

23  problems as a child?

24     A.   I don't remember that.

25     Q.   When he was a young child, three to ten, that

JANET M. KAMRAS
REGISTERED PROFESSIONAL REPORTER

AT004666

1   time period, were his brothers in the house with you and

2   with their dad and did you all live together?

3        A.   Yes.

4        Q.   Did you all live in one place or did you move

5   around a lot?

6        A.   We moved around a lot.

7        Q.   What was your job situation back then?

8        A.   I don't remember if I had a job then.

9        Q.   Do you work now?

10       A.   Yes.

11       Q.   Tell me what you do?

12       A.   Telemetry attendant.

13       Q.   Back when Andre was young, nine to ten years

14   old, did you have steady employment?

15       A.   I didn't have a job then.  I don't think.

16       Q.   Did you live with Dan at that time?

17       A.   I don't remember.  I really don't remember.  I

18   don't know because we separated sometime.

19       Q.   Do you remember when you separated?

20       A.   No.

21       Q.   How old were the kids when you separated?

22       A.   I don't remember that, sir.

23       Q.   When you separated from your husband, you don't

24   remember that?

25       A.   I don't remember the year.

101

```
 1        Q.   Can you approximate?

 2        A.   No.  Because I won't lie.

 3        Q.   I am not asking you to lie.

 4        A.   But I don't remember, sir.

 5        Q.   So you was it more than five years ago that you

 6   separated?

 7        A.   Sir, I don't remember.  I just don't remember.

 8        Q.   So when Andre was nine or ten years old, you

 9   don't know whether you were living with Dan or not?

10        A.   No, I don't remember.

11        Q.   Was there anybody else living with you guys

12   there when he was young or was it just you and Dan and

13   the kids?

14        A.   I don't remember when we separated.  I just

15   don't remember that, sir.

16        Q.   Here is the thing, Mrs. Thomas.

17        A.   I don't remember what year we separated so I

18   cannot tell you how old he was.

19        Q.   I will be straight with you.  Okay?  What I am

20   trying to get at right now is Andre's history the best I

21   can and your history with him so that when the jury on

22   down the road has an opportunity to decide what should

23   happen to Andre, that they have a full understanding.

24        A.   Yes.

25        Q.   I want to make sure right now that you have
```

JANET M. KAMRAS
REGISTERED PROFESSIONAL REPORTER

AT004668

1    your opportunity to tell this grand jury everything good

2    about Andre that you want to, everything that you think

3    the jury needs to know when they are passing judgment on

4    your boy. Okay? That is what this is about.

5              So it is not going to do you any good to

6    tell me you don't remember and try to play word games

7    with me because this is Andre's future we are talking

8    about. Do you understand that?

9        A.    Yes.

10       Q.    I have a hard time believing that you don't

11   remember when you separated from your husband.

12       A.    I am sorry, sir.

13       Q.    Were you under the influence of anything back

14   then or why would you not remember that?

15       A.    Under the influence of what, sir.

16       Q.    Anything? Any substances?

17       A.    I don't drink. I don't smoke, sir.

18       Q.    Back years before, did you have a substance

19   abuse problem before?

20       A.    No, sir.

21       Q.    Have you ever been treated for any mental

22   problems?

23       A.    No, sir.

24       Q.    So when Andre was a child, were things happy at

25   home or were things bad at home or what was it like at

1  your house?

2      A.    That has been so many years I could not

3  remember how good or how bad it was.

4      Q.    I want to make sure that when you come down to

5  testify the next time and you are asked if it was good or

6  bad at home, you will not remember the next time either;

7  is that right?

8      A.    Yes, sir.

9      Q.    I just want to make sure that the next time

10  that you come into the court room and you are asked was

11  it good?  Was it bad when Andre was a kid, you will say,

12  I don't remember.  Is that true?

13      A.    That is true.

14      Q.    As we are sitting here right now you don't

15  remember anything about Andre's upbringing whether it was

16  good or bad or anything like that?

17      A.    I didn't say that, sir.  I said I don't

18  remember the things that you just asked me.

19      Q.    What do you remember about Andre's upbringing?

20      A.    He was a good kid.

21      Q.    Was he a discipline problem?

22      A.    No, sir.

23      Q.    Was he respectful of you?

24      A.    Yes, sir.

25      Q.    Did he do what he was told?

**4694**

1     A.   Yes, sir.

2     Q.   How did he get along with Dan?

3     A.   I cannot tell you that.  I don't know their

4 relationship?

5     Q.   Was Dan in the house when Andre was growing up?

6     A.   Part of it.

7     Q.   When you would see them together, how did you

8 see his relationship with Dan?

9     A.   I could not tell you.  I am just looking.

10    Q.   I want your impression of what you observed

11 with him and Dan.  What did it look like to you?

12    A.   They had a good relationship, I think.

13    Q.   Was Andre respectful of Dan?

14    A.   Yes.

15    Q.   Was Dan respectful of Andre?

16    A.   I don't know.

17    Q.   When you saw them?

18    A.   It looked like it.  I don't know, sir.

19    Q.   Did Dan discipline Andre?

20    A.   Yes.

21    Q.   Did he discipline him appropriately?

22    A.   Yes, sir.

23    Q.   Did Dan ever beat on Andre?

24    A.   No, sir.

25    Q.   Did anybody beat on Andre when he was a kid?

**4695**

1 A. No.

2 Q. You certainly did not beat on Andre as a kid?

3 A. I gave him spankings.

4 Q. You gave him a spanking when it was appropriate
5 to give him a spanking?

6 A. Yes.

7 Q. Did you ever get CPS called on you or did CPS
8 ever investigate you back when he was a kid?

9 A. Well, not for Andre.

10 Q. For the other kids?

11 A. No, for problems with, it was for James, my
12 son.

13 Q. What was the problem?

14 A. He got close to a stove.

15 Q. And CPS came out just to investigate?

16 A. Yes.

17 Q. Was a kid ever removed from you?

18 A. James was.

19 Q. Was Andre ever removed from you by CPS?

20 A. No.

21 Q. When James was removed, do you know how long
22 ago that was?

23 A. No, sir.

24 Q. How long did that last?

25 A. I can't remember.

106

1     Q.   Did ultimately they put James back in the home?

2     A.   Yes.

3     Q.   Were there any other men in Andre's life when

4 he was a child?

5     A.   Any men in Andre's life?

6     Q.   Like father figures or people in the house with

7 you?

8     A.   No.

9     Q.   I am looking at people that may have had

10 influence on Andre when he was a kid.  Was there anybody

11 else that was an influence on Andre, any men?

12     A.   I don't know, sir.  He would be the one to tell

13 you.  I could not tell you.

14     Q.   I am asking you what you observed.  Do you know

15 anybody else that was in Andre's life that influenced

16 him?

17     A.   I could not tell you about that.  I don't know.

18     Q.   Did Andre live with you the whole time he was

19 growing up?

20     A.   Yes.

21     Q.   And would you know about any men that were a

22 big part of his life?

23     A.   I don't know about that, sir.  I can't answer

24 for him.  I don't know.

25     Q.   I am not asking you to answer for him.  I am

**4697**

00642

AT004673

107

1   asking you to tell me what you observed, whether you know

2   of any other men that were a part of Andre's life as

3   father figures, role models or anything like that?

4       A.   I could not tell you, sir.

5       Q.   You don't know of any?

6       A.   I could not tell you.

7       Q.   I am not asking you if you could tell me.  I am

8   asking you to tell me.  If you don't know, yes or no?

9       A.   I don't know.

10      Q.   When Andre went to middle school, was it Piner?

11  Is that true?

12      A.   Is that the middle school?

13      Q.   At one point there were two middle schools.  He

14  could have gone to Piner or Dillingham and that changed

15  ten years ago or so.  Do you remember whether he went to

16  Piner?

17      A.   I don't remember now.

18      Q.   You mentioned Piner earlier.

19      A.   I am sure.  I thought that was the only one.  I

20  didn't know.

21      Q.   But you remember at some point him going to

22  Piner?

23      A.   If that was the middle school.

24      Q.   Did you ever go up to the school when he was in

25  that school?

**4698**

00645

AT004674

108

1     A.   Yes, I probably did.

2     Q.   Which one was it that you went to?

3     A.   Probably Piner.

4     Q.   Probable Piner or it was Piner?

5     A.   I think it was Piner.  I have so many kids,

6 sir, and do you know what, I could not tell you.  That is

7 a lot of history.  I could not remember each one of the

8 kids.

9     Q.   All right.  Do you remember any teachers at

10 Piner that Andre was close with?

11    A.   I don't know, sir.

12    Q.   Do you remember any administrators that Andre

13 was close with?

14    A.   I don't know, sir.

15    Q.   Do you remember Andre having any discipline

16 problems at Piner?

17    A.   I don't remember, sir.

18    Q.   When was Andre first arrested; do you remember

19 that?

20    A.   No.

21    Q.   When was the first that you know of?

22    A.   I don't remember.

23    Q.   What was the first arrest that you know of?

24    A.   I don't know.

25    Q.   Did you ever know him to be arrested before

1   this incident?

2       A.   I don't know.

3       Q.   Was he ever arrested when he lived with you?

4       A.   I don't know, sir.

5       Q.   Did you ever bail him out?

6       A.   Bail him out?

7       Q.   Bail him out?

8       A.   No, sir.  I don't know anything about him being

9   arrested for anything, sir.

10      Q.   So you have never known him to be arrested

11  before this?

12      A.   He was grown then.  He was not a kid.  Are you

13  talking about when he was a child?

14      Q.   Well, let's talk about under eighteen?  Do you

15  remember him being arrested when he was under eighteen?

16      A.   Yes, he was arrested under eighteen.

17      Q.   I am looking for the first time.

18      A.   I don't really know if he was eighteen or not.

19      Q.   Well, I just want to talk about the first one

20  that you know of when he got arrested.  When is the first

21  time that you know of him being arrested?

22      A.   When him and his brother had a problem.

23      Q.   When was that?

24      A.   I could not tell you what year it was.

25      Q.   Was Andre an adult or a kid?

**4700**

110

1    A.    I don't know how old he was.

2    Q.    Was this when Andre stabbed his brother?

3    A.    Yes.

4    Q.    Tell me about that.  What happened?

5    A.    I was not there.

6    Q.    I didn't ask you if you were there.

7    A.    I can not tell you if I am not there, can I?

8    Q.    What did you understand happened?

9    A.    I don't know.

10   Q.    You know he stabbed him somehow.

11   A.    That is all that I know.

12   Q.    How do you know that?

13   A.    The policeman told me.

14   Q.    You had one boy stab the other boy and you

15   don't know anything else about that?

16   A.    That is all that I got, the information.

17   Q.    If I stab my brother, my mom would be on top of

18   me wanting to know what in the heck I am doing or what in

19   the heck happened to him.

20   A.    I was not there.

21   Q.    I don't care.  If my mom is across town or

22   across the country, if one of her boys stabbed another

23   one of her boys, she would want to know about it.  She

24   would be in our face asking us what happened.  Are you

25   telling this grand jury that one boy stabbed the other

**4701**

111

```
 1   boy and you don't know anything about it.

 2        A.   I didn't talk.  I don't know what happened.

 3        Q.   Did you ask either one of them?

 4        A.   No.

 5        Q.   Andre, why --- Which brother was it that he

 6   stabbed?

 7        A.   Brian.

 8        Q.   Andre, why did you stab Brian?  You didn't ask

 9   him that?

10        A.   No, sir.

11        Q.   Brian, what happened?  You didn't ask him that?

12        A.   No, sir.

13        Q.   You didn't ask Brian what happened?

14        A.   No, sir.  I didn't at the time.

15        Q.   At some point after that, why didn't you ask

16   him about that?

17        A.   I just didn't, sir.  Because I didn't know what

18   they were thinking.  I didn't ask them.

19        Q.   Weren't you worried about them getting stabbed?

20        A.   All I was worried about was my son's surgery.

21   That is all that was on my mind.

22        Q.   What about after the fact?  What about after

23   the fact?  After it gets finished?  Don't you want to

24   know what had happened?

25        A.   No.  I am just thankful that he was alive.
```

112

1     Q.   You did not want to know what happened?

2     A.   No.

3     Q.   Were you worried about Andre at that point?

4     A.   I was worried about him.

5     Q.   Did you do anything because of that worry?

6     A.   What do mean did I do anything.

7     Q.   Did you talk to either one of those two?

8     A.   No.

9     Q.   Did you talk to any counselors?

10    A.   No.

11    Q.   Did you try to get them any help?

12    A.   No.

13    Q.   You don't have any idea what that fight between

14  the two of them was about?

15    A.   No.  I am just confused now.  I don't

16  understand.

17    Q.   Do you know what the dispute was between Andre

18  and his brother when he stabbed him?

19    A.   Oh, yes, I found out what it was.

20    Q.   What was it?

21    A.   Because I read about it in the paper that it

22  was about the stereo.

23    Q.   What did you learn about the stereo?

24    A.   That one of them was trying to get it turned

25  down.  I mean, I read that in the paper.

1     Q.    Let's go back.  Do you know of any problems

2  that Andre had when he was a kid?

3     A.    I don't know.

4     Q.    Were you ever contacted by the school about any

5  problems that he had in school?

6     A.    None that I know of.

7     Q.    Do you know of any discipline problems that he

8  had with you or at the school when he was a kid?

9     A.    No.

10    Q.    When did Andre start working?

11    A.    He had jobs.  Which job?

12    Q.    When did Andre start working?

13    A.    I don't know what year.

14    Q.    When he started working, what was his first job

15  that you know of?

16    A.    I cannot tell you.  I don't know.

17    Q.    Do you know of him ever having a job?

18    A.    Yes, he had jobs.

19    Q.    What was the first job that he had?

20    A.    I don't remember.

21    Q.    What was the first one that you remember?

22    A.    I don't remember.

23    Q.    You don't remember any job that he ever had?

24    A.    I said he had jobs, but I don't remember the

25  job.

1     Q.   Do you know of any jobs?  You can not identify

2 one job your son had?

3     A.   He worked for the city.

4     Q.   Is that the first job that you remember?

5     A.   That is the only one that I remember and then

6 Logan's was the last one.

7     Q.   What did he do for the city?

8     A.   He trimmed.  He worked at the park.

9     Q.   The grounds?

10     A..   The motor area part.  That is what they called

11 it.

12     Q.   How did he do at that job as far as you know?

13     A.   Very well.

14     Q.   Did he like it?

15     A.   Yes.

16     Q.   What would he say about it?  Tell me about it?

17     A.   He said that he liked it.

18     Q.   Did he go to work regularly?

19     A.   Yes.

20     Q.   What did he want to do with his life; do you

21 know?

22     A.   No, I don't know.

23     Q.   Did you ever talk to him about what he wanted

24 to do with his life?

25     A.   No.

JANET M. KAMRAS
REGISTERED PROFESSIONAL REPORTER

115

1      Q.   How come?

2      A.   I just did not.

3      Q.   Did he ever express what his goals or desires

4 were?

5      A.   I never discussed it.

6      Q.   I said did he ever say that?  Did he ever say

7 anything about what he wanted to do?

8      A.   I don't know.  I don't remember that.

9      Q.   What about Logan's?  When did he work for

10 Logan's?

11     A.   Not too long ago.

12     Q.   Was that the last job that he had as far as you

13 know?

14     A.   Yes.

15     Q.   And did he like working at Logan's?

16     A.   We had never discussed it.

17     Q.   Other than those two jobs, you don't know of

18 any other job that he had?

19     A.   No.

20     Q.   Who were his good friends growing up?

21     A.   I don't remember.

22     Q.   You don't ever remember him hanging around with

23 kids when he was growing up?

24     A.   He had a bunch of friends.

25     Q.   Can you name some of them?

4706

116

1       A.   Oh, God.  Let me think.  He had one named

2   Isiah.

3       Q.   Do you know Isiah's last name?

4       A.   No.

5       Q.   Were there any other kids or people he was

6   close to growing up?

7       A.   No.  I don't just remember because he came over

8   a lot.

9       Q.   Tell me about his relationship with his dad,

10   Dan?

11       A.   Good.  It looked good to me.

12       Q.   How did it look good?

13       A.   It just looked good.

14       Q.   Describe how they interacted.

15       A.   They just did well.

16       Q.   Did they do recreation together?  Did they

17   play ball together?

18       A.   I don't know if they played ball.  They played

19   around on the floor.

20       Q.   They played on the floor?  Did he seem to have

21   a good relationship with him?

22       A.   Yes.

23       Q.   Did Dan take him to the carnivals, to the zoo

24   or things like that?  Do they do anything outside the

25   home with him?

00652

AT004683

```
 1      A.    We went to Six Flags one time.

 2      Q.    The whole family?

 3      A.    Yes.

 4      Q.    Did everything go fine on that trip?

 5      A.    Yes.

 6      Q.    Did Dan do other things with him?

 7      A.    I don't remember.

 8      Q.    Who do you think was the biggest influence on

 9  Andre when he was growing up?

10      A.    I could not tell you that.  I don't know.

11      Q.    From your perspective, who did it appear that

12  Andre, who had the biggest influence on Andre?

13      A.    I don't know.

14      Q.    Do you know Andre to use drugs?

15      A.    He took some Coricidin.

16      Q.    How do you know about that?

17      A.    Because I saw him.

18      Q.    When did you see taking Coricidin?

19      A.    When I was at the house.

20      Q.    At his home?

21      A.    The trailer park.

22      Q.    Where he lived when this crime happened?

23      A.    At 100 Texoma Parkway.

24      Q.    What is that called?

25      A.    Texoma Mobile Park.
```

JANET M. KAMRAS
REGISTERED PROFESSIONAL REPORTER

00655

AT004684

118

| | | |
|---|---|---|
| 1 | Q. | Was he living there by himself? |
| 2 | A. | No. |
| 3 | Q. | Who was he living with? |
| 4 | A. | I lived there. |
| 5 | Q. | You lived with Andre? |
| 6 | A. | Uh-huh. |
| 7 | Q. | When did you start living with Andre? |
| 8 | A. | March, no, February the twenty-third. |
| 9 | Q. | February the twenty-third of 2004? |
| 10 | A. | Yes. |
| 11 | Q. | What caused you to move in with Andre? |
| 12 | A. | I was in Oklahoma and I came home. |
| 13 | Q. | What was in Oklahoma? |
| 14 | A. | I was living in Oklahoma. |
| 15 | Q. | What were you living in Oklahoma for? |
| 16 | A. | I was living there. |
| 17 | Q. | Why were you in Oklahoma? |
| 18 | A. | I was living there. |

19     Q.    What were you doing to live in Oklahoma?   Were

20  you working in Oklahoma?   Did you have family in

21  Oklahoma?

22     A.    No.   I had a friend up in Oklahoma.

23     Q.    You had a friend up in Oklahoma.

24     A.    And I was living with a friend.

25     Q.    What time period was this?

**4709**

00654

AT004685

119

1    A.   This year.

2    Q.   From how many months up until February were you

3 living there?

4    A.   I was there in January of 2004.

5    Q.   So from January to February, about a month?

6    A.   Yes.

7    Q.   Did you still have the house on ███ ████?

8    A.   I didn't have that apartment.

9    Q.   You got that after this happened with Andre,

10 this event?

11    A.   Yes.

12    Q.   So when you went to --- When you came back

13 from Oklahoma in February of 2004 and you started living

14 with Andre; right?

15    A.   Yes.

16    Q.   Was it just the two of you living there?

17    A.   And ████.

18    Q.   And ████, your son?

19    A.   Yes.

20    Q.   How was Andre acting during that time period

21 that you came back? Was he acting normal?

22    A.   No, he was very different.

23    Q.   How was he different?

24    A.   He would not talk.

25    Q.   Would you try to engage him in conversation?

JANET M. KAMRAS
REGISTERED PROFESSIONAL REPORTER

AT004686

1      A.   Yes.  But he put tape over his mouth.

2      Q.   He had tape over his mouth?

3      A.   Yes.  He had gray tape over his mouth.

4      Q.   On how many occasions did that happen?

5      A.   There was a time that he had tape over his

6  mouth?

7      Q.   Do you know how the tape got there?

8      A.   He put it there.

9      Q.   Do you know why he put it there?

10      A.   I tried to tell me.  He tried to write it down

11  or paper, but I did not read the paper to see why.

12      Q.   Did that start right after you got back from

13  Oklahoma when you moved in with him?

14      A.   I don't know how long it had been going on.

15      Q.   Who else would have seen him tape on his mouth?

16      A.   His dad and his bothers.

17      Q.   Do you know of anybody else?

18      A.   The girlfriend that he had.

19      Q.   Who was the girlfriend?

20      A.   Carmen.

21      Q.   Was there anybody else that would have seen

22  Andre with tape over his mouth?

23      A.   The trailer park.  Everybody at the trailer

24  park saw him.

25      Q.   Was there anybody specifically that you could

```
 1  name?

 2      A.   No.   Just everybody out there.  He would walk

 3  around like that.

 4      Q.   So frequently he would walk around out there

 5  like that?

 6      A.   Yes.

 7      Q.   Did you talk to him about it and ask him why he

 8  had tape on his mouth?

 9      A.   He would try to tell me but I would not read

10  the paper.

11      Q.   Why wouldn't you?

12      A.   Because I did not want to know.

13      Q.   Why wouldn't you want to know why your son was

14  walking around with tape on his mouth?

15      A.   Because I thought it was crazy.

16      Q.   Did you worry about him?

17      A.   Sure.

18      Q.   What did you do about that?

19      A.   I took him different places to get him some

20  help.

21      Q.   Where did you take him?

22      A.   I took him to MHMR.  I took him to Texoma or

23  TMC in Denison.

24      Q.   That was the day before this stabbing; right?

25      A.   No.  I did that on Thursday.
```

**4712**

AT004688

```
1        Q.    Two days before the stabbing?

2        A.    Yes.

3        Q.    Was that the first time that you had taken him

4   anywhere?

5        A.    No.

6        Q.    When was the first time you took him anywhere

7   for help?

8        A.    Last year I took him to some place last year.

9        Q.    Where did you take him last year?

10       A.    To MHMR.

11       Q.    To MHMR locally?

12       A.    Here.

13       Q.    What building did you take him to?

14       A.    It was over by the police station.

15       Q.    Did you go in there with him?

16       A.    No, I stayed outside.

17       Q.    Did you just drive up to the side of the

18   station and point him in there and tell him to go in to

19   MHMR?

20       A.    Yes.

21       Q.    Do you know what happened in there?

22       A.    No.

23       Q.    How long was he in there?

24       A.    About an hour.

25       Q.    Then he came out?
```

**4713**

00658

123

```
 1        A.    Yes.

 2        Q.    What did you learn about what had happened?

 3        A.    He said they just refused him.

 4        Q.    He said they refused him?

 5        A.    Uh-huh.

 6        Q.    Do you know what he told them?

 7        A.    No.

 8        Q.    That was last year sometime?

 9        A.    Uh-huh.

10        Q.    Yes?

11        A.    Yes.

12        Q.    So this was before February when he put the

13   tape over his mouth?

14        A.    Yes.

15        Q.    What caused you to take him to the MHMR last

16   year?

17        A.    Because he was still having problems.

18        Q.    What do you mean he was still having problems?

19        A.    Just problems.  I could tell he was having

20   problems.

21        Q.    Describe for us what the problems were that you

22   could perceive?

23        A.    I don't know, just a lot of things.  It was

24   anger and where he would worry.

25        Q.    So he was angry and worried.  What made you
```

1  think that anger and worry caused him to need to go to a

2  mental health clinic?

3      A.    Because I believe he still had problems over

4  when he stabbed his brother.

5      Q.    Well, lots of teenagers have anger and worry.

6  What made you think that it was mental?

7      A.    I just I thought it was.

8      Q.    Why didn't you go in to MHMR and tell them what

9  your concerns were?

10      A.    I didn't think about it.

11      Q.    Do you remember the end of last year that this

12  happened?

13      A.    It was last year.  I can't remember what time

14  of the year, but it was last year.

15      Q.    So he came out after about an hour and he said

16  that they refused him.  Did you do anything else for his

17  mental condition after that?

18      A.    No.  Not as last year, but this year.

19      Q.    What is the first time this year that you did

20  something?

21      A.    When this happened.  It was before this

22  happened.

23      Q.    When before this happened?

24      A.    It was on Thursday before the stabbing.

25      Q.    On Thursday before the stabbing, what did you

JANET M. KAMRAS
REGISTERED PROFESSIONAL REPORTER

/AT004691

1   do?

2        A.   I took him to TMC.

3        Q.   What caused you to you take him to TMC?

4        A.   Because he had tape over his mouth.

5        Q.   Was there anything else besides the tape on his

6   mouth that caused you to take him to TMC?

7        A.   No.

8        Q.   Before you took him to TMC, did you talk to him

9   about what was going on with him?

10       A.   No.  He tried to tell me but I never talked to

11  him.  He would write it down but I would not read it.

12       Q.   Why wouldn't you read it?

13       A.   Because I didn't want to know.

14       Q.   I don't understand that.  Why would you not

15  want to know?

16       A.   I just did not want to know.

17       Q.   What were you scared of?

18       A.   I don't know.

19       Q.   So for some time period before this Thursday

20  before the stabbing, Andre had been walking around with

21  tape over his mouth?

22       A.   Yes.

23       Q.   Was it all of the time or just some times?

24       A.   A lot of times.

25       Q.   Was it fifty percent of the time he was awake?

1      A.   I could not say that, sir.

2      Q.   What amount of time?

3      A.   Many times.

4      Q.   This went on for how long before you took him

5    to the hospital?

6      A.   A long time.

7      Q.   Weeks?

8      A.   I don't know.

9      Q.   Days or weeks?

10     A.   I don't know.

11     Q.   If he had been doing this all of this time,

12   what caused you to finally decide to take him to MHMR?

13     A.   I just knew he needed some help.

14     Q.   But you had not talked to him about going to

15   TMC before you all go?

16     A.   No.

17     Q.   You just, "Andre, get in the car?"  Or how?

18     A.   I forgot this too.  He had stabbed himself.

19   That is why I took him.  He stabbed at hisself with a

20   knife.  When I got up that morning, I took him.  That is

21   the reason why I took him because he stabbed at his bone

22   and I took him out there because he had to get some help

23   because we didn't know if he had hurt the bone or broke

24   the bone.

25     Q.   How did you find out that he had stabbed

1    himself?

2         A.    Carmen told me.  Then I go in and see him.

3         Q.    This was at the house?

4         A.    This was at the trailer park.

5         Q.    You all are staying there; right?

6         A.    Yes.

7         Q.    Carmen comes in and tells you that he stabbed

8    himself?

9         A.    Carmen had spent the night.  She did not live

10   there.

11        Q.    She had spent the night and she came in that

12   morning and told you that he had stabbed himself?

13        A.    No.  She had spent the night and she called me

14   and he called me and he told me that he had stabbed

15   himself that night.

16        Q.    She called you where?

17        A.    I was laying on the couch.

18        Q.    So she called you from one part of the house?

19        A.    From the bedroom, yes.

20        Q.    When you go in there, do you see that he had

21   stabbed himself?

22        A.    Yes.

23        Q.    What happened then?

24        A.    I took him over to the emergency room.

25        Q.    So this was the night before?

**4718**

128

```
 1        A.    This was Thursday.

 2        Q.    This was?

 3        A.    Friday morning is when.

 4        Q.    So Thursday night he had stabbed himself?

 5        A.    Yes.

 6        Q.    Then you all go to bed that night and you woke

 7   up and then Friday morning you took him to the hospital?

 8        A.    Yes.

 9        Q.    Did just you and he go to the hospital?

10        A.    Yes.

11        Q.    Did you drive him there?

12        A.    Yes.

13        Q.    Did you go in with him?

14        A.    No, sir.

15        Q.    Did you just drop him off?

16        A.    No.  I stayed outside for an hour.

17        Q.    How come you did got in with him?

18        A.    I just did not.

19        Q.    You stayed an hour and then what happened?

20        A.    Then I took my son to school.

21        Q.    Was your son with you that day?

22        A.    He was with me that morning.

23        Q.    So he stays in there for an hour and you drive

24   off?

25        A.    Yes.
```

**4719**

00664

AT004695

129

```
1      Q.   How would he get home?

2      A.   I thought he had been accepted.  That is why I

3 left.  He never came back out.

4      Q.   Then did you see him any more after that?

5      A.   Yes.

6      Q.   When is the next time you see him?

7      A.   About four hours later.

8      Q.   What were the circumstances of that?

9      A.   He walked home from Denison.

10     Q.   He walked home.  Tell me what the conversation

11 was.

12     A.   He just walked in the house and said they

13 refused him because he did not have insurance.

14     Q.   He walked in and he said they refused him

15 because he did not have insurance?

16     A.   Yes.

17     Q.   Was there anything else?

18     A.   He said they had an X-ray on him.

19     Q.   Did he say anything else?

20     A.   That is about all.

21     Q.   Was this at the trailer park when he walked

22 back over to the trailer park?

23     A.   Yes.

24     Q.   What happened the rest of that day?

25     A.   I don't remember.
```

**4720**                                      00665

130

1    Q.    Were you there the whole time?

2    A.    I don't remember.

3    Q.    Well, you know the next day apparently he

4    stabbed his wife and kids; right?

5    A.    Saturday.

6    Q.    We are talking about Friday and the middle of

7    the day he walks back.  So we are talking mid-Friday, he

8    walks back and is he there the rest of the day?

9    A.    I don't know.

10   Q.    You don't know?

11   A.    I don't remember.

12   Q.    The next day you find out that he stabbed

13   somebody.  Did you think back and try to remember what

14   was happening to him in that time period?

15   A.    No, sir.  I didn't.

16   Q.    That did not seem important to you to look back

17   and think about what was happening all of this time where

18   you were taking him to the hospital?  Did you think back

19   on it?

20   A.    I don't remember.

21   Q.    So you can't tell us what Andre was doing from

22   mid-day Friday when he walked back to the house until

23   when?

24   A.    I could not tell you what he was doing after

25   that.

4721                                          00656

131

1      Q.   Until the murders happened or do you remember

2 him doing anything after midday Friday?

3      A.   Doing anything like what, sir?

4      Q.   At all?

5      A.   I don't remember.

6      Q.   Do you remember seeing him or remember where he

7 was going or anything like that until Friday midday until

8 the murders happened?

9      A.   I don't remember.

10      Q.   Did you see him Friday night?  Do you remember

11 him doing anything that night with you or you seeing him

12 at all?

13      A.   I don't remember, no.

14      Q.   When did he take the Coricidin?

15      A.   On his birthday.

16      Q.   When was his birthday?

17      A.   The twenty-third of March.  I mean the

18 seventeenth of March.

19      Q.   Do you know that he took Coricidin on his

20 birthday, why?

21      A.   Because he had a party.

22      Q.   Were you there?

23      A.   I was there for part of it.  Then I went to

24 work.

25      Q.   Did you see him taking the Coricidin?

4722                                              00667

AT004698

132

1      A.    Yes.

2      Q.    Did you know what that was?

3      A.    No.

4      Q.    What did you see?

5      A.    Well, two other guys and a lady which was

6  Carmen were drinking and taking the pills.

7      Q.    So Carmen and who were the other two guys?

8      A.    I don't know who the guys were.  I had never

9  seen them before.

10      Q.    Where did the party take place?

11      A.    In the house, in the trailer park.

12      Q.    So two guys and Andre and Carmen?

13      A.    Uh-huh.

14      Q.    Is that everybody who was at the party?

15      A.    Yes.

16      Q.    And you are there part of the time and they are

17  drinking?

18      A.    Yes.

19      Q.    Beer?

20      A.    Yes.

21      Q.    Malt liquor?

22      A.    They were drinking beer.  All I know they were

23  drinking beer and they had some bottles of something like

24  Zima or something like that.

25      Q.    And you see pills.  What kind of pills did you

4723

00658

AT004699

1  see?

2      A.   Coricidin.

3      Q.   How do you know it was Coricidin?

4      A.   I could see it.  I could read it.

5      Q.   Was it a cold medicine?

6      A.   Yes and flue or something like that.

7      Q.   You saw them on the table and they were

8  Coricidin?

9      A.   I remember seeing them.  I don't remember

10 exactly where they were at, but I remember seeing them.

11     Q.   How many did he take that day?

12     A.   He said sixteen.

13     Q.   Sixteen pills?

14     A.   Yes.

15     Q.   Were other people taking them?

16     A.   Carmen took some.

17     Q.   How many did Carmen take?

18     A.   Thirty-six.

19     Q.   Do you know if this was a regular occurrence

20 for Andre to use Coricidin?

21     A.   I don't remember.  I don't know that.

22     Q.   Did he ever tell you any other times that he

23 was taking Coricidin?

24     A.   He did not tell me.  I just saw it.

25     Q.   Did he ever tell you about taking Coricidin?

1      A.    I saw him taking it.

2      Q.    I know on that day.  Were there any other times

3  that he told you about taking them on any other day?

4      A.    No.

5      Q.    Do you have any knowledge about him taking it

6  on any other day other than March the seventeenth?

7      A.    I don't know.  I don't remember.  I mean I

8  don't know.  I don't remember him telling me anything.

9      Q.    Did you see ever any Coricidin around the

10  trailer?

11      A.    No.

12      Q.    After that date on March the seventeenth, did

13  you ever see any Coricidin?

14      A.    No, that was it.

15      Q.    Did you ever know from any other source that

16  Andre was taking Coricidin after March the

17  twenty-seventh?

18      A.    No, I did not.

19      Q.    Mrs. Thomas, we will not be able to finish

20  today.  So what I will do is the grand jury is going to

21  meet on the twentieth of May.  We will talk to you again.

22            I appreciate your time.  We will get you

23  some paper work before you go.  We will see you back on

24  the twentieth.

25            (Adjournment.)                    00670

4725

3

```
 1   May 20, 2004.

 2                  (Grand jury room.)

 3                  Rochelle Thomas

 4   having been sworn, testified upon her oath as follows:

 5                  DIRECT EXAMINATION

 6   BY MR. BROWN:

 7        Q.   Would you reintroduce yourself, please, ma'am.

 8        A.   Rochelle Thomas.

 9        Q.   Mrs. Thomas, you testified a couple of weeks

10   ago, I guess, before the grand jury; is that true?

11        A.   Yes, sir.

12        Q.   You are the same Rochelle Thomas that was in

13   here at that time?

14        A.   Yes, sir.

15        Q.   And you are still under oath.  Do you

16   understand that?

17        A.   Yes, sir.

18        Q.   Do you understand that the penalty of perjury

19   still applies.  Do you understand that?

20        A.   Yes, sir.

21        Q.   Mrs. Thomas, I appreciate you being back.  I

22   want to, my goal, if you will help me is to cover Andre's

23   upbringing and growing up.  I want you, as I said, to

24   have the opportunity to tell us anything that you want to

25   about Andre and his upbringing and things that you think
```

1   are important for this grand jury to understand.  Okay?

2       A.   Yes, sir.

3       Q.   My understanding, Mrs. Thomas, is you have six

4   children?

5       A.   Yes, sir.

6       Q.   Is that right?

7       A.   Yes.

8       Q.   ███, Brian, James, Danny, Eric and Andre?

9       A.   Yes, sir.

10      Q.   All boys; right?

11      A.   Yes, sir.

12      Q.   Mrs. Thomas, with regard to all your other

13  children, have there been mental problems with any of

14  those kids before?

15      A.   Not that I know of, sir.

16      Q.   As far you know, none of your other children

17  have been treated for any kind of mental problems?

18      A.   I am not for sure.  I don't know.

19      Q.   As far as you know, they have not?

20      A.   I don't know, no, sir.  I don't know.

21      Q.   And with regard to any of your other children,

22  have you ever seen them exhibit symptoms that you thought

23  showed they had mental problems?

24      A.   No, sir.  I don't know nothing about that.

25      Q.   I want to go back with regard to Andre and talk

1  about the first time that you first saw signs of Andre

2  having mental problems.

3       A.    I didn't see any signs.

4       Q.    Do you believe that mental problems effected

5  Andre in the murders of Laura Thomas and her two

6  children?

7       A.    I don't know that, sir.

8       Q.    Have you ever seen any signs from Andre of him

9  having mental problems?

10      A.    I am not able to say anything.  I don't know

11 anything about that kind of thing, sir.

12      Q.    Well, let's see if we could break it down

13 simple.  If you saw somebody on the street and you

14 thought they had mental problems, what kind of things

15 would you look for to see if they had mental problems?

16      A.    Sir, I did not see anything.  I am not able to

17 say anything.  I don't know anything about that kind of

18 situation, sir.

19      Q.    Do you know what mental problems are?

20      A.    Not really.

21      Q.    How about people acting strangely, acting like

22 they are not in touch with reality.  Do you know what

23 that is?

24      A.    Yes, I know what that is, but I am not able to

25 say.  I am not an expert to know anything about that kind

**4728**

1    of thing.

2        Q.    Well, you are able to determine what is normal

3    behavior and what is not normal behavior for a person,

4    wouldn't you?

5        A.    No, not really.  I don't really know what is

6    normal for other people.  I don't even know what is

7    normal for me.

8        Q.    What about you have six kids and I assume that

9    you are close to them while you were raising them; right?

10       A.    Uh-huh.

11       Q.    Yes?

12       A.    Yes.

13       Q.    Do you know what is normal behavior for them?

14       A.    Each kid is different, sir.

15       Q.    For each kid, do you know what is normal for

16   each kid?

17       A.    Well, they look normal to me.

18       Q.    That is what I am trying to get at.  Did there

19   come a time with regard to Andre that he acted in a way

20   that was not normal?

21       A.    Well, when he put tape over his mouth, that is

22   not normal, sir.

23       Q.    And is that the first instance that you would

24   say that he showed signs of acting abnormal?

25       A.    He acted different.  That was different.

**4729**

7

```
 1      Q.    Is that the first time that he acted that way?

 2      A.    That is the first time that I ever seen him.

 3      Q.    Ma'am, I notice that you are playing with the

 4  keys of a telephone.

 5      A.    I am listening to you, sir.

 6      Q.    I know, but I want to make sure there is

 7  nothing coming in-between us and what we are talking

 8  about.

 9      A.    Nothing is.

10      Q.    Would you mind putting the phone on the table?

11      A.    I am putting it in my lap, sir.

12      Q.    Do you understand or let me make a statement to

13  you with regard to Andre and what will happen to him.

14  Would you agree with me that a lot of what will happen to

15  him is dependent upon what his mental status was at the

16  time the crime was committed.  Do you understand that?

17      A.    Yes, I do.

18      Q.    Do you understand that there is a claim that he

19  was insane at the time that he committed these crimes.

20      A.    Okay.

21      Q.    Do you understand that?

22      A.    Uh-huh.

23      Q.    All right.  Do you understand that it is

24  important for this grand jury and for us and for the jury

25  that ultimately decides what happens to Andre that they
```

4730

1   have a good understanding of Andre's mental history of

2   whether he was acting strange at the time of these

3   killings or at any time in his past.  Do you understand

4   that?

5        A.   Yes, sir.

6        Q.   You are his mother and I assume that there is

7   nobody closer to Andre Thomas over his life than you; is

8   that true?

9        A.   I don't know that, sir.

10       Q.   From your advantage point do you know of

11   anybody that is closer to Andre Thomas than you?

12       A.   I said I don't know that, sir.

13       Q.   Well, for the record we will assume that is

14   true and it may be true and it may not be true.  But most

15   of us our mothers are as close as we got; right?

16       A.   Well, my mother was close to me, yes.

17       Q.   So what I want is I want to know and I want you

18   to tell me if there is anything that you remember about

19   Andre and his mental status or his mental condition that

20   you think shows that he was or that he could have been

21   insane or that he had mental problems or anything like

22   that.  This is the time to tell us.

23       A.   I have nothing to say, sir.

24       Q.   You know of nothing that shows Andre was having

25   any mental problems before Laura Thomas and the two

4737

9

1   children were killed?

2        A.   No, sir.  I don't know.

3        Q.   Is anything other than the putting the tape on

4   his mouth that ---

5        A.   That is about it.

6        Q.   Is there anything other than putting the tape

7   on his mouth that caused you to think he was acting

8   abnormal?

9        A.   He was acting different, yes.

10        Q.   Help me put a date when that started.

11        A.   I cannot tell you, sir.

12        Q.   Was that in the last couple of weeks before the

13   killing?

14        A.   I cannot tell you, sir.

15        Q.   Well, I will ask you to put the best time frame

16   on it that you can.

17        A.   I can't tell you.  I don't know.

18        Q.   Did it happen more than a year ago?  Did he put

19   tape on his mouth?

20        A.   No, it wasn't a year ago.  No, sir.

21        Q.   So was it inside of a year that he started

22   putting tape on his mouth?

23        A.   I don't know the time, sir.

24        Q.   I am not asking you for specifics, but to the

25   best of your ability to give us an estimate.

**4732**

10

1      A.   I am telling you that I don't know.

2      Q.   Was it after you moved back from Oklahoma?

3      A.   I am pretty sure it was because when I was in

4  Oklahoma I couldn't have seen him.

5      Q.   He did not do that before you left for

6  Oklahoma?

7      A.   No.

8      Q.   So my memory from last time is that you moved

9  back from Oklahoma on February the twenty-third of 2004;

10  is that correct?

11      A.   Yes, sir.

12      Q.   So sometime after that time, Andre began

13  putting tape on his mouth; is that correct?

14      A.   I don't know.

15      Q.   I thought that was what we just established

16  that he did not do it before you went to Oklahoma.  He

17  started doing it after you came back; right?

18      A.   But I didn't know what time he done it.

19      Q.   But sometime after that he started putting tape

20  on his mouth?

21      A.   At sometime, but I don't know when it was.

22      Q.   But you saw on about how many occasions him

23  putting tape on his mouth?

24      A.   On about four or five.

25      Q.   And when he did this, my recollection is you

4733

```
 1      A.    Yes.

 2      Q.    How important was that in his life that you

 3   saw?

 4      A.    I could not tell you how important it was to

 5   him.  It was important to me.

 6      Q.    Were you able to observe him and tell how

 7   important from your perspective how important it was to

 8   him?

 9      A.    I could not tell you.

10      Q.    Did you talk about the scriptures?

11      A.    Not to me.

12      Q.    You never heard him talk about the scriptures?

13      A.    He never talked to me about the scriptures.

14      Q.    Did you overhear him talking to anybody else

15   about the about scriptures?

16      A.    I was not listening.

17      Q.    So is that a no?  I never heard him?

18      A.    I don't know who he talked to.

19      Q.    Did you, Rochelle Thomas, ever hear Andre

20   Thomas talking to anybody else about the scriptures?

21      A.    Sir, I just answered that.

22      Q.    No, you did not.  You are playing word games

23   with me.

24      A.    No, sir.

25      Q.    I want a yes or a no answer.
```

**4735**

1    A.    I don't know anything about him talking about

2  scriptures.

3    Q.    You never heard it?

4    A.    I don't know who he talked to, sir.

5    Q.    Did you ever hear him say anything about God

6  ever talking to him?

7    A.    Yes, he told me.

8    Q.    Tell me what he said about God talking to him?

9    A.    He told me God told him to walk.

10    Q.    God told him to walk?

11    A.    Uh-huh.

12    Q.    Yes?

13    A.    Yes.

14    Q.    When did he tell you this?

15    A.    In the morning, Saturday morning.

16    Q.    The Saturday morning of the killing?

17    A.    The Saturday morning he got to walk.

18    Q.    The Saturday morning that you found out about

19  the deaths; right?

20    A.    Yes.  I found out about them, yes.

21    Q.    Before that Saturday, had you ever heard Andre

22  say anything about God talking to him?

23    A.    He did not talk to me that much.

24    Q.    The question I am asking is before that

25  Saturday had you ever heard Andre say anything about God

**4736**

1   talking to him?

2       A.   That morning he told me God told him to walk.

3       Q.   I understand that.

4       A.   That is the only time that he told me that.

5       Q.   I understand that, Mrs. Thomas.  I am asking

6   before that day.

7       A.   I don't know about any other day than that.

8       Q.   Let me get my question out and listen to my

9   question.  Before that Saturday had you ever heard Andre

10  say anything about God talking to him?

11      A.   That Saturday morning he told me God told him

12  to walk.  That is the only time that I ever heard

13  anything about it.

14      Q.   That is the only time you heard anything about

15  God.

16      A.   That is the only time that he ever said that to

17  me.

18      Q.   He said that to you.  And the thing I am trying

19  to distinguish is did you ever hear him say it to anybody

20  else about God talking to him?

21      A.   Sir, I don't know the conversations he had with

22  other people.  I only know what he said to me.

23      Q.   And I am not saying that he said it to you.

24  You know, these two people over here could be talking and

25  I could overhear him.  You told me that he never said

```
 1   anything to you.  But you are not giving me a straight

 2   answer.  Did you ever hear him talking to somebody else

 3   or overhear him talking about God talking to him?

 4        A.   He only told me that morning.  That is the only

 5   time I ever heard him say that.

 6        Q.   To anybody?

 7        A.   To me.

 8        Q.   I am asking about to anybody?

 9        A.   I don't know anything about what he said to

10   other people.

11        Q.   Let's talk about when he talked about God

12   talking to him on Saturday morning.  Tell me everything

13   that you remember about that.

14        A.   That is all he said.

15        Q.   That is all he said that God told him to take a

16   walk?

17        A.   Walk.  God told him to walk.

18        Q.   Did he say what he told to him to do after he

19   walked?

20        A.   He left out the door.

21        Q.   What did you think when he said that?

22        A.   It was six o'clock in the morning, sir.  I just

23   woke up.  He woke me up and he told me that.  That is all

24   that he did was he walked out the door.

25        Q.   What did you think?
```

4738

1     A.   I was asleep, sir.

2     Q.   Were you worried about him?

3     A.   Sir, I just woke up.  I didn't have that

4 thought in my mind.

5     Q.   He had stabbed himself the night before and you

6 had taken him or two nights before and you had taken him

7 to the hospital, for mental treatment the morning before.

8 Then he gotten up at a very early hour and he had told

9 you that God told him to walk.  Did that cause you any

10 concern?

11     A.   Sir, I just answered that question.

12     Q.   What I am hearing you saying is, no, it did not

13 cause me any concern.

14     A.   That is not what I said.  I just woke up and he

15 told me God told him to walk because he woke me up.

16     Q.   It is a simple question.

17     A.   That is all he said.  God told me to walk.

18     Q.   Did that cause you to worry?

19     A.   Sir, I just woke up.  I didn't have that on my

20 mind.

21     Q.   Why won't you answer my question?

22     A.   Because I don't understand the question.

23     Q.   Did it cause you to worry?

24     A.   No, it did not cause me to worry.

25     Q.   That is all I am asking.

4739

1    A.    Because I didn't have that on my mind at that

2  time.   That morning I did not think about worrying.   I

3  just knew he said what he said and I just got up and

4  looked at him.

5    Q.    We talked a little bit about Andre's work

6  history.   Was the city of Sherman the first job that you

7  remember him with?

8    A.    No.   He had other jobs, but I don't know what

9  all jobs he had.   I didn't stay with Andre always.   I was

10  just there for a moment.   It was not for a long, long

11  spell of time.   So what jobs he had, he is a grown man.

12    Q.    But I assume that you talked to him.

13    A.    No, that wasn't my job, sir, to talk to him

14  about where he worked and stuff.   That was his job.   He

15  is a grown man.   I didn't live with him always.   He was

16  just there.

17    Q.    If you don't know about these things.

18    A.    I don't know, sir.   You just keep on asking me

19  the same question.   I keep on telling you I don't know.

20  You keep on asking me another question and another

21  question.   I keep on saying I don't know.

22    Q.    All right.   So you knew about the city of

23  Sherman and you knew about Logan's.   Did you know about

24  any others?

25    A.    That is all that I know.

**4740**

1   Q.   As far as you know, did he do a good job at

2   those jobs?

3   A.   I did not go on the job to see.

4   Q.   Did he seem to like those jobs?

5   A.   I didn't ask him.

6   Q.   I am not asking you if you asked.  I am asking

7   you whether you could tell.

8   A.   I didn't ask him.

9   Q.   Tell us about his relationship with Laura.

10   A.   I don't know his relationship with Laura.  She

11   was his wife.  She was my daughter-in-law who I loved

12   very much and my grandchildren.

13   Q.   And tell me why you loved her.

14   A.   Because she was good to me.  She was a

15   wonderful girl and she had beautiful children and she

16   loved her children.  She loved them so dearly.  She loved

17   life.   I loved her.

18   Q.   You spent time with her, it sounds like?

19   A.   Yes, sir, very much so.

20   Q.   Did you spend time with her and Andre

21   sometimes?

22   A.   I spent time with her and the babies, yes.

23   Q.   Andre, your son, did you spend time with her

24   and Andre when they were together?

25   A.   Yes.

4741

```
 1       Q.    Describe, if you will, how their relationship

 2   was.

 3       A.    They were wonderful together.

 4       Q.    Do you know when they separated?

 5       A.    No, I don't.

 6       Q.    Can you describe how Andre, was Andre upset

 7   from what you could tell about the separation?

 8       A.    I did not know when they separated.   I don't

 9   know what their problems were.   That was not my concern.

10   They were lovely together when they were together with

11   us.  When they came together with us, they were together.

12   They were happy.

13       Q.    Did you ever remember Andre talking about a

14   divorce?

15       A.    Not that I know of.

16       Q.    Do you remember him talking about not being

17   able to get a divorce?

18       A.    I don't know anything about that, sir.

19       Q.    We talked a little bit about the Coricidin that

20   Andre was taking before that Saturday; right?  Do you

21   remember that?

22       A.    Yes.

23       Q.    What I remember you telling me was the first

24   time that you saw Andre taking Coricidin was on his

25   birthday; right?
```

20

```
 1        A.    Yes.

 2        Q.    On March the seventeenth?

 3        A.    Yes.

 4        Q.    And he took or he told you that you had taken

 5   sixteen Coricidin pills?

 6        A.    Yes.

 7        Q.    Carmen on that day had taken thirty-two?

 8        A.    Thirty-six.

 9        Q.    Can you describe for me how that seemed to

10   effect them from what you saw?

11        A.    I didn't stay to see.

12        Q.    Do you know of any other times they took those?

13        A.    That is the only time that I seen it.

14        Q.    Did they tell you about any other times they

15   took them?

16        A.    That is the only time that I seen them.

17        Q.    Did they tell you about any other times?

18        A.    That is the only time that I saw them.  They

19   did not tell me anything.  I saw them that time.  I

20   didn't know anything about any other time.

21        Q.    It's my understanding that Thursday night

22   before the killings when Andre stabbed himself.  Do you

23   remember we talked about that?

24        A.    Yes.

25        Q.    It is my understanding from Carmen that they
```

**4743**

1   were taking that Coricidin that night?

2        A.    All right.

3        Q.    Did you understand that she told you about

4   ~~that~~

5        A.    No, she did not.

6        Q.    So when Carmen comes in there to tell you that

7   Andre stabbed himself, do you remember that?

8        A.    No, I was not there.  She did not come in

9   there.

10       Q.    So you go in the bedroom?

11       A.    Yes.

12       Q.    What caused you to go in the bedroom?

13       A.    Because she could not get him up.

14       Q.    So did she call for you that she could not get

15  him up?

16       A.    No.  He called for me.

17       Q.    So Andre calls for you. He says, "Mama?"  What?

18       A.    "I can't get up."

19       Q.    So you hear him call you and you go in the

20  bedroom and what do you see?

21       A.    Him laying on the bed and he cannot get up.

22       Q.    Did he have blood on him?

23       A.    I could not tell.  It was dark.

24       Q.    Then so what did you do?

25       A.    I went and laid back down.

**4744**

1    Q.   Did you try to get him up?

2    A.   No.

3    Q.   Did you ask him what happened?

4    A.   No.

5    Q.   My understanding from Carmen is that you asked

6    them, "What are you all taking?"

7    A.   No.  I don't know anything about that.  I

8    didn't ask that.

9    Q.   You did not say anything about what are you all

10   taking?

11   A.   No.

12   Q.   Do you remember them telling you they had been

13   taking cough medicine that night?

14   A.   No.

15   Q.   You don't remember that happening?

16   A.   I don't remember them telling me that.

17   Q.   Do you remember you saying, "You all need to

18   stop taking that stuff"?

19   A.   I don't know anything about that.

20   Q.   So the only think that was said as far as you

21   remember was Andre calling out, "I can't get up"?

22   A.   Yes.

23   Q.   You going in there and seeing him.  You did not

24   try to help him up?

25       A.   No.
            4745

1    Q.    You just turned around and you walked out?

2    A.    That's correct.

3    Q.    Did you know he had stabbed himself at that

4    time?

5    A.    He said that he did.

6    Q.    Did you check to see if he had?

7    A.    It was dark.  I could not see.

8    Q.    Did you ask him if he was okay?

9    A.    No.  I didn't ask him nothing.

10   Q.    So you go in there and he says, "I can't get

11   up."  He told you that he stabbed himself.  You go in

12   there.  You look and turn around and walk out?

13   A.    I didn't look.  I could not see.

14   Q.    So you stood in the dark room?

15   A.    They were in the dark.  They did not have

16   electricity.

17   Q.    You stood in there.  Did anybody say anything

18   when you were in there?

19   A.    No.

20   Q.    So you go in there and you stand there and

21   nobody said anything and you turn around and you walk

22   out?

23   A.    Just that he stabbed himself.  He said he

24   stabbed himself.  When I went back, I laid down after I

25   found out that he stabbed himself but I did not look

4746

1   because I could not see.  It was dark.  I did not get him

2   up.

3       Q.   Did you know how serious it was?

4       A.   I could not see.  It was dark.

5       Q.   Did you try to find out how serious it was?

6       A.   I could not see.  It was dark.

7       Q.   I am not asking you ---

8       A.   I went and laid down.

9       Q.   So your answer is no;  I didn't try to find out

10  how serious it was?

11      A.   No, I didn't.

12      Q.   Then the next morning you take him to the

13  emergency room and you drop him off and you don't see him

14  again that day?

15      A.   I did see him that day.

16      Q.   At what point did you see him?

17      A.   Four hours later.

18      Q.   Four hours later you see him back at the house?

19      A.   He is coming through the door.

20      Q.   He tells you that they would not take his

21  insurance and they turned him out?

22      A.   They discharged him.  He did not have

23  insurance.

24      Q.   Did he say anything else that day at that time?

25      A.   No.

```
 1        Q.    Did he stay there at the house for a while?

 2        A.    I left.

 3        Q.    You left.  Do you know where you were going?

 4        A.    I don't remember.

 5        Q.    When was the next time you saw him?

 6        A.    I didn't until I seen him at the jail.

 7        Q.    Did you see him when he wakes you up and he

 8   tells you that God is telling him to walk?

 9        A.    Yes.  I did see him then.

10        Q.    Was there anything else said besides him waking

11   you up and telling you that God told him to walk?

12        A.    No.

13        Q.    Do you know what he was wearing?

14        A.    No.

15        Q.    Do you know whether he had been using Coricidin

16   that morning?

17        A.    I don't know.

18        Q.    Can you describe for me his relationship with

19   Carmen that you knew of?

20        A.    I didn't know their relationship, sir.  He had

21   many relationships.

22        Q.    Were you with them much?

23        A.    No.

24        Q.    How many times did --- When he was staying

25   with Carmen, you were staying at the house; right?
```

4748

1      A.    No.   Carmen was not staying there.   Carmen

2  spent the night.   She did not stay every night.   She did

3  not live there.

4      Q.    Tell us some good things about Andre.

5      A.    He is my son.

6      Q.    Is there anything else that you want the grand

7  jury to know?

8      A.    No, sir.

9      Q.    If you are asked by his lawyers at the trial of

10  this matter, when the jury has to decide possibly whether

11  he lives or dies, they are asking you to tell us the good

12  things about Andre, what will you say?

13      A.    He is my son just like I told you.

14      Q.    Are you going to say anything else?

15      A.    No, sir.

16      Q.    With his life hanging in the balance, you won't

17  say anything else?

18      A.    No, sir.

19      Q.    What do you think should happen to Andre?

20      A.    Sir.   It is God's will.

21      Q.    But man has to make that decision.

22      A.    God has the last say on everything.

23          MR. BROWN:   Are there any questions from

24  the grand jury?

25          GRAND JURY MEMBER:   Could I ask a

**4749**

1  question?

2               MRS. THOMAS:  Yes, ma'am.

3               GRAND JURY MEMBER:  At what point in time

4  you said in answer to a question, you said that Andre

5  came in and told you that God told him to walk and that

6  it was early in the morning?

7               MRS. THOMAS:  Yes, ma'am.

8               GRAND JURY MEMBER:  You were just getting

9  up.

10              MRS. THOMAS:  No, ma'am.  I was sleeping.

11              GRAND JURY MEMBER:  You were sleeping?

12              MRS. THOMAS:  Yes, ma'am.

13              GRAND JURY MEMBER:  But then you went on

14  to say that you got up and you looked at him.

15              MRS. THOMAS:  No, that is another occasion

16  when he was in the bedroom when he had stabbed himself on

17  that Wednesday night.

18              GRAND JURY MEMBER:  All right.

19              MR. BROWN:   Mrs. Thomas, let me visit

20  with the grand jury and if you would wait outside and we

21  will see if there are any more questions and we will let

22  you go if there are not.

23              MRS. THOMAS:  Thank you.

24              (Rochelle Thomas exited the grand jury

25  room.)

# Exhibit 91

## Muskogee ISD Record

# MUSKOGEE SCHOOL DISTRICT 11-20

**Muskogee, Oklahoma**

19 90 - 19 91

**Grades 2-3**

## PROGRESS REPORT

Name _Andre' Thomas_

School _Creek_

Teacher _Mary Logan_

Principal _Jimmy Rogers_

THIS PROGRESS REPORT WILL BE GIVEN TO YOU FOUR TIMES DURING THE SCHOOL YEAR. IT IS INTENDED TO INFORM YOU OF YOUR CHILD'S PROGRESS IN SCHOOL. YOU ARE ASKED TO READ THIS REPORT CAREFULLY. YOUR COOPERATION AND INTEREST IN YOUR CHILD'S EDUCATION ARE VERY IMPORTANT. YOU ARE ALWAYS WELCOME TO VISIT THE SCHOOL AND MEET WITH THE TEACHER AND PRINCIPAL.

Teacher Comments _ful student Andre' is a delight_

Parent Comments _____

Parent/Guardian Signature _____

2nd Progress Report Period Comments
Teacher Comments _Andre' continues to be a diligent student_

Parent Comments _____

Parent/Guardian Signature _____

3rd Progress Report Period Comments
Teacher _____

Parent Comments _____

Parent/Guardian Signature _____

4th Progress Report Period Comments
Teacher Comments _____

This pupil _____ is _____ is not _____ slated for placement in grade _____ for
9 _____ school year.

# Exhibit 92

## Denison ISD Record

## DENISON INDEPENDENT SCHOOL DISTRICT — CUMULATIVE RECORD
### Elementary School Record

I.D. NO. _____     S.S. NO. _____

STUDENT  *Thomas, Andre  L.*  (M) F   BIRTH ▮▮▮▮▮▮  *Muskogee, Ok.*
　　　　　LAST NAME　　FIRST NAME　M.I. SEX　MONTH-DAY-YEAR　　　CITY　　　STATE

*2113 E. Chinus* _____   _____   YES   NO   *Rochelle Thomas*
　　ADDRESS (USE PENCIL)　　　　PHONE (USE PENCIL)　BIRTH CERTIFICATE　FATHER ___ / MOTHER ✓ GUARDIAN ___

| SCHOOL YEAR | 19 90-91 | 19 _-_ | 19 _-_ | 19 _-_ | 19 _-_ | 19 _-_ | 19 _-_ | 19 _-_ | STATE TEST PROGRAM RECORD |
|---|---|---|---|---|---|---|---|---|---|
| SCHOOL | Pennell | | | | | | | | |
| GRADE | 2 | | | | | | | | |
| TEACHER | Poinnel | | | | | | | | |
| DATE ENTERED | 3-4-91 | | | | | | | | |
| WHERE FROM | Muskogee | | | | | | | | |
| DATE WITHDRAWN | 4-16-91 | | | | | | | | |
| WHERE TO | Sherman | | | | | | | | |
| DAYS PRESENT | 19 | | | | | | | | |
| DAYS ABSENT | 5 | | | | | | | | |
| READING | 72 | | | | | | | | |
| LANGUAGE | 78 | | | | | | | | |
| SPELLING | 80 | | | | | | | | |
| HANDWRITING | 70 | | | | | | | | |
| LANG. ARTS AV. | 74 | | | | | | | | |
| MATHEMATICS | 58 | | | | | | | | |
| SOCIAL STUDIES | 94 | | | | | | | | |
| SCIENCE | 86 | | | | | | | | |
| HEALTH | S | | | | | | | | |
| MUSIC | S | | | | | | | | |
| ART | S | | | | | | | | |
| PHYS. ED. | S | | | | | | | | |
| ASSIGNED TO | | | | | | | | | |

C 3539

### STANDARDIZED TEST RECORD

| R | DATE | SAS | READ | LANG | MATH | S.ST | SCI |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### PROFICIENCY TESTS

| GRADE | DATE | TEST | SCORE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

6182

AT006169

# Exhibit 93

## Wilson N. Jones Medical Records for Andre Thomas

MEMORIAL
HOSPITAL
WNJ
800 N. HIGHLAND
SHERMAN, TEXAS 75090

**EMERGENCY / OUT PATIENT RECORD**

PATIENT NAME   LAST: THOMAS,   FIRST: ANDRE   MIDDLE: LEE

MEDICAL REC. NO: 0032361   PATIENT NO: 0812-303
8/05/89  1059A

AGE: 6   BIRTH DATE   SEX: M   SOCIAL SECURITY NO:           1   OCCUPATION

NEAREST RELATIVE NAME: THOMAS, ROCHELLE M.   SAME   CITY   STATE   ZIP CODE   TELEPHONE NO.   RELATIONSHIP: MOTHER

IN CASE OF EMERGENCY   CITY   TELEPHONE NO.   RELATIONSHIP

GUARANTOR'S STREET ADDRESS & APT. NO.: THOMAS, ROCHELLE M.   CITY   STATE   ZIP CODE   TELEPHONE NO.   OCCUPATION: UNEMPLOYED

EMPLOYER OF GUARANTOR   CITY   STATE   ZIP CODE

INS. CODE: MDC   NAME & ADDRESS OF INSURANCE COMPANY: MDC-TX MEDICAID   CITY   STATE   ZIP CODE
GROUP NUMBER: 505045434   ADDITIONAL INFO.

INS. CODE: NON   NAME & ADDRESS OF INSURANCE COMPANY   CITY   STATE   ZIP CODE

ATTENDING PHYSICIAN: E3 - PARKS, PAMELA S. M.D   ADMITTED BY: FR   ADMITTED/ROOM NO.

LAST TETANUS: 1987   ARRIVAL BY/CAR   OTHER: Mother   TREATMENT TIME: 15"   CONDITION ON DISMISSAL: unchanged   DISMISSAL FLD/RA   OTHER: Mother   ADMITTED/ROOM NO.: NA

DISPOSITION OF VALUABLES (LIST AS NECESSARY): NA

PERSONAL EFFECTS RETAINED BY PATIENT [ ] WITNESS   VALUABLES RECEIVED BY   WITNESS

Private Physician   Emergency Physician: Dr Parks   Drug Allergies: NKTA

On Call   Notified   Arrived

We hereby grant permission to the hospital and the medical staff to perform such medical and/or surgical procedures they deem necessary.
Patient or Responsible Party: 1318 X Rochelle (mom)   Relationship: Mother   Witness: L Bostick

PATIENT'S COMPLAINT: Insect bite on head rt side X 2 or 3 days.

REGULAR MEDICATIONS: None.

NURSING ASSESSMENT AND HISTORY: 11/10   reason noted: C/o swelling to rt side   Trauma Date   Time   Height   Weight: 36/65

Temp R—O: 99.3   of head. M Perez R.N.
Pulse: 88   Pt has a bump on head from an insect bite
Resp: 20   (Mother gone to funeral - can't be reached for consent to treat
BP: 104/   (not an emerg per Dr Parks. St Tietz RN.) To return later c
    64   mother) 1318 Mother here - states pt. has had spider
    bites on rt knee a few wks ago - has something
    on head.
See V/S monitor strip [ ]   Neg med Hx   Nurse's Signature: L Bostick R.N.

PHYSICIAN'S REPORT   ORDERS, TREATMENTS, AND NURSE'S NOTES   Time   Nurse

Small bit - swoll, -old-
mom has been squeezing
juice out. Think c̄
H.E.E.N.T.   spider bite as on was told
Neck   earlier times by Dr Host
Chest
Heart
Abd   Rt spread c̄ insect bites          Ⓝ
Pelvis   mostly old - this one is not
Genit.   inf'l - tx: triant or neutral
Neuro.   no internal mult - ✓   D/w + Rx to Mom
    1441                    ✓

DIAGNOSIS: Insect bite, rt swollen -
R:

04265

AT001406

# AFTER CARE INSTRUCTIONS TO PATIENT

WILSON N. JONES MEMORIAL HOSPITAL
EMERGENCY DEPARTMENT
500 N. HIGHLAND
SHERMAN, TEXAS 75090  214/893-4611



WILSON N. JONES
MEMORIAL
HOSPITAL

The examination and treatment received in the Emergency Department is on an emergency basis and not intended to substitute for complete medical care and final diagnosis. You are urged to follow carefully the instructions given on this sheet and follow up with your private physician. If you have questions or your condition worsens and your private physician cannot be reached, you may call or return to the Emergency Department as necessary.

Patient's Name *Andre Lee Thomas*

## HEAD INJURIES

If any of the following symptoms occur after leaving the Emergency Department, call or return to the Emergency Department or consult your physician immediately.

1. Increased drowsiness
2. Persistent or increasingly severe headache
3. Persistent vomiting
4. Fluid or bleeding from the ears
5. Weakness of limbs or loss of coordination
6. Convulsions
7. Unequal pupils
8. Confusion
9. Change in the level of consciousness
10. Visual difficulties, blurred vision, double vision

____Do not take any pain medicine stronger than aspirin or Tylenol, unless instructed to do so by your physician, as other medications may mask symptoms.
____Do not take any sleeping pills, tranquilizers or sedatives unless instructed to do so by your physician.
____May sleep, but awaken every _____ hours to check for responsiveness.

## SPRAIN AND FRACTURE, SEVERE BRUISES

____Use ace bandage; rewrap as necessary.
____Elevate affected limb to reduce pain and swelling.
____Intermittent cold pack for _____ to help prevent swelling.
____Warm water soaks or compresses for 15 minutes _____ times per day for _____ days.
____Plaster cast must be kept dry at all times.
____Wait 48 hours for the cast to become strong before you allow pressure or weight on any part of the cast.
____If you have a synthetic cast and you get it wet, it must be dried thoroughly, including stockinette with a blow dryer.
____Wait 30 minutes for cast to become strong before you allow pressure or weight on any part of cast.
____If part becomes cold, blue, or numb, or pain increases markedly, have it checked promptly.
____No weight-bearing.
____Use crutches for _____ days.
____Wiggle toes or fingers to prevent swelling in the cast.

## WOUND CARE - CUTS, ABRASIONS, BURNS, SUTURES

____Sutures to be removed in _____ days.
____Keep dressing clean and dry.
____Keep sutures dry until removed by physician.
____If wound becomes infected—red, swollen, shows pus or red streaks—you must report to your physician or Emergency Department. (Slight redness and itching are signs of healing.)
____Change dressing as needed.
____Do not change your dressing until seen by your physician in _____ days.
____Elevate the wound to help relieve soreness and help speed wound healing.

## DIARRHEA AND VOMITING

____No milk or milk products.
____It is important NOT to become dehydrated. The patient should be given liquids (7-UP, Gatorade) in small sips.
____Take medication as directed.
____If unable to retain liquids for 12-24 hours, contact private physician or return to the Emergency Department.

SPECIFIC INSTRUCTIONS: *Don't Scratch any more - Apply polisporin - leave blood - if it changes a lot, return*

Tetanus given - YES - NO
Type _____

Physician's Signature **1442** *R Partin, M.D.*

Tylenol/Aspirin for pain or fever is:
✓OK to use
____Not to be used.

04266

FOLLOW LABEL INSTRUCTIONS FOR ANY PRESCRIPTION GIVEN BY THE PHYSICIAN.

I have explained these instructions to the patient or responsible party.
*Bostick*   (R.N.) L.V.N., M.D.
Date: *8-5-89*

I hereby acknowledge receipt of written instructions and do understand them.
*Bonhill, Thomas*
Signature of responsible party or patient
Date: *8-5-89*

AT001407

WILSON N. JONES MEMORIAL HOSPITAL          SHERMAN, TEXAS          Page _____

| DATE D TIME | UNUSUAL OR FREQ. V.S. | MEDICATIONS & TREATMENTS | REMARKS | SIGNATURE |
|---|---|---|---|---|
| 7-15-89 1318 | | | Pt has returned to ER c̄ Mother) in room #5 for assessment - | |
| 1335 | | | Dr Parks notified - | |
| 1200 | | | Exam by Dr Parks - | |
| 1412 | | Polysporin oint to area | Discharged c̄ Mother) Condition unchanged H Bostick RN | |
| | | | | 04267 |

**1443**

Page 2

M 428   (Revised 8/80)

NAME - LAST          FIRST
Thomas, Andre
Location in Hospital          Clinic or Service
ER   Age 6
Attending Physician          Hospital No.
Dr Parks -

AT001408

# Exhibit 94

## Wilson N. Jones Emergency Room Records for Andre Thomas

MEMORIAL
HOSPITAL
WNJ

500 N. HIGHLAND
SHERMAN, TEXAS 75050

## EMERGENCY / INFORMATION / CONSENT FORM

MEDICAL REC NO.  0032561     PATIENT NO.  764400E

| PATIENT NAME | LAST | FIRST | MIDDLE | DATE | TIME IN | TIME OUT |
|---|---|---|---|---|---|---|
| THOMAS, ANDRE LEE | | | | 2/10/92 | 1913P | 0000 |

PATIENT ADDRESS   STREET    CITY    STATE  ZIP CODE  TELEPHONE NO. 795

| GE | BIRTH DATE | FC SOCIAL SECURITY NO. | OCCUPATION | SEX:MAR S |
|---|---|---|---|---|
| 8 | 4 | 1 | | M  S |

| NEAREST RELATIVE NAME | | CITY | STATE ZIP CODE | TELEPHONE NO. | RELATIONSHIP |
|---|---|---|---|---|---|
| DANNY THOMAS | SAME | | | | FATHER |

N CASE OF EMERGENCY    SAME    CITY    TELEPHONE NO.   RELATIONSHIP

GUARANTOR'S STREET ADDRESS & APT. NO.
THOMAS, ROCHELLE M.    CITY    STATE ZIP CODE  TELEPHONE NO.   CITY   STATE ZIP CODE

| MPLOYER OF GUARANTOR | | TELEPHONE NO. | OCCUPATION |
|---|---|---|---|
| SHERMAN HOUSING AUTH | | | LABOR |

| IS. CODE NAME & ADDRESS OF INSURANCE COMPANY | CITY | STATE ZIP CODE |
|---|---|---|
| DC   MDC-TX MEDICAID | | |

| ROUP NUMBER | CERT. NO. 505045434 | ADDITIONAL INFO. |
|---|---|---|

IS. CODE, NAME & ADDRESS OF INSURANCE COMPANY    CITY    STATE ZIP CODE
ON

ATTENDING PHYSICIAN
1 - BELL, WAYNE L. M.D.    ADMITTED RGM

**ONSENT FOR TREATMENT:** The patient or his representative hereby acknowledges the patient's ne
or medical care because he or she suffers from a condition requiring diagnosis and medical and/
urgical treatment. The patient requests and voluntarily consents to receive the usual hospital service
s well as the diagnostic, laboratory and x-ray procedures and medical and/or surgical treatment, i
uding administration of anesthesia judged to be necessary by the physician, his assistants or oth
ysicians designated by him. No guarantee has been made as a result of treatments or examinations
e hospital.

**SURANCE ASSIGNMENT:** I authorize payment directly to Wilson N. Jones Memorial Hospital a:
ysician(s) which accept this assignment of hospital and medical benefits, otherwise payable to me, b
t to exceed total charges. I understand that I will be responsible for any balance. (For use by Pathol
sts, Radiologists, EEG, ECG, (or EKG) reader, Sherman Emergency Specialists, PA, physicians, surgec
onsultants, or Anesthesiologists.)

**ELEASE OF INFORMATION:** I authorize the hospital to release such medical information as necessa
quested by insurance companies, workers' compensation carriers, the patient's or responsible party
nployer, representatives of government agencies, medical facility/physician for continuing care, or oth
itities as may be necessary.

**ERIFY THE ABOVE NAME, ADDRESS AND PHONE NUMBER TO BE CORRECT.**

DATE    PATIENT'S SIGNATURE    PATIENT REPRESENTATIVE SIGNATURE

WITNESS    REASON PATIENT UNABLE TO SIGN    Child    RELATION TO PATIENT

### TELEPHONE CONSENT

| EPHONE CONSENT FOR | PHONE NUMBER | | RELATIONSHIP | DATE AND TIME |
|---|---|---|---|---|
| ERGENCY TREATMENT  ( | 1444 | | | 04268 |

SENT    CONSENT
NESS:    WITNESS:

AT001409

# AFTER CARE INSTRUCTIONS TO PATIENT



WILSON N. JONES
MEMORIAL
HOSPITAL

```
7644008BELL, WA0032561
THOMAS, ANDRE LEE        8
2/10/92 M
```

WILSON N. JONES MEMORIAL HOSPITAL
EMERGENCY DEPARTMENT
500 N. HIGHLAND
SHERMAN, TEXAS 75090  214/893-4611

· The examination and treatment received in the Emergency Department is on an emergency basis and not intended to substitute for complete medical care and final diagnosis. You are urged to follow carefully the instructions given on this sheet and follow up with your private physician. If you have questions or your condition worsens and your private physician cannot be reached, you may call or return to the Emergency Department as necessary.

Patient's Name _____

## HEAD INJURIES

If any of the following symptoms occur after leaving the Emergency Department, call or return to the Emergency Department or consult your physician immediately.

1. Increased drowsiness
2. Persistent or increasingly severe headache
3. Persistent vomiting
4. Fluid or bleeding from the ears
5. Weakness of limbs or loss of coordination
6. Convulsions
7. Unequal pupils
8. Confusion
9. Change in the level of consciousness
10. Visual difficulties, blurred vision, double vision

___ Do not take any pain medicine stronger than aspirin or Tylenol, unless instructed to do so by your physician, as other medications may mask symptoms.
___ Do not take any sleeping pills, tranquilizers or sedatives unless instructed to do so by your physician.
___ May sleep, but awaken every_____ hours to check for responsiveness.

## WOUND CARE-CUTS, ABRASIONS, BURNS, SUTURES

___ Sutures to be removed in _____ days.
___ Keep dressing clean and dry.
___ Keep sutures dry until removed by physician.
___ If wound becomes infected—red, swollen, shows pus or red streaks— you must report to your physician or Emergency Department. (Slight redness and itching are signs of healing.)
___ Change dressing as needed.
___ Do not change your dressing until seen by your physician in _____ days.
___ Elevate the wound to help relieve soreness and help speed wound healing.

## SPRAIN AND FRACTURE, SEVERE BRUISES

___ Use ace bandage; rewrap as necessary.
___ Elevate affected limb to reduce pain and swelling.
___ Intermittent cold pack for_____ to help prevent swelling.
___ Warm water soaks or compresses for 15 minutes _____ times per day for _____ days.
___ Plaster cast must be kept dry at all times.
___ Wait 48 hours for the cast to become strong before you allow pressure or weight on any part of the cast.
___ If you have a synthetic cast and you get it wet, it must be dried thoroughly, including stockinette with a blow dryer.
___ Wait 30 minutes for cast to become strong before you allow pressure or weight on any part of cast.
___ If part becomes cold, blue, or numb, or pain increases markedly, have it checked promptly.
___ No weight-bearing.
___ Use crutches for _____ days.
___ Wiggle toes or fingers to prevent swelling in the cast.

## DIARRHEA AND VOMITING

___ No milk or milk products.
___ It is important NOT to become dehydrated.
___ The patient should be given liquids (7-UP, Gatorade) in small sips.
___ Take medication as directed.
___ If unable to retain liquids for 12-24 hours, contact private physician or return to the Emergency Department.

SPECIFIC INSTRUCTIONS:  _____ LACERATION TO SCROTUM
_____ KEEP CLEAN & DRESSED.
___ Use OINTMENT DAILY Tylenol OR ADVIL
FOR PAIN.  NO SCHOOL TO MORROW.
___ NO GYM X 7 DAYS.  SUTURE REMOVAL 7 DAYS

Tetanus given - YES / NO
Type _____

Physician's Signature _____ 1445

Tylenol/Aspirin for pain or fever is:
___ OK to use
___ Not to be used.

FOLLOW LABEL INSTRUCTIONS FOR ANY PRESCRIPTION GIVEN BY THE PHYSICIAN.

I have explained these instructions to the patient or responsible party.

_____ R.N. L.V.N. M.D.

Date: 10 FEB 92

I hereby acknowledge receipt of written instructions and do understand them.

_____
Signature of responsible party or patient

04269

Date: _____

AT001410

7644008 BELL, WA0032561
THOMAS, ANDRE LEE
2/10/92 M

**MEMORIAL HOSPITAL**

500 N. HIGHLAND
SHERMAN, TEXAS 75090

**EMERGENCY / OUTPATIENT RECORD**

DATE 2-10-92  TIME 1915

VITAL SIGNS T 98.5  P 114  R 28  B/P

LAST TETANUS | PREGNANT ☐ YES ☐ NO | HT | WT 60lb | ACT ☐ EST ☐
LMP NA

PATIENT NAME Thomas, Andre  AGE 8

CHIEF COMPLAINT Pt has laceration to

ALLERGIES
NKA ☑

TRIAGE ASSESSMENT testicle — (approx 2cm)
Abrasion to head of penis
States fell on bike

CURRENT MEDS Ø  DOSE  FREQUENCY

TRAUMA DATE-TIME-PLACE 1900 — on Hoard St. - 2-10-92

MEDICAL HISTORY:
☑ NONE SIGNIFICANT
☐ PULMONARY
☐ HYPERTENSION
☐ ALCOHOLISM
☐ SMOKES PPD

☐ HEART
☐ DIABETES
☐ SEIZURES
☐ CANCER
☐ DRUG ABUSE

TREATMENT PRIOR TO ARRIVAL:
☐ C-COLLAR
☐ BACKBOARD
☐ ICE
☐ OXYGEN
☐ I.V.
☐ CPR
☐ N/A

TRIAGE DECISION ☐ I  ☑ II  ☐ III

MODE OF ARRIVAL:
☐ WALK  ☐ WHEELCHAIR
☐ CARRIED  ☐ STRETCHER
BROUGHT BY: Mother ☐ AMBULANCE

NURSE'S SIGNATURE

PRIVATE PHYSICIAN | TIME NOTIFIED | REQUEST EMERGENCY PHYSICIAN ☐ YES ☐ NO

ON CALL | TIME NOTIFIED | EMERGENCY PHYSICIAN Bell | (TIME) NOTIFIED

SOURCE OF INFO: PT. ☐
PARENT ☒ OTHER

PHYSICIAN REPORT:  TIME SEEN:

Sm. laceration
to scrotum sac.
testicles — WNL

5-0 Prolene X 6.

VISUAL ACUITY
NA ☐

R ___ L ___
CORRECTED  YES ☐  NO ☐
POSTURAL VS
TIME: ___
LYING
SITTING
STANDING  NA ☐

| | LAB | NOTED BY |
|---|---|---|
| | ☐ CBC | |
| | ☐ UA | |
| | ☐ GLUCOSE | |
| | ☐ SMA 6 | |
| | ☐ CPK | |
| | ☐ EXPANDED | |
| | ☐ ABG | |
| | ☐ UCG | |
| | ☐ WET PREP | |
| | ☐ CULTURE | |
| | OTHER: | |

| ☐ | EKG | |
|---|---|---|
| | X-RAYS | NOTED BY |
| | ☐ CXR | |
| | ☐ KUB | |
| | ☐ C SPINE | |
| | ☐ LS SPINE | |
| | OTHER: | |

RADIOLOGY REPORT: ☐ N/A  ☐ NORMAL

ORDERS:
VD Prep.
① Tylenol #3
X4

DIAGNOSIS: laceration to scrotum sac. ① Tylenol #3 X 4 tabs
1446
04270

PATIENT DISPOSITION/CONDITION:  ☐ TRANSFER TO ___
☐ RELEASE  ☐ ADMISSION  ☐ STABLE  ☐ UNSTABLE

PHYSICIAN'S SIGNATURE

AT001411

**WILSON N. JONES**
**MEMORIAL**
**HOSPITAL**

WNJ

500 N. HIGHLAND
SHERMAN, TEXAS 75090

**EMERGENCY DEPARTMENT**
**NURSING RECORD**

To Treatment Area: _____

0644002BELL, WA0032591
~~Thistal and~~ Andr~~ Lindre~~ g
2/10/92/ M

PAGE _2_ OF #_____

(Time)

## OBSERVATIONS / ASSESSMENTS

**NURSING DIAGNOSIS:** (CHECK ALL APPROPRIATE)
- ☐ AIRWAY CLEARANCE, INEFFECTIVE
- ☐ ANXIETY
- BOWEL ELIMINATION, ALTERATION IN:
  - ☐ DIARRHEA ☐ INCONTINENCE ☐ CONSTIPATION
- ☐ BREATHING PATTERN, INEFFECTIVE
- ☐ COMFORT, ALTERATION IN: PAIN
- ☐ FEAR
- ☐ FLUID VOLUME, ALTERATION IN: _____

- ☐ GAS EXCHANGE, IMPAIRED
- ☐ GRIEVING, ANTICIPATORY
- INJURY: ☐ POISONING ☐ SUFFOCATION ☐ TRAUMA
- ☐ KNOWLEDGE DEFICIT (SPECIFY) _____
- ☐ MOBILITY, IMPAIRED PHYSICAL
- ☐ THOUGHT PROCESSES, ALTERATION IN
- VIOLENCE, POTENTIAL FOR: ☐ SELF-DIRECTED ☐ DIRECTED AT OTHER
- ☐ OTHER _____

| TIME | T° | BP | P | R | MEDICATION / TREATMENT | NURSE'S NOTES |
|------|----|----|----|----|------------------------|---------------|
| 1915 | 985 | | 114 | 28 | | Direct to Treatment room, Hibiclens Scrub, 1% Xylocaine, Sutures by Dr Bell. Pt tol procedure well. Dressed c Betadine, Oint |
| | | | | | Ice Pack | |
| | | | | | Tyl #3 x 4 tabs disp by Dr Bell | |

## FINAL DISPOSITION

☑ Dismissed  Time: 1950

☑ Ambulatory ☐ W/C ☐ Stretcher ☐ Carried

Accompanied by: mom

DISCHARGE ☐ Same ☐ Worse
CONDITION: ☑ Improved ☐ Expired

ACUITY ☐ M ☑ I
**1447** ☐ 1 ☐ 2 ☑ 3

☐ Specific Discharge Teaching ☐ N/A

1. ī Tyl #3 po q̄ 6 h prn pain

2. _____

☐ Patient/Family verbalizes understanding.

☐ Admit Physician _____
Room: _____ Report Called To: NA  Time: _____

☐ Self Determination Rights Signed.
☐ Advanced Direction Attached.

Death Pronounced By: _____  Time: _____
Death Certificate To Be Signed

By: _____  Witness: 04271
Body Released To: _____  Time: _____

VALUABLES  (List of valuables in Nurses Notes.)
Retained By: ☐ Patient ☐ Security ☐ Family Member

Name of Person: _____

NURSE SIGNATURE: Morris LVN  DATE: 2-10-9_

AT001412

MEMORIAL
HOSPITAL

500 N. HIGHLAND
SHERMAN, TEXAS 75050

# EMERGENCY / INFORMATION / CONSENT FORM

| MEDICAL REC. NO. | PATIENT NO. |
|---|---|
| 0032551 | 745326 |

| PATIENT NAME          LAST | FIRST | MIDDLE | DATE | TIME IN | TIME OUT |
|---|---|---|---|---|---|
| THOMAS     ANDRE LEE | | | 3/20/92 | 1805P | 000 |

| PATIENT ADDRESS          STREET | CITY | STATE | ZIP CODE | TELEPHONE NO. |
|---|---|---|---|---|

| AGE | BIRTH DATE | FC | SOCIAL SECURITY NO. | OCCUPATION | SEX | MAR. |
|---|---|---|---|---|---|---|
| 8 | | 4 | 1 | | M | |

| NEAREST RELATIVE NAME | CITY | STATE | ZIP CODE | TELEPHONE NO. | RELATIONSHIP |
|---|---|---|---|---|---|
| THOMAS, ROCHELLE SAME | | | | | MOTHER |

| IN CASE OF EMERGENCY | CITY | TELEPHONE NO. | RELATIONSHIP |
|---|---|---|---|
| SAME | | | |

| GUARANTOR'S STREET ADDRESS & APT. NO. | CITY | STATE | ZIP CODE |
|---|---|---|---|
| THOMAS, ROCHELLE M. | | | |

| EMPLOYER OF GUARANTOR | CITY | TELEPHONE NO. | OCCUPATION | STATE | ZIP CODE |
|---|---|---|---|---|---|
| SHERMAN HOUSING AUTHORI | SHERMAN | TX | LABORER | | |

| INS. CODE | NAME & ADDRESS OF INSURANCE COMPANY | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| MDC | MDC-TX MEDICAID | | | |

| GROUP NUMBER | CERT. NO. | ADDITIONAL INFO. |
|---|---|---|
| | 505045434 | |

| INS. CODE | NAME & ADDRESS OF INSURANCE COMPANY | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| NON | | | | |

| ATTENDING PHYSICIAN | ADMITTED BY |
|---|---|
| 1 - BELL, WAYNE L. M.D. | SJ |

CONSENT FOR TREATMENT: The patient or his representative hereby acknowledges the patient's ne_ or medical care because he or she suffers from a condition requiring diagnosis and medical and/ urgical treatment. The patient requests and voluntarily consents to receive the usual hospital servic_ s well as the diagnostic, laboratory and x-ray procedures and medical and/or surgical treatment, _uding administration of anesthesia judged to be necessary by the physician, his assistants or oth_ physicians designated by him. No guarantee has been made as a result of treatments or examinations _e hospital.

INSURANCE ASSIGNMENT: I authorize payment directly to Wilson N. Jones Memorial Hospital a_ _physician(s) which accept this assignment of hospital and medical benefits, otherwise payable to me, b_ _ot to exceed total charges. I understand that I will be responsible for any balance. (For use by Pathol_ _sts, Radiologists, EEG, ECG, (or EKG) reader, Sherman Emergency Specialists, PA, physicians, surge_ _onsultants, or Anesthesiologists.)

RELEASE OF INFORMATION: I authorize the hospital to release such medical information as necessa_ _quested by insurance companies, workers' compensation carriers, the patient's or responsible party_ _mployer, representatives of government agencies, medical facility/physician for continuing care, or oth_ _ntities as may be necessary.

VERIFY THE ABOVE NAME, ADDRESS AND PHONE NUMBER TO BE CORRECT.

| 3/20/92 | | Rochelle Thomas |
|---|---|---|
| DATE | PATIENT'S SIGNATURE | PATIENT REPRESENTATIVE SIGNATURE |

| Jefferson | | mom |
|---|---|---|
| WITNESS | REASON PATIENT UNABLE TO SIGN | RELATION TO PATIENT |

## TELEPHONE CONSENT

| TELEPHONE CONSENT FOR | PHONE NUMBER | PARTY ISSUING CONSENT | RELATIONSHIP | DATE AND TIME |
|---|---|---|---|---|
| _RGENCY TREATMENT ( | 1448 | | | 04272 |

| _SENT | | CONSENT | |
|---|---|---|---|
| _NESS: | | WITNESS: | |

AT001413

# AFTER CARE INSTRUCTIONS TO PATIENT



WILSON N. JONES
MEMORIAL
HOSPITAL

7653249 BELL, NAOM
THOMAS, ANDRE LEE
2/20/92 M

WILSON N. JONES MEMORIAL HOSPITAL
EMERGENCY DEPARTMENT
500 N. HIGHLAND
SHERMAN, TEXAS 75090  214/893-4611

The examination and treatment received in the Emergency Department is on an emergency basis and not intended to substitute for complete medical care and final diagnosis. You are urged to follow carefully the instructions given on this sheet and follow up with your private physician. If you have questions or your condition worsens and your private physician cannot be reached, you may call or return to the Emergency Department as necessary.

Patient's Name _____

## HEAD INJURIES
If any of the following symptoms occur after leaving the Emergency Department, call or return to the Emergency Department or consult your physician immediately.
1. Increased drowsiness
2. Persistent or increasingly severe headache
3. Persistent vomiting
4. Fluid or bleeding from the ears
5. Weakness of limbs or loss of coordination
6. Convulsions
7. Unequal pupils
8. Confusion
9. Change in the level of consciousness
10. Visual difficulties, blurred vision, double vision
____ Do not take any pain medicine stronger than aspirin or Tylenol, unless instructed to do so by your physician, as other medications may mask symptoms.
____ Do not take any sleeping pills, tranquilizers or sedatives unless instructed to do so by your physician.
____ May sleep, but awaken every_____ hours to check for responsiveness.

## SPRAIN AND FRACTURE, SEVERE BRUISES
____ Use ace bandage; rewrap as necessary.
____ Elevate affected limb to reduce pain and swelling.
____ Intermittent cold pack for_____ to help prevent swelling.
____ Warm water soaks or compresses for 15 minutes _____ times per day for _____ days.
____ Plaster cast must be kept dry at all times.
____ Wait 48 hours for the cast to become strong before you allow pressure or weight on any part of the cast.
____ If you have a synthetic cast and you get it wet, it must be dried thoroughly, including stockinette with a blow dryer.
____ Wait 30 minutes for cast to become strong before you allow pressure or weight on any part of cast.
____ If part becomes cold, blue, or numb, or pain increases markedly, have it checked promptly.
____ No weight-bearing.
____ Use crutches for _____ days.
____ Wiggle toes or fingers to prevent swelling in the cast.

## WOUND CARE-CUTS, ABRASIONS, BURNS, SUTURES
____ Sutures to be removed in _____ days.
____ Keep dressing clean and dry.
____ Keep sutures dry until removed by physician.
____ If wound becomes infected—red, swollen, shows pus or red streaks— you must report to your physician or Emergency Department. (Slight redness and itching are signs of healing.)
____ Change dressing as needed.
____ Do not change your dressing until seen by your physician in _____ days.
____ Elevate the wound to help relieve soreness and help speed wound healing.

## DIARRHEA AND VOMITING
____ No milk or milk products.
____ It is important NOT to become dehydrated.
____ The patient should be given liquids (7-UP, Gatorade) in small sips.
____ Take medication as directed.
____ If unable to retain liquids for 12-24 hours, contact private physician or return to the Emergency Department.

SPECIFIC INSTRUCTIONS: _____

Cnsintd to DSD ointment
Daily

Tetanus given - YES - NO
Type _____

Physician's Signature _____

1449

Tylenol/Aspirin for pain or fever is:
____ OK to use
____ Not to be used.
FOLLOW LABEL INSTRUCTIONS FOR ANY PRESCRIPTION GIVEN BY THE PHYSICIAN.

04273

I have explained these instructions to the patient or responsible party.

_____  (R.N., L.V.N., M.D.)
Date: 20 FEB 92

I hereby acknowledge receipt of written instructions and do understand them.
_____
Signature of responsible party or patient
Date: 2/20/92

AT001414

765324 BELL, WA0032561
THOMAS, ANDRE LEE
2/20/92 M                    8
(4)

MEMORIAL
HOSPITAL
WNJ
500 N. HIGHLAND
SHERMAN, TEXAS 75090

**EMERGENCY / OUTPATIENT RECORD**

DATE: 2-20-92    TIME: 1805

VITAL SIGNS: T ___ P ___ R ___ B/P ___

PATIENT NAME: Thomas Andre    AGE: 8

LAST TETANUS ___  PREGNANT ☐ YES ☐ NO   LMP ___   HT. ___   WT. ___   ACT ☐  EST ☐

CHIEF COMPLAINT: Suture Removal - Suture

ALLERGIES:
NKA ☐

TRIAGE ASSESSMENT:
placed in testicle 10 days
ago after after bike
accident — Healing well c
no problems. accordant matter

CURRENT MEDS    DOSE    FREQUENCY
None

DATA BASE

MEDICAL HISTORY:
☑ NONE SIGNIFICANT   ☐ HEART
☐ PULMONARY          ☐ DIABETES
☐ HYPERTENSION       ☐ SEIZURES
☐ ALCOHOLISM         ☐ CANCER
☐ SMOKES ___ PPD     ☐ DRUG ABUSE

TREATMENT PRIOR TO ARRIVAL:
☐ C-COLLAR
☐ BACKBOARD
☐ ICE
☐ OXYGEN
☐ I.V.
☐ CPR
☑ N/A

TRIAGE DECISION: ☐ I   ☐ II   ☑ III

MODE OF ARRIVAL:
☑ WALK   ☐ WHEELCHAIR
☐ CARRIED   ☐ STRETCHER
BROUGHT BY: ☐ AMBULANCE

NURSE'S SIGNATURE: ___

PRIVATE PHYSICIAN: None   TIME NOTIFIED: ___   REQUEST EMERGENCY PHYSICIAN: ☐ YES ☐ NO

ON CALL: ___   TIME NOTIFIED: ___   EMERGENCY PHYSICIAN: Bowjin Bell   (TIME) NOTIFIED: ___

SOURCE OF INFO: PT. ☐
PARENT ☑ OTHER ☐

PHYSICIAN REPORT:

WOUND HEALING
SUTURES R__

LAB    NOTED BY
☐ CBC
☐ UA
☐ GLUCOSE
☐ SMA 6
☐ CPK
☐ EXPANDED
☐ ABG
☐ UCG
☐ WET PREP
☐ CULTURE
OTHER:

VISUAL ACUITY
R ___   L ___
☐ ___   EKG

YES ☐
CORRECTED   NO ☐

X-RAYS    NOTED BY
☐ CXR
☐ KUB
☐ C SPINE
☐ LS SPINE
OTHER:

POSTURAL VS
TIME: ___

LYING

SITTING

STANDING    NA ☐

ORDERS:

RADIOLOGY REPORT: ☐ N/A
☐ NORMAL

DIAGNOSIS: Suture Removal
1450

PATIENT DISPOSITION/CONDITION:    ☐ TRANSFER TO: ___    04274
RELEASE ☐  ADMISSION ☐  STABLE ☐  UNSTABLE ___
PHYSICIAN'S SIGNATURE: ___

AT001415

7553249BELL, WAC032561
THOMAS, ANDRE LEE
2/20/92 R ▬▬▬▬▬▬          0

WILSON N. JONES
MEMORIAL
HOSPITAL



500 N. HIGHLAND
SHERMAN, TEXAS 75090

**EMERGENCY DEPARTMENT NURSING RECORD**

To Treatment Area: _____
1815
(Time)

PAGE _____ OF #_____

## OBSERVATIONS / ASSESSMENTS

**NURSING DIAGNOSIS:** (CHECK ALL APPROPRIATE)
- ☐ AIRWAY CLEARANCE, INEFFECTIVE
- ☐ ANXIETY
- BOWEL ELIMINATION, ALTERATION IN:
  - ☐ DIARRHEA  ☐ INCONTINENCE  ☐ CONSTIPATION
- ☐ BREATHING PATTERN, INEFFECTIVE
- ☐ COMFORT, ALTERATION IN: PAIN
- ☐ FEAR
- ☐ FLUID VOLUME, ALTERATION IN: _____

- ☐ GAS EXCHANGE, IMPAIRED
- ☐ GRIEVING, ANTICIPATORY
- INJURY: ☐ POISONING ☐ SUFFOCATION ☐ TRAUMA
- ☐ KNOWLEDGE DEFICIT (SPECIFY) _____
- ☐ MOBILITY, IMPAIRED PHYSICAL
- ☐ THOUGHT PROCESSES, ALTERATION IN
- VIOLENCE, POTENTIAL FOR: ☐ SELF-DIRECTED ☐ DIRECTED AT OTHER
- ☐ OTHER _____

| TIME: | T | BP: | P: | R: | MEDICATION / TREATMENT | NURSE'S NOTES |
|-------|---|-----|----|----|------------------------|---------------|
| 1815 | N/A | ✓ | | | m.o. | Sutures removed by a Bell. Pt discharged o verbal & written d instruction |
| | | | | | | |

## FINAL DISPOSITION

☑ Dismissed          Time: _1830_

☑ Ambulatory  ☐ W/C  ☐ Stretcher  ☐ Carried

Accompanied by: _____

DISCHARGE          ☐ Same          ☐ Worse
CONDITION:         ☑ Improved      ☐ Expired

ACUITY          ☐ M   ☑ I
                   ☐ 1  ☐ 2  ☐ 3

☐ Specific Discharge Teaching          ☒ N/A
  **1451**
1. _____

2. _____
☑ Patient/Family verbalizes understanding.

☐ Admit Physician
Room: _____   Report Called To: _____   Time: _____
☐ Self Determination Rights Signed.
☐ Advanced Direction Attached.
Death
Pronounced By: _____   Time: _____
Death Certificate To Be Signed
By: _____   Witness: _____
Body          04275
Released To: _____   Time: _____
VALUABLES          (List of valuables in Nurses Notes.)
  Retained By: ☐ Patient  ☐ Security  ☐ Family Member
Name of
Person: _____
NURSE
SIGNATURE _____   DATE: 2/20/9?

AP001416