# Exhibit 95

## Wilson N. Jones Medical Records for Andre Thomas

# WILSON N. JONES
## REGIONAL HEALTH SYSTEM
### Health Solutions For A Lifetime

## REGISTRATION RECORD

| PATIENT ACCOUNT NO. | PAT TYPE | SOURCE | PRE. | | PRIOR ADMIT DATE | ROOM | MEDICAL RECORDS |
|---|---|---|---|---|---|---|---|
| 010002913 | ER | 7 | | | 02/20/92 | | 00000325 |

| FC | ADMIT DATE / TIME | BIRTHDATE | AGE | SEX | MAR. | RACE | TYPE | RELIG. | ADMITTING PHYSICIAN / CODE | NEWS | SERVI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| N | 06/10/99  11:45 | | 16 | M | S | B | | OTH | | N | TRA |

| PATIENT NAME AND ADDRESS | SSN/PHONE/COUNTY | PT. EMP NAME AND ADDRESS | WORK PHONE / EMP. |
|---|---|---|---|
| THOMAS, ANDRE LEE | 999 999-9999  GRAYSON | STUDENT | |

| GUARANTOR NAME AND ADDRESS | SSN/PHONE/REL. | GUAR. EMP. NAME AND ADDRESS | WORK PHONE/ EMP. C |
|---|---|---|---|
| OSS, ERIC | 999 999-9999  F | UNEMPLOYED | |

| SPOUSE / PARENT NAME AND ADDRESS | | SSN/PHN SPOUSE'S / PARENT'S EMPLOYMENT INFORMA |
|---|---|---|

| NEAREST REL NAME ADDRESS | PHONE/REL | M | FAMILY PHYSICIAN | CHURCH | ACCIDENT CODE / DATE / TIME |
|---|---|---|---|---|---|
| TATES NONE | | I S C | BIRTH PLACE | PRIOR HOSP.NO. 0007653249 | ADM. VECHL | COURTESY | ADM E |

| INS. NAME / GROUP NAME | CERT. NO. / GROUP NO. | SUB. NAME / INS. ADDRESS | ALT. NO. / INS. CSZ |
|---|---|---|---|

**ADMITTING COMPLAINT**

TOOK CLARITIN, NOW ITCHING AND WHELPS

**COMMENTS**

*To Ins. / printer down*

**ATTENDING PHYSICIAN**
JERRY DAVID BENNETT, M.D.

**DISCHARGE DATE & TIME**
06/10/99  12:40

### Insurance Assignment
Authorize payment directly to Wilson N. Jones Memorial Hospital and physician(s) which accept this assignment of hospital and medical benefits otherwise payable to me. I understand that I will be responsible for any balance. I understand that I may receive a bill from the following: Pathologists, Radiologists, Emergency Physician, Anesthesiologists, EEG, ECG, or EKG interpreters, surgeons, or consultants.

### Medicare/Medicaid Assignment - Important Message From Medicare - Important Message From Champus
Certify that the information given to me in applying for payment under Title XVIII or XIX of the Social Security Act is correct and I request that said payment of authorized benefits be made in my behalf. If Medicare, I have received AN IMPORTANT MESSAGE FROM MEDICARE. If Champus, I have received AN IMPORTANT MESSAGE FROM CHAMPUS.

### Release of Information
Authorize the hospital to release such medical information as necessary when requested by insurance companies, worker's compensation carriers, patient's or responsible party's employer, representatives of government agencies, or other entities, medical facility/physician for continuing or other entities as may be necessary.

04276

### Valuables
Understand that the hospital is not responsible for damage, theft, or loss of my personal property. I have been informed that items such as necessary eyeglasses, dentures, jewelry and other valuables should be sent home or deposited with the hospital for safekeeping. I understand lost and found articles not claimed in sixty (60) days will be disposed of.

1452

| PATIENT SIGNATURE | DATE | WITNESS / CLERK |
|---|---|---|

| SIGNING FOR PATIENT | DATE | RELATIONSHIP TO PATIENT |
|---|---|---|

AT001417

### WILSON N. JONES
REGIONAL HEALTH SYSTEM
Health Solutions For A Lifetime

**REGISTRATION RECORD**

| ATIENT ACCOUNT NO. | PAT TYPE | SOURCE | PRE. | | PRIOR ADMIT DATE | ROOM | MEDICAL RECORDS |
|---|---|---|---|---|---|---|---|
| 010002913 | TER | 7 | | | 02/20/92 | | 00000325 |

| FC | ADMIT DATE / TIME | BIRTHDATE | AGE | SEX | MAR. | RACE | TYPE | RELIG. | ADMITTING PHYSICIAN / CODE | NEWS | SERVI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| T | 06/10/99 11:45 | | 16 | M | S | O | | OTH | | N | TRAU |

| PATIENT NAME AND ADDRESS | SSN/PHONE/COUNTY | PT. EMP NAME AND ADDRESS | WORK PHONE / EMP. C |
|---|---|---|---|
| THOMAS, ANDRE LEE | GRAYSON | STUDENT | |

| GUARANTOR NAME AND ADDRESS | SSN/PHONE/REL | GUAR. EMP NAME AND ADDRESS | WORK PHONE / EMP. CO |
|---|---|---|---|
| THOMAS, ROCHELLE M. | M | | |

| SPOUSE / PARENT NAME AND ADDRESS | | SSN/PHN SPOUSE'S / PARENT'S EMPLOYMENT INFORMA |
|---|---|---|

| NEAREST REL NAME ADDRESS | PHONE/REL | M I S C | FAMILY PHYSICIAN | CHURCH | ACCIDENT CODE / DATE / TIME |
|---|---|---|---|---|---|
| | | | | | 05    09/10/99 |
| | | | BIRTH PLACE | PRIOR HOSP. NO. | ADM. VEHCL | COURTESY. | ADM EJ |
| | | | | 0007653249 | | | |

| INS. NAME / GROUP NAME | CERT. NO. / GROUP NO. | SUB. NAME / INS. ADDRESS | ALT NO. / INS. CSZ |
|---|---|---|---|
| DICAID INPATIENT | 505045434 | P O BOX 201185 | AUSTIN TX 78720 |

**ADMITTING COMPLAINT**

OK CLARITIN, NOW ITCHING AND WHELPS

| MENTS | ATTENDING PHYSICIAN |
|---|---|
| | JERRY DAVID BENNETT, M.D. |
| | DISCHARGE DATE & TIME |

**Insurance Assignment**

authorize payment directly to Wilson N. Jones Memorial Hospital and physician(s) which accept this assignment of hospital and medical benefits otherwise payable to me. I understand that I will be responsible for any balance. I understand that I may receive a bill from the following: Radiologists, Radiologists, Emergency Physician, Anesthesiologists, EEG, ECG, or EKG interpreters, surgeons, or consultants.

**Medicare/Medicaid Assignment - Important Message From Medicare - Important Message From Champus**

certify that the information given to me in applying for payment under Title XVIII or XIX of the Social Security Act is correct and I request that said payment of authorized benefits be made in my behalf. If Medicare, I have received AN IMPORTANT MESSAGE FROM MEDICARE. If Champus, I received AN IMPORTANT MESSAGE FROM CHAMPUS.

**Release of Information**

authorize the hospital to release such medical information as necessary when requested by insurance companies, worker's compensation carriers patient's or responsible party's employer, representatives of government agencies, or the other entities, medical facility/physician for continuing or other entities as may be necessary.

**Valuables**

understand that the hospital is not responsible for damage, theft, or loss of my personal property. I have been informed that items such as necessary eyeglasses, dentures, jewelry and other valuables should be sent home or deposited with the hospital for safekeeping. I understand lost and found articles not claimed in sixty (60) days will be disposed of.

04277

**1453**

| ENT SIGNATURE | DATE |
|---|---|
| Enrich Ros | 6-10-99 |
| JING FOR PATIENT | DATE |

| WITNESS / CLERK |
|---|
| |
| RELATIONSHIP TO PATIENT |

AT001418

Wilson N. Jones Medical Center

# GENERAL CONSENT FORM

· I hereby request admission to this facility and authorize my attending physician, and any and all other attending physicians and surgeons, including radiologists, emergency physicians, pathologists and anesthesiologists, to order or administer any treatments, procedures, tests, examinations or other services of a routine medical or surgical nature, or to order any hospital services which he/she or they may deem necessary or advisable in the diagnosis and treatment of my health or physical condition.

· I understand that the physicians and surgeons who may treat my condition are not employees of this hospital, but are independent physicians who have been selected by me or my agents. This hospital is not responsible for recommending my treating physicians and I have not relied upon a hospital representative in selecting my independent physician.

· I authorize Wilson N. Jones Memorial Hospital, its employees and agents to perform nursing care diagnostic procedures and medical treatment requested by my attending physician or his/her assistant. I understand this may include, but is not limited to: diagnostic x-ray procedures, venipunctures for laboratory, and intravenous procedures.

· I understand that this Hospital serves as a clinical training site for a number of accredited Health Professions students including, but not limited to, programs in Nursing, Paramedic, and Medical Technologist training. These are under the direct supervision of a qualified, licensed instructor or certified professional. During the course of my stay, these students may participate in my care.

· I am aware that the practice of medicine and surgery is not an exact science and I acknowledge that no guarantees have been made to me as to the result of treatments or examinations in the hospital.

· I hereby acknowledge that I have been informed that my written materials about my rights to execute Advance Directives will be at my bedside. I understand that I am not required to have an Advanced Directive in order to receive medical treatment at this health care facility. Advance directive data will not be available for outpatient services or procedures.

## I HAVE READ AND FULLY UNDERSTAND THE ABOVE

*Thomas Andrew*

### PATIENT CONFIDENTIALITY DESIGNATION

☐ I wish to be registered as a standard confidentiality patient.

☐ I wish to register as a strictest confidentiality patient. My presence will not be acknowledged other than my caregivers and those with a need-to-know. I will receive no mail, flowers, visitors or calls.

_Eric M. Ross_                    _Wyatt_
Patient Signature

| | | |
|---|---|---|
| *6/10/09 1150* | | *Eric M. Ross* |
| DATE/TIME | PATIENT'S SIGNATURE | PATIENT REPRESENTATIVE'S SIGNATURE |
| *KB* | | *Brother* |
| WITNESS | REASON PATIENT UNABLE TO SIGN | RELATIONSHIP TO PATIENT |

### TELEPHONE CONSENT

| TELEPHONE CONSENT FOR EMERGENCY TREATMENT | PH. NUMBER | PARTY ISSUING CONSENT | RELATIONSHIP | DATE & TIME |
|---|---|---|---|---|
| | ( ) | | | |
| CONSENT WITNESS: | **1454** | CONSENT WITNESS: | | |

COMMENTS:

04278

FORM #BO-037 (REV 5/99)

AT001419

EMERGENCY DEPARTMENT RECORD — WILSON N. JONES REGIONAL HEALTH SYSTEM

**TRIAGE RECORD**

DATE: 6-10-99   TRIAGE TIME: 1150

PATIENT NAME: Thomas Andrew   D.O.B.:   AGE: 76

CHIEF COMPLAINT: Broke out in Welts

ONSET OF SYMPTOMS / MECHANISM OF INJURY: Itchin, no 800

Stats face swollen on

claritin for allergy but

**AIRWAY**
☑ Patent
☐ Other

**BREATHING**
☑ Normal
☐ Labored
☐ Audible
☐ Wheeze
☐ Other

**SKIN:**
☑ Dry
☐ Moist

**CAP REFILL:**
☑ < 3 sec.
☐ > 3 sec.
☐ N/A

**COLOR:**
☑ Pink/Brown
☐ Cyanotic
☐ Pale
☐ Jaundice
☐ Other

**NEURO**
☑ Alert
☐ Confused
☐ Coherent
☐ Anxious
☐ Hostile
☐ Other

**MODE OF ARRIVAL:**
☑ WALK   ☐ WHEELCHAIR
☐ CARRIED   ☐ STRETCHER
BROUGHT BY: Self

**TRIAGE PRIORITY**
☐ I   ☑ II   ☐ III

NURSES SIGNATURE:

PRIVATE PHYSICIAN: ∅   TIME NOTIFIED:   REQUEST EMERGENCY PHYSICIAN: ☑ YES ☐ NO

ON CALL:   TIME NOTIFIED:   EMERGENCY PHYSICIAN: GCS   (TIME) NOTIFIED:

**TRIAGE / NURSING INTERVENTION**
☐ ICE ☐ SPLINT ☐ DRESSING ☐ OTHER   TIME TO TX AREA: 1150

is allergic to SO quit taken

taking it.

1210 Benadryl 50 mg RUQ deltoid

1225 Celestone 2cc Im LUQ deltoid

10⁷/69-10-99⁴

PHYSICIAN NOTES

---

**DATA BASE**

VITAL SIGNS: T 97   P 67   R 18   B/P 145/-   O₂ SAT -

LAST TETANUS:   PREGNANT ☐ YES ☐ NO   HT:   WT:
PARA   GRAV   ☐ ACT ☐ EST
LMP:

ALLERGIES: ☐ NKA   Claritin

CURRENT MEDS: ☑ NONE   ☐ SEE MED LIST ATTACHED

CIRCUMFERENCE OF HEAD: (AGE 2 & UNDER) ___ CM

**HISTORY/SCREENING:**
☑ NONE SIGNIFICANT
☐ PULMONARY
☐ HYPERTENSION
☐ ALCOHOLISM
☐ SMOKES PPD
☐ ASTHMA
☐ TB
☐ GROWTH & DEVELOPMENT WNL
☐ LANGUAGE BARRIER
☐ INJURY DUE TO D.V.

☐ HEART
☐ DIABETES
☐ SEIZURES
☐ CANCER
☐ DRUG ABUSE
☐ GLAUCOMA
☐ HEARING/SPEECH IMPAIRMENT
☐ BLIND

**TREATMENT IN PROGRESS**
☐ C-COLLAR   ☑ N/A
☐ BACKBOARD
☐ ICE   ☐ CPR
☐ OXYGEN   ☐ I.V.

VISUAL ACUITY: R ___ L ___
VISION CORRECTED ☐ NO ☐ YES

POSTURALS (B/P&P): TIME:
LYING
SITTING
STANDING   ☑ N/A

SOURCE OF INFO: ☑ PT
☐ PARENT ☐ Other

**PHYSICIAN ORDERS**

| | |
|---|---|
| ☐ CBC | ☐ EKG |
| ☐ UA | ☐ CXR |
| ☐ GLUCOSE | ☐ KUB |
| ☐ SMA7 | ☐ C SPINE |
| ☐ CPK | ☐ LS SPINE |
| ☐ CKMB | **INITIATE STANDING ORDERS** |
| ☐ ABG | ☐ ASTHMA |
| ☐ LYTES PANEL | ☐ CHEST PAIN |
| ☐ COMP PANEL | ☐ MAJOR TRAUMA |
| ☐ LIVER PANEL | ☐ INFECTIOUS DISEASE |
| ☐ TROPONIN | ☐ EYE-CHEMICAL TRAUMA |
| ☐ HCO3 | ☐ LOW ABD PAIN - FEMALE |
| ☐ CULTURE | ☐ PEDI FEVER CONTROL |
| ☐ WET PREP | ☐ MINOR TRAUMA - WOUND CARE |
| ☐ QUANT. UCG | |
| ☐ SERUM UCG | ☐ SUTURE REMOVAL |
| ☐ URINE UCG | ☐ OTHER: ___ |
| ☐ OTHER | ☐ OTHER: ___ |

TIME SEEN:
☑ TEMPLATE
☐ NO TEMPLATE
☐ DICTATED
☐ EXTENSION

ED ORDERS:

Benadryl 50

Im

Celestone Solution

2cc Im

04279

DIAGNOSIS:

PHYSICIAN'S SIGNATURE: **1455**
X

CLASS III DISMISSAL NOTE:
☑ AMBULATORY   ☐ WC   ☐ CARRIED   ACCOMPANIED BY:

NURSES SIGNATURE:
X   TIME: 1240

AT001420



WILSON N. JONES REGIONAL HEALTH SYSTEMS
EMERGENCY DEPARTMENT

PATIENT DISCHARGE INSTRUCTIONS

The examination and treatment received in the Emergency Department is on an emergency basis and not intended to substitute for complete medical care and final diagnosis. You are urged to carefully follow the instructions given to you and follow up with your private physician. If you have questions or your condition worsens and your private physician cannot be reached, you may call or return to the Emergency Department as necessary.

## INSTRUCTION SHEETS GIVEN:
- ☐ Asthma - children
- ☐ Back Pain
- ☐ Burns
- ☐ Chest pain - non cardiac
- ☐ Croup
- ☐ Ear Infection
- ☐ Eye injuries
- ☐ Fever - Children
- ☐ Head Injury
- ☐ Hives
- ☐ Kidney stones
- ☐ Lacerations
- ☐ Nose bleed
- ☐ Sprains, Fractures, Severe Bruises
- ☐ Suture/Staple Removal

- ☐ Vomiting and / or diarrhea - adult
- ☐ Crutch walking
- ☐ Medication guide
- ☐ Local Pharmacy List
- ☐ Physician Referral
- ☐ Antibiotics
- ☐ Food and Drug Interaction Guide
- ☐ Pain Medication
- ☐ Immunization screen
- ☐ Immunization CDC Information Sheet
- ☐ Social Services Referral
- ☐ Home Health Referral
- ☐ Animal Control notified
- ☐ Crisis Center Referral

## SPECIFIC INSTRUCTIONS:
☐ You need to see your doctor in _____ days for follow-up.
  Let us know if you don't have a doctor and we will give you the name and phone number of one who will follow your progress.

☐ Follow up unnecessary for this visit.

☐ SPECIFIC DISCHARGE TEACHING          ☐ DEMONSTRATED UNDERSTANDING

> Benadryl as needed.
> Stay out of sun/heat
> Return if worse.

I have explained these instructions to the patient or responsible party.

Signature of Nurse      1456

Signature of Physician

I hereby acknowledge receipt of instructions and do understand them.

Signature of Patient or Responsible Party      04280

AT001421

© 1995-97 E.S.C.  Circle positives, check normals, backslash (\) negatives.

44

## Wilson N. Jones Hospital
## EMERGENCY PHYSICIAN RECORD
### Allergy Symptoms    (5)

CC10002913 ... 03551
BENNETT, J
THOMAS, ANDRE LEE
M ___ 15

TIME SEEN: __1200__    ROOM: __9__

HISTORIAN: ✓ _patient_ _____

**HPI**

chief complaint- face / throat swelling (skin rash) (itching)
trouble breathing  dizziness / fainting

started- _just PTA_    continues in E.D.
gone now  better
intermittent
worse

current symptoms-
SKIN-IMMUNE
(skin rash / itching)
facial  trunk  extremities  (diffuse) "redness" "hives"

__ swelling
face  lip(s)  tongue  throat  hands  feet  diffuse
__ trouble breathing
__ trouble swallowing
__ dizziness / fainting

identified cause ? __ no __ yes _____ possibly
When? __ just prior to symptom onset
Exposure-
__ Medication          __ Food          __ Other
antibiotic              shellfish         bee/wasp sting
aspirin                 nuts              ant bite
NSAID                   soybeans          poison ivy/oak
ACE inhibitor           eggs
other

Location- __ home __ work _____

paramedic assessment- BP _____ HR _____ RR _____
n/a

treatment prior to arrival- __ none __ see EMS record
epinephrine  steroids  benadryl ____ mg PO / IM / IV
IV fluids

Similar symptoms previously _____

Recently seen/treated by doctor _____
145?

**ROS**
EYES
__ eye problems

ENT- RESP
__ sore throat _____
__ cough _____
sputum _____

CONST M/S
__ fever
__ chills
__ joint pains

_____
_____
_____
_____
_____
_____
_____
_____

**PAST HISTORY** (negative)
__ prior allergic reaction
anaphylaxis  hives
__ idiopathic hives

NEURO
__ headache
__ weakness / numbness

CVS
__ chest pain
__ racing heart

GI
__ abdominal pain
__ vomiting
__ diarrhea
__ black/bloody stools

GU
__ frequent urination
__ pain on urination

☐ all systems neg. except as marked

__ asthma
__ hayfever
__ high blood pressure
__ diabetes  insulin / oral / diet
__ heart disease
__ other problems

Medications __ none  ✓ see NAS
__ ASA __ ibuprofen __ acetaminophen

Allergies
__ NKDA __ see NAS

04281

SOCIAL HX __ smoker _____ drugs _____
alcohol (recent / heavy / occasional)

FAMILY HX _____

☑ Nursing Assessment Reviewed.  ☑ BP, HR, RR, Temp reviewed.

**PHYSICAL EXAM**  ✓ Alert __ Anxious __ IV
*Distress:* __ NAD ✓ mild __ moderate __ severe

**LABS, XRAYS, EKG:**

| CBC | | Chemistries | | CK | | Pulse Oximetry |
|---|---|---|---|---|---|---|
| __ normal | | __ normal | | CKMB | | |
| __ nml except | | __ nml except | | PT | | |
| WBC | | Na | | PTT | | 99 % SAT |
| Hgb | | K | | INR | | RA |
| Hct | | Cl | | | | O2 |
| Platelets | | Bicarb | | | | L |
| segs | | Gap | | | | |
| bands | | Gluc | | | | |
| lymphs | | Bun | | | | |
| monos | | Creat | | | | |

CXR ___ nml / NAD _____

EKG ___ nml _____

Cardiac Monitor ___ NSR _____

**HEENT**
___ angioedema _____
✓ ENT nml inspectn    __ facial (see diagram)
✓ pharynx nml    __ tongue __ uvula __ pharynx ___
✓ voice nml
_____
_____
___ hoarse voice _____
___ scleral icterus / pale conjunctivae _____
___ abnml TM / hearing deficit _____

**TREATMENT SUMMARY** ☑ see chart for medication record
__ oxygen _____
__ IV fluids _____
__ diphenhydramine PO /IM /IV _____
__ epinephrine subcut _____
__ methylprednisolone IM /IV _____
__ prednisolone PO _____
__ prednisone PO _____
__ cimetidine PO /IM /IV _____
__ ranitidine PO /IM /IV _____
__ nebulized albuterol _____
__ other _____

*Time _____ __ unchanged __ improved __ resolved __ re-examined*

**SKIN**
__ no rash    __ cyanotic / diaphoretic / pallid _____
__ normal color    ✓ skin rash / erythema _____
__ warm, dry    urticaria scaling eczematous erythematous
    excoriated macular popular fine patchy
    generalized facial neck trunk arms legs
_____
_____
_____
_____
_____

**EXTREMITIES**    __ edema  hands/arms/legs/pedal _____
✓ non-tender _____
✓ normal ROM _____
__ no edema _____

**NECK**    __ meningismus _____
✓ nml inspection    __ lymphadenopathy _____
✓ thyroid nml    __ thyromegaly _____

**RESPIRATORY**    __ respiratory distress _____
✓ no resp. distress    __ stridor _____
✓ breath sounds nml    __ accesory muscle use _____
    __ decreased air entry _____
    __ wheezing _____
    __ rales _____

**CVS**    __ tachycardia / bradycardia _____
✓ reg. rate, rhythm    __ murmur / gallop _____
✓ heart snds normal    __ decreased pulse(s) _____
    _____

**ABDOMEN**    __ tenderness _____
✓ non-tender    __ hepatomegaly / splenomegaly _____
✓ no organomegaly

**NEURO/PSYCH**    __ disoriented to person / place / time _____
✓ oriented x3  **1450**    __ depressed affect _____
✓ mood/affect nml    __ facial droop/EOM palsy/anisocoria _____
✓ CN's intact (2-12)    __ weakness / sensory loss _____
✓ no motor/sensry deficit

_ Hx / Exam limited by _____ _ Crit Care-___ min

__ Discussed with Dr _____    __ Prior records ordered
will see patient in office /ED/ hospital    __ Additional history from
__ Counseled patient/ family regarding    family caretaker, paramedic
lab results / diagnosis / need for follow-up    __ EKG / X-ray examined
__ Rx given __ Admit orders written    __ Discussed with radiologist

**CLINICAL IMPRESSION:**    *EMS Arrival*

Allergic Reaction - acute    Anaphylaxis - acute
to: unknown    Shock  persistent  resolved
Urticaria Rash - acute    Laryngeal Edema - acute
Angioedema - acute    Airway Obstruction - acute
Respiratory Distress - acute    Bronchospasm / Asthma
    Syncope

DISPOSITION-    ☑ home ☐ admitted ☐ transferred _____
CONDITION-    ☐ unchanged ☑ improved ☐ stable _____

*PHYSICIAN SIGNATURE* _____

04282

AT001423

# Exhibit 96

## North Texas State Hospital COPSD Assessment of Andre Thomas

Report Date: 09/13/2004                                  Page 1 of 4

North Texas State Hospital
Wichita Falls/Vernon, TX

COPSD ASSESSMENT Inquiry

CLIENT NAME: THOMAS,ANDRE LEE          Episode Start Date: 06/23/2004
CLIENT ID: 000196949                   Episode End Date: 08/09/2004
DATE OF BIRTH: ███████                 Data Entry By (Login): KING CARLA G
Episode Number: 2                      Data Entry Date: 07/16/2004

### GENERAL INFORMATION
   Assessment Date:    07/13/2004

   Assessment Time:    02:55 PM

   Draft/Final:   Final

   Assessing Clinician:   KING,CARLA G (002108)

   Client DOB:   ███████

   Client SS#:   ████████

   Primary Language:   ENGLISH

   Is the preferred language English:   Yes

### INFORMANTS
   Informant:    Client

   Informant Reliability:    Poor

   Informant Comments:   REPORTS  LAST USE OF ALCOHOL & CORICIDIN (OTC-COLD
   MED) WAS  ABOUT 3 MONTHS AGO

### INFORMANTS
   Informant:   Current Assessments/Evaluations

   Specify Other:   PSYCHIATRIC

   Informant Reliability:   Good

   Informant Comments:   PRESUMPTIVE DX: SUB. INDUCED PSYCHOSIS
   w/DELUSIONS/HALLUCINATIONS; POLY SUB. DEP

### INFORMANTS
   Informant:   Current Assessments/Evaluations

   Specify Other:   SOCIAL

   Informant Reliability:   Good

   Informant Comments:   REGULAR ABUSE OF ALCOHOL, MARIJUANA  & CORICIDIN.

### ASSESSMENT

**8496**                                                        01833

AT008462

Report Date: 09/13/2004                                    Page 2 of 4

North Texas State Hospital
Wichita Falls/Vernon, TX

COPSD ASSESSMENT Inquiry

CLIENT NAME: THOMAS,ANDRE LEE              Episode Start Date: 06/23/2004
CLIENT ID: 000196949                        Episode End Date: 08/09/2004
DATE OF BIRTH: ███████                      Data Entry By (Login): KING CARLA G
Episode Number: 2                           Data Entry Date: 07/16/2004

Evaluation Type:   Admission/Screening

Substances Used:   Alcohol, Drugs

Frequency:   Daily

Tried to cut down/control Substance Abuse without success:    Yes

Substance Abuse led to ER/hospital stay or rehab treatment:    No

If so, Type of treatment and effectiveness:
    DENIED ANY PREVIOUS TREATMENT FOR HIS SUBSTANCE USE HOWEVER STATED THAT
    HE DID ATTEND AA MEETINGS A COUPLE OF TIMES ON HIS OWN BECAUSE HE
    REALIZED THAT HE WAS HAVING PROBLEMS WITH ALCOHOL(GETTING SICK).

Experienced during periods of Substance Abuse:   Hallucinations/delusions,
Helpful in dealing with mental illness, Lost work/school time-S.A. illness,
Medical Condition, Mood swings, Serious depression, Suicidal thinking,
Withdrawal symptoms

Describe:
    ANDRE SHARED THAT HE HAS EXPERIENCED SUICIDAL THOUGHTS X1 WHILE UNDER THE
    INFLUENCE OF ALCOHOL BUT DENIED THAT HIS SUBSTANCE USE HAS CAUSED HIM ANY
    FEELINGS OF DEPRESSION. IT SHOULD BE NOTED THAT HE HAS HAD SELF INFLICTED
    STAB WOUNDS TO HIS CHEST x2, ONE OF WHICH REQUIRED A THORACHOTOMY AND
    SURGICAL REPAIR. HE REPORTED THAT HE HAS TRIED TO STOP HIS ALCOHOL USE
    DUE TO GETTING SICK (THROWING UP) BY ATTENDING CHURCH. HE REPORTED HIS
    LONGEST PERIOD OF ABSTINENCE WAS 6 MONTHS. HE STATED THAT HE DROPPED OUT
    OF SCHOOL IN THE 9TH GRADE BECAUSE HE "HAD A KID", DENYING THAT HIS
    SUBSTANCE USE AFFECTED HIS EDUCATION. HE DID REPORT THAT HE WAS FIRED
    FROM A JOB x1 DUE TO BEING DRUNK. ANDRE ACKNOWLEDGED EXPERIENCING
    WITHDRAWAL SYMPTOMS INCLUDING INCREASED ANXIETY, CHANGE IN APPETITE AND
    DEPRESSION. AT FIRST, HE STATED THAT HE "REALLY DOESN'T THINK SUBSTANCE
    USE HAS AFFECTED MY LIFE" BECAUSE HE DRANK WITH FRIENDS AND HIS
    GIRLFRIEND BUT AS THE INTERVIEW PROGRESSED, HE SHARED THAT HIS MOTHER HAS
    ASKED HIM TO QUIT USING, HE GOT LAZY AND STOPPED RIDING HIS BIKE. HE
    STATED THAT HE USED ALCOHOL TO GO FROM DEPRESSED TO HAPPY BECAUSE HE WAS
    MORE HAPPY ON ALCOHOL. HE REPORTED THAT HE BEGAN HAVING SYMPTOMS OF
    SCHIZOPHRENIA AT 18-19 YEARS OLD AND ALCOHOL SEEMED TO DECREASE HIS FEAR
    OF "PEOPLE LISTENING TO MY THOUGHTS". HE REPORTED THAT HE EXPERIENCES
    VOICES WHETHER HE IS DRINKING OR NOT BUT "ALCOHOL MAKES THEM SEEM LESS
    FRIGHTENING."

**8497**

01834

AT008463

Report Date: 09/13/2004                                      Page 3 of 4

North Texas State Hospital
Wichita Falls/Vernon, TX

COPSD ASSESSMENT Inquiry

CLIENT NAME: THOMAS,ANDRE LEE          Episode Start Date: 06/23/2004
CLIENT ID: 000196949                   Episode End Date: 08/09/2004
DATE OF BIRTH: ▮▮▮▮▮▮                   Data Entry By (Login): KING CARLA G
Episode Number: 2                      Data Entry Date: 07/16/2004

Decreased symptoms of Mental Illness when clean and sober:
    HE STATED "I FEEL DIFFERENTLY ABOUT EVERYTHING THAT IS HAPPENING. IT
    HURTS MORE AND I HAVE MORE STRESS" HOWEVER HE ALSO STATED "I FEEL I AM
    MORE ABLE TO DEAL WITH THE VOICES."

Substance used to sleep at night:   No

Substance used to relax/unwind:   Yes

Behavior Associated with Substance Abuse:   DWI,DUI,MIP,PI based on
substance abuse, Violent/aggressive while under influence, If yes,legal
problem related to behavior

Describe:
    REPORTED THAT HE HAS HAD MIP x2. HE DENIED THAT HE WAS UNDER THE INFLUENCE
    OF ANY SUBSTANCES, STATING HE HAD NOT USED ANYTHING FOR 2-3 DAYS PRIOR TO
    HIS CURRENT CHARGE OF CAPITAL MURDER x3 HOWEVER THE POLICE REPORT
    INDICATED THAT HE HAD TAKEN LARGE QUANTITIES OF OVER THE COUNTER COLD
    MEDICINE (POSSIBLY CORICIDIN) AND USED ALCOHOL IN SIGNIFICANT QUANTITIES.

Assessment Comments:
    ANDRE THOMAS REPORTED THAT HE USED ALCOHOL DAILY AND MARIJUANA
    OCCASSIONALLY WITH FRIENDS AND THAT HE EXPERIMENTED WITH CORICIDIN X3 AND
    COCAINE X1. IT IS BELIEVED THAT HE SIGNIFICANTLY UNDER REPORTED HIS
    SUBSTANCE USE BASED ON HIS OTHER ASSESSMENTS AND THE INFORMATION THAT HE
    SHARED DURING THE INTERVIEW. IT IS ALSO EVIDENT THAT HE LACKS INSIGHT OF
    THE NEGATIVE IMPACT THAT HIS SUBSTANCE USE HAS HAD IN SEVERAL AREAS OF
    HIS LIFE. IT IS INDICATED IN THE POLICE REPORT THAT HE HAD USED LARGE
    QUANTITIES OF OVER THE COUNTER COLD MEDICINE AND SIGNIFICANT AMOUNTS OF
    ALCOHOL AT THE TIME OF HIS CURRENT CHARGE OF CAPITAL MURDER x3. HE DENIES
    ANY PREVIOUS SUBSTANCE ABUSE TREATMENT BUT DID REPORT THAT HE HAS
    ATTENDED AA MEETINGS ON A COUPLE OF OCCASSIONS. HE REPORTED THAT HE FIRST
    BEGAN HAVING SYMPTOMS OF SCHIZOPHRENIA AT THE AGE OF 18-19 YEARS OLD AND
    THAT HE USED ALCOHOL TO HELP DEAL WITH THESE SYMPTOMS (I.E. VOICES,
    DELUSIONS).

FINDINGS/RECOMMENDATIONS
    Patient has COPSD Condition:   Yes

    Stage of Treatment:   Engagement

    Assess Patient understanding of Addiction/Recovery Process:
        ANDRE DISPLAYED SOME UNDERSTANDING OF ADDICTION DESCRIBING IT AS "WHEN YOU

**8498**

01835

AT008464

Report Date: 09/13/2004                                    Page 4 of 4

North Texas State Hospital
Wichita Falls/Vernon, TX

COPSD ASSESSMENT Inquiry

CLIENT NAME: THOMAS,ANDRE LEE          Episode Start Date: 06/23/2004
CLIENT ID: 000196949                   Episode End Date: 08/09/2004
DATE OF BIRTH: ██████████              Data Entry By (Login): KING CARLA G
Episode Number: 2                      Data Entry Date: 07/16/2004

CAN'T GO WITHOUT SOMETHING." HE DESCRIBED RECOVERY AS "YOU GET TO A POINT
YOU DON'T HAVE TO USE ANYMORE."

Assess Patient understanding of Co-Occurring Disorders:
ANDRE DISPLAYED SOME UNDERSTANDING OF CO-OCCURRING DISORDERS AFTER IT WAS
EXPLAINED TO HIM AND ACKNOWLEDGED THAT HE COULD SEE HOW IT APPLIED TO HIM.

Assess Patient-Identified Relapse Triggers and Understanding:
ANDRE DESCRIBED RELAPSE AS "YOU RECOVER FOR SO LONG, MESS UP AND GO BACK
TO DOING WHAT YOU WERE DOING." HE IDENTIFIED PERSONAL RELAPSE TRIGGERS AS
"PEER PRESSURE, BEING STRESSED OUT I.E. HARD DAY AT WORK AND A WAY TO BE
MORE SOCIAL, HAVE A GOOD TIME AND PARTY WITH FRIENDS."

Assess Patient Response to COPSD Referral:
ANDRE WAS POLITE AND COOPERATIVE THROUGHOUT THE INTERVIEW AND SEEMED
FORTHCOMING WITH INFORMATION, DISPLAYING A "MATTER OF FACT" ATTITUDE. HE
STATED "IT MIGHT BE BENEFICIAL TO ME" WHEN QUESTION ABOUT ATTENDING THE
COPSD/SUB. ABUSE GROUPS.

Findings/Recommendations Comments:
IT IS APPARENT THAT ANDRE DOES HAVE A CO-OCCURRING DISORDER BASED ON HIS
CURRENT DIAGNOSIS OF SUBSTANCE INDUCED PSYCHOTIC DISORDER WITH DELUSIONS,
SUBSTANCE INDUCED PSYCHOTIC DISORDER WITH HALLUCINATIONS AND POLYSUBSTANCE
DEPENDENCE. IT IS RECOMMENDED THAT HE ATTEND THE COPSD/SUB. ABUSE GROUPS
TO LEARN ABOUT HIS COPSD CONDITION AND GAIN THE SKILLS TO ENGAGE IN A
PERSONAL PLAN OF RECOVERY AND RELAPSE PREVENTION.

Signature_____    Date_____

**8499**                                                      01836

# Exhibit 97

## Probation Case Plan for Andre Thomas

## CASE PLAN

**NAME:   ANDRE THOMAS**

**LEVEL OF SUPERVISION:     LOW PROBATION**

**THIS PLAN IS IN EFFECT BEGINNING:   8/25/95**

**CURFEW:**
During the above listed times your curfew will be set by a parent or guardian.

**REPORTING:**
Your reporting schedule is as follows:

Every first Tuesday between 3:00pm and 5:00pm at the Grayson County Courthouse located at 100 W. Houston, Sherman, TX.

**ADDITIONAL CONDITIONS:**

**Continue to follow all Conditions of Court Ordered Probation

I have read and understand these conditions and agree to follow them as directed by the Court and the Juvenile Probation Department.  I further understand that this Case Plan is subject to modification by both of these agencies.  I also acknowledge receipt of a copy of the foregoing plan.

_Andre Lee Thomas_____     __8-25-95_____
Respondent                                Date

_____     __8-25-95_____
Parent/Legal Guardian                     Date

_Michel Polk_____     __8-25-95_____
Juvenile Probation Officer                Date

**9596**

02952

AT009602

# Exhibit 98

# Grayson County Department of Juvenile Services Chronological Notes

Mon 15-Feb-1999 10:13a                    GRAYSON COUNTY DEPARTMENT OF JUVENILE SERVICES                    1
User: MP                                           Chronological Notes
   tion: ALL                                       12/19/1996 - 02/15/1999


THOMAS, ANDRE                    Race: B    Sex: M    DOB: ████████              PID:    2020

December 22, 1996    PARENT CONTACT         by MICKEL POLK

                                            Resp's mth called to advise that resp will not be at the CSR workday bcz
                                            she told him it was too cold and she did'nt have a way to get him out
                                            to the office.mlp

December 28, 1996    HOME VISIT             by MICKEL POLK

                                            AHV/PC Resp was not at home. I spoke to his mth Ms. Thomas and she said
                                            that she did call and she felt that it was too cold for him. She also
                                            stated that resp was at his brother Eric's. I told her to have resp call
                                            me when he gets home.

                                            PHON/ Resp called to get his SS# bcz he will work tomorrow at Popeye's
                                            Chicken.mlp

January 5, 1999      SCHOOL VISIT          by MICKEL POLK

                                            Resp working at Popeyes w/ his bro. Stated that he can't report today
                                            bcz he had to work this date. This week he works Mon. & Fri. All is ok
                                            at home. Resp was advised to report wed. or thur.mlp

January 15, 1999     SCHOOL VISIT          by MICKEL POLK

                                            ASV/ went to SHS to visit resp but he was absent. Resp has missed
                                            several days . I placed a print out in his file.mlp

January 29, 1999     SCHOOL VISIT          by JEFF FALEFIA

                                            SV by JPO JF spoke with resp , resp in AEP. Advised that he was doing
                                            fine, resp still working at Popeyes Chicken, still riding his bike every
                                            where. resp seemed very concerned with broth James Thomas whom was in
                                            JDC, advised that resp broth would have to take care of his business in
                                            order to insure that he helped himself. advised that JPO would tell brot
                                            that resp said hello. No prob to report.

February 3, 1999     SCHOOL VISIT          by MICKEL POLK

                                            Resp still at AEP he stated that he is working three to four days each
                                            week. He stated that he is working mon thru thur. He went on to advise
                                            that he cant get a ride out here to report. He rides his bike to work
                                            some times.mlp

End of report...

9653                                                                                          43315

n. 20-Dec-1998  9:01p          GRAYSON COUNTY DEPARTMENT OF JUVENILE SERVICES                    2
                                          Chronological Notes
ser: MP                                    04/23/1998 - 12/20/1998

ection: ALL


HOMAS, ANDRE              Race: B     Sex: M    DOB: ███████                          PID:    2020

.ly 27, 1998       DETENTION CONTACT      by MICKEL POLK

                                    Met w/ resp in JDC resp stated that he felt that he needed counseling.
                                    He stated that he is having trouble keeping his temper. He also stated
                                    that he just can't focus when he was in class last year and his grades
                                    fell alot. He also talked about having thoughts of suicide. I contacted
                                    MHMR and they sent Rondey Hough out to assess resp. He was also placed
                                    on suicide watch.

.ly 29, 1998       COLLATERAL CONTACT     by MICKEL POLK

                                    Rodney Hough advised that he spoke to resp and reported that there was
                                    no real danger of resp acting on his ideas. He did state that resp will
                                    be referred to counseling. He went on to state that resp may be hyper
                                    due to the fast talking doing the interview. He went on to state that if
                                    needed they will set up an appt w/ Dr. Johnson to see if resp needs meds
                                    to help him. Resp was ok to release to mth. I called resp's mth to come
                                    and get him she stated that she did'nt have the gas. I told her that I
                                    transport resp home.
                                    Resp was transported home by myself and JPO's MW & DB. I spoke to Ms
                                    Thomas and advised her of what was going on w resp. She acted as she
                                    did'nt want to beleive it. I advised I will be getting back w/ her w/
                                    the appmt dates.mlp

.eptember 6, 1998  REPORTING CONTACT      by MICKEL POLK

                                    Resp stated that he still rides his bike. He states that he needs a CSR
                                    calander. Went to Plano to bike park and is getting much better.jf/mlp

.eptember 15, 1998 REPORTING CONTACT      by MICKEL POLK

                                    School is no fun. He states that Brian has been in jail for the past 4
                                    months. He will get outb next friday. No probs to report home ok.
                                    Nothing to report to JPO. Staying out of trouble.mh/mlp

.eptember 22, 1998 REPORTING CONTACT      by MICKEL POLK

                                    Resp confirmed CSR for 9/26. Hates his bro/ went to csr 09/19 but was'nt
                                    on the list. He found out after he left that he could have worked.kt/mlp

.eptember 26, 1998 INDIRECT VISIT         by JEFF FALAFIA

                                    AV by JPO JF resp at CSR Bearcat Stadium, no problems

                                    Note resp came late (1hr) advised thatr he had to give moth gas money
                                    for bringing him late, he was approved to attend by CSR Supervisor RG
                                    due there being a lack of attendance.


                   9662                                      03718

un 20-Dec-1998  9:01p                    GRAYSON COUNTY DEPARTMENT OF JUVENILE SERVICES                          3
ser: MP                                          Chronological Notes
                                              04/23/1998 - 12/20/1998

election: ALL

---

HOMAS, ANDRE                 Race: B     Sex: M    DOB: ███████              PID:    2020

eptember 28, 1998     REPORTING CONTACT         by MICKEL POLK

                                          No probs at home. Failed 3 classes bcz being absent alot. Bringing his
                                          grades up this 6 weeks. Gave CSR calander and advised to call JPO.cb/mlp

ctober 6, 1998        REPORTING CONTACT         by MICKEL POLK

                                          Resp is doing good no probs at home. Riding bike alot.mlp

ctober 13, 1998       REPORTING CONTACT         by MICKEL POLK

                                          Resp states that he forget to call to check in last thursday. Reports no
                                          probs at home. States that he is getting along w/ family. He states that
                                          he stays away form James bcz he is stupid & he states that "tylt" he
                                          states that there no problems . Resp states that he got a new bike frame
                                          for his bike.mh/mlp

ctober 27, 1998       REPORTING CONTACT         by MICKEL POLK

                                          Resp states he has been praticing alot on his bike, he states that he is
                                          going to make a video to send off to see if he can get a sponsor. Resp
                                          stated they will give him free cloths. Told resp that I hope to see him
                                          on tv.mh/mlp

November 4, 1998      REPORTING CONTACT         by MICKEL POLK

                                          Resp was given CSR calander. No ? for PO school going good . Told resp
                                          attend seminar @ boot camp .mlp

November 10, 1998     REPORTING CONTACT         by MICKEL POLK

                                          resp states he missed school bcz he was sick. He went on to say he got a
                                          new pedals for his bike. He praticing a new trick. Home ok no problems.
                                          Was given CSR calander and told to be at nov 21 CSR.mlp

November 11, 1998     REPORTING CONTACT         by MICKEL POLK

                                          Resp is to be at CSR and was told that he will be picked up if he did'nt
                                          show this saturday 11/21/98. He had a poor attitude.mlp

November 17, 1998     SCHOOL VISIT             by MICKEL POLK

                                          ASV/ attemped SV on resp he was not there. I had the school print up a
                                          attendance record. Resp has missed several days and has not called to
                                          advise this dept of his absences. Spoke w/ team 3 and it was agreed that
                                          a directive should be issued.mlp

ber 24, 1998          REPORTING CONTACT         by MICKEL POLK

                                          Resp stated that he just talked to the Sheriff. He states that all is ok

03017

AT009669

.n 26-Dec-1998  9:01p
er: MP

GRAYSON COUNTY DEPARTMENT OF JUVENILE SERVICES
Chronological Notes
04/23/1998 - 12/26/1998

4

.lection: ALL

OMAS, ANDRE                    Race: B      Sex: M    DOB: ███████                        PID:    2020

| | | | |
|---|---|---|---|
| ovember 24, 1998 | REPORTING CONTACT | by MICKEL POLK | continued |

at home and school.mlp

| | | |
|---|---|---|
| ecember 1, 1998 | REPORTING CONTACT | by MICKEL POLK |

Resp has 4:00 interview at Popey's today came to rerport at 3:45pm. Will not be able to work more than 20 hrs per week bcz he is 14 yoa.kt/mlp

| | | |
|---|---|---|
| ecember 2, 1998 | STANDARD NOTE | by MAJELLA WILDER |

RESP CALLED IN TO GET THE TOTAL AMOUNT DUE ON RESTITUTION AND FEES. GAVE HIM THE INFO.

| | | |
|---|---|---|
| ecember 2, 1998 | SCHOOL VISIT | by DARLA BULLARD |

SV BY JPO'S DB, AND MW. RESP STATED THAT HE GOES TO SHERMAN YOUTH CENTER SOMETIMES AFTER SCHOOL AND AFTER REPT. BECAUSE THEY HAVE A PLAY STATION. RESP. STATED THAT HE WAS THINKING OF GETTING A TATTOO, BUT HAS TALKED HIMSELF OUT OF IT. RESP STATED THAT HIS GRADES ARE  GOING UP. WENT TO COURT ON FRI. FOR TRUANCY, HE HAS TO GO TO COUNCIL CLASSES OVER BY PIGGL WIGGLY @ 5:30 ON TUES. FOR 6 WKS. RESP STATED THAT HE HAD A INTERVIEW AT POPEYES CHICKEN, IF HE GETS THE JOB HE WOULD BE WORKING 20 HRS OR LESS A WEEK. SUPPOSED TO FIND OUT IF HE GETS THE JOB TODAY AND WILL CALL JPO MP TO LET HIM KNOW IF HE GETS IT.

| | | |
|---|---|---|
| ecember 7, 1998 | SCHOOL VISIT | by MICKEL POLK |

Resp still is iss for tardies. He states he is getting a lot of work done. Gave resp CSR calander.mlp

| | | |
|---|---|---|
| ecember 9, 1998 | REPORTING CONTACT | by MICKEL POLK |

Resp in AEP bcz he had too many tardies. No contact w/ police. mlp

| | | |
|---|---|---|
| ecember 9, 1998 | SCHOOL VISIT | by MICKEL POLK |

Resp at school states that he saw a fight at school all is ok at home. nothing new going on.Talked to resp about the CSR on 12/21 and advised be there.mlp

| | | |
|---|---|---|
| ecember 18, 1998 | SCHOOL VISIT | by MICKEL POLK |

Resp still working iss. He states that all is good at home. Wants to get a new bike. Not working but may get to work at Popeye's w bro some- times.mlp

9660

03016

AT009670

.n 20-Dec-1998  9:01p                    GRAYSON COUNTY DEPARTMENT OF JUVENILE SERVICES                              1
eer: MP                                               Chronological Notes
                                                   04/23/1998 - 12/20/1998
    :ion: ALL


HOMAS, ANDRE                        Race: B      Sex: M    DOB: ▆▆▆▆▆                                    PID:    2020

pril 23, 1998          PHONE CALL            by MICKEL POLK

                                                   Resp checking in by phone.mlp

pril 28, 1998          PHONE CALL            by MICHEAL HICKS

                                                   TO JPO MICHAEL HICKS FROM RESP. HE ASK WHY HE IS NOT ALLOWED TO BE
                                                   AROUND LAURA BOREN. HE STATES THAT HE WAS NOT EVEN INVOLVED IN THE
                                                   INCIDENT. ADVISED HIM THAT THE CONDITIONS OF HIS PROBATION STATES THAT
                                                   HE IS NOT ALLOWED TO BE AROUND ANY ON WHO IS ON PROBATION/PAROLE OR
                                                   CURRENTLY DEALING WITH DEPT. ADVISED RESP THAT I DID NOT APPRECIATE HIS
                                                   HOSTILE MANNER IN MAKING THIS CALL. WOULD HAVE RESP CALL HIS JPO MIKE
                                                   POLK BUT RESP HUNG UP. MH

pril 28, 1998          REPORTING CONTACT     by MICKEL POLK

                                                   Resp asked about CSR calander. Nothing to report.jf/mlp

ay 18, 1998            REPORTING CONTACT     by MICKEL POLK

                                                   Resp's bike was stolen last weekend but he got it back yesterday. Did'nt
                                                   get JTPA form turned. He wants to get a permit at the Health Dept for
                                                   $25 and work year round.mlp

ay 19, 1998            SCHOOL VISIT          by MICKEL POLK

                                                   Resp at school but late he has been late on several occasions. Advised
                                                   resp to get to school on time. I also advised resp to get JTPA paperwork
                                                   completed. He stated that he did. I told him to leave it w\ Mrs Limbert
                                                   and I will pick it up.mlp

ay 26, 1998            REPORTING CONTACT     by MICKEL POLK

                                                   Resp was advised to be at home tomorrow to fill out JTPA form for summer
                                                   job. He stated that his mth is not working and can't pay fees. I then
                                                   reminded resp thats why he need to work in the JTPA program.mlp

une 18, 1998           STANDARD NOTE         by MICKEL POLK

                                                   Resp has been removed from ISP sucessfully and placed on High Probation.
                                                   mlp

uly 27, 1998           COLLATERAL CONTACT    by MICKEL POLK

                                                   TC/ from JPO DN to anvise that resp had walked off the CSR worksite and
                                                   cursed her when she asked her to come back. I spoke to Dir/BB and told
                                                   him what happened. He advised that could bring resp in for Disorderly
                                                   Conduct Language. Myself/Caseworker Bruner& JPO JF transported resp to
                                                   JDC. Resp's mth was advised her that resp was in custody. I told her
                                                   that I would call her when I was going to release resp.mlp

9663                                                                                                    03019

# Exhibit 99

# Texas Department of Public Safety Record re Public Intoxication of James Thomas

Date Printed:
Aug 28 1995

INCIDENT REPORT

SHERMAN POLICE DEPARTMENT
317 S TRAVIS



```
------------------------------------------------------------------------
Incident # 9506950                 Case #              Document #
------------------------------------------------------------------------
Arrestee:
THOMAS, JAMES CALVIN               STUDENT 6TH          AGE: 13  SEX: M
██████████████████████████████    SHERMAN ISD-DILLINGHAM   RACE: B
                                   LOY LAKE RD           DOB: ████████
                                   SHERMAN TX 75090      DL#:
                                                         SS#:
------------------------------------------------------------------------
Offense  : PUBLIC INTOXICATION     UCR Code : 22
Date     : 08/26/95                Time : 12:05M-
Location : 220 ARCHER
Weapon   :                         Dept Code: J
M / O    :
------------------------------------------------------------------------
```

ARREST NARRATIVE:  THOMAS, JAMES      MAULDIN 040   024

I, Mauldin #040, was dispatched to 220 archer reference child on a red bike
sniffing lighter fluid.  When I arrived I found the red bike on the bank of
the creek behind 220 Archer.  I found listed subject in the creek below the
bike.  When he saw me he dropped something in the muddy water of the creek.
Subject could barely speak and he had the strong odor of lighter fluid on
his breath.  The subject was intoxicated and a danger to himself.  I
transported him to the station.

Parent contacted by W. Jones 038 at 1230 hrs 08-26-95.

   <<< Segment 2 >>>

FOLLOW-UP NARRATIVE:  PUBLIC INTOX  08/28/95  0800 HRS  DITTFURTH 024

Case referred to Juvenile Probation Department.
------------------------------------------------------------------------
Officer 1: MAULDIN, CHUCK - 040       Officer 2: DITTFURTH, SANDY - 024
Disposition Code : ACJ

**6399**

03776-

AT006391

# Exhibit 100

## Sherman Police Department Incident Report re assault by James Thomas

Aug 31 1995

INCIDENT REPORT

SHERMAN POLICE DEPARTMENT
317 S TRAVIS

```
VICTIM LETTER    INTAKE FIELD
     NO

DISPOSITION:
```

---------------------------------------------------------------

Incident # 9507043                    Case #              Document #

---------------------------------------------------------------

Complainant:
SHERMAN ISD - PINER        SC MIDDLE SCHOOL        AGE:       SEX:
402 W PECAN                   SHERMAN ISD            RACE:
SHERMAN         TX 75090      120 W KING             DOB:
893-4395                      SHERMAN                DL#:
                              892-9115               SS#:

Victim:
MEADOWS, ANITA             ASST PRINCIPAL         AGE:  35  SEX:
402 W PECAN                   SHERMAN ISD-PINER      RACE:
SHERMAN         TX 75090      402 W PECAN            DOB: 03/11/60
893-4395                      SHERMAN TX             DL#:
                              893-4395               SS#:

WORTHAM, SCOTT             ASST PRINCIPAL         AGE:       SEX:
402 E CHERRY                  SHERMAN ISD-PINER      RACE:
SHERMAN         TX 75090      402 W PECAN            DOB:
893-4395                      SHERMAN TX             DL#:
                                                     SS#:

Suspect:
THOMAS, JAMES CALVIN       STUDENT 7TH            AGE:  13  SEX: M
██████████████████           SHERMAN ISD-PINER      RACE: B
                              402 W PECAN            DOB: ██████████
                              SHERMAN TX 75090       DL#:
                                                     SS#: ██████████

---------------------------------------------------------------

Offense  : ASSAULT CLASS C          UCR Code : 04E
Date     : 08/30/95                 Time : 14:30M-
Location : 402 W PECAN
Weapon   :                          Dept Code: J
M / O    : JUVENILE ASSAULTED VICTIMS

---------------------------------------------------------------

OFFENSE NARRATIVE:  08/30/95 1000, KELLEY 046, 095

BOTH VICTIMS TO THIS COMPLAINT ARE ASSISTANT PRINCIPALS AT PINER.  SUSPECT
IS 7TH GRADE STUDENT WHO HAS BEEN OUT OF SCHOOL FOR THE PAST COUPLE OF
DAYS.  ON THIS DATE, SUSPECT WAS BROUGHT BACK TO SCHOOL BY KEISHA TISDELL,
JUVENILE PROBATION OFFICER.  VICTIMS RELATE THAT AFTER MISS TISDELL LEFT,
THEY WERE GOING TO ACCOMPANY SUSPECT TO THE ALTERNATIVE CLASSROOM.  UPON
THEIR ADVISING SUSPECT OF THIS, HE FELL TO THE FLOOR IN MISS MEADOWS
OFFICE.  THEY THEN ATTEMPTED TO LIFT SUSPECT FROM THE FLOOR, AT WHICH TIME
SUSPECT BEGAN TO KICK AND PUNCH AT VICTIMS.  THIS CONTINUED UNTIL THEY
FINALLY HAD TO PHYSICALLY RESTRAIN HIM.

JUVENILE PROBATION WAS THEN RE-CONTACTED.  WHEN SUSPECT HEARD THIS, HE RAN
OUT OF MISS MEADOWS OFFICE AND OFF CAMPUS.  SUSPECT THEN LATER RETURNED TO
SCHOOL AND SNEAKED INTO THE ALTERNATIVE CLASSROOM.  AT THAT TIME MIKE POLK
OF JUVENILE PROBATION CAME TO PINER AND TOOK CONTROL AND POSSESSION OF
JUVENILE, TAKING HIM TO JDC.

<<< Segment 2 >>>                                         03773

6396
FOLLOW-UP NARRATIVE:  ASSAULT C  08/31/95  1513 HRS  DITTFURTH 024

AT006388

Date Printed:                           INCIDENT REPORT
Aug 31 1995

                          SHERMAN POLICE DEPARTMENT
                                317 S TRAVIS


Case referred to Juvenile Probation Department.  Suspect currently on
Juvenile Probation.
----------------------------------------------------------------------
Officer 1: KELLEY, MARK - 046           Officer 2: DITTFURTH, SANDY - 024
Disposition Code : XCJ

6397

03774

AT006389

Aug 28 1995

INCIDENT REPORT

SHERMAN POLICE DEPARTMENT
317 S TRAVIS

--------------------------------------------------------------------------------

Incident # 9506981                    Case #                    Document #

--------------------------------------------------------------------------------

Arrestee:
THOMAS, JAMES CALVIN              STUDENT 6TH               AGE:  13  SEX: M
████████████████                 SHERMAN ISD-DILLINGHAM     RACE: B
                                 LOY LAKE RD                DOB: ████████
                                 SHERMAN TX 75090           DL#:
                                                            SS#:

--------------------------------------------------------------------------------

Offense  : JUVENILE WARRANT          UCR Code : 26
Date     : 08/28/95                  Time : 06:06M-
Location : 317 S TRAVIS
Weapon   :                           Dept Code: J
M / O    :

--------------------------------------------------------------------------------

ARREST NARRATIVE: THOMAS, JAMES CALVIN./BELL 092, 031

SUBJECT THOMAS WAS BROUGHT TO THE STATION BY HIS MOTHER.  SHE KNEW OF HIS
OUTSTANDING WARRANT.  SUBJECT THOMAS WAS TAKEN INTO CUSTODY AT THIS TIME
AND A JUVENILE DETENTION REPORT FILLED OUT.  SUBJECT THOMAS WAS TRANSPORTED
TO JDC AT THIS TIME.

--------------------------------------------------------------------------------

Officer 1: BELL, LARRY - 092           Officer 2: CARTER, TOMMY - 031
Disposition Code : ACJ

03775

6398

# Exhibit 101

## Sherman ISD Records



NORM-REFERENCED ASSESSMENT PROGRAM FOR TEXAS
CONFIDENTIAL STUDENT LABEL

THOMAS        ANDRE    L

TEST DATE APRIL 1992      GRADE  3    SEX M
BASE NORMS      SPRING 1991  BIRTHDATE
FORM  1                    STUDENT-ID (PEIMS):

Printed by TPC. © 1992, The Riverside Publishing Co. and Texas Education Agency.

| SCORE TYPE | Spelling | Capital-ization | Punct-uation | Usage & Express. | Total Language | Concepts | Problem Solving | Compu-tation | Total Math | Social Studies | Science | Com-posite |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RS | 25 | 20 | 16 | 25 | | 24 | 19 | 30 | | 23 | 20 | |
| SS | 133 | 125 | 114 | 125 | 125 | 110 | 113 | 115 | 115 | 145 | 131 | 126 |
| GE | 5.9 | 5.2 | 4.3 | 6.7 | 5.5 | 4.9 | 4.8 | 4.4 | 4.6 | 8.1 | 5.8 | 5.5 |
| N/PR-S | 93-8 | 84-7 | 62-6 | 80-7 | 84-7 | 61-6 | 73-6 | 78-7 | 92-8 | 81-7 | 92-8 | |
| N/NCE | 81.1 | 71.0 | 56.7 | 70.7 | 72.1 | 55.9 | 63.0 | 66.1 | 79.3 | 68.8 | 80.2 | |

NORM-REFERENCED ASSESSMENT PROGRAM FOR TEXAS
OTIS-LENNON SCHOOL ABILITY TEST, SIXTH EDITION

THOMAS        ANDRE    L

TEST DATE APRIL 1992      GRADE  3    SEX M
BASE NORMS      SPRING 1991  BIRTHDATE
FORM  1              STUDENT-ID (PEIMS):
OLSAT 1988 NORMS    SPRING NATIONAL  LEVEL  D   FORM  1

© 1992 by TEA  © 1989 by IPC  Per Norms © 1992 by Riverside Publishing Co. All rights reserved.

**SCORE TYPE** (top right for first report):

| SCORE TYPE | Vocab-ulary | Reading Comp. | Total Reading |
|---|---|---|---|
| RS | 15 | 33 | |
| SS | 103 | 117 | 113 |
| GE | 3.2 | 4.5 | 4.2 |
| N/PR-S | 51-5 | 73-6 | 66-6 |
| N/NCE | 50.7 | 62.7 | 58.7 |

| SCORE TYPE | Spelling | Capital-ization | Punct-uation | Usage & Express. | Total Language | Concepts | Problem Solving | Compu-tation | Total Math | Social Studies | Science | Com-posite |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RS | 25 | 20 | 16 | 25 | | 24 | 19 | 30 | | 23 | 20 | |
| N/PR-S | 93-8 | 84-7 | 62-6 | 80-7 | 84-7 | 61-6 | 73-6 | 78-7 | 92-8 | 81-7 | 92-8 | |
| N/NCE | 81.1 | 71.0 | 56.7 | 70.7 | 72.1 | 55.9 | 63.0 | 66.1 | 79.3 | 68.8 | 80.2 | |
| AAC | HIGH | HIGH | MID | HIGH | HIGH | MID | HIGH | MID | HIGH | HIGH | HIGH | |

| SCORE TYPE | Vocab-ulary | Reading Comp. | Total Reading |
|---|---|---|---|
| RS | 15 | 33 | |
| N/PR-S | 51-5 | 73-6 | 66-6 |
| N/NCE | 50.7 | 62.7 | 58.7 |
| AAC | MID | HIGH | MID |

TAAS  C O N F I D E N T I A L
TEST DATE: 05/93
STUDENT: THOMAS ANDRE L
BIRTH DATE:
STUDENT ID (PEIMS):
DISTRICT: 091-906 SHERMAN ISD
CAMPUS: 105 FAIRVIEW EL

| | SCALE SCORE | MET MINIMUM EXPECTATIONS |
|---|---|---|
| WRITING | 2010 | YES |
| READING | 1780 | YES |
| MATHEMATICS | 1610 | YES |

---

(Transcript card, rotated)

THOMAB, ANDRE L.
STUDENT NAME
104143   08 GRADE
STUDENT ADVISOR
PINER
SCHOOL NAME
STUDENT I.D. NO.

| ABBREVIATED COURSE NAME | 1ST SEM GRADE | 2ND SEM GRADE | 1ST SEM CREDIT | 2ND SEM CREDIT | TOTAL CREDIT |
|---|---|---|---|---|---|
| G/T ENG. | 68 | 64 | 68 | | |
| READING 8 | 77 | 59 | 68 | | |
| PRE-ALG. 8 | 57 | 50 | 54 | | |
| EAR. SCI 8 | 50 | F | 29 | | |
| G/T US HIS | 64 | F | 32 | | |
| PHYS. ED. | 71 | 65 | 68 | | |
| ART 8 | 74 | D | 37 | | |

Placed 9/0

TOTAL CREDITS FOR YEAR
YR 97-98  GRADE  08

18.016 034.0
1ST SEM  2ND SEM  TOTAL

8/07/92  9/15/91

---

NORM-REFERENCED ASSESSMENT PROGRAM FOR TEXAS
CONFIDENTIAL STUDENT LABEL

THOMAS        ANDRE    L

TEST DATE APRIL 1993      GRADE  4    SEX M
BASE NORMS      SPRING 1992  BIRTHDATE
FORM  2                    STUDENT-ID (PEIMS):
                           CAMPUS: FAIRVIEW
                           DISTRICT: SHERMAN ISD

med by TPC. © 1993, The Riverside Publishing Co. and Texas Education Agency.

| SCORE TYPE | Reading Comprehension | Mathematics Concepts | Mathematics Problem Solving | Total Mathematics | Reading Mathematics Composite | Language | Reading Math Lang Composite | Social Studies | Science |
|---|---|---|---|---|---|---|---|---|---|
| RS | 34 | 50 | 25 | | | 22 | | 28 | 25 |
| SS | 241 | 211 | 247 | 229 | 235 | 204 | 225 | 237 | 229 |
| GE | 8.1 | 7.6 | 9.0 | 7.0 | 7.4 | 5.0 | 6.6 | 9.6 | 8.5 |
| /PR-S | 90-8 | 73-6 | 93-8 | 87-7 | 90-8 | 55-5 | 82-7 | 90-8 | 81-7 |
| /NCE | 76.6 | 61.5 | 81.2 | 73.5 | 77.1 | 52.6 | 69.0 | 77.3 | 68.3 |

TAAS  C O N F I D E N T I A L
TEST DATE: 05/94
STUDENT: THOMAS ANDRE L
STUDENT ID (PEIMS):           DOB:
DISTRICT: 091-906 SHERMAN ISD
CAMPUS: 102 DILLINGHAM INT

| | TLI | MET MIN. EXPECT. | MASTER ALL OBJ. |
|---|---|---|---|
| READING | 5-84 | YES | |
| MATHEMATICS | 5-65 | NO | |

05

TAAS  C O N F I D E N T I A L
TEST DATE: 05/96
STUDENT: THOMAS ANDRE L

6166

03523



**TAAS CONFIDENTIAL**

| | Vocab-ulary | Reading Comp. | Total Reading |
|---|---|---|---|
| | 15 | 33 | |
| | 10a | 117 | 113 |
| PR-S | 51-5 | 73-6 | 66-6 |
| NCE | 50.7 | 62.7 | 58.7 |

| Total | Social Studies | Science | Composite |
|---|---|---|---|
| | | 20 | |
| 115 | 23 | 120 | 126 |
| 4.4 | 145 | 131 | 5.3 |
| 78-7 | 6.5 | 5.7 | 92-8 |
| 56.1 | 92-8 | 81-7 | 80.2 |
| | 79.3 | 68.8 | |

TEST DATE: 05/93
STUDENT: THOMAS ANDRE L
BIRTH DATE:
STUDENT ID (PEIMS):
DISTRICT: 091-906 SHERMAN ISD
CAMPUS: 105 FAIRVIEW EL

GRADE 04

| | SCALE SCORE | MET MINIMUM EXPECTATIONS |
|---|---|---|
| WRITING | 2010 | YES |
| READING | 1780 | YES |
| MATHEMATICS | 1610 | YES |

| | Vocab-ulary | Reading Comp. | Total Reading |
|---|---|---|---|
| S | 15 | 33 | |
| PR-S | 51-5 | 73-6 | 66-6 |
| NCE | 50.7 | 62.7 | 58.7 |
| AC | MID | HIGH | MID |

| Total Math | Social Studies | Science | Composite |
|---|---|---|---|
| | | 20 | |
| 78-7 | 23 | 81-7 | 92-8 |
| 66.1 | 92-8 | 68.8 | 80.2 |
| HIGH | 79.3 | HIGH | HIGH |
| | HIGH | | |



**TAAS CONFIDENTIAL**

| | EAR. SCI B | G/T US HIS | PHYS. ED. | ART B |
|---|---|---|---|---|
| | 72 | 32 | 28 | 37 |
| | 50 F | 64 F | 71 D | 74 D |
| | 65 | | | |

Placed - 9th

TOTAL CREDITS FOR YEAR    1.0
YR 97-98  GRADE 08  CLASS

1B.016.034.0  TOTAL

EXITDATE 8/07/97  REASON J D C  WITHDREW
ENROL 9/22/97  REASON  WITHDREW  9/15/97

TEST DATE: 04/96
STUDENT: THOMAS ANDRE L
STUDENT ID (PEIMS):  DOB:
DISTRICT: 091-906 SHERMAN ISD
CAMPUS: 042 PINER MIDDLE

GRADE 08

| | MET MIN. EXPECT. | |
|---|---|---|
| WRITING | | |
| READING | NOT SCORED | |
| MATH | NOT SCORED | YES |
| SCIENCE | NOT SCORED | |
| SOC. STU. | ABSENT | |



**TAAS CONFIDENTIAL**

/17/83
(PEIMS):
AIRVIEW EL
HERMAN ISD

TEST DATE: 05/94
STUDENT: THOMAS ANDRE L
STUDENT ID (PEIMS):  DOB:
DISTRICT: 091-906 SHERMAN ISD
CAMPUS: 102 DILLINGHAM INT

GRADE 05

| | Social Studies | Science |
|---|---|---|
| | 28 | 25 |
| 5 | 257 | 229 |
| 7.6 | 90-8 | 6-9 |
| | 77.0 | 81-7 |
| | | 68.3 |

| | TLI | MET MIN. EXPECT. | MASTER ALL OBJ. |
|---|---|---|---|
| READING | 5-84 | YES | |
| MATHEMATICS | 5-65 | NO | |

**TAAS CONFIDENTIAL** (inverted)
TEST DATE: 05/96
STUDENT: THOMAS ANDRE L

**TAAS CONFIDENTIAL**

TEST DATE: 05/95
STUDENT: THOMAS ANDRE L
STUDENT ID (PEIMS):  DOB:
DISTRICT: 091-906 SHERMAN ISD
CAMPUS: 102 DILLINGHAM INT

GRADE 06

| | TLI | MET MIN. EXPECT. |
|---|---|---|
| READING | 6-83 | YES |
| MATH | 6-55 | NO |

6167

03524

AT006157

THOMAS, ANDRE L.
BORN ████████   CODE 03   MALE
STU # 000104143

B. PM

| M | ✓ | BIRTH DATE | | | PLACE OF BIRTH |
|---|---|---|---|---|---|
| F | | Mo. | Day | Year | Mustogee, Oklahoma |

#135  83-014223

Father  Danny Thomas Jr.

Mother  Rochelle Marie-Ross Thomas

Student lives with (   ) both parents

( ✓ ) Mother      (   ) Father
(   ) other - specify:

## SISD SCHO

| Gr. | Year | School | Age | Entered M./D./Yr. | Withdrew M./D./Yr. | Pr. |
|-----|------|--------|-----|-------------------|--------------------|----|
| PK | 87-88 | Fred Douglass | 4 | 9-1-87 | | 1 |
| K | 88-89 | High Child | 5 | 9-1-88 | | 1 |
| 1 | 89-90 | Wakefield | 6 | 8-28-89 | | 1 |
| 2 | 90-91 | " | 9 | 4-18-91 | | |
| 2 | 91-92 | Wakefield | 9 | 8-6-91 | 11-4-91 | |
| 3 | 91-92 | Fairview(Pt.) | 9 | 11-5-91 | | 1 |
| 4 | 92-93 | Fairview | 9 | 8-18-92 | 5-26-93 | 1 |

---

| GRADE K 19 88 , 89 | GRADE First 19 89, 90 | GRADE 2 19 90, 91 | GRADE 3 19 91, 92 | G |
|---|---|---|---|---|
| Average grades at WD/End of Year (1-100) | Average grades at WD/End of Year (1-100) | Average grades at WD/End of Year (1-100) | Average grades at WD/End of Year (1-100) | A |
| Reading _____ | Reading _____ S | Reading _____ | Reading _____ | R |
| Language A. ___ S | Language A. ___ S | Language A. ___ 76 | Language A. ___ 94 | L |
| Mathematics ___ S | Mathematics ___ S | Mathematics ___ 74 | Mathematics ___ 88 | |
| Science/Health ___ S | Science/Health ___ S | Science/Health ___ 94 | Science/Health ___ 87 | |
| Social Studies ___ S | Social Studies ___ S | Social Studies ___ 82 | Social Studies ___ 93 | S |
| (S, U) | (S, U) | (S, U) | (S, U) | |
| Physical Ed. ___ S | Physical Ed. ___ S | Physical Ed. ___ S | Physical Ed. ___ S | |
| Art _____ S | Art _____ S | Art _____ S | Art _____ S | |
| Music _____ S | Music _____ S | Music _____ S | Music _____ S | |
| Special/Support Services: | Special/Support Services: G.T. | Special/Support Services: G/T | Special/Support Services: Challenge | |

6168

03525

AT006158

THOMAS, ANDRE L.
BORN [REDACTED]   CODE 03   MALE
STU # 000104143

SS#

B. PM

SS#

### SISD SCHOOL RECORD

| Gr. | Year | School | Age | Entered M./D./Yr. | Withdrew M./D./Yr. | Days Present | Days Absent | Recording Teacher | For Year-End Use Only Passed | For Year-End Use Only Failed | For Year-End Use Only Placed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PK | 87-58 | Fred Douglass | 4 | 9-1-87 | | 161 | 14 | Basham | | | |
| K | 88-89 | Highfield | 5 | 9-1-88 | | 1167 | 16 | Imhurt | ✓ | | |
| 1 | 89-90 | Wakefield | 6 | 8-28-89 | | 168 | 9 | Odom | ✓ | | |
| 2 | 90-91 | " | 9 | 4-18-91 | | 30 | 0 | R. Robertson | ✓ | | |
| 2 | 91-92 | Wakefield | 9 | 8-6-91 | 11-4-91 | 55 | 1 | Fulton | | | |
| 3 | 91-92 | Fairview | 9 | 11-5-91 | | 124 | 4 | Palli | ✓ | | |
| 4 | 92-93 | Fairview | 9 | 8-18-92 | 5-26-93 | 170 | 6 | Winfgaarden | ✓ | | |

---

**GRADE 2**
19 90 / 91
Average grades at WD/End of Year (1-100)

Reading ___
Language A. 76
Mathematics 74
Science/Health 94
Social Studies 82
(S, U)
Physical Ed. S
Art S
Music S

Special/Support Services: G/T

---

**GRADE 3**
19 91 / 92
Average grades at WD/End of Year (1-100)

Reading ___
Language A. 94
Mathematics 88
Science/Health 87
Social Studies 93
(S, U)
Physical Ed. S
Art S
Music S

Special/Support Services: Challenge

---

**GRADE 4**
19 92 / 93
Average grades at WD/End of Year (1-100)

Reading ___
Language A. 88
Mathematics 84
Science/Health 86
Social Studies 84
(S, U)
Physical Ed. S
Art S
Music S

Special/Support Services: Challenge

---

**GRADE ___**
19 ___ / ___
Average grades at WD/End of Year (1-100)

Reading ___
Language A. ___
Mathematics ___
Science/Health ___
Social Studies ___
(S, U)
Physical Ed. ___
Art ___
Music ___

Special/Support Services:

---

IRTH
lahoma

422.3

rst

es at
Year
0)
S
S
S
h S
S
S
S

rt

6169

03526

AT006159

## ⵉⵉ CONFIDENTIAL

TEST DATE: 05/96
STUDENT: THOMAS ANDRE L
STUDENT ID (PEIMS): ▮
DISTRICT: 091-906 SHERMAN ISD
CAMPUS: 042 PINER MIDDLE                    DOB: ▮

G R A D E 07

|  | TLI | MET MIN. EXPECT. | MASTER ALL OBJ. |
|---|---|---|---|
| READING | 7-92 | YES | YES |
| MATH | 7-68 | NO | |

## ⵉⵉ CONFIDENTIAL

TEST DATE: 04/97
STUDENT: THOMAS ANDRE L
STUDENT ID (PEIMS): ▮
DISTRICT: 091-906 SHERMAN ISD
CAMPUS: 042 PINER MIDDLE                    DOB: ▮

G R A D E 07

|  | TLI | MET MIN. EXPECT. |
|---|---|---|
| READING | 7-59 | NO |
| MATH | 7-61 | NO |

---

### DE LABELS HERE

S. ANDRE L
**STUDENT NAME**

| 143 | 06 |  |
|---|---|---|
| I.D. NO. | GRADE | ADVISOR |

DILLINGHAM
**SCHOOL NAME**

06        1994-95

| ABBREVIATED SE NAME | 1ST SEM GRADE | 2ND SEM GRADE | Credit |
|---|---|---|---|
| LIO H | 77 | 68 | |
| RDG H | 78 | 74 | |
| TH | 75 | 75 | |
| T | 76 | 77 | |
| 06 H | 74 | 73 | |

L CREDITS FOR YEAR

4-95  GRADE 06  CUM CREDIT

| | 1ST SEM | 2ND SEM | TOTAL |
|---|---|---|---|
| A SCHOOL SENCES | 4.0 | 4.0 | |

9/16/0 WITHDREW

WITHDREW

6170

---

THOMAS, ANDRE L.
**STUDENT NAME**

| 104143 | 07 |  |
|---|---|---|
| STUDENT I.D. NO. | GRADE | ADVISOR |

PINER
**SCHOOL NAME**

GRADE 07        1995-96

| ABBREVIATED COURSE NAME | 1ST SEM GRADE | 2ND SEM GRADE | Cred'r |
|---|---|---|---|
| ENGLISH | 67 | 62 | 65 |
| SPEECH | 62 | | 62 |
| READING 7 | 80 | 82 | 81 |
| MATH 7 | 53 | 68 | 61 |
| LIFE SCI | 57 | 53 | 55 |
| HISTORY 7 | 57 | 59 | 58 |

*Retained 7th*

| COMLIT 7B | | 60 | 60 |
| PRIN TECH | 70 | | 70 |
| LIFE SKLS | | 53 | 53 |

TOTAL CREDITS FOR YEAR        3.0

YR 95-96 GRADE 07  CUM CREDIT

CLASS RANK        QTL

GPA

CUM GP

| REGULAR SCHOOL YEAR ABSENCES | 1ST SEM | 2ND SEM | TOTAL |
|---|---|---|---|
| | 4.0 | 12.0 | 16.0 |

ENTERED  8/09/95  WITHDREW

REASON

ENTERED        WITHDREW

REASON

---

THOMAS, ANDRE L.
**STUDENT NAME**

| 104143 | 07 |  |
|---|---|---|
| STUDENT I.D. NO. | GRADE | ADVISOR |

PINER
**SCHOOL NAME**

GRADE 07        1996-97

| ABBREVIATED COURSE NAME | 1ST SEM GRADE | 2ND SEM GRADE | Credit |
|---|---|---|---|
| ENGLISH 7 | 76 | 66 | 71 |
| RDG. EN 7 | 70 | 67 | 69 |
| SPEECH 7TH | 50 | | 50 |
| MATH 7 | 62 | 56 | 59 |
| LIFE SCI 7 | 65 | 55 | 60 |
| TX HIST 7 | 79 | 87 | 83 |

*Placed*

| TH ARTS 7 | 63 | 67 | 65 |
| COMP.LIT7 | | 76 | 76 |

TOTAL CREDITS FOR YEAR        2.!

YR 96-97 GRADE 07  CUM CREDIT

CLASS RANK        QTL

CUM GP

| REGULAR SCHOOL YEAR ABSENCES | 1ST SEM | 2ND SEM | TOTAL |
|---|---|---|---|
| | 24.0 | 12.0 | 36.0 |

ENTERED  9/03/96  WITHDREW

REASON

ENTERED        WITHDREW

REASON

03527

THOMAS   ANDRE L.
BORN ███████        CODE 03  MALE
STU # 000104143

████████

S.S# ████████████

████████████

| Recording | For Year-End Use Only | | |
|-----------|--------|--------|--------|
| Teacher | Passed | Failed | Placed |
| sham |  |  |  |
| Imbert | ✓ |  |  |
| ram | ✓ |  |  |
| . Robertson | ✓ |  |  |
| Fulton |  |  |  |
| alli | ✓ |  |  |
| Kirkgaarden | ✓ |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

...S EDUCATION AGENCY
... OF BILINGUAL EDUCATION

...e Language Survey

Grades K-8

*Andre Lee Thomas*

...2SS _____   Grade  PK

...RENT OR GUARDIAN:

___ spoken in your home most of the time?

...es your child speak most of the time?

*Rechelle Thomas*
Signature of Parent or Guardian

5--12--86
Date

| | GRADE _____ |
| --- | --- |
| | 19_____ / |
| | Average grades at WD/End of Year (1-100) |
| 88 | Reading _____ |

TEST LABELS HERE

| | WORD ATTACK | READING VOCAB | READING COMPR | READING TOTAL | SPELL | MECH | LANGUAGE EXPRES | LANGUAGE TOTAL | COMPUT | MATHEMATICS CON•APP | MATHEMATICS TOTAL | TOTAL BATTERY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▶ |  | 382 | 457 | 420 |  |  |  |  |  | 523 |  |  |
| ▶ |  | 81 | 86 | 84 |  |  |  |  |  | 92 |  |  |
| ▶ |  | 3/4 | 3/3 |  |  |  |  |  |  | 2/2 |  |  |
| ▶ |  | 13 | 14 | 27 |  |  |  |  |  | 14 |  |  |

| | WORD ATTACK | READING VOCAB | READING COMPR | READING TOTAL | SPELL | MECH | LANGUAGE EXPRES | LANGUAGE TOTAL | COMPUT | MATHEMATICS CON•APP | MATHEMATICS TOTAL | TOTAL BATTERY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▶ | X | 3.0 | 3.0 | 3.0 |  |  | 1.7 |  | 1.7 | 4.7 | 2.3 |  |
| ▶ | 607* | 598 | 591 | 595 |  |  | 443 |  | 423 | 656 | 540 |  |
| ▶ | 66* | 79 | 79 | 81 |  |  | 52 |  | 52 | 85 | 67 |  |
| ▶ | 78* | 92 | 91 | 93 |  |  | 54 |  | 55 | 95 | 79 |  |
| ▶ | 5/5 | 4/4 | 3/3 |  |  |  | 4/5 |  | 2/2 | 3/3 |  |  |
| ▶ | 29* | 25 | 24 | 49 |  |  | 15 |  | 17 | 24 | 41 |  |

VISUSOUN
RECORECO
414*556
54* 95
2/3 3/3
16* 17

6173

03530

AT006161

# APPLICATION FOR WITHDRAWAL

SHERMAN INDEPENDENT SCHOOL DISTRICT        DATE OF WITHDRAWAL  _9 – 19 – 97_
P.O. BOX 1176
SHERMAN, TEXAS 75091
PHONE- 903-892-9115        FAX-903-868-2956        SCHOOL  _JDC_

NAME OF STUDENT  _Andre Thomas_        STUDENT ID: _____  GRADE LEVEL  _8_

DATE OF BIRTH: ████████  PHONE: _____  ADDRESS: ████████████  SEX: M  _✓ F_

REASON: _____

TRANSFERRED TO: SCHOOL OR TOWN _____

ELEMENTARY: BASIC READER _____  LEVEL _____

I CERTIFY THAT THE REASON FOR WITHDRAWAL IS ACCURATE, AS WRITTEN ABOVE.

_____                    _____
        PARENT/ GUARDIAN                                    PRINCIPAL

## SCHOLASTIC RECORD TO DATE

| PERIOD | SUBJECT | SIGNATURE OF TEACHER | GRADE | DAYS ABSENT PRESENT | FEES DUE/ECT. BOOKS NOT RETURNED | REMARKS |
|---|---|---|---|---|---|---|
| H.R. | HOMEROOM | | | | | |
| 1 | Math | K. Munson | 80 | 4 | Clear | |
| 2 | Am. History | K. Munson | 80 | 4 | Clear | |
| 3 | Earth Science | K. Munson | 80 | 4 | Clear | |
| 4 | Lang./Read. | K. Munson | 80 | 4 | Clear | |
| 5 | P.E. | K. Munson | 100 | 4 | Clear | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | LIBRARIAN | | | | | |
| 9 | COUNSELOR | | | | | |

A COMPLETE TRANSCRIPT WILL BE SENT TO THE RECEIVING SCHOOL UPON REQUEST.

### IMMUNIZATION RECORD

DPT _____  MEASLES _____  POLIO _____  RUBELLA _____  MUMPS _____

### WITHDRAWAL CODE

STUDENT WAS IN THE FOLLOWING:

Special Education _____
Self Contained _____
Resourse _____ (Hours _____)
Speech _____
Chapter 1 Reading _____
Gifted/Honors _____
ESL _____
State Compensatory _____

**6174**

A-DISPLINARY ACTION
B-MOVED W/O PARENTS SIGNATURE ON FORM
D-DECEASED
E-MID-TERM SUMMER GRADUATE
F-PARENT REQUEST
G-TAKE GED FOR DIPLOMA
H-NEEDED AT HOME
J-RUNAWAY
M-MOVED OUT OF DISTRICT
N-MARRIED STUDENT      **03531**
P-PREGNANT
U-UNKNOWN
S-DID NOT RETURN IN FALL
T-TRANSFERRED OUT OF DISTRICT (DIDN'T MOVE)
V-TO ENTER TECHNICAL OR VOCATIONAL TRAINING
W-WITHDREW TO PURSUE A JOB
X-NON ATTENDANCE

DP-3                                    REVISED 2/9:

AT006162

```
3/30/04 FY 00   SHERMAN INDEPENDENT SCHOOL DISTRICT        10:01:36 CODP00S1
SMSTX          Registration and Enrollment Information      Ref: STU.360 .11
Student No:    104143 ANDRE L. THOMAS                        MALE    Age: 21
WITHDRAW/SCH        Class: 12   Year: 00              Phone:
```

Locker: _____          Counselor: _____

Homeroom: _____        Homeroom Teacher: _____

Morning Bus: _____       Afternoon Bus: _____

Maintain Student Dropout Data?: _

| Date | Code | Register | Comment | Load | School | District |
|------|------|----------|---------|------|--------|----------|
| 8/05/99 | O | 010 1 | ENROLLED - JDC | 1 | 035 | 906 |
| 8/23/99 | G | 010 1 | TAKE GED FOR DIP |  | 035 | 906 |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

Cancel? N

**6176**                                              03533

AT006163



# TEXAS ASSESSMENT OF ACADEMIC SKILLS
## CONFIDENTIAL STUDENT REPORT

NAME: ANDRE L. THOMAS

STUDENT-ID(PEIMS): ▮▮▮▮

LOCAL-STUDENT-ID:

DATE OF BIRTH: ▮▮▮▮

CLASS GROUP: WINEGARDEN

DISTRICT: 091-906 SHERMAN ISD

CAMPUS: 105 FAIRVIEW EL

REPORT DATE: MAY 1993

DATE OF TESTING: SPRING 1993

GRADE: 04

S REPORT PROVIDES YOU WITH RESULTS FROM THE TEXAS ASSESSMENT OF ACADEMIC SKILLS PROGRAM. THESE RESULTS ARE DESIGNED HELP PARENTS, STUDENTS, AND TEACHERS IDENTIFY STUDENTS' STRENGTHS AND WEAKNESSES IN WRITING, READING, AND MATHEMATICS.

## RITING

| | OBJECTIVE MASTERY | ITEMS CORRECT/TESTED | MET MINIMUM EXPECTATIONS: | PERFORMANCE REQUIREMENTS |
|---|---|---|---|---|
| RITTEN COMMUNICATION | | | YES | MINIMUM EXPECTATIONS SCALE SCORE: 1500 and WRITTEN COMPOSITION 2, 3, or 4 |
| 4. NARRATIVE WRITTEN COMPOSITION RATING: 4 | | | | |
| SENTENCE CONSTRUCTION | YES | 10/10 | | OBJECTIVE MASTERY |
| ENGLISH USAGE | YES | 8/8 | | OBJ. 1-4 COMPOSITION: 3 or 4 |
| USE OF SPELLING, CAPITALIZATION, AND PUNCTUATION | NO | 7/10 | | OBJ. 5,7: 8/10 |
| TOTAL MULTIPLE-CHOICE OBJECTIVES MASTERED: 2 | | TOTAL ITEMS: 25/28 | SCALE SCORE 2010 | OBJ. 6: 8/8 |

## EADING

| | OBJECTIVE MASTERY | ITEMS CORRECT/TESTED | MET MINIMUM EXPECTATIONS: | MINIMUM EXPECTATIONS SCALE SCORE: 1500 |
|---|---|---|---|---|
| EADING COMPREHENSION | | | YES | |
| WORD MEANING | YES | 6/6 | | OBJECTIVE MASTERY |
| SUPPORTING IDEAS | YES | 8/8 | | |
| SUMMARIZATION | YES | 6/6 | | OBJ. 1,3,4: 5/6 |
| RELATIONSHIPS AND OUTCOMES | NO | 4/6 | | OBJ. 2: 6/8 |
| INFERENCES AND GENERALIZATIONS | YES | 9/10 | | OBJ. 5: 8/10 |
| POINT OF VIEW, PROPAGANDA, AND FACT AND NONFACT | YES | 4/4 | | OBJ. 6: 3/4 |
| TOTAL OBJECTIVES MASTERED: 5 | | TOTAL ITEMS: 37/40 | SCALE SCORE: 1780 | |

## ATHEMATICS

| | OBJECTIVE MASTERY | ITEMS CORRECT/TESTED | MET MINIMUM EXPECTATIONS: | MINIMUM EXPECTATIONS SCALE SCORE: 1500 |
|---|---|---|---|---|
| NCEPTS | | | YES | |
| NUMBER CONCEPTS | YES | 4/4 | | OBJECTIVE MASTERY |
| ALGEBRAIC/MATHEMATICAL RELATIONS AND FUNCTIONS | YES | 3/4 | | |
| GEOMETRIC PROPERTIES AND RELATIONSHIPS | YES | 4/4 | | OBJ. 1-9, 11-12: 3/4 |
| MEASUREMENT CONCEPTS | YES | 3/4 | | OBJ. 10: 5/6 |
| PROBABILITY AND STATISTICS | YES | 4/4 | | |
| ERATIONS | | | | |
| USE OF ADDITION TO SOLVE PROBLEMS | YES | 4/4 | | |
| USE OF SUBTRACTION TO SOLVE PROBLEMS | NO | 2/4 | | |
| USE OF MULTIPLICATION TO SOLVE PROBLEMS | YES | 3/4 | | |
| USE OF DIVISION TO SOLVE PROBLEMS | YES | 3/4 | | |
| OBLEM SOLVING | | | | |
| 13. PROBLEM SOLVING: ESTIMATION/REASONABLENESS | YES | 5/6 | | |
| PROBLEM SOLVING USING SOLUTION STRATEGIES | YES | 3/4 | | |
| PROBLEM SOLVING USING MATHEMATICAL REPRESENTATION | YES | 3/4 | | |

E NO.
)26-03437-03804   TOTAL OBJECTIVES MASTERED: 11   TOTAL ITEMS: 41/50   SCALE SCORE: 1610

SHOULD CONTACT THE SCHOOL DISTRICT TO WHICH YOUR RESULTS WERE SENT IF YOU DESIRE FURTHER EXPLANATION.

6177

Ი3534

AT006164

| NAME | THOMAS | ANDRE L | DISTRICT | | | of Basic Skills | |
|---|---|---|---|---|---|---|---|
| CLASS | IMBERT | | CITY/STATE | SHERMAN ISD | | | |
| SCHOOL | WAKEFIELD | | | SHERMAN | TX | FORM/LEVEL U/A | |

# Individual Test Record

| | NCR | SS | OMS | NP | NATIONAL PERCENTILE |
|---|---|---|---|---|---|
| VISUAL RECOGNITION | 16 | 414 | 2/3 | 54 | |
| SOUND RECOGNITION | # 17 | #556 | 3/3 | # 95 | |
| VOCABULARY | 13 | 302 | 3/4 | 81 | |
| COMPREHENSION | 14 | 457 | 3/3 | 86 | |
| TOTAL READING | 27 | 420 | | 84 | |
| MATH CONCEPTS & APPL. | 14 | 523 | 2/2 | 92 | |

RUN DATE 04/30/89   GRADE K.6   TEST DATE 03/89

HCR = NUMBER OF ITEMS CORRECT
SS = SCALE SCORE
OMS = OBJECTIVE MASTERY SCORE
NP = NATIONAL PERCENTILE SCORE

STANINE

## OBJECTIVE MASTERY SCORES

**VISUAL RECOGNITION**
- 01 SINGLE LETTERS 0
- 02 UPPER-/LOWER-CASE PAIRS 0
- 03 LETTER GROUPS/WORDS 0

**SOUND RECOGNITION**
- 04 SAME/DIFFERENT WORDS 0
- 05 INITIAL CONSONANTS 0
- 06 RHYMING WORDS 0

**VOCABULARY**
- 20 ORAL CATEGORIES/PICTURES 0
- 21 ORAL DEFINITIONS/PICTURE 0
- 22 ORAL CATEGORIES/WORDS 0
- 23 ORAL DEFINITIONS/WORDS 0

**ORAL COMPREHENSION**
- 07 SENTENCE MEANING/PICTURE 0
- 08 PASSAGE DETAIL/PICTURES 0
- 09 PASSAGE ANALYSIS/PICTURE 0

**MATH CONCEPTS/APPLICATIONS**
- 68 NUMERATION 0
- 74 MEASUREMENT/GEOMETRY 0

QUARTER MONTH: 27
CTB ID = 00989-1756-005-004

Published by CTB/McGraw-Hill, Del Monte Research Park, Monterey, California 93940



CTBS of Basic Skills

# Individual Test Record

| | | | | | |
|---|---|---|---|---|---|
| AME | THOMAS ANDRE L | DISTRICT | SHERMAN ISD | FORM/LEVEL | U/C |
| LASS | ODOM M M | CITY/STATE | SHERMAN TX | GRADE | 01.7 |
| CHOOL | WAKEFIELD EL | RUN DATE | 05/13/90 | TEST DATE | 04/90 |
| | SPEC. CODES | | | | |

| | NCR | SS | GE | NCE | OMS | NP |
|---|---|---|---|---|---|---|
| ORD ATTACK | 29 | 607 | X | 66 | 5/5 | 78 |
| OCABULARY | * 25 | *598 | 3.0 | * 79 | 4/4 | * 92 |
| OMPREHENSION | 24 | 591 | 3.0 | 79 | 3/3 | 91 |
| OTAL READING | 49 | 595 | 3.0 | 81 | | 93 |
| ANGUAGE EXPRESSION | 15 | 443 | 1.7 | 52 | 4/5 | 54 |
| ATH COMPUTATION | 17 | 423 | 1.7 | 52 | 2/2 | 55 |
| ATH CONCEPTS & APPL. | 24 | 656 | 4.7 | 85 | 3/3 | 95 |
| OTAL MATH | 41 | 540 | 2.3 | 67 | | 79 |

NATIONAL PERCENTILE: 1 2 5 10 20 30 40 50 60 70 80 90 95 98 99

STANINE: 1 2 3 4 5 6 7 8 9

n3536

NCR = NUMBER OF ITEMS CORRECT
SS = SCALE SCORE
GE = GRADE EQUIVALENT
NCE = NORMAL CURVE EQUIVALENT
OMS = OBJECTIVE MASTER SCORE
NP = NATIONAL PERCENTILE

## OBJECTIVE MASTERY SCORES

| | NO. ITEMS NOT REACHED | |
|---|---|---|
| ORD ATTACK | | |
| 11 INITIAL CONSONANT/WORDS | 0 | + |
| 12 FINAL CONSONANT/WORDS | 0 | + |
| 13 CLUSTER OR DIGRAPH/WORDS | 0 | + |
| 14 SIGHT WORDS | 0 | + |
| 15 MEDIAL VOWELS | 0 | + |
| OCABULARY | | |
| 22 ORAL CATEGORIES/WORDS | 0 | + |
| 23 ORAL DEFINITIONS/WORDS | 0 | + |
| 24 SAME MEANING | 0 | + |
| 25 UNFAMIL WDS IN CONTEXT | 0 | + |
| EADING COMPREHENSION | | |
| 29 SENTENCE MEANING | 0 | + |
| 30 PASSAGE DETAILS | 0 | + |
| 31 CHARACTER ANALYSIS | 0 | + |

| | NO. ITEMS NOT REACHED | |
|---|---|---|
| LANGUAGE EXPRESSION | | |
| 45 NOUNS | 0 | + |
| 47 VERBS | 0 | + |
| 48 ADJECTIVES/ADVERBS | 0 | + |
| 49 SENTENCE PATTERNS | 4 | − |
| 50 SENTENCE FORMATION | 0 | + |
| MATHEMATICS COMPUTATION | | |
| 57 ADD WHOLE NUMBERS | 0 | + |
| 59 SUBTRACT WHOLE NUMBERS | 0 | + |
| MATH CONCEPTS/APPLICATIONS | | |
| 68 NUMERATION | 0 | + |
| 71 PROBLEM SOLVING | 0 | + |
| 74 MEASUREMENT/GEOMETRY | 0 | + |

0 .1 .2 .3 .4 .5 .6 .7 .75 .8 .9
NON-MASTERY (−) PARTIAL KNOWLEDGE (P) MASTERY (+)

QUARTER MONTH: 27
CTB ID = 81156-3491-005-004

Score Codes
* - Maximum/Minimum Score Possible For Level

Published by CTB/McGraw-Hill, Del Monte Research Park, Monterey, California 93940

AT000186

# IMMUNIZATION RECORD CARD

| Vaccine | Date Given | Doctor or Clinic Signature or Stamp |
|---|---|---|
| DTP Dose 1 | 9/24/83 | MusCCHD |
| DTP Dose 2 | [illegible] | [illegible] |
| DTP Dose 3 | | |
| DTP Dose 4 | | |
| DTP Dose 5 | | |
| Polio, Dose 1 | 9/25/83 | MusCCHD |
| Polio, Dose 2 | | |
| Polio, Dose 3 | | |
| Polio, Dose 4 | | |
| | | |
| M-M-R | | |
| M-R | | |
| Td (Adult) | | |
| Td (Adult) | | |
| Td (Adult) | | |
| | | |
| | | |
| | | |

The exact number of immunizations for a given individual should be determined by the patient's physician or local health department clinic. Refer to the schedule of recommended immunizations on the reverse side of this card for children starting immunizations in infancy.

OSDH Form No 218U
(Rev 2/81)

6180

03337

# RECOMMENDED IMMUNIZATION SCHEDULE

## PRIMARY IMMUNIZATIONS

| Age | Vaccines | Comments |
|---|---|---|
| 2 months | DTP, Polio | DTP: 0.5 ml Diphtheria, Pertussis and Tetanus (absorbed type) administered intramuscularly. Polio: Trivalent Oral Polio Vaccine (TOPV) |
| 4 months | DTP, Polio | |
| 6 months | DTP | |
| 15 months | Measles, Rubella, Mumps | M-M-R: One dose of Measles/Mumps/Rubella combined, administered subcutaneously OR M-R: One dose (0.5 ml) of Measles/Rubella combined, administered subcutaneously |
| 18 months | DTP, Polio | These doses are considered to be an integral part of the primary immunization series. |

## BOOSTER IMMUNIZATIONS

| Age | Vaccines | Comments |
|---|---|---|
| 4 to 6 years | DTP, Polio | Should be given prior to school entry. Substitute 0.5 ml Td (adult strength) for children age 7 and above |
| Every 10 years thereafter | Td | 0.5 ml Td (adult strength) should be given intramuscularly at ten-year intervals to persons age 7 and above. |

NOTE: *Oklahoma law requires no less than three DTP, one measles, one rubella, and three polio immunizations before school entry. Measles and rubella must have been received on or after the first birthday.*

# OFFICIAL IMMUNIZATION RECORD CARD

Thomas Andre [illegible]

Last Name Middle

Date of Birth

Address

Drug Sensitivity

GREAT SEAL OF THE STATE OF OKLAHOMA

OKLAHOMA STATE BOARD OF HEALTH
OKLAHOMA STATE MEDICAL ASSOCIATION
OKLAHOMA OSTEOPATHIC MEDICAL ASSOCIATION

AT006167

# Exhibit 102

## Child Protective Services
## Case # 16086193.

# INVESTIGATION READING GUIDE

Case Name/CAPS # _Thomas Rochelli_
23895856
Date of Referral _10-21-99_

Initial Contact Date _10-27-99_

Date Investigation Completed _11-19-99_

Date Submitted _5-11-00_

Date Reviewed _5/16/00_  Extension Granted? _____

Worker _Della Ferris_
Reviewer _S.B.-A/L_
Allegations _PH,UC_
Priority _2_
Risk _____
Disposition _Family based / Unable to loc._

| | YES | NO | N/A |
|---|---|---|---|
| 1. All children seen by worker? | YES | NO | N/A |
| 2. All allegations addressed? | YES | NO | N/A |
| 3. Medical/SXAB exam? | YES | NO | N/A |
| Findings | | | |
| 4. Photographs taken and filed in case record? | YES | NO | N/A |
| 5. Video/audio tape? | YES | NO | GOOD CAUSE |
| 6. Home visit made? | YES | NO | N/A |
| 7. Collateral contacts? _Comp. Ans._ | YES | NO | N/A |
| 8. EA determined and worker signature documented? | YES | NO | N/A |
| 9. Notification to Designated Perpetrator? | YES | NO | N/A |
| Notification to Parents? | YES | NO | N/A |
| Notification to Complainant? _Comp. Ans._ | YES | NO | N/A |
| Notification to Children? | YES | NO | N/A |
| Notification to Absent Parent? | YES | NO | N/A |
| 10. Expungement (form letter)? | YES | NO | N/A |
| 11. CAPS History check? | YES | NO | N/A |
| 12. External documentation in CAPS? | YES | NO | N/A |

| QUALITY OF INVESTIGATION | YES | NO | N/A |
|---|---|---|---|
| 1. Social history/family dynamics adequately addressed? | YES | NO | N/A |
| 2. Does the risk assessment/analysis support the case disposition? | YES | NO | N/A |
| 3. Are all designated perpetrators identified appropriate to the case disposition? | YES | NO | N/A |
| 4. Ability of caretaker to protect is assessed and documented? | YES | NO | N/A |
| 5. Attachment issues addressed? | YES | NO | N/A |
| 6. Home environment addressed? | YES | NO | N/A |

Comments: _____

_____

_____

DW000579

Case Name:  Thomas,Rochelle
Case #:  23895856

CASE COVER SHEET

PRINCIPALS IN THE CASE

1. Name: Andre L Thomas
   Person ID: 16380221
   Sex: Male          DOB: ███████     SSN:

2. Name: ███████████
   Person ID: 26845779
   Sex: Male          DOB: ███████     SSN:

3. Name: Rochelle  Thomas
   Person ID: 16380222
   Sex: Female        DOB: ███████     SSN:

Printed: 05/11/00  TX Dept. of Protective and Regulatory Services   PAGE: 1

DW000580

| Case Name: | Thomas,Rochelle |
|---|---|
| Case #: | 23895856 |

## TITLE IV-A EMERGENCY ASSISTANCE

### I. Application For Emergency Assistance

The application is being made by the child's parent or relative on the Safety Plan or by the worker on behalf of the child whose parents are unavailable or are unwilling to apply for emergency assistance.

Names of children in the
family:

### II. Eligibility For Emergency Assistance

1.__ The child and his/her family are presumed eligible for Emergency Assistance because all of the following conditions apply:

   a. Risk is indicated OR a child safety plan was necessary during this investigation;  therefore, the child is at risk of abuse/neglect.
   b. The child lives with a parent or relative or has lived with a parent or relative at some time during the past six months.
   c. It is correct to say that we have no information that indicates that the risk of abuse/neglect was directly caused by a caretaker's refusal to accept employment or training for employment.
   d. The family's annual income is less than $63,000.

### OR

2. **X** The child and his/her family are NOT eligible for Emergency Assistance because one or more of the above conditions do not apply.

### III. Authorization For Emergency Assistance

____ I authorize for this family, for a period not to exceed 12 months, all assistance and services covered under the State Plan for Title IV-A Emergency Assistance, as determined to be necessary and appropriate.

### IV. Signature

Worker's signature: _____   Date: _____
Employee number: C0001038

DW000581

| Case Name: | Thomas,Rochelle |  |
|---|---|---|
| Case #: | 23895856 | |

# INTAKE REPORT
# CHILD PROTECTIVE SERVICES

## SUMMARY

| | | | |
|---|---|---|---|
| **Intake #:** | 25556134 | **Date Reported:** | 10/21/1999 |
| **Primary Allegation:** | Physical Neglect | **Time Reported:** | 03:29 PM |
| | | | |
| **Worker Safety Issues:** | N | **L/E Notification Date:** | 10/21/1999 |
| **Sensitive Issues:** | N | **L/E Jurisdiction:** | Sherman Pd |
| **Special Handling:** | | | |
| | | | |
| **Priority Determination:** | 2 | **Reason for Closure:** | |
| | | **Worker Taking Intake:** | Henry,Lee |
| **Determination Factors:** | | | AUSTIN |
| | Child age 0-6 | | (512) 834-3784 |
| | Ch. Accessible to AP | | Ext. 1131 |
| | Child Unprotected | | |
| | Ab/Negl Occur. Now | | |
| | House lacks utilities | | |

---

## PRINCIPAL INFORMATION

| ████████████ | Oldest Victim | Alleged Victim |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **Approx:** N | **Age:** 2 | **SSN:** | | **Language:** | English |
| | **DOB:** ████ | **DOD:** | | **Ethnicity:** | Black-White (Hispanic) |
| | **Sex:** Male | **Reason:** | | **Marital:** | Child,not applicable |

**Addresses:**
  **Residence** ████████████████      **Attn:**
                                       **Notes:**

**Phones:**

**Aliases:**

**Notes:**

| | | |
|---|---|---|
| Printed:<br>10/22/99 | TX Dept. of Protective and Regulatory Services | Page: 1 |

DW000582

| Case Name: | Thomas,Rochelle |
|---|---|
| Case #: | 23895856 |

## INTAKE REPORT
## CHILD PROTECTIVE SERVICES

| Rochelle Thomas | Parent | Alleged Perpetrator |
|---|---|---|

Approx: N

| **Age:** 43 | **SSN:** | **Language:** English |
| **DOB:** ▉▉▉▉ | **DOD:** | **Ethnicity:** Black (non-Hispanic) |
| **Sex:** Female | **Reason:** | **Marital:** Married |

**Addresses:**
Residence ▉▉▉▉▉▉▉▉▉

**Attn:**
**Notes:**

**Phones:**

**Aliases:** Rochelle M Thomas

**Notes:**

| Andre L Thomas | Step-Sibling (CPS) | Unknown |
|---|---|---|

Approx: N

| **Age:** 16 | **SSN** | **Language:** English |
| **DOB:** ▉▉▉▉ | **DOD:** | **Ethnicity:** Black (non-Hispanic) |
| **Sex:** Male | **Reason:** | **Marital:** Child,not applicable |

**Addresses:**
Residence ▉▉▉▉▉▉▉▉▉

**Attn:**
**Notes:**

**Phones:**

**Aliases:** Andre Thomas

**Notes:**

DW000583

| Case Name: | Thomas,Rochelle |
|---|---|
| Case #: | 23895856 |

## INTAKE REPORT
## CHILD PROTECTIVE SERVICES

### ALLEGATION DETAIL

| <u>Victim</u> | <u>Allegation(s)</u> | <u>Alleged Perpetrator(s)</u> |
|---|---|---|
| ▬▬▬▬▬ | Physical Neglect | Thomas,Rochelle |

### CALL NARRATIVE

*Document worker safety issues, special or sensitive case handling information on the Special Handling Window.*

**GENERAL INFORMATION / DESCRIPTION:**

MO, SB and OV live in a home with no utilities.  The home has no running water.  MO goes to a fire hydrant and steals water from the city.  MO has connected a gas line directly to the utility gas line, by-passing the meter.

OV is allowed to run outside without shoes.  He has developed behavior problems.  He screams when he does not get his way.  MO does not discipline him in any way.                    OV had defecated in his clothes.  MO took him outside and hosed him down with a water hose.

Lee Henry, PSIS II

Staffed with Mary Ruth Bahari, SWI supervisor, recommended PHNG, P2

**CONCLUSIONS:**

PHNG, P2

The health and well-being of 3 yo male OV is being threatened by living in a home with no utilities.  MO is also endangering OV's health by using inappropriate means to wash him.  The absence of any discipline is allowing OV to develop behavior problems at an early age.

Match found.

| CPS | CLD | Thomas,Rochelle | | GRAYSON | Douglas,Kristy L | | INV | 16086193 |
|---|---|---|---|---|---|---|---|---|
| | 4118 | 16074190 | N | | | | | |

**LOCATING INFORMATION:** Directions.  When the family is home.  Where the victim can be seen.

**WORKER SAFETY ISSUES:**

DW000584

| Case Name: | Thomas,Rochelle |
|---|---|
| Case #: | 23895856 |

# INTAKE REPORT
# CHILD PROTECTIVE SERVICES

**SENSITIVE ISSUES:**

DW000585

| Case Name:   Thomas,Rochelle |
|---|
| Case #:   23895856 |

## INTAKE REPORT
## CHILD PROTECTIVE SERVICES

### REPORTER INFORMATION

**Addresses:**

Attn:
Notes:

**Phones:**

**Aliases:**

**Basis of Knowledge:**

### COLLATERAL INFORMATION

DW000586

If this report is sent to you by facsimile and you are unable to read any of the 5 pages, please call
(512) 834-3784  Ext. 1131

## TEXAS DEPARTMENT OF PROTECTIVE AND REGULATORY SERVICES

## NOTIFICATION TO LAW ENFORCEMENT AGENCY OF
## ABUSE/NEGLECT REPORT

SECTION 261.105 (T.F.C.) Requires that Children's Protective Services notify the appropriate law enforcement agency of all reports of abuse/neglect received by the Department other than reports received from such agencies.  This letter confirms that CPS has notified you of the report of child abuse/neglect specified below.

**TO:**   Sherman Pd                    **DATE:**

**FROM:**   Sherman Houston          **PHONE:**   (903) 892-0580 Ext.

## C O N F I D E N T I A L

| | |
|---|---|
| **CASE NAME:**  Thomas,Rochelle | **DATE OF REPORT:**   10/21/1999 |
| **CASE NUMBER:**  23895856 | **TIME OF REPORT:**   03:29 PM |
| **HOUSEHOLD ADDRESS** | **INVOLVING ALLEGATION TYPES**<br>Physical Neglect |

**ACTION TAKEN BY CPS:**

**ACTION REQUESTED:**   Please notify CPS staff at the above listed CPS office of all actions planned or taken in this case so that we can coordinate our respective investigations and services. If you determine that this case should be reported to another law enforcement agency, please forward this notification to the appropriate agency.

SECTION 261.201 (T.F.C.)  The name of the complainant (i.e. reporter or informant) is confidential.  Consequently, identifying information about the complainant is not included in this report.  If this information is needed to conduct the criminal investigation, the assigned Child Protective Services worker or supervisor may orally share information about the complainant's identity with the assigned investigating officer.

DW000587

| Case Name: | Thomas,Rochelle |
|---|---|
| Case #: | 23895856 |

## LOG OF CONTACT NARRATIVES

**Date From:**  10/1/1999                              **Date To:**  5/11/2000

---

**Contact ID:** 47107384

**Person Contacted:** ███████████                    **Date:**  10/27/1999

**Type:**  Contact                    **Location:**  Residence

Attempted home visit. I could find no such address as ████████████████

**Contact ID:** 47107836

**Person Contacted:**                                **Date:**  10/27/1999
**Type:**  Contact                                   **Location:**

Sherman High School does not have a student by the name of Andre Thomas. I checked the phone book
and found no listing for Rochelle Thomas and            so I was not able to obtain
additional locating information.

DW000588

```
CASE NAME: Thomas, Rochelle                                    Person Name: Rochelle Thomas
CASE ID:   23895856                                            Person ID: 16380222

                                                                         CAPS HISTORY CHECK

Program: CPS
Investigation Conclusion Date:
Date Stage Closed:
Role: Alleged Perpetrator                                      Admin Review Type:
Overall Disposition:                                           Admin Review Status:
Investigation Conclusions:                                     Admin Review Status Date:
Risk Findings:

Alleg/Desig Victim        Allegation          Alleg/Desig/Sust Perp     Disposition     Severity
-----------------         ----------          ---------------------     -----------     --------
                          Physical Neglect    Thomas, Rochelle
```

DW000591

Person Name: Rochelle Thomas
Person ID: 1638022

CAPS HISTORY CHECK

SUMMARY OF INVOLVEMENT IN ALL STAGES

CASE NAME: Thomas,Rochelle
CASE ID: 16086193

| Start Date | End Date | Stage | Stage Type | Stage Name | Type | Rel/Interest |
|---|---|---|---|---|---|---|
| 02/27/1995 | 02/27/1995 | Intake | PHAB2 | Thomas,James | Principal | Parent |
| 02/27/1995 | 03/17/1995 | Investigation | PHAB2 | Thomas,James | Principal | Parent |
| 11/22/1985 | 11/22/1985 | Intake | MDNG1 | Thomas,James C | Principal | Parent |
| 11/22/1985 | 11/22/1985 | Investigation | MDNG1 | Thomas,James C | Principal | Parent |

CASE NAME: Jackson,Charleston
CASE ID: 16107705

| Start Date | End Date | Stage | Stage Type | Stage Name | Type | Rel/Interest |
|---|---|---|---|---|---|---|
| 11/22/1985 | 02/12/1986 | CPS Fam Preservation Regular | | Thomas,James C | Principal | Other |

Printed: 04/18/00

TX Dept. of Protective and Regulatory Services

PAGE: 3

DW000592

Person Name: Rochelle Thomas
Person ID: 16380222

CAPS HISTORY CHECK

CASE NAME:  Thomas,Rochelle
CASE ID:    23895856

| Start Date | End Date | Stage | Stage Type | Stage Name | Type | Rel/Interest |
|------------|----------|-------|------------|------------|------|--------------|
| ---------- | -------- | ----- | ---------- | ---------- | ---- | ------------ |
| 10/25/1999 | | Investigation | PHNG2 | Thomas,Rochelle | Principal | Parent |
| 10/21/1999 | 10/25/1999 | Intake | PHNG2 | Thomas,Rochelle | Principal | Parent |

Printed: 04/18/00

TX Dept. of Protective and Regulatory Services

PAGE: 4

DW000593

# INVESTIGATION READING GUIDE
## UNIT 76

CASE NAME: _Rochelle Ross_     CASE #: _16086193_

WORKER: _Wayne Hull_     DATE OF REFERRAL: _8/22/96_

| | | | |
|---|---|---|---|
| Case Cover Sheet | (EXT) | NO | N/A |
| Notice of Emergency Removal | EXT | NO | (N/A) |
| Law Enforcement Notification | (EXT) | NO | N/A |
| Child Safety/Evaluation Plan (Signed & Distributed) | EXT | NO | (N/A) |
| EA Assistance Signed | (YES) | NO | N/A |
| Alleged Perpetrator Interviewed | (YES) | NO | N/A |
| Parent/Caregiver Interviewed | (YES) | NO | N/A |
| Home Visit Made | (YES) | NO | N/A |
| All Victims Seen | (YES) | NO | N/A |
| Priority I Victim Seen Within 24 Hours | (YES) | NO | N/A |
| Priority II Victim Seen Within 10 Days | YES | NO | (N/A) |
| All Allegations Addressed | (YES) | NO | N/A |
| Notice Of Findings Letter | YES | NO | N/A |
| Absent Parent Notified | YES | NO | (N/A) |
| Documentation Submitted Within 45 Days | YES | (NO) | N/A |
| Investigation Completed Within 30 Days (Inv. Conc.) | (YES) | NO | Extension Granted |
| All Other External Documents In File | YES | NO | N/A |
| Submitted In CAPS | YES | NO | 2/14/97 |

_Suzanne Chapman_   _2/18/97_
Supervisor                          Date

DW000594

If this report is sent to you by facsimile and you are unable to read any of the 7 pages, please call
( ) - Ext.

## TEXAS DEPARTMENT OF PROTECTIVE AND REGULATORY SERVICES

## NOTIFICATION TO LAW ENFORCEMENT AGENCY OF
## ABUSE/NEGLECT REPORT

SECTION 261.105 (T.F.C.) Requires that Children's Protective Services notify the appropriate law enforcement agency of all reports of abuse/neglect received by the Department other than reports received from such agencies.   This letter confirms that CPS has notified you of the report of child abuse/neglect specified below.

**TO:**                                                    **DATE:**

**FROM:**   Arlington Ave E                **PHONE:**   (817) 649-5552 Ext.

### C O N F I D E N T I A L

| | |
|---|---|
| **CASE NAME:**   Ross,Rochelle | **DATE OF REPORT:**   8/22/1996 |
| **CASE NUMBER:**   16086193 | **TIME OF REPORT:**   11:59 PM |
| <u>HOUSEHOLD ADDRESS</u> | <u>INVOLVING ALLEGATION TYPES</u> |
| ███████████████ | |

**ACTION TAKEN BY CPS:**

**ACTION REQUESTED:**   Please notify CPS staff at the above listed CPS office of all actions planned or taken in this case so that we can coordinate our respective investigations and services. If you determine that this case should be reported to another law enforcement agency, please forward this notification to the appropriate agency.

---

**SECTION 261.201 (T.F.C.)  The name of the complainant (i.e. reporter or informant) is confidential.  Consequently, identifying information about the complainant is not included in this report.  If this information is needed to conduct the criminal investigation, the assigned Child Protective Services worker or supervisor may orally share information about the complainant's identity with the assigned investigating officer.**

---

| Case Name: | Thomas,Rochelle |
|---|---|
| Case #: | 16086193 |

## TITLE IV-A EMERGENCY ASSISTANCE

### I. Application For Emergency Assistance

The application is being made by the child's parent or relative on the Safety Plan or by the worker on behalf of the child whose parents are unavailable or are unwilling to apply for emergency assistance.

Names of children in the family:

### II. Eligibility For Emergency Assistance

1._ The child and his/her family are presumed eligible for Emergency Assistance because all of the following conditions apply:

    a. Risk is indicated OR a child safety plan was necessary during this investigation; therefore, the child is at risk of abuse/neglect.
    b. The child lives with a parent or relative or has lived with a parent or relative at some time during the past six months.
    c. It is correct to say that we have no information that indicates that the risk of abuse/neglect was directly caused by a caretaker's refusal to accept employment or training for employment.
    d. The family's annual income is less than $63,000.

OR

2. **X** The child and his/her family are NOT eligible for Emergency Assistance because one or more of the above conditions do not apply.

### III. Authorization For Emergency Assistance

____ I authorize for this family, for a period not to exceed 12 months, all assistance and services covered under the State Plan for Title IV-A Emergency Assistance, as determined to be necessary and appropriate.

### IV. Signature

Worker's signature: _____ Date: _____
Employee number: _03136C05_

DW000596

| Case Name: | Ross,Rochelle |
|---|---|
| Case #: | 16086193 |

## INTAKE REPORT
## CHILD PROTECTIVE SERVICES

### SUMMARY

| | | | |
|---|---|---|---|
| **Intake #:** | 19101544 | **Date Reported:** | 8/22/1996 |
| **Primary Allegation:** | Medical Neglect | **Time Reported:** | 11:59 PM |
| | | | |
| **Worker Safety Issues:** | N | **L/E Notification Date:** | 2/14/1997 |
| **Sensitive Issues:** | N | **L/E Jurisdiction:** | |
| **Special Handling:** | | | |
| | | | |
| **Priority Determination:** | 1 | **Reason for Closure:** | |
| **Determination Factors:** | | **Worker Taking Intake:** | |

( )  -
Ext.

---

### PRINCIPAL INFORMATION

| James C Thomas | Other | Alleged Victim |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| **Approx:** N | **Age:** | **SSN:** | **Language:** | |
| | **DOB:** ▮▮▮▮ | **DOD:** | **Ethnicity:** | Black(non-Hispanic) |
| | **Sex:** Male | **Reason:** | **Marital:** | Child,not applicable |

**Addresses:**
  Residence 

**Attn:**
**Notes:**

**Phones:**

**Aliases:**   James  Thomas

**Notes:**

DW000597

| Case Name: | Ross,Rochelle |
|---|---|
| Case #: | 16086193 |

## INTAKE REPORT
## CHILD PROTECTIVE SERVICES

| Rochelle Ross | Other | Alleged Perpetrator |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| | **Age:** | | **SSN:** | | **Language:** |
| **Approx:** N | **DOB:** | ▮▮▮▮ | **DOD:** | | **Ethnicity:** Black(non-Hispanic) |
| | **Sex:** | Female | **Reason:** | | **Marital:** Child,not applicable |

**Addresses:**
 Residence  **Attn:**
 **Notes:**

**Phones:**

**Aliases:**

**Notes:**

| Andre L Thomas | Sibling | Unknown |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| | **Age:** | | **SSN:** | | **Language:** |
| **Approx:** N | **DOB:** | ▮▮▮▮ | **DOD:** | | **Ethnicity:** Black(non-Hispanic) |
| | **Sex:** | Male | **Reason:** | | **Marital:** Child,not applicable |

**Addresses:**
 Residence **Attn:**
 **Notes:**

**Phones:**

**Aliases:**  Andre  Thomas

**Notes:**

| Case Name: | Ross,Rochelle |
|---|---|
| Case #: | 16086193 |

## INTAKE REPORT
## CHILD PROTECTIVE SERVICES

| **Danny L Ross** | **Sibling** | **Unknown** |
|---|---|---|

**Approx:** N

| **Age:** | | **SSN:** | | **Language:** | |
|---|---|---|---|---|---|
| **DOB:** | ████ | **DOD:** | | **Ethnicity:** | Black(non-Hispanic) |
| **Sex:** | Male | **Reason:** | | **Marital:** | Child,not applicable |

**Addresses:**
　　　　**Residence**　████████　　**Attn:**
　　　　　　　　　　　　　　　　　　**Notes:**

**Phones:**

**Aliases:**　Danny  Ross

**Notes:**

| **Brian D Thomas** | **Sibling** | **Unknown** |
|---|---|---|

**Approx:** N

| **Age:** | | **SSN:** | | **Language:** | |
|---|---|---|---|---|---|
| **DOB:** | ████ | **DOD:** | | **Ethnicity:** | Black(non-Hispanic) |
| **Sex:** | Male | **Reason:** | | **Marital:** | Child,not applicable |

**Addresses:**
　　　　**Residence**　████████　　**Attn:**
　　　　　　　　　　　　　　　　　　**Notes:**

**Phones:**

**Aliases:**　Brian  Thomas

**Notes:**

DW000599

| Case Name: | Ross,Rochelle |
|---|---|
| Case #: | 16086193 |

# INTAKE REPORT
## CHILD PROTECTIVE SERVICES



| Eric M Ross | Sibling | Unknown |
|---|---|---|

| Approx: N | Age: | SSN: | Language: |
|---|---|---|---|
| | DOB: ▮▮▮▮▮ | DOD: | Ethnicity: Black(non-Hispanic) |
| | Sex: Male | Reason: | Marital: Child,not applicable |

**Addresses:**
  Residence ▮▮▮▮▮▮▮▮▮  Attn:
                        Notes:

**Phones:**

**Aliases:**   Eric  Ross

**Notes:**

---

## ALLEGATION DETAIL

| Victim | Allegation(s) | Alleged Perpetrator(s) |
|---|---|---|

DW000600

| Case Name: | Ross, Rochelle |
|---|---|
| Case #: | 16086193 |

## INTAKE REPORT
## CHILD PROTECTIVE SERVICES

### CALL NARRATIVE

J724157  03112C13 WOLF          NORMA    1625 960822 ANO          120**          *****P1-
MEDICAL NEGLECT-HIGH RISK******          OV WAS IN THE HOSPITAL LAST
MONTH WITH KIDNEY AND* LIVER FAILURE. HE REMAINED IN MEDICAL CITY HOSPITAL IN
DALLAS FOR ABOUT* 10 DAYS.          DOES NOT THINK THE MEDICAL PROBLEM WAS EVER
DIAGNOSISED BUT* OV WAS DISCHARGED. CURRENTLY OV IS SWOLLEN AND HAS SEVERE
ITCHING. HIS* BODY IS COVERED WITH WELT LIKE MARKS AND HE IS VERY UNCOMFORTABLE.
          OV IS WANTING HELP BUT IS AFRAID OF MO.

                                        IT IS NOT KNOWN* WHY OV
DID NOT GET IN TO SEE DOCTOR.          OV HAS BEEN USING A* SALVE TO SOOTH
ITCHING BUT IT IS NOT EFFECTIVE.          OV'S SKIN* AS RED,RAW, SCALY,AND
THICK          OV IS HAVING AN ALLERGIC* REACTION TO POSSIBLY MEDICINE.


                    INFORMATION WAS GIVEN MO CAN BE VIOLENT.* OV COULD
POSSIBLY BE TAKEN TO WILSON AND JONES MEMORIAL HOSPITAL          CONSIDERING OV
WAS HOSPITALIZED          AND HAD KIDNEY FAILURE,A P1* PRIORITY WAS GIVEN.
CALLED OUT TO SHERMAN OFFICE* MD-NR ACT          WORKER-ARLETTE*
CANRIS-E31860700  112285 MDNG/NSUP  AADJUDICATED          WERTHMANN  U36

**WORKER SAFETY ISSUES:**

DW000601

| Case Name: | Ross,Rochelle |
|---|---|
| Case #: | 16086193 |

## INTAKE REPORT
## CHILD PROTECTIVE SERVICES

**SENSITIVE ISSUES:**

```
            <COVER>
     <FCSFILE:CAPSFCS.PCL>
        <NOTE: 16086193>
      <NOTE: Ross,Rochelle>
      <TO_NAME: 16086193>
      <TO_FAXNUM: (  )  -  >
```

DW000602

Page: 3 Document Name: untitled

.DATE 22 AUG 96   16:57:46    CHIPSS - PRINT   FARRIS        , DEIDRA    - 2651

TEXAS DEPARTMENT OF HUMAN SERVICES
CHILD PROTECTIVE SERVICES
INTAKE REPORT


INTAKE WORKER: WOLF          , NORMA          BJN: 03112C13
INVESTIGATIVE WORKER: VACANT          ,               BJN: 03176F01

CASE: ROSS          , ROCHELLE          NUMBER: J724157

█████████████████          COUNTY: 091

PRIMARY ALLEGATION: MEDICAL NEGLECT          DATE OF INTAKE: 082296
PRIORITY: 01          TIME OF INTAKE: 1625
DATE OF INCIDENT: 082296          REFERENCE NUMBER:


| LN | NAME | | AG | DOB | M | S | E | RE | R | AN-1 | AN-2 | AN-3 | AN-4 |
|----|------|--|----|-----|---|---|---|----|---|------|------|------|------|
| 01 | ROCHELLE | ROSS | 47 | | | F | B | MO | P | MDNG | | | |
| 02 | JAMES | THOMAS | 14 | | C | M | B | OV | V | MDNG | | | |
| 03 | DANNY | ROSS | 17 | | | M | B | BR | U | | | | |
| 04 | ERIC | ROSS | 19 | | | M | B | BR | U | | | | |
| 05 | BRIAN | THOMAS | 16 | | C | M | B | BR | U | | | | |
| 06 | ANDRE | THOMAS | 13 | | C | M | B | BR | U | | | | |


*****P1-MEDICAL NEGLECT-HIGH RISK*****
OV WAS IN THE HOSPITAL LAST MONTH WITH KIDNEY AND
LIVER FAILURE. HE REMAINED IN MEDICAL CITY HOSPITAL IN DALLAS FOR ABOUT
10 DAYS   ·   DOES NOT THINK THE MEDICAL PROBLEM WAS EVER DIAGNOSISED BUT
OV WAS DISCHARGED. CURRENTLY OV IS SWOLLEN AND HAS SEVERE ITCHING. HIS
BODY IS COVERED WITH WELT LIKE MARKS AND HE IS VERY UNCOMFORTABLE.
OV IS WANTING HELP BUT IS AFRAID OF MO.
IT IS NOT KNOWN
WHY OV DID NOT GET IN TO SEE DOCTOR.          OV HAS BEEN USING A
SALVE TO SOOTH ITCHING BUT IT IS NOT EFFECTIVE.          OV'S SKIN
AS RED,RAW, SCALY,AND THICK.          OV IS HAVING AN ALLERGIC
REACTION TO POSSIBLY MEDICINE.


MO CAN BE VIOLENT.
OV COULD POSSIBLY BE TAKEN TO WILSON AND JONES MEMORIAL HOSPITAL
CONSIDERING OV WAS HOSPITALIZED LAST MONTH AND HAD KIDNEY FAILURE,A P1
PRIORITY WAS GIVEN.   CALLED OUT TO SHERMAN OFFICE
MD-NR ACT                                        WORKER-ARLETTE
CANRIS-E31860700    112285   MDNG/NSUP  AADJUDICATED          WERTHMANN  U36

DW000603

Page: 4 Document Name: untitled

```
                                                        J724157
------------------------------------------------------------------
  ‛N  NAM-LAST      FIRST       MI   AGE  DOB ███   MAR SEX ETH RELA ROL SSMS
  01  ROSS          ROCHELLE         47                F   B   MO   P
      STREET ADDRESS        CITY         ST    ZIP     COU     CHARACTERISTICS
      ██████████████████████████████████████             091
  DHS CL NBR  SSN         TYPES ABUSE/NEGLECT    FTL  LGL    PREV INC  LIN
                         MDNG
  HOME PHONE   W/S PHONE     WORK/SCHOOL ADDRESS
                            NO PHONE  TRAILER PARK
------------------------------------------------------------------
  LIN NAM-LAST      FIRST       MI   AGE  DOB ███   MAR SEX ETH RELA ROL SSMS
  02  THOMAS        JAMES            14            C   M   B   OV   V
      STREET ADDRESS        CITY         ST    ZIP     COU     CHARACTERISTICS
      ██████████████████████████████████████             091
  DHS CL NBR  SSN         TYPES ABUSE/NEGLECT    FTL  LGL    PREV INC  LIN
                         MDNG
  HOME PHONE   W/S PHONE     WORK/SCHOOL ADDRESS
                            NO PHONE  TRAILER PARK
------------------------------------------------------------------
  LIN NAM-LAST      FIRST       MI   AGE  DOB ███   MAR SEX ETH RELA ROL SSMS
  03  ROSS          DANNY            17                M   B   BR   U
      STREET ADDRESS        CITY         ST    ZIP     COU     CHARACTERISTICS
      ██████████████████████████████████████             091
  DHS CL NBR  SSN         TYPES ABUSE/NEGLECT    FTL  LGL    PREV INC  LIN
  HOME PHONE   W/S PHONE     WORK/SCHOOL ADDRESS
                            NO PHONE  TRAILER PARK
------------------------------------------------------------------
  LIN NAM-LAST      FIRST       MI   AGE  DOB ███   MAR SEX ETH RELA ROL SSMS
  04  ROSS          ERIC             19                M   B   BR   U
      STREET ADDRESS        CITY         ST    ZIP     COU     CHARACTERISTICS
      ██████████████████████████████████████             091
  DHS CL NBR  SSN         TYPES ABUSE/NEGLECT    FTL  LGL    PREV INC  LIN
  HOME PHONE   W/S PHONE     WORK/SCHOOL ADDRESS
                            NO PHONE  TRAILER PARK
------------------------------------------------------------------
  LIN NAM-LAST      FIRST       MI   AGE  DOB ███   MAR SEX ETH RELA ROL SSMS
  05  THOMAS        BRIAN            16            C   M   B   BR   U
      STREET ADDRESS        CITY         ST    ZIP     COU     CHARACTERISTICS
      █████████████████████████████████████              091
  DHS CL NBR  SSN         TYPES ABUSE/NEGLECT    FTL  LGL    PREV INC  LIN
  HOME PHONE   W/S PHONE     WORK/SCHOOL ADDRESS
                            NO PHONE  TRAILER PARK
------------------------------------------------------------------
  LIN NAM-LAST      FIRST       MI   AGE  DOB ███   MAR SEX ETH RELA ROL SSMS
  06  THOMAS        ANDRE            13            C   M   B   BR   U
      STREET ADDRESS        CITY         ST    ZIP     COU     CHARACTERISTICS
      ██████████████████████████████████████             091
  DHS CL NBR  SSN         TYPES ABUSE/NEGLECT    FTL  LGL    PREV INC  LIN
  ‛OME PHONE   W/S PHONE     WORK/SCHOOL ADDRESS
                            NO PHONE  TRAILER PARK
------------------------------------------------------------------
```

DW000604

age: 5 Document Name: untitled

J724157

------------------------------------------------------------

    J   NAME                      SOURCE OF REPORT
01

------------------------------------------------------------

LIN  NAME                 INTEREST IN CASE
02   SHERMAN PD          LAW

------------------------------------------------------------

Date: 8/22/96 Time: 4:50:23PM

DW000605

Page: 7 Document Name: untitled

TEXAS DEPARTMENT OF HUMAN SERVICES
CHILD PROTECTIVE SERVICES
NOTIFICATION TO LAW ENFORCEMENT AGENCY OF CHILD ABUSE/NEGLECT REPORT

SECTION 34.02 OF THE TEXAS FAMILY CODE REQUIRES THE TEXAS DEPARTMENT OF HUMAN
SERVICES TO NOTIFY THE APPROPRIATE LAW ENFORCEMENT AGENCY OF ALL REPORTS OF
CHILD ABUSE/NEGLECT RECEIVED BY THE DEPARTMENT OTHER THAN REPORTS RECEIVED
FROM SUCH AGENCIES.  THE PURPOSE OF THIS LETTER IS TO CONFIRM NOTIFICATION TO
YOU OF A REPORT OF CHILD ABUSE/NEGLECT RECEIVED BY DHS.

DATE:  AUGUST 22, 1996

TO: SHERMAN PD                      DHS PERSON: VACANT              ,
                                    ADDRESS:

                                    TELEPHONE: 903 892-0580

REGARDING:
NAME: ROSS              , ROCHELLE        COMMENTS:

ROLE IN CASE: ALLEGED PERPETRATOR

METHOD OF NOTIFICATION TO LAW
 ENFORCEMENT AGENCY
   ORAL REPORT MADE TO
OF YOUR AGENCY ON                       ;
 COPY OF REPORT ATTACHED.
   THIS LETTER SERVES AS INITIAL
NOTIFICATION OF THE REPORT AND A COPY
OF THE REPORT IS ATTACHED.
   ACTION TAKEN BY
TEXAS DEPARTMENT OF HUMAN SERVICES
 THE CASE INVESTIGATION IS
   PLANNED        IN PROGRESS
   HAS BEEN COMPLETED
WITH A DISPOSITION OF:
     ADJUDICATED
     REASON TO BELIEVE
     UNFOUNDED
     FAMILY MOVED (UNABLE TO LOCATE)

FOR ADJUDICATED AND REASON TO BELIEVE,
ONGOING CHILD PROTECTIVE SERVICES
     WILL        WILL NOT  BE PROVIDED.

ACTION REQUESTED OF LAW ENFORCEMENT AGENCY

PLEASE NOTIFY THE ABOVE DESIGNATED DHS CONTACT PERSON OF ANY ACTION PLANNED OR
TAKEN IN THIS CASE SO THAT WE MAY BETTER COORDINATE THE RESPECTIVE INVESTIGA-
TION AND SERVICES PROVIDED.  IF YOU DETERMINE THAT THIS CASE SHOULD BE REPORTED
TO ANOTHER LAW ENFORCEMENT AGENCY, PLEASE FORWARD THIS INFORMATION TO THE
APPROPRIATE AGENCY.
              ..... END REPORT .....

DW000606

# Exhibit 103

**Juvenile Probation Department, Grayson County, Texas – Chronological Record Sheet.**

NAME: Thomas. Andre

DOB: ████████████████

JUVENILE PROBATION DEPARTMENT
GRAYSON COUNTY, TEXAS

CAUSE: # 5963

# CHRONOLOGICAL RECORD SHEET

Side 1

| DATE | L | C | NARRATIVE |
|------|---|---|-----------|
| 11-4-97 | JSP | OV | Resp reports that he went to grapevine Mills looking for a job. I advised resp that I didn't see how he could work in Grapevine and work. I asked how he got down there he stated that he rode w/ his friend. I advised resp that he was never to leave the county without permission. MP. KH |
| 11-6-97 | | SV | Resp reports all is ok but having trouble in a couple of classes. I advised resp to get tutoring he stated that teacher is helping him. Resp in GT classes. MP. MW |
| 11-7-97 | | OV | Resp stated that he failed two classes will work harder in them. Trying to adapt to GT classes getting tutoring in the morning. MP |
| 11-12-97 | | | No reporting on 11-11-97 - Holiday MP |
| 11-13-97 | | TCP | Resps Mth called to advise that resp is sick today and will not be at reporting today. |
| 11-14-97 | | AHV | Went by resps home, resps brother answered the door and advised that resp just left |

9669

030215

AT009677

03026

# CHRONOLOGICAL RECORD SHEET

Side 2

| DATE | L | C | NARRATIVE |
|------|---|---|-----------|
| | ISP | | the house on a pair of roller blades. Resps home had a strong oder of marijuana coming out of the door. Resp was not seen on the streets. MP MW. "Violation" |
| 11-17-97 | | ASV AHV | Resp reported absent today, didn't call into report his absents. "Violation". Went by resps home to check up on him. Resp was not at home. MP MW. |
| 11-18-97 | | OV | Resp slides be went to his brothers house bcz their house was very cold friday. They have no gas. Advised resp to call office according to probation when absent from school. Resp came up the stairs wearing roller blades. Advised that he remove the blades before entering the office or before coming up the stairs to report. House is fine No problems. MP |
| 11-20-97 | | OV | Resp did report Made resp remove roller blades. Reports all is ok at home. Spoke to resp again about school and his conditions of ISP advised he does not have room for error. MP |

AT009678

NAME: Thomas Andre

DOB: ▇▇ ▇▇ ▇▇

CAUSE: # 5963

JUVENILE PROBATION DEPARTMENT
GRAYSON COUNTY, TEXAS

# CHRONOLOGICAL RECORD SHEET

Side 1

| DATE | L | C | NARRATIVE |
|------|---|---|-----------|
| 11-24-97 | ISP | PC/HV | Spoke to resp with Ms Thomas. She advised that resp did miss a couple of days of school last week bcz he was sick. Their house has no gas in it so there is no heat. Resp states all is ok, just cold. Advised resp no ISP reporting thursday due to Holiday. Advised will check w tops to make sure they don't come by and pick him up - mp |
| 11-26-97 | | OV | Resp got ride to reporting w/ Greg Dobson of Pottsboro P.D. sprained ankle yesterday. Will go to see bro this weekend in Gainesville and May go to Muskgee okla. w/ mth. all else ok. |
| 12-2-97 | | OV | Resp states everything is ok at home and school. Advised resp of CSR. CD for mp |
| 12-5-97 | | SV | Resp advised that Taps no show he waited until 5:00 pm but the bus Never came. Advised resp will call tops and see what mix up was. All is ok at school - Needs to work on grades - in G+T classes. mp |

030028

# CHRONOLOGICAL RECORD SHEET

Side 2

| DATE | L | C | NARRATIVE |
|------|---|---|-----------|
| | | | and get use to the change. MP MW JS. |
| 12-9-97 | | OV | Resp wants to talk to judge and get work permit so he can get a job and pay restit bation. Hasn't missed any school. Things are great at home. Gave resp CSR Calander advised to call and confirm. BC for MP |
| 12-11-97 | | OC | Spoke to Judge middents He advised that resp came by office to see about work permit. He advised resp he was too young. MP. |
| 12-12-97 | | OV | Resp did not go to school today. He was sick He stated he got up and nose was bleeding and he felt bad. Mth told him to stay home. MP |
| 12-15-97 | | OV | School ok Resp turned in some late school work today will bring grade up. Wants bike for Xmas. Fees not paid bcz Mth only working part time. |
| | | | See Chrono on CW 4 MP |

AT009680

# Exhibit 104

## Sherman Police Department Incident Report curfew violation by Andre Thomas

```
Date Printed:                    INCIDENT REPORT
Apr 08 2004

                            SHERMAN POLICE DEPARTMENT
                                  317 S TRAVIS

--------------------------------------------------------------------------
Incident # 9804693              Case #               Document #
--------------------------------------------------------------------------
Witness:
MULLINS, CHRIS   (OFFICER - 130) OFFICER             AGE:       SEX: M
317 S TRAVIS                     SHERMAN POLICE DEPT  RACE: W
SHERMAN           TX 75090       317 S TRAVIS         DOB:
892-7290                         SHERMAN TX           DL#:
                                 892-7290             SS#:
Arrestee:
THOMAS, ANDRE LEE                                    AGE:  15  SEX: M
                                                     RACE: B
SHERMAN           TX 75090                           DOB:
868-4657                                             DL#:
893-8516                                             SS#:
--------------------------------------------------------------------------
Offense  : CURFEW VIOLATION        UCR Code : 28
Date     : 07/01/98                Time : 01:00M-
Location : TEXOMA PKWY/HWY 75
Weapon   :                         Dept Code: J
M / O    : SUSPECT IN PUBLIC PLACE AFTER CURFEW
--------------------------------------------------------------------------
Init/Currnt Status   Description              Serial #      Value
EVIDENCE                CURFEW CITATION #94802
                        CITY OF SHERMAN
--------------------------------------------------------------------------
```

OFFENSE NARRATIVE:  07/01/98 0022, MCREE 108, 095

COMP. IS THE CITY OF SHERMAN

OFFICER CHRIS MULLINS AND I WERE DRIVING NORTHBOUND ON STATE HIGHWAY
91.  WHILE IN THE 1500 BLOCK OF STATE HIGHWAY 91 OFFICER MULLINS
SAW A BLACK MALE JUVENILE KNOWN TO US AS ANDRE THOMAS
RIDING HIS BICYCLE SOUTH ON STATE HIGHWAY 91.  THOMAS IS KNOWN TO
OFFICER MULLINS AND I BECAUSE WE HAD WARNED THOMAS FOR VIOLATING CURFEW
JUST DAYS PRIOR TO THIS OFFENSE.

OFFICER MULLINS TURNED AROUND IN THE 1700 BLOCK OF STATE HIGHWAY 91 AND
WENT SOUTH IN AN ATTEMPT TO CATCH ANDRE THOMAS.  WE CAUGHT UP TO ANDRE
THOMAS AT SOUTHBOUND STATE HIGHWAY 91 UNDER U.S. 75.  THOMAS WAS RIDING
A BICYCLE ON A PUBLIC ROADWAY WITH NO HEADLIGHT AND HE WAS OPERATING
HIS BICYCLE ON THE WRONG SIDE OF THE ROADWAY.

WE INITIATED A STOP OF THOMAS BY USING OUR OVERHEAD RED AND BLUE LIGHTS.
THOMAS DID STOP FOR US.  WE IDENTIFIED OURSELVES TO THOMAS AND TOLD
HIM TO COME TO THE VEHICLE.  THOMAS COMPLIED.  I ASKED THOMAS WHY HE
WAS OUT AFTER CURFEW AGAIN.  THOMAS HAD BEEN CAUGHT JUST DAYS PRIOR
TO THIS BY MYSELF AND OFFICER MULLINS AT BROUGHTON AND 91.  ON THAT
OCCASION WE HAD FOUND THAT THOMAS HAD BEEN ARRESTED ONCE BEFORE FOR CURFEW
VIOLATION.  DESPITE THAT FACT, ON THAT OCCASION, WE ISSUED THOMAS A
CITATION ONLY AND ALLOWED HIM TO RETURN HOME.  NOW, A FEW NIGHTS LATER,
THOMAS WAS AGAIN IN A PUBLIC PLACE AFTER CURFEW.  I WAS ASKING THOMAS

01587

289

AT000282

Date Printed:                    INCIDENT REPORT
Apr 08 2004

                         SHERMAN POLICE DEPARTMENT
                               317 S TRAVIS


TO EXPLAIN.

THOMAS SAID THAT HIS MOTHER SENT HIM TO THE STORE.  I TOLD
THOMAS, HE NEEDED TO GET IN THE CAR WITH US, AND WE WERE GOING TO HIS
RESIDENCE TO ISSUE HIS MOTHER A CITATION FOR CURFEW VIOLATION.  UPON SAYING
THAT, THOMAS CHANGED HIS STORY BY SAYING HE LEFT HIS RESIDENCE BEFORE
CURFEW AND INADVERTENTLY REMAINED IN THE PUBLIC PLACE AFTER CURFEW.

I TURNED TO OFFICER MULLINS AND TOLD HIM TO GET ONE OF OUR CITATION
BOOKS FROM THE PATROL VEHICLE.  UPON DOING THAT ANDRE THOMAS BECAME
IRATE.  HE THREW HIS HANDS UP WHILE SITTING ON HIS BICYCLE
AND SAID "WHY ARE YOU COMIN' UP ON ME LIKE THAT, MAN?"  BEING THAT
THOMAS HAD BEEN ARRESTED BEFORE FOR CURFEW VIOLATION, THOMAS HAS
BEEN ISSUED A CITATION FOR CURFEW VIOLATION, THOMAS HAS BEEN WARNED
SEVERAL TIMES FOR CURFEW VIOLATION, THOMAS WAS NOW CAUGHT IN A PUBLIC
PLACE AFTER CURFEW AGAIN AND BECOMING IRATE AND SOMEWHAT UN-
CONTROLLABLE, THOMAS WAS ARRESTED FOR CURFEW VIOLATION.  HE WAS HAND-
CUFFED, DOUBLE LOCKED BEHIND HIS BACK AND PLACED IN OUR PATROL VEHICLE.
THOMAS' BICYCLE WAS PLACED IN THE TRUNK OF OUR PATROL VEHICLE.

THOMAS WAS TRANSPORTED TO SHERMAN POLICE DEPT.  THOMAS WAS PROCESSED
INTO THE SHERMAN POLICE DEPT. FOR CURFEW VIOLATION.  THOMAS SAID WE
COULD MAKE CONTACT WITH HIS MOTHER AT PHONE ███████.  I CALLED THAT
NUMBER IN AN ATTEMPT TO SPEAK WITH ROCHELLE THOMAS, WHO IS SAID TO
BE THE MOTHER OF ANDRE THOMAS.  ROCHELLE THOMAS WAS UNABLE TO SPEAK
ON THE PHONE AT THE TIME BUT THE BLACK MALE INDIVIDUAL WHO ANSWERED
THE PHONE SAID HE WOULD MAKE CONTACT WITH HER AND SEND HER TO THE
POLICE DEPT. TO PICK UP HER CHILD.

AFTER APPROX. AN HOUR, ROCHELLE THOMAS HAD STILL NOT ARRIVED AT THE
SHERMAN POLICE DEPT. TO PICK UP HER CHILD.  A SECOND CONTACT WAS MADE
WITH HER AT ██████████ AT APPROX. 2 A.M.  THOMAS STATED SHE DID NOT HAVE
TRANSPORTATION TO COME TO THE POLICE DEPT. TO PICK UP HER CHILD AND
WANTED TO KNOW IF SHE COULD SEND HER SON, ERIC ROSS.  AFTER BEING
TOLD THAT THAT WOULD BE ACCEPTABLE, SHE SENT ERIC ROSS.  ERIC ROSS
ARRIVED AT THE SHERMAN POLICE DEPT. AT APPROX. 2:05 A.M.  ANDRE
THOMAS WAS RELEASED TO ERIC ROSS AT 2:10 A.M.  ERIC ROSS SIGNED THE
JUVENILE DETENTION REPORT, TAKING RESPONSIBILITY FOR ANDRE THOMAS.
ANDRE THOMAS' BICYCLE WAS RELEASED WITH HIM.  NO PROPERTY WAS TAKEN
FROM HIM.

    <<< Segment 2 >>>

FOLLOW UP NARRATIVE:CURFEW 07/02/98 1134 HRS MELSON 034

    At this time no other follow up will be necessary.  The suspect was
taken into custody and brought to S.P.D. where he was released to an Eric
Ross, after the suspect's mother was contacted.  The case will be heard in
the City of Sherman Municipal Court.

    <<< Segment 3 >>>

    **290**                                              01588

```
Date Printed:                    INCIDENT REPORT
Apr 08 2004
                            SHERMAN POLICE DEPARTMENT
                                 317 S TRAVIS


07-12-98 APPROVED SGT AYERS
-------------------------------------------------------------------------------
Officer 1: MCREE, MARK - 108          Officer 2: MELSON, JACK - 034
Disposition Code : ACJ
```

01583

291

AT000284

# Exhibit 105

## Child Protective Services
## Case # 23895856

# Case File Print for Thomas,Rochelle (23895856)

Case File Cover Sheet.................................................................2
Case Event List......................................................................4
External Documentation.......:.......................................................7
Intake Report Child Protective Services..............................................8
Notification to Law Enforcement Agency of Abuse/Neglect Report.......................15
Investigation Actions Report........................................................22
Title IV-A Emergency Assistance.....................................................23
Risk Assessment Report..............................................................24
Risk Assessment.....................................................................26
Services/Referrals Chklst Report....................................................27
CPS Investigation Summary...........................................................28
History Of Investigations...........................................................32
Approval Form.......................................................................33
Contact Log.........................................................................34
Contact Log.........................................................................35
Log of Contact Narratives...........................................................36
Person Data Report..................................................................37
Person Data Report..................................................................39
Person Data Report..................................................................41
Person Data Report..................................................................43
CPS Legal Log.......................................................................45
CPS Legal Log.......................................................................46
CPS Legal Log.......................................................................47
Education Log.......................................................................48
Education Log.......................................................................49
Education Log.......................................................................50
Income and Resources Report.........................................................51
Income and Resources Report.........................................................52
Income and Resources Report.........................................................53
Records Check Report................................................................54
Records Check Report................................................................55
Records Check Report................................................................56
Records Check Report................................................................57

DW000522

```
                    Case Name:   Thomas,Rochelle
                    Case #:      23895856

                         CASE FILE COVER SHEET
```

CASE FILE MANAGEMENT
Case Information

   Case Closure Date:      05/16/2000

Storage Location    FPS

FPS Office Location

    Program:     CPS              Reg/Div:     003 Region 3

    Unit:        36               Mail Code:   2651

Location

    Name:
    Street:

    City:

Locating Information:

Archive Dates
    Eligible:                     Complete:

RECORDS RETENTION

Class Type:          Invstgtn - Closed after complete invstgtn, other

Destruction Date:

Case Closure Date:   05/16/2000

Date Extension Reason:

STAGE INFORMATION

| Mrg | Stage Name | Stg | Type | Opened | Closed | Primary | Reg | Stage ID | Ov | Dsp |
|-----|------------|-----|------|--------|--------|---------|-----|----------|----|----|
|  | Thomas,Rochelle | INV | PHNG2 | 10/25/1999 | 05/16/2000 | Farris,Deidra | O3 | 25561812 |  | MOV |
|  | Thomas,Rochelle | INT | PHNG2 | 10/21/1999 | 10/25/1999 | Farris,Deidra | O3 | 25556134 |  |  |

PRINCIPALS IN THE CASE

1.    Name: ███████████  ██████
      Person ID: 26845779
      Sex: Male      DOB: ███████   SSN:            Status: Inactive

2.    Name: Andre L Thomas
      Person ID: 16380221
      Sex: Male      DOB: ███████   SSN:            Status: Inactive

DW000523

Case Name:    Thomas,Rochelle
Case #:    23895856

CASE FILE COVER SHEET

3.    Name: Rochelle Thomas
      Person ID: 16380222
      Sex: Female       DOB: ███████       SSN:              Status: Inactive

DW000524

Case Name:Thomas,Rochelle
Case #:23895856

CASE EVENT LIST

EVENT DATE:    10/21/1999       TYPE: Recorded Call            STATUS: APRV
DESCRIPTION:  Record call                 PERSONS:
STAGE:        Intake               STAGE TYPE: PHNG2
LAST UPDT BY: Lee Henry


EVENT DATE:    10/21/1999       TYPE: Assignment               STATUS: COMP
DESCRIPTION:  Primary Assignment Issued      PERSONS: Terri Segura
              For: Segura,Terri
STAGE:        Intake               STAGE TYPE: PHNG2
LAST UPDT BY: Lee Henry


EVENT DATE:    10/21/1999       TYPE: Notification             STATUS: COMP
DESCRIPTION:  Notification to Law            PERSONS:
              Enforcement
STAGE:        Intake               STAGE TYPE: PHNG2
LAST UPDT BY: Anna Greiner


EVENT DATE:    10/21/1999       TYPE: Assignment               STATUS: COMP
DESCRIPTION:  Primary Assignment Issued      PERSONS: Amy Marie Ball
              For: Ball,Amy M
STAGE:        Intake               STAGE TYPE: PHNG2
LAST UPDT BY: Anna Greiner


EVENT DATE:    10/22/1999       TYPE: Assignment               STATUS: COMP
DESCRIPTION:  Primary Assignment Issued      PERSONS: Deidra Farris
              For: Farris,Deidra
STAGE:        Intake               STAGE TYPE: PHNG2
LAST UPDT BY: Amy Marie Ball


EVENT DATE:    10/25/1999       TYPE: Notification             STATUS: COMP
DESCRIPTION:  Notification to Law            PERSONS:
              Enforcement
STAGE:        Intake               STAGE TYPE: PHNG2
LAST UPDT BY: Deidra Farris

DW000525

Case Name:Thomas,Rochelle
Case #:23895856

### CASE EVENT LIST

EVENT DATE:      10/25/1999      TYPE: Stage               STATUS: COMP
DESCRIPTION:  Intake Stage Closed          PERSONS:
STAGE:          Intake                  STAGE TYPE: PHNG2
LAST UPDT BY: Deidra Farris


EVENT DATE:      04/19/2000      TYPE: EA Eligibility      STATUS: APRV
DESCRIPTION:  EA Eligibility              PERSONS:
STAGE:          Investigation           STAGE TYPE: PHNG2
LAST UPDT BY: Deidra Farris


EVENT DATE:      10/27/1999      TYPE: Contact             STATUS: APRV
DESCRIPTION:  Contact - Home Visit        PERSONS: ████████ ████████
                                                   Rochelle Thomas
                                                   Andre L Thomas
STAGE:          Investigation           STAGE TYPE: PHNG2
LAST UPDT BY: Deidra Farris
CONTACT DATE: 10/27/1999


EVENT DATE:      10/27/1999      TYPE: Contact             STATUS: APRV
DESCRIPTION:  Contact - Gather/Obtain     PERSONS:
              Info
STAGE:          Investigation           STAGE TYPE: PHNG2
LAST UPDT BY: Deidra Farris
CONTACT DATE: 10/27/1999


EVENT DATE:      05/16/2000      TYPE: Approval            STATUS: COMP
DESCRIPTION:  DF - Approve CPS            PERSONS:
              Investigation
STAGE:          Investigation           STAGE TYPE: PHNG2
LAST UPDT BY: Deidra Farris


EVENT DATE:      05/16/2000      TYPE: Stage               STATUS: COMP
DESCRIPTION:  Investigation Stage Closed  PERSONS:
STAGE:          Investigation           STAGE TYPE: PHNG2
LAST UPDT BY: SYSTEM

DW000526

```
                          Case Name:Thomas,Rochelle
                            Case #:23895856

                          CASE EVENT LIST

  EVENT DATE:    05/16/2000      TYPE: Case-General        STATUS: COMP
  DESCRIPTION:   Case Closed              PERSONS:
  STAGE:         Investigation         STAGE TYPE: PHNG2
  LAST UPDT BY: SYSTEM


  EVENT DATE:    10/25/1999      TYPE: Stage               STATUS: APRV
  DESCRIPTION:   Investigation Stage Opened    PERSONS:
  STAGE:         Investigation         STAGE TYPE: PHNG2
  LAST UPDT BY: Deidra Farris


  EVENT DATE:    05/11/2000      TYPE: Conclusion          STATUS: APRV
  DESCRIPTION:   Investigation Conclusion     PERSONS:
  STAGE:         Investigation         STAGE TYPE: PHNG2
  LAST UPDT BY: Deidra Farris


  EVENT DATE:    11/20/1999      TYPE: Stage               STATUS: APRV
  DESCRIPTION:   Investigation Actions        PERSONS:
  STAGE:         Investigation         STAGE TYPE: PHNG2
  LAST UPDT BY: Deidra Farris


  EVENT DATE:    11/20/1999      TYPE: Assessment          STATUS: APRV
  DESCRIPTION:   Risk Assessment -            PERSONS: ██████████  █████
                 Investigation                        Rochelle Thomas
                                                       Andre L Thomas
  STAGE:         Investigation         STAGE TYPE: PHNG2
  LAST UPDT BY: Deidra Farris
```

DW000527

Case Name:Thomas,Rochelle
Case #:23895856

EXTERNAL DOCUMENTATION

| DESCRIPTION | DATE OBTAINED | ITEM LOCATION | DETAILS |
|---|---|---|---|
| EA Application | 04/19/2000 | Case File | |

DW000528

| Case Name: | Thomas,Rochelle |
| Case #: | 23895856 |

## INTAKE REPORT
## CHILD PROTECTIVE SERVICES

### SUMMARY

**Intake #:** 25556134
**Primary Allegation:** Physical Neglect

**Date Reported:** 10/21/1999
**Time Reported:** 03:29 PM

**Worker Safety Issues:** N
**Sensitive Issues:** N
**Suspected Manufacturing of Methamphetamines:**
**Special Handling:**

**L/E Notification Date:** 10/21/1999
**L/E Jurisdiction:** Sherman Pd

**Priority Determination:** 2

**Reason for Closure:**
**Worker Taking Intake:** Henry,Lee
AUSTIN

**Determination Factors:** Child age 0-6
Child accessible to AP
Child unprotected
Abuse/neglect occur now
House lacks utilities

Ext. ███

| Case Name: | Thomas,Rochelle |
|---|---|
| Case #: | 23895856 |

## INTAKE REPORT
## CHILD PROTECTIVE SERVICES

### PRINCIPAL INFORMATION

| ███████████ | Oldest Victim | Alleged Victim |
|---|---|---|

Approx: N

**Age:**
**DOB:** ██████
**Sex:** Male

**SSN:**
**DOD:**
**Reason:**

**Language:** English
**Ethnicity:** Black-White (Hispanic)
**Marital:** Child,not applicable

**Addresses:**
Residence ████████

**Attn:**
**Notes:**

SHERMAN, TX 75090-4114
GRAYSON

**Phones:**

**Aliases:**

**Notes:**

| Rochelle Thomas | Parent | Alleged Perpetrator |
|---|---|---|

Approx: N

**Age:**
**DOB:** ██████
**Sex:** Female

**SSN**
**DOD:**
**Reason:**

**Language:** English
**Ethnicity:** Black (non-Hispanic)
**Marital:** Married

**Addresses:**
Residence ████████

**Attn:**
**Notes:**

SHERMAN, TX 75090-4114
GRAYSON

**Phones:**

**Aliases:** Rochelle M Thomas

**Notes:**

| Andre L Thomas | Step-Sibling | Unknown |
|---|---|---|

DW000530

| Case Name:  Thomas,Rochelle |
|---|
| Case #:   23895856 |

**INTAKE REPORT**
**CHILD PROTECTIVE SERVICES**

|                    | Age:          | SSN          | Language: English |
|--------------------|---------------|--------------|-------------------|
| Approx: N          | DOB█████████  | DOD:         | Ethnicity: Black (non-Hispanic) |
|                    | Sex: Male     | Reason:      | Marital: Single, never MA |

**Addresses:**

Residence ████████████                    Attn:
                                           Notes:
SHERMAN, TX 75090-4114
GRAYSON

**Phones:**

**Aliases:** Andre Thomas

**Notes:**

DW000531

| Case Name: | Thomas,Rochelle |
| Case #: | 23895856 |

## INTAKE REPORT
## CHILD PROTECTIVE SERVICES

### ALLEGATION DETAIL

| Victim | Allegation(s) | Alleged Perpetrator(s) |
|--------|---------------|------------------------|
| ▮▮▮▮ | Physical Neglect | Thomas,Rochelle |

### CALL NARRATIVE

*Document worker safety issues, special or sensitive case handling information on the Special Handling Window.*

**GENERAL INFORMATION / DESCRIPTION:**

MO, SB and OV live in a home with no utilities. The home has no running water. MO goes to a fire hydrant and steals water from the city. MO has connected a gas line directly to the utility gas line, by-passing the meter.

OV is allowed to run outside without shoes. He has developed behavior problems. He screams when he does not get his way. MO does not discipline him in any way                OV had defecated in his clothes. MO took him outside and hosed him down with a water hose.

Lee Henry, PSIS II

Staffed with Mary Ruth Bahari, SWI supervisor, recommended PHNG, P2

**CONCLUSIONS:**

PHNG, P2

The health and well-being of 3 yo male OV is being threatened by living in a home with no utilities. MO is also endangering OV's health by using inappropriate means to wash him. The absence of any discipline is allowing OV to develop behavior problems at an early age.

Match found.

| CPS | CLD | Thomas,Rochelle | GRAYSON | Douglas,Kristy L | INV | 16086193 | 4118 |
| 16074190 | N | | | | | | |

**LOCATING INFORMATION:** Directions. When the family is home. Where the victim can be seen.

**WORKER SAFETY ISSUES:**

**SENSITIVE ISSUES:**

DW000532

| Case Name: | Thomas,Rochelle |
|---|---|
| Case #: | 23895856 |

### INTAKE REPORT
### CHILD PROTECTIVE SERVICES

**SUSPECTED MANUFACTURING OF METHAMPHETAMINES:**

| Case Name: Thomas,Rochelle |
|---|
| Case #: 23895856 |

## INTAKE REPORT
## CHILD PROTECTIVE SERVICES

---

## REPORTER INFORMATION

**Addresses:**

Attn:
Notes:

**Phones:**

**Aliases:**

**Basis of Knowledge:**

---

## COLLATERAL INFORMATION

DW000534

Case Name:  Thomas,Rochelle
Case #:   23895856

## INTAKE REPORT
## CHILD PROTECTIVE SERVICES

### DECISIONS/RECOMMENDATIONS

Recorded Call: Henry,Lee                              10/21/1999
F0036963                                 03:29 PM
AUSTIN
▮▮▮▮▮▮▮ Ext. ▮▮

Approved:

( ) - Ext.

Stage Change/Closed: Deidra Farris                    10/25/1999
C0029143                           12:00 AM

▮▮▮▮▮▮▮ Ext.

Initial Priority: 2                        Current Priority: 2

**Priority Changes:**

**Reason for Closure:**

If this report is sent to you by facsimile and you are unable to read any of the
pages, please call
(512) 834-3784 Ext. 1131

## TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES

## NOTIFICATION TO LAW ENFORCEMENT AGENCY OF ABUSE/NEGLECT
REPORT

SECTION 261.105 (T.F.C.) Requires that Children's Protective Services notify the appropriate law enforcement
agency of all reports of abuse/neglect received by the Department other than reports received from such
agencies. This letter confirms that CPS has notified you of the report of child abuse/neglect specified below.

**TO:** Sherman Pd                              **DATE:**

**FROM:** Fort Worth Ben                     **PHONE:** (817) 255-8700 Ext.

## C O N F I D E N T I A L

| | |
|---|---|
| **CASE NAME:** Thomas,Rochelle | **DATE OF REPORT:** 10/21/1999 |
| **CASE NUMBER:** 23895856 | **TIME OF REPORT:** 03:29 PM |
| **HOUSEHOLD ADDRESS** | **INVOLVING ALLEGATION TYPES** |
| ████████████ | Physical Neglect |
| SHERMAN, TX 75090-4114 | |

**ACTION TAKEN BY CPS:**

**ACTION REQUESTED:** Please notify CPS staff at the above listed CPS office of all actions planned or taken in
this case so that we can coordinate our respective investigations and services. If you determine that this case
should be reported to another law enforcement agency, please forward this notification to the appropriate
agency.

> SECTION 261.201 (T.F.C.) The name of the complainant (i.e. reporter or informant) is
> confidential. Consequently, identifying information about the complainant is not included in
> this report. If this information is needed to conduct the criminal investigation, the assigned
> Child Protective Services worker or supervisor may orally share information about the
> complainant's identity with the assigned investigating officer.

DW000536

| Case Name: Thomas,Rochelle |
| Case #:   23895856 |

## INTAKE REPORT
## CHILD PROTECTIVE SERVICES

### SUMMARY

Intake #: 25556134

Primary Allegation: Physical Neglect

Date Reported: 10/21/1999

Time Reported: 03:29 PM

Worker Safety Issues: N

Sensitive Issues: N

Suspected Manufacturing of Methamphetamines:

Special Handling:

L/E Notification Date: 1/5/2007

L/E Jurisdiction: Sherman Pd

Priority Determination: 2

Determination Factors: Child age 0-6
Child accessible to AP
Child unprotected
Abuse/neglect occur now
House lacks utilities

Reason for Closure:

Worker Taking Intake: Henry,Lee
AUSTIN
█████████
Ext. ████

| Case Name:  Thomas,Rochelle |
|---|
| Case #:   23895856 |

## INTAKE REPORT
## CHILD PROTECTIVE SERVICES

### PRINCIPAL INFORMATION

| ████████ | Oldest Victim | Alleged Victim |
|---|---|---|

**Approx:** N

| **Age:** | **SSN:** | **Language:** English |
|---|---|---|
| **DOB:** ████ | **DOD:** | **Ethnicity:** Black-White (Hispanic) |
| **Sex:** Male | **Reason:** | **Marital:** Child,not applicable |

**Addresses:**

Residence ████████

SHERMAN, TX 75090-4114
GRAYSON

**Attn:**
**Notes:**

**Phones:**

**Aliases:**

**Notes:**

| Rochelle Thomas | Parent | Alleged Perpetrator |
|---|---|---|

**Approx:** N

| **Age:** | **SSN:** | **Language:** English |
|---|---|---|
| **DOB:** ████ | **DOD:** | **Ethnicity:** Black (non-Hispanic) |
| **Sex:** Female | **Reason:** | **Marital:** Married |

**Addresses:**

Residence ████████

SHERMAN, TX 75090-4114
GRAYSON

**Attn:**
**Notes:**

**Phones:**

**Aliases:** Rochelle M Thomas

**Notes:**

| Andre L Thomas | Step-Sibling | Unknown |
|---|---|---|

DW000538

| Case Name: | Thomas,Rochelle |
|---|---|
| Case #: | 23895856 |

## INTAKE REPORT
## CHILD PROTECTIVE SERVICES

|  | **Age:** |  | **SSN:** | **Language:** English |
|---|---|---|---|---|
| **Approx:** N | **DOB:** ▆▆▆▆ |  | **DOD:** | **Ethnicity:** Black (non-Hispanic) |
|  | **Sex:** Male |  | **Reason:** | **Marital:** Single, never MA |

**Addresses:**

Residence ▆▆▆▆▆▆▆▆▆▆

SHERMAN, TX 75090-4114
GRAYSON

**Attn:**
**Notes:**

**Phones:**

**Aliases:** Andre Thomas

**Notes:**

| Case Name:  Thomas,Rochelle |
| Case #:   23895856 |

**INTAKE REPORT**
**CHILD PROTECTIVE SERVICES**

**COLLATERAL INFORMATION**

DW000540

| Case Name: Thomas,Rochelle |
|---|
| Case #:   23895856 |

## INTAKE REPORT
## CHILD PROTECTIVE SERVICES

## ALLEGATION DETAIL

| __Victim__ | __Allegation(s)__ | __Alleged Perpetrator(s)__ |
|---|---|---|
| ▇▇▇▇▇▇ | Physical Neglect | Thomas,Rochelle |

## CALL NARRATIVE

*Document worker safety issues, special or sensitive case handling information on the Special Handling Window.*

**GENERAL INFORMATION / DESCRIPTION:**

MO, SB and OV live in a home with no utilities.  The home has no running water.  MO goes to a fire hydrant and steals water from the city.  MO has connected a gas line directly to the utility gas line, by-passing the meter.

OV is allowed to run outside without shoes.  He has developed behavior problems.  He screams when he does not get his way.  MO does not discipline him in any way                    OV had defecated in his clothes. MO took him outside and hosed him down with a water hose.

Lee Henry, PSIS II

Staffed with Mary Ruth Bahari, SWI supervisor, recommended PHNG, P2

**CONCLUSIONS:**

PHNG, P2

The health and well-being of 3 yo male OV is being threatened by living in a home with no utilities.  MO is also endangering OV's health by using inappropriate means to wash him.  The absence of any discipline is allowing OV to develop behavior problems at an early age.

Match found.

| CPS | CLD | Thomas,Rochelle | GRAYSON | Douglas,Kristy L | INV | 16086193 | 4118 |
|---|---|---|---|---|---|---|---|
| 16074190 | N | | | | | | |

**LOCATING INFORMATION:** Directions.  When the family is home.  Where the victim can be seen.

**WORKER SAFETY ISSUES:**

**SUSPECTED MANUFACTURING OF METHAMPHETAMINES:**

DW000541

| Case Name:  Thomas,Rochelle |
| Case #:   23895856 |

## INTAKE REPORT
## CHILD PROTECTIVE SERVICES

&lt;COVER&gt;
&lt;FCSFILE:CAPSFCS.PCL&gt;
&lt;NOTE: 23895856&gt;
&lt;NOTE: Thomas,Rochelle&gt;
&lt;TO_NAME: 25556134 Sherman Pd&gt;
&lt;TO_FAXNUM: (903) 892-7395&gt;

DW000542

Case Name:  Thomas,Rochelle
Case #:  23895856

## Investigation Actions Report

No                        Examined and interviewed each alleged victim and child at risk?

                          Comments: Unable to locate family.
No                        Interviewed each child in the household who may have information?

                          Comments: Unable to locate family.
No                        Interviewed each parent and alleged perpetrator?

                          Comments: Unable to locate family.
No                        Notified parents of interview or exam of child?

                          Comments: Unable to locate family.
No                        Explained each allegation to the parents and alleged perpetrators?

                          Comments: Unable to locate family.
No                        Gave a copy of Parent's Guide to the parents and alleged perpetrator?

                          Comments: Unable to locate family.
No                        Made a home visit?

                          Comments: Unable to locate family.

DW000543

| | |
|---|---|
| Case Name: | Thomas,Rochelle |
| Case #: | 23895856 |

## TITLE IV-A EMERGENCY ASSISTANCE

I. Application For Emergency Assistance

The application is being made by the child's parent or relative on the Safety Plan or by the worker on behalf of the child whose parents are unavailable or are unwilling to apply for emergency assistance.

Names of children in the family:

II. Eligibility For Emergency Assistance

1. __ The child and his/her family are presumed eligible for Emergency Assistance because all of the following conditions apply:

    a. Risk is indicated OR a child safety plan was necessary during this investigation; therefore, the child is at risk of abuse/neglect.

    b. The child lives with a parent or relative or has lived with a parent or relative at some time during the past six months.

    c. It is correct to say that we have no information that indicates that the risk of abuse/neglect was directly caused by a caretaker's refusal to accept employment or training for employment.

    d. The family's annual income is less than $63,000.

OR

2. __X__ The child and his/her family are NOT eligible for Emergency Assistance because one or more of the above conditions do not apply.

III. Authorization For Emergency Assistance

☐ I authorize for this family, for a period not to exceed 12 months, all assistance and services covered under the State Plan for Title IV-A Emergency Assistance, as determined to be necessary and appropriate.

IV. Signature

Worker's signature: _____ Date: _____
Employee number: C0029143

DW000544

Case Name:Thomas,Rochelle
Case #:23895856

RISK ASSESSMENT

Purpose: Investigation
Date Assessment Completed: 05/16/2000

NATURE AND EXTENT OF THE ABUSE OR NEGLECT:  Each type of abuse and neglect
that has been investigated is shown.

Victim:                                          AP:        Rochelle Thomas
Allegation:  Physical Neglect
Disposition: Family Moved                         Severity:

Does the AP have access to a child in the family?  Yes

RISK FACTORS:  The following questions are intended to identify possible
"risk factors" - elements of family functioning that may place a child
at risk of abuse or neglect.

PAST ABUSE, NEGLECT, AND RISK:

        Is there a previous report on any family member with a disposition
        of reason-to-believe, unable to determine, or moved?
        Comments:

        Is there a previous report on any family member with a finding of
        risk controlled or present?
        Comments:

        Are there any indications that a child from this family has been
        abused or neglected in the past?
        Comments:

        Does the physical condition of the home pose a danger to any
        child's health or safety?
        Comments:

        Has any caretaker in this home ever had a child who was abused,
        neglected, or died of suspicious or unexplained causes?
        Comments:


CURRENT RISK: THE CHILDREN


█████████████ ████████  age 3


Andre L Thomas, age 17

DW000545

Case Name:Thomas,Rochelle
Case #:23895856

RISK ASSESSMENT

CURRENT RISK: PARENTS AND CARETAKERS

Rochelle Thomas, Parent

RISK ASSESSMENT FINDING AND RECOMMENDED ACTION:

Finding:

Recommended Action: Close-Fam moved/cannot locate

DW000546

| Case Name:  Thomas,Rochelle |
| Case #:  23895856 |

## RISK ASSESSMENT

**Purpose:** Investigation

**Risk Finding:**
**Case Action:**  Close-Fam moved/cannot locate

DW000547

Case Name: Thomas,Rochelle
Case #: 23895856
Stage: INV

**SERVICES AND REFERRALS CHECKLIST REPORT**

Date of First Referral:
No Services/Referrals:

### Services/Referrals Provided

#### Family Response

At least one person in the family agreed to seek or accept
one or more of the resources or services.

No one in the family agreed to seek or accept any of these
resources or services.

Other (explain).

X      Not Applicable.

#### Comments

DW000548

| Case Name: | Thomas,Rochelle |
|---|---|
| Case #: | 23895856 |

## CPS INVESTIGATION SUMMARY

| | |
|---|---|
| Intake Received: | 10/21/1999 |
| Intake Progressed to Investigation: | 10/25/1999 |
| Investigation Initiated: | 10/27/1999 |
| Investigation Tasks Completed: | 11/19/1999 |
| Investigation Approved: | 5/16/2000 |

| | |
|---|---|
| Overall Disposition: | Family Moved |
| Risk Finding: | |
| Recommended Action: | Close-Fam moved/cannot locate |
| Safety Plan Completed: | No |
| EA Eligibility: | No |

| | |
|---|---|
| Supervisor: | Leland W Hale Junior |
| Primary Worker: | Deidra Farris |

**Office:**

, TX

---

## ALLEGATION DETAIL

| Victim | Allegation(s) | Alleged Perpetrator(s) | Disposition |
|---|---|---|---|
| ▇▇▇▇▇ | Physical Neglect | Thomas,Rochelle | Family Moved |

DW000549

| Case Name: | Thomas,Rochelle |
|---|---|
| Case #: | 23895856 |

## PRINCIPAL INFORMATION

| Rochelle Thomas | Parent | Unknown/Moved |
|---|---|---|

**Approx:** N

| | |
|---|---|
| **Age:** 50 | **SSN:** |
| **DOB:** ▓▓▓ | **DOD:** |
| **Sex:** Female | **Reason:** |

**Language:** English
**Ethnicity:** Black (non-Hispanic)
**Marital:** Married

**Address:**
Residence        ▓▓▓▓▓▓▓

**Attn:**
**Notes:**

SHERMAN, TX 75090-4114
GRAYSON

**Phone:**
( ) - Ext.                          **Notes:**

**Notes:**

| ▓▓▓▓▓ | Oldest Victim | Unknown/Moved |
|---|---|---|

**Approx:** N

| | |
|---|---|
| **Age:** 9 | **SSN:** |
| **DOB** ▓▓▓ | **DOD:** |
| **Sex:** Male | **Reason:** |

**Language:** English
**Ethnicity:** Black-White (Hispanic)
**Marital:** Child,not applicable

**Address:**
Residence        ▓▓▓▓▓▓▓

**Attn:**
**Notes:**

SHERMAN, TX 75090-4114
GRAYSON

**Phone:**
( ) - Ext.                          **Notes:**

**Notes:**

| Andre L Thomas | Step-Sibling | Unknown |
|---|---|---|

**Approx:** N

| | |
|---|---|
| **Age:** 23 | **SSN:** |
| **DOB:** ▓▓▓ | **DOD:** |
| **Sex:** Male | **Reason:** |

**Language:** English
**Ethnicity:** Black (non-Hispanic)
**Marital:** Single, never MA

**Address:**
Residence        ▓▓▓▓▓▓▓

**Attn:**

DW000550

| Case Name: | Thomas,Rochelle |
|---|---|
| Case #: | 23895856 |

# JAIL
SHERMAN, TX 75090
GRAYSON

Notes:

**Phone:**

( ) - Ext.

Notes:

**Notes:**

DW000551

| Case Name: | Thomas,Rochelle |
|---|---|
| Case #: | 23895856 |

## REPORTER INFORMATION

**Address:**

                                        **Attn:**

                                        **Notes:**

**Phone:**

                                        **Notes:**

**Basis of Knowledge:**

## COLLATERAL INFORMATION

## INVESTIGATION INFORMATION

DW000552

Case Name:Thomas,Rochelle
Case #:23895856

HISTORY OF INVESTIGATION

Investigation Completion Date:  11/19/1999

Victim:          ███████████          AP:        Rochelle Thomas
Allegation:  Physical Neglect
Disposition: Family Moved                 Severity:

Overall Disposition: Family Moved
Risk Finding:

DW000553

Case #:  23895856

# APPROVAL FORM

STAGE NAME: Thomas,Rochelle
STAGE: Investigation                          STAGE TYPE: PHNG2
SUBMITTED BY: Deidra Farris
EVENT DESCRIPTION(S):
Investigation Conclusion
EA Eligibility
Investigation Actions
Risk Assessment - Investigation
Contact - Home Visit
Contact - Gather/Obtain Info
Investigation Stage Opened

APPROVED BY:

NAME                          Leland W Hale Junior
TITLE:                         Protective Services Specialist V
DATE SUBMITTED:               5/11/2000
DATE APPROVED/REJECTED:       5/16/2000
STATUS:                        Approved

DW000554

Case Name:Thomas,Rochelle
Case #:23895856

LOG OF CONTACTS

Date From: 1/1/1850                          Date To:

---

Contact ID: 43715097                    Narrative:   N
Date Occurred: 10/21/1999           Contacted By:   Anna Greiner
Time Occurred: 04:10 PM

                                                        Names:
                    Type: Notification                          Law Enforcement
              Attempted: N
                 Method: Letter Sent
                Purpose: Notif/ of LE
               Location:

---

Contact ID: 43754374                    Narrative:   N
Date Occurred: 10/25/1999           Contacted By:   Deidra Farris
Time Occurred: 09:19 AM

                                                        Names:
                    Type: Notification                          Law Enforcement
              Attempted: N
                 Method: Letter Sent
                Purpose: Notif/ of LE
               Location:

---

DW000555

Case Name:Thomas,Rochelle
Case #:23895856

LOG OF CONTACTS

Date From: 1/1/1850                          Date To:

---

Contact ID: 47107384              Narrative:  Y
Date Occurred: 10/27/1999         Contacted By:  Deidra Farris
Time Occurred:

                                        Names:
          Type: Contact                          Rochelle Thomas
     Attempted: N                                Andre L Thomas
        Method: Face to Face
       Purpose: Home Visit
      Location: Residence

---

Contact ID: 47107836              Narrative:  Y
Date Occurred: 10/27/1999         Contacted By:  Deidra Farris
Time Occurred:

                                        Names:
          Type: Contact                          School Principal
     Attempted: N
        Method: Telephone Call To
       Purpose: Gather/Obtain Info
      Location:

Printed: 1/5/2007          TX Dept. of Family and Protective Services          Page: 35

DW000556

| Case Name: | Thomas,Rochelle |
|---|---|
| Case #: | 23895856 |

## LOG OF CONTACT NARRATIVES

**Date From:** 1/1/1850                    **Date To:** 12/31/4712

---

**Contact ID:** 47107384

**Person Contacted:** ██████████          **Date:** 10/27/1999
               **Type:** Contact          **Location:** Residence

### CONTACT NARRATIVE

Attempted home visit. I could find no such address as "██████████" in Sherman.

---

**Contact ID:** 47107836

**Person Contacted:**                      **Date:** 10/27/1999
               **Type:** Contact          **Location:**

### CONTACT NARRATIVE

Sherman High School does not have a student by the name of Andre Thomas. I checked the phone book and found no listing for Rochelle Thomas and                    so I was not able to obtain additional locating information.

PERSON NAME: Andre L Thomas
PERSON ID#: 16380221

PERSON DATA REPORT

Andre L Thomas

DOB:                     ████████
APPROX:                  N
AGE:                     23
DOD:
REASON:
SEX:                     Male
LANGUAGE:                English
ETHNICITY:               Black (non-Hispanic)
MARITAL STATUS:          Single, never MA
LIVING ARRANGEMENT:
OCCUPATION:
RELIGION:

STATUS:          Inactive          CATEGORY:       Case

AKA NAMES:

Andre Thomas
START DATE: 02/27/1995          END DATE:

HISTORY OF CHARACTERISTICS:

HISTORY OF PERSON ID'S:

SSN:                                                     Primary
START DATE: 11/15/1985          END DATE:

TDHS Client #:                                           Primary
START DATE: 11/15/1985          END DATE:

HISTORY OF ADDRESSES:

TYPE:      Residence                                     Primary
ADDRESS:   ████████   ████████
           SHERMAN, Texas  75090
COUNTY:    GRAYSON
COMMENTS:
START DATE: 05/13/2004          END DATE:

Printed: 1/5/2007          TX Dept. of Family and Protective Services          Page: 37

DW000558

PERSON NAME: Andre L Thomas
PERSON ID#: 16380221

PERSON DATA REPORT

TYPE:          Residence
ADDRESS:       ██████████
               SHERMAN, Texas 75090-4114
COUNTY:        GRAYSON
COMMENTS:
START DATE: 10/21/1999          END DATE:   05/13/2004

TYPE:          Residence
ADDRESS:       ████████████    ████
               SHERMAN, Texas
COUNTY:        GRAYSON
COMMENTS:
START DATE: 08/22/1996          END DATE:   10/21/1999

TYPE:          Residence
ADDRESS:       ████████████
               SHERMAN, Texas 75090-7115
COUNTY:        GRAYSON
COMMENTS:
START DATE: 02/27/1995          END DATE:   08/22/1996

TYPE:          Residence
ADDRESS:       ██████████
               SHERMAN, Texas 75090
COUNTY:        GRAYSON
COMMENTS:
START DATE: 11/22/1985          END DATE:   02/27/1995


HISTORY OF PHONES:



HISTORY OF CASES:

| ID_CASE: | ID STAGE: | DATE STAGE CLOSED: | STAGE TYPE: | PROGRAM: |
|----------|-----------|--------------------|-------------|----------|
| 23895856 | 25556134  | 10/25/1999         | INT         | CPS      |
| 23895856 | 25561812  | 05/16/2000         | INV         | CPS      |
| 25113559 | 29651157  | 03/30/2004         | INT         | CPS      |
| 25113559 | 29655903  | 05/28/2004         | INV         | CPS      |

DW000559

PERSON NAME: Rochelle Thomas
PERSON ID#: 16380222

PERSON DATA REPORT

Rochelle Thomas

```
DOB:                    ███████████
APPROX:                 N
AGE:                    50
DOD:
REASON:
SEX:                    Female
LANGUAGE:               English
ETHNICITY:              Black (non-Hispanic)
MARITAL STATUS:         Married
LIVING ARRANGEMENT:
OCCUPATION:
RELIGION:

STATUS:                 Inactive           CATEGORY:         Case
```

AKA NAMES:

Rochelle M Thomas
START DATE: 11/22/1985          END DATE:

HISTORY OF CHARACTERISTICS:

HISTORY OF PERSON ID'S:

SSN:                                                          Primary
START DATE: 11/15/1985          END DATE:

TDHS Client #:                                               Primary
START DATE: 11/15/1985          END DATE:

HISTORY OF ADDRESSES:

TYPE:         Residence                                      Primary
ADDRESS:      ██████████████
              SHERMAN, Texas 75090-4114
COUNTY:       GRAYSON
COMMENTS:
START DATE: 10/21/1999          END DATE:

DW000560

PERSON NAME: Rochelle Thomas
PERSON ID#: 16380222

PERSON DATA REPORT

TYPE:       Residence
ADDRESS:    ███████████
            SHERMAN, Texas 75090-7115
COUNTY:     GRAYSON
COMMENTS:
START DATE: 02/27/1995          END DATE:  10/21/1999

TYPE:       Residence
ADDRESS:    ███████████
            SHERMAN, Texas 75090
COUNTY:     GRAYSON
COMMENTS:
START DATE: 11/22/1985          END DATE:  02/27/1995


HISTORY OF PHONES:



HISTORY OF CASES:

| ID_CASE: | ID STAGE: | DATE STAGE CLOSED: | STAGE TYPE: | PROGRAM: |
|----------|-----------|--------------------|-------------|----------|
| 23895856 | 25556134  | 10/25/1999         | INT         | CPS      |
| 23895856 | 25561812  | 05/16/2000         | INV         | CPS      |

DW000561

PERSON NAME:
PERSON ID#:

PERSON DATA REPORT


DOB:
APPROX:
AGE:
DOD:
REASON:
SEX:
LANGUAGE:
ETHNICITY:
MARITAL STATUS:
LIVING ARRANGEMENT:
OCCUPATION:
RELIGION:

STATUS:                                        CATEGORY:


AKA NAMES:


HISTORY OF CHARACTERISTICS:


HISTORY OF PERSON ID'S:


HISTORY OF ADDRESSES:

TYPE:
ADDRESS:              ,

COUNTY:
COMMENTS:
START DATE:                      END DATE:


HISTORY OF PHONES:

DW000562

PERSON NAME:
PERSON ID#:

PERSON DATA REPORT

HISTORY OF CASES:

ID_CASE:        ID STAGE:        DATE STAGE CLOSED:   STAGE TYPE:        PROGRAM:

DW000563

PERSON NAME: Juan Piescina, Junior
PERSON ID#: 26845779

PERSON DATA REPORT

DOB:
APPROX:                     N
AGE:                        9
DOD:
REASON:
SEX:                        Male
LANGUAGE:                   English
ETHNICITY:                  Black-White (Hispanic)
MARITAL STATUS:             Child,not applicable
LIVING ARRANGEMENT:
OCCUPATION:
RELIGION:

STATUS:          Inactive          CATEGORY:        Case


AKA NAMES:


HISTORY OF CHARACTERISTICS:


HISTORY OF PERSON ID'S:


HISTORY OF ADDRESSES:

TYPE:            Residence                          Primary
ADDRESS:
                 SHERMAN, Texas 75090-4114
COUNTY:          GRAYSON
COMMENTS:
START DATE: 10/21/1999          END DATE:


HISTORY OF PHONES:

DW000564

PERSON NAME: Juan Piescina, Junior
PERSON ID#: 26845779

PERSON DATA REPORT

HISTORY OF CASES:

| ID_CASE: | ID STAGE: | DATE STAGE CLOSED: | STAGE TYPE: | PROGRAM: |
|----------|-----------|--------------------|-------------|----------|
| 23895856 | 25556134  | 10/25/1999         | INT         | CPS      |
| 23895856 | 25561812  | 05/16/2000         | INV         | CPS      |

DW000565

Person Name: Andre L Thomas

CPS LEGAL LOG

DW000566

Person Name: Rochelle Thomas

CPS LEGAL LOG

DW000567

Person Name: ███████████ █████

CPS LEGAL LOG

DW000568

```
                                    Case Name:  Thomas,Rochelle
                                    Case ID:    23895856

                       EDUCATION LOG

   PERSON NAME:  Andre L Thomas
   PERSON ID:    16380221
```

```
                                    Case Name:  Thomas,Rochelle
                                    Case ID:    23895856
```

EDUCATION LOG

```
PERSON NAME:  Rochelle Thomas
PERSON ID:    16380222
```

DW000570

Case Name: Thomas,Rochelle
Case ID:    23895856

EDUCATION LOG

PERSON NAME: ███████████   ██████
PERSON ID:    26845779

DW000571

Case Name: Thomas,Rochelle
Case ID:   23895856

INCOME AND RESOURCES REPORT

PERSON NAME: Andre L Thomas
PERSON ID:   16380221

Total Monthly Income: $0.00

DW000572

Case Name: Thomas,Rochelle
Case ID:    23895856

INCOME AND RESOURCES REPORT

PERSON NAME: Rochelle Thomas
PERSON ID:   16380222

Total Monthly Income: $0.00

DW000573

```
                              Case Name:  Thomas,Rochelle
                              Case ID:    23895856

          INCOME AND RESOURCES REPORT

PERSON NAME:  ██████████    ███████
PERSON ID:    26845779

              Total Monthly Income:  $0.00
```

DW000574

Case Name:  Thomas,Rochelle
Case ID:    23895856

RECORDS CHECK REPORT

Person Name:  Andre L Thomas
Person ID:    16380221

DW000575

Case Name:  Thomas,Rochelle
Case ID:    23895856

RECORDS CHECK REPORT

Person Name: Rochelle Thomas
Person ID:   16380222


RECORDS CHECK TYPE: FPS History Check
REQUESTOR:         Deidra Farris
REQUESTOR ID:      5653
DATE OF REQUEST:   04/18/2000
DATE COMPLETED:    04/18/2000
COMMENTS:

DW000576

```
                    Case Name: Thomas,Rochelle
                    Case ID:   23895856

                RECORDS CHECK REPORT

  Person Name:
· Person ID:
```

DW000577

Case Name: Thomas,Rochelle
Case ID:    23895856

RECORDS CHECK REPORT

Person Name: ███████████   ██████
Person ID:    26845779

DW000578

# Exhibit 106

# Grayson County Department of Juvenile Services Chronological Notes

un 28-Mar-1999  5:44p                GRAYSON COUNTY DEPARTMENT OF JUVENILE SERVICES                        1
ser: MP                                      Chronological Notes
                                          02/04/1999 - 03/28/1999
    tion: ALL

---

HOMAS, ANDRE                  Race: B       Sex: M      DOB: ████████                              PID:    2020

ebruary 17, 1999    REPORTING CONTACT      by MICKEL POLK

                                           Resp came to the office to report this date, JPO was  in the field at
                                           that time. AHV \ Went by resp's home but he was at the office.mlp

ebruary 18, 1999    SCHOOL VISIT           by MICKEL POLK

                                           Resp at school all ok. He stated that home is good. I talked to resp
                                           about him reporting on tuesdays. He works sometimes on tuesdays I told
                                           resp that he will have to do like he did yesterday. I also spoke to resp
                                           about being scheduling CSR for him and he not show up. I advised that he
                                           needed to attend the next workday when he is scheduled.mlp

arch 2, 1999        SCHOOL VISIT           by MICKEL POLK

                                           Went to have SV resp was not at school this day.mlp

arch 9, 1999        REPORTING CONTACT      by MICKEL POLK

                                           Resp still working at Popyes he will pay $45.00 on fees this date. Home
                                           is good is staying w/ bro Eric now bcz he can't get along w/ Juan his
                                           mth's boyfriend. The address is ████████. Resp's advise
                                           that his girlfriend Laura Bowen is expecting a baby and he is the Fth.
                                           He wanted to tell me that they will be hanging around together. I told
                                           resp that if they got in trouble together they will suffer the consequen
                                           ses. He was advised that his probation will be modified bcz he has not
                                           paid fees like he was ordered.mlp

arch 16, 1999       PHONE CALL             by MICKEL POLK

                                           Resp called to advised that he was sick and at his fth's house. He said
                                           that he will be at school tomorrow.mlp

arch 17, 1999       SCHOOL VISIT           by MICKEL POLK

                                           Resp was at school he siad that he still felt bad but came in anyway. He
                                           stated that he was off from work most of this week. He will be out to
                                           report thursday.mlp

arch 25, 1999       REPORTING CONTACT      by MICKEL POLK

                                           Resp came to the office to report and pay fees. He paid $30.00. He is
                                           still working at PFC.mlp

End of report...


**9658**                                                                    0371

# Exhibit 107

## Sherman ISD Record Letter to Rochelle Thomas



P.O. BOX 1176  SHERMAN. TEXAS 75091-1176          PHONE# (903)891-6400     FAX# (903)891-6407

May 18, 1999

Rochelle Thomas
2201 E. Tuck
Sherman, TX  75090

Dear Ms. Thomas:

On Tuesday, May 18, 1999, a hearing was held to consider expulsion of your son, Andre
Thomas, from the AEP class.  Based on the facts presented by Steve Gentry, AEP
Instructor, I am expelling Andre for the purpose of placement in the Alternative Learning
Academy at the Grayson County Airport.  During the time of his expulsion he is barred
from entering school property without express permission of the principal.  When Andre
has successfully completed this alternative educational program, his expulsion will be
considered ended.

According to the Texas Education code, I need to remind you of your responsibility to
provide adequate supervision of Andre during the period of expulsion, and also that I am
required to notify the county juvenile authorities.  If you desire to appeal the decision to
the Sherman ISD Board of Trustees, you must make a written request to the
superintendent for an appeal hearing within 3 days of the receipt of this letter and the
hearing will be set.

We hope this proves to be a positive experience for Andre and will allow him to return to
the regular school programs.

Sincerely,

Tommy Hudspeth
Executive Director of Pupil Services

cc:     Bill Bristow, Juvenile Detention Center
        Shari Campbell, Alternative Learning Center at Douglass
        Steve Gentry, AEP Instructor

TH/mc

6223

03814

AT006191

# Exhibit 108

## Mental Health Retardation Services of Texoma records on Andre Thomas

Sent by:MHMR SERVICE TEXOMA      99-19-99 09:03      from FeUHO  903290808088

(Confidential)                Contact Registration Admission Update            (Confidential)

5-19-99   2.50 PM   Staff: 912   Name: Rodney Heigh            RU: 2101
Client ID: 53.... Form Use: C - Initial Contact   R - Registration   A - Admission   U - Update
Name: (L) Turner                        (F) Andre                        (M) Lee

Sex: M - Male        F - Female        U - Unknown
Ethnic Group:   W - White   B - Black   AI - American Indian   A - Asian   MA - Mexican/Mexican American   PR - Puerto Rican
                C - Cuban   OH - Other Hispanic   U - Unknown
Date of Birth: ▮▮▮▮▮▮       DCB Estimated?   Yes   No
Presenting Problem: 1 - MH   2 - MR   3 - Alc   4 - Drug   5 - SCI   6 - Related Condition(MR)
Risk History:   Suicide: _____   Homicide: _____   Violence: _____   Psychosis: _____
Contact with:   1 - Client    Name: _____
                2 - Informant  Agency/Relationship: _____   Code: _____
                3 - Referral   Address: _____   City _____   St. _____   Zip _____
                               Phone: _____   Follow-up Date: ___/___/___

Current (CUR)                           Other   Circle Type: PER-Permanent  MAL-Mailing
Address: ▮▮▮▮▮▮▮▮▮                       Address: _____
City: _____                    City: _____
State: __   Zip: 73090  Cnty: Grayson   State: _____   Zip: _____   Cnty: _____
Telephone: (1) No Phone   Type: _____  (2) _____   Type: _____
Living Arrangement:   1 - Family/Relatives   2 - Group Qtrs   3 - In Own Dwelling   4 - Homeless   5 - Medical   6 - Correctional
                      7 - Other Institutional

Emergency                               Other
Contact: Robert Tower                   Contact: _____
Relate: F   Type: _____                Relate: _____   Type: _____
Address: Same                           Address: _____
City: _____   State: _____   Zip: ____  City: _____   State: _____   Zip: _____
Telephone: _____   Type: _____        Telephone: _____   Type: _____

Legal Status This Admission:   1 - Voluntary   2 - Involuntary - Civil   3 - Involuntary - Criminal
Social Security Number: _____   Care ID: _____
MR Participant Groups:   CB   SB   PD   HC   TS   EC
Guardianship:   1 - Minor   2 - Minor/Conservator   3 - Adult W/G:Estate & Person   4 - Adult W/G:Estate   5 - Adult W/G:Person
                6 - Limited Guardian   7 - Temp Guardian   8 - No Guardian
Marital Status:   1 - Married   2 - Widowed   3 - Divorced   4 - Separated   5 - Never Married   6 - Unknown/N/A
Primary Language: _____   Religion: _____
Education Level Achieved: _____   Special Education:   Yes   No
Last Year of School Completed: _____   Current Education Status: _____
Employment Information of:   1 - Client   2 - Parent   3 - Child   4 - Guardian
Employment Status:   1 - Full Time   2 - Part Time   3 - Not Employed
Not Employed:   1 - Disabled   2 - Drinking   3 - Homemaker   4 - Hospital   5 - Jail   6 - Looking   7 - No Skills   8 - Not Looking
                9 - Retired   10 - Seasonal   11 - Student   12 - Temp Laid Off   13 - Other

Co. Name/Employer _____   Occupation: _____   Est. Months Emp. _____

Prior History:   Type of History: _____   From: ___/___/___   Thru: ___/___/___
                 Facility Type: _____   Code: _____   Name: _____   #Adm: _____

Significant Medical Problems: _____

Non-Center Meds: _____   Phy. Prescribed:  Y   N   Doctor: _____
                 _____   Phy. Prescribed:  Y   N   Doctor: _____
Benefits   (1) For: _____ Status: _____ (2) For: _____ Status: _____ (3) For: _____ Status: _____
Planned Event: ___/___/___   _____   Staff: _____   R.U.: _____   Sac: _____   Sub: _____
               Memo: _____
Refer to:   Agency _____   Code: _____   Address: _____
            Phone: _____   Follow-up Date: _____

| RU: | Staff ID: | Appt: | SAC | Sub | Crisis | Start | Stop | Duration | Rcp | Set | Mode | Rec time | Obj |
|-----|-----------|-------|-----|-----|--------|-------|------|----------|-----|-----|------|----------|-----|
| 2101 | 912 | I | 110 | A | | 2:00 | 3:45 P | 1:45 | 1 | 3 | F | X | |

3097
Assign to Responsible Staff: _____   Staff Type: _____   Assigned RU: _____

FACES II COPYRIGHT (C) 1991 MHMRSUNER

02858

05-19-99   08:03            RECEIVED FROM:9034638592            P.02

AT003080

Sent by:MHMR SERVICE TEXOMA    99-19-99 09:04    from 90346...

I met with Andre at the request of Mike Polk. Andre had made a threat to kill himself. Andre reports some mild symptoms of a depressive disorder but not enough to be major depression. Andre's threat of suicide is manipulative in that it is only if he has to go to ALA. In one statement he reports he will kill himself and then he contradicts himself saying he wouldn't kill himself because he wants to be around in September when his child is born. Andre signed a no suicide contract and stated he was sincere about what the contract said. I left a copy for him and with a copy for JPD. Andre's Mother should be encouraged to keep an eye on him to assure his safety.

Andre would probably benefit from counseling and maybe a medication evaluation. He reports he is willing to seek these services. His Mother should be encouraged to call TYFS to schedule an intake. —

Rodney Haugh M.Ed. LPC PA III 5-18-99 —

**3098**

# Exhibit 109

## Grayson County Juvenile Court Order of Detention for Andre Thomas

CAUSE NO. 5963

| | | |
|---|---|---|
| IN THE MATTER OF: | )( | IN THE 59TH JUDICIAL DISTRICT |
| **ANDRE THOMAS** | )( | COURT OF GRAYSON COUNTY, TEXAS |
| A CHILD (DOB: ▉▉▉ ) | )( | SITTING  AS  A  JUVENILE COURT |

## ORDER OF DETENTION

On the 29th day of June, 1999, having previously found there is probably cause to believe that the child has:

_____ engaged in delinquent conduct,

_____ engaged in conduct indicating a need for supervision,

___X_ violated a valid court order,

A detention hearing was held in accordance with Title III, Section 54.01 of the Texas Family Code.   The child was present and was represented by Mike Dunn.   Also present were the petitioner, represented by Mark Teague and the Grayson County Juvenile Probation Department represented by Mike Polk.

(___X___)   The child's parent, guardian, custodian or relative Rochelle Thomas, were/was present.

(___✓___)   No parent or guardian was present and *mike Dunn*. was appointed by the court as the child's guardian ad litem for the purpose of this hearing.

Proper notice and warning as providing for by Section 54.01 of the Texas Family Code were given.  Having considered the evidence, the Court finds that the child should be detained by reason of the following:

___X___   said child is likely to abscond or be removed from the jurisdiction of the Court;

___X___   suitable supervision, care or protection for said child is not being provided by a parent, guardian, custodian or other person;

_____   said child has no parent, guardian, custodian or other person able to return the child to the court when requested;

_____   said child is accused of committing a felony offense and may be dangerous to himself/herself or others if released; or

0311.3

AT009764

Order of Detention
Page 2 Cause No.5963

    __X____       said child has previously been found to be a delinquent child or has previously been convicted of a penal offense punishable by a term in jail or prison and is likely to commit an offense if released.

    **The Court finds that it is in the best interest of the child and of the community for the child to be placed outside his/her home.  The Court further finds that the child has been removed from his/her home and the Court approves the removal.**

    IT IS THEREFORE, THE ORDER OF THIS COURT that the child be detained in the Cooke, Fannin and Grayson County Juvenile Detention Center and remain there until the conclusion of a disposition hearing or until further order of the Juvenile Court, but in no event shall this order be effective for more than **ten (10) working days** without further proceedings under Section 54.01 of the Texas Family Code.

    **IT IS FURTHER ORDERED** that the Grayson County Juvenile Probation Department be responsible for the child's placement, care and control.

    Signed this 29th day of June, 1999.

                             Honorable _____

n311¹

AT009765

# Exhibit 110

## Grayson County Department of Juvenile Services Chronological Notes

Tue 13-Jul-1999  2:49p                    GRAYSON COUNTY DEPARTMENT OF JUVENILE SERVICES                        1
User: MP                                              Chronological Notes
                                                  06/19/1999 - 07/13/1999
⌒ )tion: ALL


THOMAS, ANDRE                      Race: B      Sex: M    DOB: ████████                    PID:    2020


June 28, 1999      HOME VISIT            by MICKEL POLK

                                         Resp was at bros appt I advosed that I had driective on resp. His bro
                                         Eric told resp to go w/ us. He was transported to the JDC by this PO &
                                         PO Bullard. Called atty parent and crt to set up hearing for 1:00pm on
                                         06/29/99.mlp


June 29, 1999      COURT                 by MICKEL POLK

                                         Resp was transported to crt where he contested detention. Resp was
                                         ordered by Judge Nall.mlp


June 30, 1999      PLACEMENT             by DEANA STATON

                                         Notified TYFS/MHMR re:  Andre making suicidal statement.  ALso stated
                                         that on 6/29 in JDC he had scraped his wrist (left) with his fingernails.
                                         NO communication was sent to ALA when he was brought to ALA on 6/30.
                                         DI VanTassel called JDC and they stated he had scraped his wrist the
                                         previous night.  Andre stated to LT Barclay that he had done this with
                                         a knife.  A few minutes later he stated he had scraped his wrist with
                                         his fingernails to CM  Hastings, DI VanTassel, LT Barclay and myself.
                                         I called and spoke with Chris McCusker/Shift Supervisor at JDC, he
                                         stated that he had scraped the skin off his wrist with his fingernails.
                                         JDC staff then had him clip his fingernails after incident.  I asked if
                                         MHMR/TYFS had been notified of incident and he stated no.DS


June 30, 1999      COLLATERAL CONTACT    by MICKEL POLK

                                         Resp was taken to ALA and stated complaning about arm pains and made
                                         another suicide outcry. TYFS was called to see resp. I called resps mth
                                         to advised her of the incident. I spoke to Captin K. and advised that I
                                         will hold resp until we staff him.mlp


July 1, 1999       DETENTION CONTACT     by MICKEL POLK

                                         Spoke to resp in JDC and advised that I felt that he was faking his
                                         symtoms to make staff think he was having heart problems. I advised that
                                         I along w/ other staff are through w/ him and if he is going to play
                                         games instead of following his prob, he can go to BC or TYC. He wants to
                                         go to ALA now. I advised that I will recommend BC.mlp


July 2, 1999       DETENTION CONTACT     by MICKEL POLK

                                         Met w/ resp in JDC he stated that he wanted to try ALA again I advised
                                         that it was not an option. I advised that I will start the paper work
                                         for resp. He still wants to dictate  his prob conditions. I told resp
                                         that he has a choice he can execpt the fact that he is going to Bootcamp
                                         of fight it and have a hard time.mlp


                   9650                                                                          03006

AT009656

GRAYSON COUNTY DEPARTMENT OF JUVENILE SERVICES
Chronological Notes
05/22/1999 - 06/25/1999

3

THOMAS, ANDRE                    Race: B    Sex: M    DOB: ▇▇▇▇▇                                    PID:    2020

| June 7, 1999 | SCHOOL VISIT | by MICKEL POLK |
|---|---|---|

Resp was at school this date he still needs a yellow shirt. I spoke to
Mr. Carter again and he stated that he will get a couple.mlp

| June 8, 1999 | HOME VISIT | by MICKEL POLK |
|---|---|---|

Resp was not at school this date. While in route to resp's home I saw
his mth walking. I stopped and spoke to her about resp not being at
school. She stated that she spoke to resp this morning by phone he told
her that he stayed at his brothers bcz he was sick. I advised that he is
suppose to call this dept and advise any time that he is absent but he
did'nt. this is another " VIOLATION".
Rec'd memo from the ALA advising that resp has missed on May, 26th & 27
th as well which are both violations.mlp

| June 9, 1999 | COLLATERAL CONTACT | by MICKEL POLK |
|---|---|---|

Spoke to SGT walker he advised that resp called to advise that he is
still having chest and arm pains. Resp was advised that he needed to be
at school.

Phone call from resp to advise that he will not be here. I advised resp
that he will need a Dr's note to return to class. He stated that he may
me going to move to Oklahoma. He stated that his mth was wanting to move
up there soon. I advised that I need to talk to his mth about this.mlp

| June 16, 1999 | PHONE CALL | by MICKEL POLK |
|---|---|---|

Resp called to say that he is still moving to Okla. I advised that there
is a directive issued on him. I advised that he turn himself in. He said
that he will I asked when? He stated today. I told him that he knew and
that it could make things better for himself if he turned him self in.
mlp

| June 18, 1999 | HOME VISIT | by MICKEL POLK |
|---|---|---|

Went by resp's home his bro James came out and said that resp was not
there he said that resp was a fugitive. He went on to say that he is
set on staying out until his child is born. I advised that resp needed
to turn himself in.mlp

End of report...

9651                                                           ∩3∩∩7

AT009657

GRAYSON COUNTY DEPARTMENT OF JUVENILE SERVICES
Chronological Notes
05/22/1999 - 06/25/1999

2

THOMAS, ANDRE          Race: B    Sex: M    DOB: ███████          PID:    2020

May 25, 1999        OFFICE VISIT         by MICKEL POLK

Met w/ resp after school. He was shocked in but stated that this was not
the place for him. He stated that all he needed to do was go to school
in the summer and work the rest of the year. I advised resp that he
can't have it the way he wants it. He will have to go through the ALA
for 60 good days. I advised resp that when he got expelled he was sent
here. All he has to do is work his way out. Resp was given the chance
to write down the things that he thinks that will help him. He wrote
that he needed anger management and other counseling. I told resp that
I will call and get thing counseling set up for him tomorrow. I asked if
he will be here he stated yes. Resp was advised that this day was over
and he needed to come in tomorrow and go to classes..mlp

May 26, 1999        STANDARD NOTE         by MICKEL POLK

Resp was not at school this date nor did he call in.
A directive was issued on resp.mlp

May 27, 1999        PARENT CONTACT         by MICKEL POLK

Resp's mth called to advise that resp was not at home and he did'nt come
home last night. She stated that he might be at his girlfriends house.
She gave me the phone # I called resp and advised that he needs to be at
school. He stated that he did;nt have a yellow shirt. I told resp that
The dept will get him a shirt. Resp stated that he did not have a ride.
I told him that I will cime get him. He was brought to school and turn
over to the ALA. DD.CH was w/ he while he was being transported.
After resp was released from school he was detained and placed in the
JDC. Team 3 staffed resp and it was agreed that resp will be released
and ordered to start back on 06/07/99.mlp

May 28, 1999        PARENT CONTACT         by MICKEL POLK

Went by resps home and advised Ms Thomas that she can come and get resp
at 3:30 this date. I advised that resp will have to reschedule taps and
be at school monday 06/07/99. she stated that he will be their.

Resp was releraed from JDC at approx 4:15pm. I gave resp a CSR calander
and advised that he needed to attend all dates set up for him.mlp

June 3, 1999        HOME VISIT         by MICKEL POLK

Met w/ resp at his bros appt. He stated that he was suppose to meet his
mother there. I advised resp to be sure and call Taps and let them know
to come pick him up on monday. Resp did not report on tuesday and I told
him that he needed to be there every week.mlp

9652

03008

AT009658

# Exhibit 111

## Petition for Hearing to Modify Disposition

CAUSE NO. 5953

| IN THE MATTER OF: | )( | IN THE 15TH DISTRICT COURT |
|---|---|---|
| | )( | OF GRAYSON COUNTY, TEXAS |
| ANDRE THOMAS | )( | SITTING AS A JUVENILE COURT |

## PETITION FOR HEARING TO MODIFY DISPOSITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, on this the 26th day of July, 1999, Mark Teague, Assistant County Attorney of Grayson County, Texas, on behalf of the State of Texas, herein-after called the Petitioner, and would show the Court that heretofore, on the 18th day of May, A.D. 1999, ANDRE THOMAS hereinafter called the Probationer, was declared to have engaged in delinquent conduct in the above numbered and styled cause and was placed on probation under the reasonable and lawful terms and conditions of probation determined by the Court, for a period of one (1) year from that date, that the order placing the said Probationer on probation imposed certain terms and conditions on said Probationer which had to be complied with, or the said probation heretofore granted would be set aside.

That the reasonable and lawful terms and conditions of said probation, among other things provided:

14. Report to a Juvenile Probation Officer in person once a week between the hours of 3:00 p.m. - 4:45 p.m at the Grayson County Courthouse, 100 W. Houston, Suite A1-1, Sherman, TX 75090.

22. You are to attend school at the Alternative Learning Academy thru the Department of Juvenile Services, 86 Dyess, Denison, Texas, everyday that school is in session for a period of 60 GOOD day or until otherwise directed by the Department of Juvenile Services or the school district in which you reside.

23. You are to follow all school rules and regulations of the Alternative Learning Academy thru the Department of Juvenile Services. You are to notify this department by 8:30 am on any day you are going to be absent.

That the said Probationer commit no offense against the laws of the State of Texas or of any of its subdivision or of any other state or of its subdivisions or the United States of America.

9727

03097

Petition for Hearing to Modify Disposition
Page 2   Cause No. 5953

Your Petitioner would show the Court that he has good reason to believe and does believe, and charges that the said Probationer herein has violated the reasonable and lawful conditions of his probation at a time when said probation was in full force and effect, in this, to-wit:

## COUNT I

Respondent failed to comply with condition 14 of probation in that he failed to report on May 3,10, 17, 24, 31, June 8, 15, 22, 29 and July 6,1999.

## COUNT II

Respondent failed to comply with condition 22 of probation in that he failed to not attend school June 8, 9, 10, 11, 14, 15, 16, 17, 18, 21, 22, 23, 24, 25, 28, 29, 30 and July 6,7, 8, 9, 12, 13, 14, 15, 16, 19 & 20 1999.

## COUNT III

Respondent failed to comply with condition 23 of probation in that he failed notify this department on June 8, 9, 10, 11, 14, 15, 16, 17, 18, 21, 22, 23, 24, 25, 28, 29, 30 and July 6,7, 8, 9, 12, 13, 14, 15, 16, 19 & 20 1999, that he would not be attending Alternative Learning Academy.

Movant therefore requests that:

1. this case be set down for a hearing to modify disposition;

2. reasonable notice of the hearing be given to all parties;

3. the child be found to have violated a reasonable and lawful order of the Court as aforesaid;

4. the child be placed in custody of the Department of Juvenile Services Boot Camp.

Assistant County Attorney

03098

9728

# Exhibit 112

## Order Modifying Disposition

## ORDER MODIFYING DISPOSITION

**BE IT REMEMBERED** on the 29th day of July, 1999, the child, Andre Thomas, in person and represented by Mike Dunn, attorney, appreared in court for a modification of disposition hearing.

**IT WAS ORDERED, ADJUDGED, AND DECREED** that **ANDRE THOMAS** was to be placed in the custody of the Grayson County Department of Juvenile Services Boot Camp for a period of 90 GOOD days or until further order of the Court, with conditions of Probation made a part of that Order for all purposes.

**THE COURT NOW FINDS** that the child, **ANDRE THOMAS**, is medically disqualified from participation in the Grayson County Department of Juvenile Services Boot Camp.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that **ANDRE THOMAS** is hereby placed in the custody of his legal guardian, Rochelle Thomas, for a period of _____ months or until further orders of the Court, with conditions of Probation attached hereto and made a part of the Order for all purposes.

The Court finds that ANDRE THOMAS has the following educational needs:

The disposition ordered herein addresses _____ educational needs in the following manner: Respanded enroll in the Education Plus GED program and attend classes Monday — Friday from 8:Am til 12: p.m.

The Court finds _____ is the person responsible for supporting . After notice, _____ was given a reasonable opportunity to be heard concerning her ability to pay a monthly probaiaon fee of _____ for the _____ months ANDRE THOMAS is on probaiton. The court finds _____ is able to pay a monthly probaiton fee of ___ . It is hereby ordered that ____ make monthly probaiton fee payments in the amount of ___ to Grayson County Juvneile Probation Department for _ months beginning_____.

The Respondent an parties were informed in open Court of the right to appeal pursuant to chapter 56, Texas family code.

SIGNED this the ____ day of ___

10381

_____
Judge presiding

03772

AT010402

# Exhibit 113

## Wilson N. Jones Medical Records for an allergic reaction

90

15                                                                        15

## WNJ Wilson N. Jones
### MEDICAL CENTER

D

**REGISTRATION RECORD**

| PATIENT ACCOUNT NO. | PAT TYPE | SOURCE | PRE. | | PRIOR ADMIT DATE | ROOM | MEDICAL RECORD# |
|---|---|---|---|---|---|---|---|
| | ER | | | | 10/13/01 | | |

| FC | ADMIT DATE / TIME | BIRTHDATE | AGE | SEX | MAR. | RACE | TYPE | RELIG. | ADMITTING PHYSICIAN / CODE | NEWS | SERV |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 11/7/01 19:44 | | 18 | M | | B | | CHR | | N | |

| PATIENT NAME AND ADDRESS | SSN/PHONE/COUNTY | PT. EMP NAME AND ADDRESS | WORK PHONE / EMP. |
|---|---|---|---|
| THOMAS, ANDRE LEE | | CITY OF SHERMAN | |
| | | LAMAR | CEMETARY |
| SHERMAN, TX 75092 | GRAYSON | SHERMAN, TX 75092 | |

| GUARANTOR NAME AND ADDRESS | SSN/PHONE/REL. | GUAR. EMP NAME AND ADDRESS | WORK PHONE / EMP. C |
|---|---|---|---|
| | | CITY OF SHERMAN | |
| | | LAMAR | CEMETAR |
| SHERMAN, TX 75092 | S | SHERMAN, TX 75092 | |

| SPOUSE / PARENT NAME AND ADDRESS | SSN/PHN SPOUSE'S / PARENT'S EMPLOYMENT INFORMA |
|---|---|
| THOMAS, LAURA | CHURCH'S CHICKEN  903 892-1 |
| | LAMAR                          CL |
| SHERMAN, TX 75092 | SHERMAN, TX 75090 |

| EMERGENCY CONTACT NAME AND ADDRESS | PHONE/REL | M I | FAMILY PHYSICIAN | CHURCH | ACCIDENT CODE / DATE / TIME |
|---|---|---|---|---|---|
| ROCHELLE THOMAS | | | | | |
| | | N S C | RESISTANT ORGANISM | PRIOR HOSP NO. 13 | ADM. VECHL | COURTESY | ADM |
| SHERMAN, TX 75092 | | | | 0012746760 | | | A. |

| INS. NAME / GROUP NAME | CERT. NO. / GROUP NO. | SUB. NAME / INS. ADDRESS | ALT. NO. / INS. CSZ |
|---|---|---|---|

ADMITTING COMPLAINT:

| COMMENTS | ATTENDING PHYSICIAN  *Rankin* |
|---|---|
| AB, NOINS; EOC | WAYNE L. BELL, M.D. |
| UNABLE TO PAY | DISCHARGE DATE & TIME |

**Insurance Assignment**
I authorize payment directly to Wilson N. Jones Medical Center and **physician(s)** which accept this assignment of hospital and medical benefits, otherwise payable to me. I understand that I will be responsible for any balance. I understand that I may receive a bill from the following: Pathologists, Radiologists, Emergency Physician, Anesthesiologists, EEG, ECG, or EKG interpreters, surgeons, or consultants.

**Medicare/Medicaid Assignment - Important Message From Medicare - Important Message From Champus**
I certify that the information given to me in applying for payment under Title XVIII or XIX of the Social Security Act is correct and I request that said payment of authorized benefits be made in my behalf. If Medicare, I have received AN IMPORTANT MESSAGE FROM MEDICARE. If Champus, I have received AN IMPORTANT MESSAGE FROM CHAMPUS.

**Release of Information**
I authorize the hospital to release such medical information as necessary when requested by insurance companies, worker's compensation carrie the patient's or responsible party's employer, representatives of government agencies, or the other entities, medical facility/physician for continuin care or other entities as may be necessary.

**Valuables**
I understand that the hospital is not responsible for damage, theft, or loss of my personal property. I have been informed that items such as necessary eyeglasses, jewelry and other valuables should be sent home or deposited with the hospital for safekeeping. I understand lost and found articles not claimed in sixty (60) days will be disposed of.

04359

| PATIENT SIGNATURE | DATE  11/7/01 | WITNESS / CLERK  *Dinna Cuella* |
|---|---|---|
| SIGNING FOR PATIENT | DATE | RELATIONSHIP TO PATIENT |

AT001500

© 1995-98 T-System, Inc.  Circle positives, check normals, backslash (\) negatives.

44          Wilson N. Jones Medical Center
       EMERGENCY PHYSICIAN RECORD
             Allergy Symptoms    (5)

TIME SEEN: _2:00?_   ROOM: _i__   __ EMS Arrival
HISTORIAN: _patient_  _spouse  _paramedics_____
_HX / _EXAM LIMITED BY: _____

ROS
EYES
__eye problems_____

_____
_____ / numbness

**HPI**
**chief complaint:**  (face / throat swelling)  (skin rash / itching)
        (trouble breathing)  dizziness / fainting

**started:** _30 min PTA_      __continues in E.D.
                                __gone now __better
                                __intermittent
                                __worse

**current symptoms:**
_SKIN-IMMUNE_
(skin rash / itching)
  • facial  trunk  extremities  (diffuse)
  • "redness" (hives)
__swelling
  • face  lip(s)  tongue  (throat)  hands  feet  diffuse
_trouble breathing
_trouble swallowing
__dizziness / fainting

**identified cause?** (no)  __yes  __possibly
**When?** __just prior to symptom onset
**Exposure**
    Medication       Food          Other
    antibiotic       shellfish      bee/wasp sting
    aspirin          nuts           ant bite
    NSAID            soybeans       poison ivy/oak
    ACE inhibitor    eggs
    other
    _____  _____  _____
    _____  _____  _____

_Location-_  __home  __work  __other _____

**paramedic assessment:**  BP_____  HR____  RR____
__n/a

**treatment prior to arrival:** (none)  __see EMS record
__epinephrine  __steroids  __benadryl ___mg PO / IM / IV
__IV fluids_____

_Similar symptoms previously_ _1/month_

**1536**

__Recently seen/treated by doctor _____
_____
_____

*ENT- RESP*
__sore throat_____
__cough_____
    sputum_____

*CONST  M/S*
__fever_____
__chills_____
__joint pains_____

*CYS*
__chest pain_____
__racing heart_____

*GI*
__abdominal pain_____
__vomiting_____
__diarrhea_____
__black/bloody stools_____

*GU*
__frequent urination_____
__pain on urination_____

☑all systems neg. except as marked

*PAST HISTORY*  (negative)
_prior allergic reaction_____
    anaphylaxis  (hives)_____
__idiopathic hives_____
__asthma_____
__hayfever_____
__high blood pressure_____
__diabetes  insulin / oral / diet _____
__heart disease_____
__other problems_____

Medications  __none  _see nurses note
__ASA  __ibuprofen  __acetaminophen

Allergies  __NKDA
_see nurses note

_0436i1_

SOCIAL HX  smoker_____  drugs_____
alcohol (recent / heavy / occasional)_____

FAMILY HX

FORM: GR&N 015  9/00

AT001501

☑ Nursing Assessment Reviewed.    ☑ BP, HR, RR, Temp reviewed.

**PHYSICAL EXAM**  __Alert __Anxious __IV
*Distress:* __NAD __mild ✓moderate __severe

**HEENT**
✓ENT nml inspectn    __angioedema_____
__pharynx nml    __facial (see diagram)
✓voice nml    __tongue __uvula __pharynx

__hoarse voice_____
__scleral icterus / pale conjunctivae__
__abnml TM / hearing deficit_____

**SKIN**
__no rash    __cyanotic / diaphoretic / pallid_____
__normal color    (skin rash) erythema
✓warm, dry    (urticaria) scaling  eczematous  erythematous
    excoriated  macular  popular  fine  patchy
    generalized  facial  neck  trunk  arms  legs

**EXTREMITIES**
__non-tender    __edema   hands/arms/legs/pedal_____
__normal ROM
__no edema

**NECK**
__nml inspection    __meningismus_____
    __lymphadenopathy_____
    __thyromegaly_____

**RESPIRATORY**
__no resp. distress    (respiratory distress) Mild
__breath sounds nml    __stridor_____
    __accesory muscle use_____
    __decreased air entry_____
    __wheezing_____
    __rales_____

**CVS**
__reg. rate, rhythm    __tachycardia / bradycardia_____
✓heart snds normal    __murmur / gallop_____
    __decreased pulse(s)_____

**ABDOMEN**
__non-tender    __tenderness_____
__no organomegaly    __hepatomegaly / splenomegaly_____

**1537**

**NEURO/PSYCH**
__oriented x3    __disoriented to person / place / time____
__mood/affct nml    __depressed affect_____
__CN's nml as tested    __facial droop/EOM palsy/anisocoria____
__no motor/sensry deficit    __weakness / sensory loss_____

Allergy Symptoms-44

---

**LABS, XRAYS, EKG:**

**EKG MONITOR STRIP** __NSR __abnml_____

*EKG* __NML   ☐Interp, by me.  ☐Reviewed by me __NSR
__NSR __nml intervals __nml axis __nml QRS __nml ST/T

not / changed from:_____

*CXR* ☐Interp. by me  ☐Reviewed by me  ☐Discsd w/radiologist
__nml/NAD __no infiltrates __nml heart size __nml mediastinm

not / changed from:_____

| CBC | Chemistries | | Pulse |
|---|---|---|---|
| normal except | normal except | CK_____ | Oximetry |
| WBC_____ | Na_____ | CKMB_____ | |
| Hgb_____ | K_____ | PT_____ | _____% |
| Hct_____ | Cl_____ | INR_____ | SAT |
| Platelets_____ | BiCarb_____ | PTT_____ | __RA |
| segs_____ | Gap_____ | | __O2 |
| bands_____ | Gluc_____ | | ___L/min |
| lymphs_____ | BUN_____ | | ___% |
| monos_____ | Creat_____ | | |
| eos_____ | | | |

Pulse Ox _____% on RA/___L / ___% at (time)_____

**TREATMENT SUMMARY**  ☐see chart for medication record
__oxygen / IV fluids / diphenhydramine / epinephrine _____
__methylprednisolone / prednisolone / prednisone _____
__cimetadine / ranitidine / nebulized albuterol_____

Time 2(10   __unchanged ✓improved ✓resolved __re-examined

__Discussed with Dr._____
*will see patient in: office / ED / hospital*
__Counseled patient/family regarding:
*lab results   diagnosis   need for follow-up*
Rx given   Admit orders written

__ CRIT CARE- 30-74 min
   75-104 min _____ min
__ Prior records ordered
   Additional history from:
   *family caretaker paramedics*

# CLINICAL IMPRESSION:

Allergic Reaction - acute    Anaphylaxis - acute
to:    Shock  *persistent  resolved*
(Urticaria Rash - acute)    Laryngeal Edema - acute
Angioedema - acute    Airway Obstruction - acute
Respiratory Distress - acute    Bronchospasm / Asthma
    Syncope    04361

DISPOSITION-   ☑home ☐admitted ☐transferred
CONDITION-   ☐unchanged ☑improved ☐stable

_____ PA

_____ MD / DO

ROBERT RANKINS, MD

AT001502

# WNJ
## Wilson N. Jones
### MEDICAL CENTER

## EMERGENCY DEPARTMENT RECORD

0013033162
BELL, W
THOMAS, ANDRE LEE          032561
12/17/01 @ [redacted]      18

**PATIENT IDENTIFICATION**

| DATE 11/7/01 | TRIAGE TIME 1955 | LEVEL 4 |

**PATIENT NAME** Thomas, Andre    DOB [redacted]    AGE 18

**CHIEF COMPLAINT** Allergic reaction

**ONSET OF SYMPTOMS/MECHANISM OF INJURY** Onset @ 1900. Wheezing itching Rash

**LAST TETANUS:** | **PREGNANT** ☐ Yes ☐ No
WD    Grav___  Para___
AB___  LMP___

HT 5'10"   WT 155  ☐ ACT ☐ EST

**ALLERGIES** ☐ NKA  Claritin

CIRCUMFERENCE OF HEAD (Age 2 & Under) ___ cm

**CURRENT MEDICATIONS**
☐ None ☐ See Med List: Attached

## TRIAGE RECORD

**AIRWAY**
☑ Patent
☐ Other

**BREATHING**
☑ Normal
☐ Labor
☑ Audible Wheeze
☐ Other

**CIRCULATION**
Skin:
☐ Dry
☐ Moist
CAP-REFILL
☐ < 3 sec.
☐ > 3 sec.
☐ N/A
Color:
☑ Pink/Brown
☐ Cyanotic
☐ Pale
☐ Jaundice
☐ Other

**NEURO**
☑ Alert
☐ Calm
☐ Confused
☐ Coherent
☐ Anxious
☐ Hostile
☐ Other

## DATABASE

**HISTORY/SCREENING**
☑ None Significant
☐ Pulmonary
☐ Hypertension
☐ Alcoholism
☐ Smokes PPD___
☐ Asthma
☐ TB
☐ Hearing/Speech Impairment
☐ Growth & Development WNL
☐ Language Barrier

☐ Abuse/Neglect
☐ Heart
☐ Diabetes
☐ Seizures
☐ Drug Abuse
☐ Glaucoma
☐ Blind

**TREATMENT PTA**
☐ C-Collar        ☐ N/A
☐ Backboard      ☐ CPR
☐ Ice              ☐ I.V.
☐ Oxygen

**VISUAL ACUITY**
R ___
L ___
Vision-Corrected ☐ No ☐ Yes

**SOURCE OF INFO:** ☑ PT ☐ Parent
☐ Other: ___

**MODE OF ARRIVAL:** ☑ Walk ☐ Carried ☐ Wheelchair ☐ Stretcher
Brought By: Friends

**POSTURALS (B/P & P)**
Lying ___  Sitting ___  Standing ___    TIME ☐ N/A

**NURSES SIGNATURE**
X ___

**PRIVATE PHYSICIAN** None | **TIME NOTIFIED** |

| ON CALL | TIME NOTIFIED | EMERGENCY PHYSICIAN | TIME NOTIFIED |

**REQUEST EMERGENCY PHYSICIAN** ☐ Yes ☐ No

**TRIAGE/NURSING INTERVENTION**
☑ None ☐ Ice ☐ Dressing ☐ Other: ___    **TIME TO TX AREA** 2000

## VITAL SIGNS

| TIME ⇨ | 1955 | 2110 | | | | | |
|---|---|---|---|---|---|---|---|
| BP | 63/59 | 117/60 | | | | | |
| PULSE | 126 | 98 | | | | | |
| RESP | 24 | 20 | | | | | |
| TEMP | 98.3 | | | | | | |
| O2 SAT / O2 | 90% | 98 @ 2L | | | | | |
| PAIN | 2 | 0 | | | | | |
| GCS | | | | | | | |
| RTS | | | | | | | 04362 |
| PUPIL SIZE R / L | | | | | | | |
| PUPIL RN R / L | | | | | | | |
| INITIALS | NLB | | | | | | |

**NO PAIN** 😊0 😊2 😐4 😕6 😣8 😫10 **WORST PAIN**

| 0 | 1 | 2 3 | 4 5 | 6 7 | 8 | 9 10 |
|---|---|---|---|---|---|---|
| No Pain | Mild Pain | Moderate Pain | Severe Pain | Very Severe | | Worst Possible |

**PUPIL SIZE (MM)** P 2 3 4 5 6 7 8 9
P = Pinpoint ● ● ● ● ● ● ● ● ●

**PUPIL REACTION**
B = Brisk
S = Sluggish
N = Non Reactive
U = Unable to tes*

| OPENING | | VERBAL | ADULT | | INFANT/CHILD | |
|---|---|---|---|---|---|---|
| Spontaneously | 4 | | Oriented | 5 | Coos/Babbles | 5 |
| To Speech | 3 | | Confused | 4 | Irritable/Cries, Consolable | 4 |
| To Pain | 2 | | Inappropriate | 3 | Cries to Pain | 3 |
| None | 1 | | Incomprehensible | 2 | Moans to Pain | 2 |
| | | | None | 1 | None | 1 |
| | | MOTOR | ADULT | | INFANT/CHILD | |
| | | | Obeys Commands | 6 | Spontaneous Movements | 6 |
| | | | Localizes | 5 | Withdraws to Touch | 5 |
| | | | Withdraws | 4 | Withdraws to Pain | 4 |
| | | | Flexion | 3 | Flexion | 3 |
| | | | Extension | 2 | Extension | 2 |
| | | | None | 1 | None | 1 |

**SIGNATURE** | **INIT** NLB

| INTAKE | | | | | | |
|---|---|---|---|---|---|---|
| TIME | # IV | SITE | GAUGE | FLUID TYPE | VOLUME TO BE INFUSED | TOTAL VOLUME GIVEN | INITIALS |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| OUTPUT | | | |
|---|---|---|---|
| TIME | TYPE | VOLUME | INITIALS |
| | | | |
| | | | |
| | | | |
| | | | |

| DATE | TIME | NURSING NOTES |
|---|---|---|
| | 2035 | Moved from Rm 15 → 4  O₂ 2L/min NK Monitor |
| Cont BiPAP med | | BDR ctm  no S/S of respir distress  S₂O₂ 92% on O₂ @ 2L/min  feels better  no other Sx other than that since he left work |
| | 2055 | Rest eyes closed & no distress |
| | 2110 | Fresh @ Bedside no distress L/S clear |
| | 2123 | SR on monitor. Respirations regular & unlabored. Pt says "I feel much better now." Reviewed discharge instructions & gave MD's prescription. |

04363

| DISPOSITION |
|---|
| DISCHARGE: ☒ Home  ☐ AWOL  ☐ AMA  ☐ Morgue  ☐ Other: _____  Date: 11/7/01  Time: 2123 |
| MODE: ☒ Ambulatory  ☐ Crutches  ☐ Wheelchair  ☐ Stretcher  Accompanied By: friend |
| INSTRUCTIONS: ☒ Written  ☐ Verbal  ☒ Rx Given  ☐ Via Interpreter: _____  ☒ Verbalized Understanding |
| ADMIT TO: _____ 1539 _____ Report by: ☐ FAX  ☐ Phone  ☐ Written To: _____  Date: _____  Time: _____ |
| MODE: ☐ Wheelchair  ☐ Stretcher  ☐ Monitor  ☐ IV  ☐ C2  ☐ Valuables Done  Time to Floor: _____ |
| NOTIFICATION: ☐ Family  ☐ Police  ☐ Other: _____  Date: _____  Time: _____ |

_____
Notification Signature

X _____
Referral / Discharge / Admit Signature

AT001504

Emergency Department
PHYSICIAN ORDER SHEET

DATE _____

| PHYSICIAN ORDER SHEET | ORDERS COMPLETED | |
|---|---|---|
| TIME | TIME | INITIALS |
| 2010 ① Prednisone 60 mg PO | 25 | |
| ② Albtrl 2.5 + Atrovt (nopreb) | 2.D | |
| ③ Epi 0.3 mg of 1:1000 SC | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**LABS**
- ☐ CBC
- ☐ GLUCOSE
- ☐ CPK
- ☐ CKMB
- ☐ ABG
- ☐ TROPONIN
- ☐ LYTES PANEL
- ☐ COMP PANEL
- ☐ LIVER PANEL
- ☐ RENAL PANEL
- ☐ BASIC MET PANEL
- ☐ TROPONIN
- ☐ HCO3
- ☐ CULTURE
- ☐ WET PREP
- ☐ QUANT HCG
- ☐ SERUM HCG
- ☐ UA
- ☐ UCG
- ☐ PT (INR) PTT
- ☐ AMYLASE
- ☐ LIPASE
- ☐ _____

- ☐ EKG

**X-RAYS**
- ☐ CXR (flat & upright)
- ☐ KUB
- ☐ ABD. SERIES (Flat, Upright plus PA chest)
- ☐ C SPINE
- ☐ LS SPINE
- ☐ T SPINE
- ☐ _____
- ☐ _____

**INITATE STANDING ORDERS**
- ☐ ASTHMA
- ☐ CHEST PAIN
- ☐ MAJOR TRAUMA
- ☐ INFECTIOUS DISEASE
- ☐ EYE-CHEMICAL TRAUMA
- ☐ LOW ABD PAIN - FEMALE
- ☐ PEDI FEVER CONTROL
- ☐ MINOR TRAUMA-WOUND CARE
- ☐ SUTURE REMOVAL
- ☐ _____

NURSE   D. Montgomery RN

CLINICAL IMPRESSION   _____
_____

PHYSICIAN

☑ TEMPLATE

☐ NO TEMPLATE

☐ DICTATED

☐ EXTENSION

FORM # ED-022   REV 8/2001

04364

WILSON N. JONES MEDICAL CENTER
EMERGENCY DEPARTMENT

PATIENT DISCHARGE INSTRUCTIONS



The examination and treatment received in the Emergency Department is on an emergency basis and not intended to substitute for complete medical care and final diagnosis. You are urged to carefully follow the instructions given to you and follow up with your private physician. IF YOU HAVE QUESTIONS OR YOUR CONDITION WORSENS AND YOUR PRIVATE PHYSICIAN CANNOT BE REACHED, YOU MAY CALL OR RETURN TO THE EMERGENCY DEPARTMENT AS NECESSARY.

**INSTRUCTION SHEET GIVEN:**

- ☐ Animal Bites
- ☐ Animal Control Notified
- ☐ Antibiotics
- ☐ Appendicitis
- ☐ Asthma
- ☐ Back pain, low
- ☐ Bladder infection, female
- ☐ Bone fracture
- ☐ Bronchiolitis
- ☐ Bronchitis, acute
- ☐ Burns
- ☐ Cellulitis
- ☐ Cervicitis
- ☐ Chlamydia Infection
- ☐ COPD
- ☐ Cold, common
- ☐ Conjunctivitis
- ☐ Corneal abrasion/ulcer

- ☐ County Health Department
- ☐ Crisis Center Referral
- ☐ Croup
- ☐ Dehydration
- ☐ Diarrhea, acute
- ☐ Dysmenorrhea
- ☐ Ear Infection, middle
- ☐ Ear Infection, outer
- ☐ Fever, how to reduce
- ☐ Fever of unknown origin
- ☐ Gallstones
- ☐ Gastroenteritis
- ☐ Head Injury
- ☐ Headache, migraine
- ☐ Headache, tension
- ☐ Hives
- ☐ Home Health Referral
- ☐ Influenza

- ☐ Insect bites/stings
- ☐ Kidney stones
- ☐ Lacerations
- ☐ Low back, care
- ☐ Menorrhagia
- ☐ Nosebleed
- ☐ Pain Medication
- ☐ Pharyngitis
- ☐ Physician referral
- ☐ STDs
- ☐ Sinus infection
- ☐ Social Services Referral
- ☐ Sprains & Strains
- ☐ Strep Throat
- ☐ Suture/staple
- ☐ Tonsillitis
- ☐ Uterine bleeding, dysfunctional

**SPECIFIC INSTRUCTIONS**

☐ You need to see your doctor in _____ days for follow-up.
 Let us know if you don't have a doctor and we will give you the name and phone number of one who will follow your progress.

☐ Follow up unnecessary for this visit.

_Take meds as directed_
_Follow up with Dr. Khazami_

☐ **SPECIFIC DISCHARGE TEACHING**           ☐ DEMONSTRATED UNDERSTANDING
1. _____
2. _____
3. _____

I have explained these instructions to the patient or responsible party.

I hereby acknowledge receipt of instructions and do understand them.

Signature of Nurse

**1541**

Signature of Physician                         Signature of Patient or Responsible Party

04365

Form ED-037 (Rev. 05/01)

AT001506

0013033162
BELL,W
THOMAS,ANDRE LEE                032561
11/07/01 N                      16

## Wilson N. Jones Medical Center

## GENERAL CONSENT FORM

1. I hereby request admission to this facility and authorize my attending physician, and any and all other attending physicians and surgeons, including radiologists, emergency physicians, pathologists and anesthesiologists, to order or administer any treatments, procedures, tests, examinations or other services of a routine medical or surgical nature, or to order any hospital services which he/she or they may deem necessary or advisable in the diagnosis and treatment of my health or physical condition.

2. I understand that the physicians, surgeons, and/or Physician Assistants who may treat my condition are not employees of this hospital, but are independent physicians who have been selected by my agents or me. I understand that these physicians are independent physicians engaged in the private practice of medicine who are authorized to use the facilities of Wilson N. Jones Medical Center while treating me for my medical condition. The physician may be one selected by me, my agents, or the physician consulting with my attending physician, performing tests ordered by attending physician, such as a radiologist, anesthesiologist, cardiologist, or other specialist. I also understand that the emergency room physicians and physician assistants are also not employees of Wilson N. Jones Medical Center, but are private physicians or physician assistants who are treating me until my own physician has time to arrive or until my agents select an attending physician. This Medical Center is not responsible for recommending my treating physicians and I have not relied upon a hospital representative in selecting my independent physician.

3. I authorize Wilson N. Jones Medical Center, its employees and agents to perform nursing care, diagnostic procedures and medical treatment requested by my attending physician or his/her assistant. I understand this may include, but is not limited to diagnostic x-ray procedures, venipunctures for laboratory, and intravenous procedures.

4. I understand that this Medical Center serves as a clinical training site for a number of accredited Health Professions students including, but not limited to, programs in Nursing, Paramedic, and Medical Technologist training. These are under the direct supervision of a qualified, licensed instructor or certified professional. During the course of my stay, these students may participate in my care.

5. I am aware that the practice of medicine and surgery is not an exact science and I acknowledge that no guarantees have been made to me as to the result of treatments or examinations in the Medical Center.

6. I hereby acknowledge that I have been provided materials about my rights to execute Advance Directives. I understand that I am not required to have an Advanced Directive in order to receive medical treatment at this health care facility. Advance directive data will not be available for outpatient services or procedures.

### I HAVE READ AND FULLY UNDERSTAND THE ABOVE

### PATIENT CONFIDENTIALITY DESIGNATION

[X] I wish to be registered as a standard confidentiality patient.

[ ] I wish to register as a strictest confidentiality patient. My presence will not be acknowledged other than my caregivers and those with a need-to-know. I will receive no mail, flowers, visitors or calls.

11/7/01  X  Andre Thomas

DATE/TIME    PATIENT'S SIGNATURE         PATIENT REPRESENTATIVE'S SIGNATURE

NJB

WITNESS         REASON PATIENT UNABLE TO SIGN      RELATIONSHIP TO PATIENT

04366

### TELEPHONE CONSENT

| TELEPHONE CONSENT FOR EMERGENCY TREATMENT | PH. NUMBER | PARTY ISSUING CONSENT | RELATIONSHIP | DATE & TIME |
|---|---|---|---|---|
| ( ) | | | | |
| CONSENT WITNESS: | | CONSENT WITNESS: | | |

COMMENTS:

AT001507