# Exhibit 114

## Wilson N. Jones Medical Records for an allergic reaction

. 84

## Wilson N. Jones
### MEDICAL CENTER
### REGISTRATION RECORD

| PATIENT ACCOUNT NO. | PAT TYPE | SOURCE | PRE. | | PRIOR ADMIT DATE | ROOM | MEDICAL RECORDS |
|---|---|---|---|---|---|---|---|
| | | | | | 05/15/01 | | |

| EC | ADMIT DATE / TIME | BIRTHDATE | AGE | SEX | MAR. | RACE | TYPE | RELIG. | ADMITTING PHYSICIAN / CODE | NEWS | SERVI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10/13/01 | | 18 | F | | B | | C.R. | | | |

PATIENT NAME AND ADDRESS
SHERMAN, TX 75092
SSN/PHONE/COUNTY.
GRAYSON

PT. EMP NAME AND ADDRESS
CITY OF SHERMAN
LAMAR
SHERMAN, TX 75092
WORK PHONE / EMP. C
CEMETARY

GUARANTOR NAME AND ADDRESS
SHERMAN, TX 75092
SSN/PHONE/REL

GUAR. EMP NAME AND ADDRESS
CITY OF SHERMAN
LAMAR
SHERMAN, TX 75092
WORK PHONE / EMP. CO
CEMETARY

SPOUSE / PARENT NAME AND ADDRESS
THOMAS, LAURA
SHERMAN, TX 75092
SSN/PHN SPOUSES / PARENT'S EMPLOYMENT INFORMA
CHURCH'S CHICKEN     903 892-7
LAMAR                          CLE
SHERMAN, TX 75090

EMERGENCY CONTACT NAME AND ADDRESS
THOMAS, LAURA
SHERMAN, TX 75090

| FAMILY PHYSICIAN | CHURCH | ACCIDENT CODE / DATE / TIME |
|---|---|---|
| RESISTANT ORGANISM | PRIOR HOSP. NO. | ADM. VEHL | COURTESY | ADM |
| | 0012450895 | | | |

INS. NAME / GROUP NAME | CERT. NO. / GROUP NO | SUB. NAME / INS. ADDRESS | ALT. NO. / INS. CSZ

ADMITTING COMPLAINT

COMMENTS

ATTENDING PHYSICIAN
WAYNE L. BELL, M.D.
DISCHARGE DATE & TIME

### Insurance Assignment
I authorize payment directly to Wilson N. Jones Medical Center and **physician(s)** which accept this assignment of hospital and medical benefits, otherwise payable to me.  I understand that I will be responsible for any balance.  I understand that I may receive a bill from the following: Pathologists, Radiologists, Emergency Physician, Anesthesiologists, EEG, ECG, or EKG interpreters, surgeons, or consultants.

### Medicare/Medicaid Assignment - Important Message From Medicare - Important Message From Champus
I certify that the information given to me in applying for payment under Title XVIII or XIX of the Social Security Act is correct and I request that said payment of authorized benefits be made in my behalf.  If Medicare, I have received AN IMPORTANT MESSAGE FROM MEDICARE.  If Champus, I have received AN IMPORTANT MESSAGE FROM CHAMPUS.

### Release of Information
I authorize the hospital to release such medical information as necessary when requested by insurance companies, worker's compensation carriers, patient's or responsible party's employer, representatives of government agencies, or the other entities, medical facility/physician for continuing or other entities as may be necessary.

1527

04351

### Valuables
I understand that the hospital is not responsible for damage, theft, or loss of my personal property.  I have been informed that items such as necessary eyeglasses, dentures, jewelry and other valuables should be sent home or deposited with the hospital for safekeeping.  I understand lost and found articles not claimed in sixty (60) days will be disposed of.

| PATIENT SIGNATURE | DATE 10-13-01 | WITNESS / CLERK 10-13-01 |
|---|---|---|
| SIGNING FOR PATIENT | DATE | RELATIONSHIP TO PATIENT |

AT001492



**WNJ**
**Wilson N. Jones**
MEDICAL CENTER

## EMERGENCY DEPARTMENT RECORD

| DATE 101301 | TRIAGE TIME 2353 | LEVEL 4 | PATIENT IDENTIFICATION |

PATIENT NAME _Thomas, Ander_   DOB ▮▮▮   AGE 18

CHEF COMPLAINT _Itching all over - "allergic_

ONSET OF SYMPTOMS/MECHANISM OF INJURY _reaction to simething." Wa_

_Party in friends home when_

_this started aprox 1 hr ago_

_no prior allergic reactions_

**PATIENT IDENTIFICATION** panel:
LAST TETANUS ___ PREGNANT ☐ Yes ☐ No   HT 5'10   WT 155
Grav ___ Para ___
AB ___ LMP ___

ALLERGIES _NKA Haridai_   CIRCUMFERENCE OF HEAD (Age 2 & Under) ___ cm

CURRENT MEDICATIONS
☒ None  ☐ See Med List Attached

### TRIAGE RECORD

**AIRWAY**
☐ Patent  ☐ Other

**BREATHING**
☐ Normal  ☐ Labor  ☐ Audible Wheeze  ☐ Other

**CIRCULATION**
Skin:
☐ Dry  ☐ Moist
Color:
☐ Pink/Brown  ☐ Cyanotic  ☐ Pale  ☐ Jaundice  ☐ Other
CAP REFILL
☐ < 3 sec.  ☐ > 3 sec.  ☐ N/A

**NEURO**
☐ Alert  ☐ Calm  ☐ Confused  ☐ Coherent  ☐ Anxious  ☐ Hostile  ☐ Other

_S Whitening arms_

**DATABASE**

**HISTORY/SCREENING**
☐ None Significant
☐ Pulmonary
☐ Hypertension
☐ Alcoholism
☐ Smokes PPD
☐ Asthma
☐ TB
☐ Hearing/Speech Impairment
☐ Growth & Development WNL
☐ Language Barrier

☐ Abuse/Neglect
☐ Heart
☐ Diabetes
☐ Seizures
☐ Drug Abuse
☐ Glaucoma
☐ Blind

**TREATMENT PTA**
☐ C-Collar  ☐ N/A
☐ Backboard  ☐ CPR
☐ Ice  ☐ I.V.
☐ Oxygen

**VISUAL ACUITY**
R ___
L ___
Vision Corrected ☐ No ☐ Yes

SOURCE OF INFO: ☒ PT  ☐ Parent
☐ Other: ___

POSTURALS (B/P & P)   TIME ☐ N/A
Lying ___  Sitting ___  Standing ___

MODE OF ARRIVAL ☐ Walk ☐ Carried ☐ Wheelchair ☐ Stretcher
Brought By: ___
NURSE'S SIGNATURE X ___

PRIVATE PHYSICIAN ___   TIME NOTIFIED ___   REQUEST EMERGENCY PHYSICIAN ☐ Yes ☐ No
ON CALL ___   TIME NOTIFIED ___   EMERGENCY PHYSICIAN ___   TIME NOTIFIED ___

TRIAGE/NURSING INTERVENTION
☐ None ☐ Ice ☐ Dressing ☐ Other: ___   TIME TO TX AREA 001

### VITAL SIGNS

| | | | | | | |
|---|---|---|---|---|---|---|
| TIME ⇨ | 2353 | | | | | |
| BP | 98/53 | | | | | |
| PULSE | 93 | | | | | |
| RESP | | | | | | |
| TEMP oral | 96.5 | | | | | |
| O2 SAT / O2 | 92% | | | | | |
| PAIN | 0 | | | | | |
| GCS | | | | | | |
| RTS | | | | | | |
| PUPIL SIZE R / L | | | | | | |
| PUPIL RN R / L | | | | | | 04352 |
| INITIALS | | | | | | |

**NO PAIN** 😊 0  😊 2  😐 4  😟 6  ☹ 8  😣 10 **WORST PAIN**

| 0 | 2 | 4 | 6 | 8 | 10 |
| No Pain | Mild Pain | Moderate Pain | Severe Pain | Very Severe | Worst Possible |

SIGNATURE ___   INIT ___

1528

**PUPIL SIZE (MM)**  P 2 3 4 5 6 7 8 9   P= Pinpoint • • ● ● ● ● ● ● ●

**PUPIL REACTION**
B = Brisk
S = Sluggish
N = Non Reactive
U = Unable to test*

**OPENING**
VERBAL
ADULT
Oriented ............... 5
Confused .............. 4
Inappropriate ......... 3
Incomprehensible ..... 2
None .................. 1

Spontaneously ..... 4
To Speech ......... 3
To Pain ........... 2
None .............. 1

INFANT/CHILD
Coos/Babbles ........... 5
Irritable/Cries, Consolable 4
Cries to Pain .......... 3
Moans to Pain .......... 2
None ................... 1

MOTOR
ADULT
Obeys Commands ..... 6
Localizes .......... 5
Withdraws .......... 4
Flexion ............ 3
Extension .......... 2

INFANT/CHILD
Spontaneous Movements ... 6
Withdraws to Touch ...... 5
Withdraws to Pain ....... 4
Flexion ................. 3
Extension ............... 2

A1001493

| INTAKE | | | | | | | | OUTPUT | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TIME | # IV | SITE | GAUGE | FLUID TYPE | VOLUME TO BE INFUSED | TOTAL VOLUME GIVEN | INITIALS | | TIME | TYPE | VOLUME | INITIALS |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| DATE | TIME | NURSING NOTES |
|---|---|---|
| 10/14 | 0050 | Visteril 75mg IM (R) ⅓ ——— NLBΘ |
| | | |

04353

## DISPOSITION

DISCHARGE: ☑ Home  ☐ AWOL  ☐ AMA  ☐ Morgue  ☐ Other: _____  Date 10/14  Time 0050

MODE: ☑ Ambulatory  ☐ Crutches  ☐ Wheelchair  ☐ Stretcher  Accompanied By: _____

INSTRUCTIONS: ☐ Written  ☐ Verbal  ☐ Rx Given  ☐ Via Interpreter: _____  ☑ Verbalized Understanding

**1529**

ADMIT TO: _____  Report by: ☐ FAX  ☐ Phone  ☐ Written To: _____  Date: _____  Time: _____

MODE: ☐ Wheelchair  ☐ Stretcher  ☐ Monitor  ☐ IV  ☐ O2  ☐ Valuables Done  Time to Floor: _____

NOTIFICATION: ☐ Family  ☐ Police  ☐ Other: _____  Date: _____  Time: _____

X _____        X _____ Brown RN      AT00 1494

Emergency Department
PHYSICIAN ORDER SHEET

DATE _____

| PHYSICIAN ORDER SHEET | | ORDERS COMPLETED | | |
|---|---|---|---|---|
| TIME | | TIME | | INITIALS |
| 0041 | Vistaril 75mg im | | done | WLB |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**LABS**
- ☐ CBC
- ☐ GLUCOSE
- ☐ CPK
- ☐ CKMB
- ☐ ABG
- ☐ TROPONIN
- ☐ LYTES PANEL
- ☐ COMP PANEL
- ☐ LIVER PANEL
- ☐ RENAL PANEL
- ☐ BASIC MET PANEL
- ☐ TROPONIN
- ☐ HCO3
- ☐ CULTURE
- ☐ WET PREP
- ☐ QUANT HCG
- ☐ SERUM HCG
- ☐ UA
- ☐ UCG
- ☐ PT (INR) PTT
- ☐ AMYLASE
- ☐ LIPASE

- ☐ EKG

**X-RAYS**
- ☐ CXR (flat & upright)
- ☐ KUB
- ☐ ABD. SERIES (Flat, Upright plus PA chest)
- ☐ C SPINE
- ☐ LS SPINE
- ☐ T SPINE
- ☐ _____
- ☐ _____

**INITATE STANDING ORDERS**
- ☐ ASTHMA
- ☐ CHEST PAIN
- ☐ MAJOR TRAUMA
- ☐ INFECTIOUS DISEASE
- ☐ EYE-CHEMICAL TRAUMA
- ☐ LOW ABD PAIN - FEMALE
- ☐ PEDI FEVER CONTROL
- ☐ MINOR TRAUMA-WOUND CARE
- ☐ SUTURE REMOVAL

NURSE  N. Lynn Brown RN

CLINICAL IMPRESSION

_____

_____

04354

☑ TEMPLATE

☐ NO TEMPLATE

☐ DICTATED

☐ EXTENSION

PHYSICIAN _____

FORM # ED-022   REV 8/2001

AT001495

WILSON N. JONES MEDICAL CENTER
EMERGENCY DEPARTMENT

PATIENT DISCHARGE INSTRUCTIONS

The examination and treatment received in the Emergency Department is on an emergency basis and not intended to substitute for complete medical care and final diagnosis. You are urged to carefully follow the instructions given to you and follow up with your private physician. **IF YOU HAVE QUESTIONS OR YOUR CONDITION WORSENS AND YOUR PRIVATE PHYSICIAN CANNOT BE REACHED, YOU MAY CALL OR RETURN TO THE EMERGENCY DEPARTMENT AS NECESSARY.**

*INSTRUCTION SHEET GIVEN:*

- ☐ Animal Bites
- ☐ Animal Control Notified
- ☐ Antibiotics
- ☐ Appendicitis
- ☐ Asthma
- ☐ Back pain, low
- ☐ Bladder infection, female
- ☐ Bone fracture
- ☐ Bronchiolitis
- ☐ Bronchitis, acute
- ☐ Burns
- ☐ Cellulitis
- ☐ Cervicitis
- ☐ Chlamydia Infection
- ☐ COPD
- ☐ Cold, common
- ☐ Conjunctivitis
- ☐ Corneal abrasion/ulcer

- ☐ County Health Department
- ☐ Crisis Center Referral
- ☐ Croup
- ☐ Dehydration
- ☐ Diarrhea, acute
- ☐ Dysmenorrhea
- ☐ Ear Infection, middle
- ☐ Ear Infection, outer
- ☐ Fever, how to reduce
- ☐ Fever of unknown origin
- ☐ Gallstones
- ☐ Gastroenteritis
- ☐ Head Injury
- ☐ Headache, migraine
- ☐ Headache, tension
- ☐ Hives
- ☐ Home Health Referral
- ☐ Influenza

- ☐ Insect bites/stings
- ☐ Kidney stones
- ☐ Lacerations
- ☐ Low back, care
- ☐ Menorrhagia
- ☐ Nosebleed
- ☐ Pain Medication
- ☐ Pharyngitis
- ☐ Physician referral
- ☐ STDs
- ☐ Sinus infection
- ☐ Social Services Referral
- ☐ Sprains & Strains
- ☐ Strep Throat
- ☐ Suture/staple
- ☐ Tonsillitis
- ☐ Uterine bleeding, dysfunctional

*SPECIFIC INSTRUCTIONS*
☐ You need to see your doctor in _____ days for follow-up.
   Let us know if you don't have a doctor and we will give you the name and phone number of one who will follow your progress.

☐ Follow up unnecessary for this visit.

_Use Benadryl 50 mg every 6 hours for the next 2 days_

☐ SPECIFIC DISCHARGE TEACHING        ☑ DEMONSTRATED UNDERSTANDING
1. _____
2. _____
3. _____

I have explained these instructions to the patient or responsible party.

_____
Signature of Nurse

**1531**

_____
Signature of Physician

I hereby acknowledge receipt of instructions and do understand them.

_____
Signature of Patient or Responsible Party

04355

Form ED-037 (Rev. 05/01)

AT001496

Wilson N. Jones Medical Center

## GENERAL CONSENT FORM

1. I hereby request admission to this facility and authorize my attending physician, and any and all other attending physicians surgeons, including radiologists, emergency physicians, pathologists and anesthesiologists, to order or administer any treatments, procedures, tests, examinations or other services of a routine medical or surgical nature, or to order any hospital services which he/she or they may deem necessary or advisable in the diagnosis and treatment of my health or physical condition.

2. I understand that the physicians, surgeons, and/or Physician Assistants who may treat my condition are not employees of thi hospital, but are independent physicians who have been selected by my agents or me. I understand that these physicians independent treatment physicians engaged in the private practice of medicine who are authorized to use the facilities of Wilson N. Jor Medical Center while treating me for my medical condition.   The physician may be one selected by me, my agents, or the physician consulting with my attending physician, performing tests ordered by attending physician, such as a radiologist, anesthesiologist, cardiologist, or other specialist. I also understand that the emergency room physicians and physician assistants are also not employees of Wilson N. Jones Medical Center, but are private physicians or physician assistants who c treating me until my own physician has time to arrive or until my agents select an attending physician. This Medical Center i. not responsible for recommending my treating physicians and I have not relied upon a hospital representative in selecting m independent physician.

3. I authorize Wilson N. Jones Medical Center, its employees and agents to perform nursing care, diagnostic procedures and medical treatment requested by my attending physician or his/her assistant. I understand this may include, but is not limited diagnostic x-ray procedures, venipunctures for laboratory, and intravenous procedures.

4. I understand that this Medical Center serves as a clinical training site for a number of accredited Health Professions students including, but not limited to, programs in Nursing, Paramedic, and Medical Technologist training.  These are under the direct supervision of a qualified, licensed instructor or certified professional.  During the course of my stay, these students may participate in my care.

5. I am aware that the practice of medicine and surgery is not an exact science and I acknowledge that no guarantees have been made to me as to the result of treatments or examinations in the Medical Center.

6. I hereby acknowledge that I have been provided materials about my rights to execute Advance Directives.  I understand th: am not required to have an Advanced Directive in order to receive medical treatment at this health care facility.  Advance directive data will not be available for outpatient services or procedures.

### I HAVE READ AND FULLY UNDERSTAND THE ABOVE

---

### PATIENT CONFIDENTIALITY DESIGNATION

☐ I wish to be registered as a standard confidentiality patient.

☐ I wish to register as a strictest confidentiality patient.  My presence will not be acknowledged other than my caregivers and those with a need-to-know.  I will receive no mail, flowers, visitors or calls.

---

| | | |
|---|---|---|
| DATE/TIME | PATIENT'S SIGNATURE | PATIENT REPRESENTATIVE'S SIGNATURE |
| WITNESS | REASON PATIENT UNABLE TO SIGN | RELATIONSHIP TO PATIENT |

### TELEPHONE CONSENT

| TELEPHONE CONSENT FOR EMERGENCY TREATMENT | PH. NUMBER | PARTY ISSUING  CONSENT | RELATIONSHIP | DATE & TIME |
|---|---|---|---|---|
| | 1532 | | | |
| CONSENT WITNESS: | | CONSENT WITNESS: | | |
| COMMENTS: | | | | |

FORM #BO-037 (REV 12/99)

AT001497

© 1995-99 T-System, Inc. *Circle positives, check normals, backslash (\) negatives.*

44      Wilson N. Jones Medical Center
**EMERGENCY PHYSICIAN RECORD**
Allergy Symptoms   (5)

BELL,W
THOMAS, ANDRE LEE

TIME SEEN: _0032_   ROOM: _18_   _EMS Arrival_

HISTORIAN: ✓ patient __spouse __paramedics_____
__HX / __EXAM LIMITED BY: _____

**HPI**

**chief complaint:**   face / throat  swelling    skin rash   (itching)
                       trouble breathing   dizziness / fainting

**started:** _1½ hrs PTA_   __continues in E.D.
                            __gone now __better
                            __intermittent
                            __worse

**current symptoms:** → _Arms_
SKIN-IMMUNE
__skin rash / itching
  • *facial  trunk  extremities* (diffuse)
  • *"redness"  "hives"*
__swelling → _no initially on the face_
  • *face  lip(s)  tongue  throat  hands  feet  diffuse*
__trouble breathing
__trouble swallowing
__dizziness / fainting

**identified cause?**   _no   __yes   __possibly
**When?**   __just prior to symptom onset
**Exposure-**
   Medication        Food           Other
   *antibiotic*      *shellfish*    *bee/wasp sting*
   *aspirin*         *nuts*         *ant bite*
   *NSAID*           *soybeans*     *poison ivy/oak*
   *ACE inhibitor*   *eggs*
   *other*

**Location-**   __home  __work  __other _____

**paramedic assessment:**   BP_____  HR_____  RR_____
__n/a

**treatment prior to arrival:** ✓none  __see EMS record
__epinephrine  __steroids  __benadryl_____mg PO / IM / IV
__IV fluids_____

__Similar symptoms previously_____
**1533**

__Recently seen/treated by doctor_____

**ROS**
EYES
__eye problems_____

ENT- RESP
__sore throat_____
__cough_____
   sputum_____

CONST M/S
__fever_____
__chills_____
__joint pains_____

NEURO
__headache_____
__weakness / numbness_____

CVS
__chest pain_____
__racing heart_____

GI
__abdominal pain_____
__vomiting_____
__diarrhea_____
__black/bloody stools_____

GU
__frequent urination_____
__pain on urination_____

☐ all systems neg. except as marked

**PAST HISTORY** __negative
__prior allergic reaction_____
    *anaphylaxis  hives*_____
__idiopathic hives_____

__other problems_____
_Allergic Rxn_

__asthma_____
__hayfever_____
__high blood pressure_____
__diabetes  *insulin / oral / diet*_____
__heart disease_____

**Medications** __none  __see nurses note
__ASA  __ibuprofen  __acetaminophen_____

**Allergies** __NKDA
✓ see nurses note

_04357_

SOCIAL HX   smoker_____   drugs_____
alcohol (*recent / heavy / occasional*)_____

FAMILY HX_____

AT001498

☑ Nursing Assessment Reviewed.   ☐ BP, HR RR, Temp reviewed.
**PHYSICAL EXAM** ✓Alert __Anxious __IV _____
*Distress:* __NAD ✓mild __moderate __severe
Scratching

**HEENT**
✓ENT nml inspectn      __angioedema_____
✓pharynx nml           __facial (see diagram)
✓voice nml             __tongue __uvula __pharynx
_____
_____
__hoarse voice_____
__scleral icterus / pale conjunctivae___
__abnml TM / hearing deficit_____



**SKIN**
• no rash              __cyanotic / diaphoretic / pallid_____
__normal color         __skin rash / erythema _____
__warm, dry            *urticaria scaling eczematous erythematous*
                       *excoriated macular papular fine patchy*
                       *generalized facial neck trunk arms legs*
small papule on
LUE

**EXTREMITIES**
✓non-tender            __edema  hands/arms/legs/pedal_____
✓normal ROM
✓no edema

**NECK**
✓nml inspection        __meningismus_____
                       __lymphadenopathy_____
                       __thyromegaly_____

**RESPIRATORY**
✓no resp. distress     __respiratory distress_____
✓breath sounds nml     __stridor_____
                       __accesory muscle use_____
                       __decreased air entry_____
                       __wheezing_____
                       __rales_____

**CVS**
✓reg. rate, rhythm     __tachycardia / bradycardia_____
✓heart snds normal     __murmur / gallop_____
                       __decreased pulse(s)_____

**ABDOMEN**
__non-tender           __tenderness_____
__no organomegaiy      __hepatomegaly / splenomegaly_____
                       _____
**1534**
**NEURO/PSYCH**        __disoriented to person / place / time___
✓oriented x3           __depressed affect_____
✓mood/affect nml       __facial droop/EOM palsy/anisocoria___
__CN's nml as tested   __weakness / sensory loss_____
✓no motor/sensry deficit

*Allergy Symptoms-44*

**LABS, XRAYS, EKG:**

**EKG MONITOR STRIP** __NSR __abnml_____

EKG __NML  ☐Interp. by me. ☐Reviewed by me  Rate____
__NSR __nml intervals __nml axis __nml QRS __nml ST/T

not / changed from:_____

CXR  ☐Interp. by me  ☐Reviewed by me  ☐Discsd w/radiologist.
__nml/NAD __no infiltrates __nml heart size __nml mediastinm

not / changed from:_____

| CBC | Chemistries | | Pulse Oximetry |
|---|---|---|---|
| *normal except* | *normal except* | CK_____ | |
| WBC_____ | Na_____ | CKMB____ | |
| Hgb_____ | K_____ | PT_____ | ____% |
| Hct_____ | Cl_____ | INR_____ | SAT |
| Platelets____ | BiCarb____ | PTT_____ | __RA |
| segs_____ | Gap_____ | | __O2 |
| bands_____ | Gluc_____ | | ____L/min |
| lymphs____ | BUN_____ | | __% |
| monos____ | Creat_____ | | |
| eos_____ | | | |

Pulse Ox _____% on RA/___L / ___% at (time)_____

**TREATMENT SUMMARY** ☐see chart for medication record
__oxygen / IV fluids / diphenhydramine / epinephrine  50 mg Im
__methylprednisolone / prednisolone / prednisone_____
__cimetadine / ranitidine / nebulized albuterol_____

Time_____ __unchanged __improved __resolved __re-examined
Pt better on DC
To use Benadryl 50 mg BID
(2?)

__Discussed with Dr.___          __CRIT CARE- 30-74 min
*will see patient in:* office / ED / hospital    75-104 min _____ min
✓Counseled patient / family regarding:   __Prior records ordered
*lab results* diagnosis *need for follow-up*  __Additional history from:
__Rx given __Admit orders written   *family caretaker paramedics*

## CLINICAL IMPRESSION:

Allergic Reaction - acute        Anaphylaxis - acute
__ to:                           Shock  persistent  resolved
Urticaria Rash - acute           Laryngeal Edema - acute
Angioedema - acute               Airway Obstruction - acute
Respiratory Distress - acute     Bronchospasm / Asthma
                                 Syncope

DISPOSITION-  ☑home ☐admitted ☐transferred **4358**
CONDITION-    ☐unchanged ☑improved ☑stable

_____ PA

*[signature]*  _____ MD/DO

ROBERT CHIZEN MD

AT001499

# Exhibit 115

# Grayson County Department of Juvenile Services Chronological Notes

GRAYSON COUNTY DEPARTMENT OF JUVENILE SERVICES
Chronological Notes
07/24/2000 - 08/03/2000

1

HOMAS, ANDRE                    Race: B     Sex: M     DOB: ██████████                                   PID:    2020

uly 24, 2000          STANDARD NOTE          by CINTINA DANIELS

                                             MESSAGE FROM THE RESP THAT HE WAS GOING TO REPORT TODAY.


uly 26, 2000          REPORTING CONTACT      by CINTINA DANIELS

                                             RESP CAME OUT TO THE DEPT TO REPORT HE ADVISED THAT HE WILL BE OVER
                                             HIS GIRLFRIENDS HOUSE IN THE MORNING BABYSITTING HIS BABY. RESP STATED
                                             THAT JAMES SHOT LAURA'S CAR WITH AT PELLET GUN AND THAT HE AND LAURA
                                             TO THE POLICE DEPT AND MADE A REPORT. RESP STATED THAT HE KNOWS THAT
                                             HIS BROTHER IS TRYING TO GET HIM TO GO TO JAIL BY FIGHTING HIM. RESP
                                             STATED THAT HE WAS NOT GOING TO GIVE HIM THE SATISFACTION BECAUSE HE
                                             KNOWS WHAT HE'S TRYING TO DO. RESP STATED THAT HE IS WORKING AT RED
                                             LOBSTER FROM 2-CLOSE ALL NEXT WEEK AND WILL BE OFF ON THURSDAY OF THIS
                                             WEEK. RESP HAD NO OTHER PROBLEMS OR CONCERNS, ADVISED RESP THAT HE NEEDS
                                             TO PROVIDE A WEEKLY WORK SCHEDULE.


uly 27, 2000          HOME VISIT             by CINTINA DANIELS

                                             HV - WITH JPO TP - RESP WAS OVER TO HIS GIRLFRIENDS HOUSE HE STATED NO
                                             PROBLEMS OR CONCERNS, STATED THAT HE STAYED ALL NIGHT OVER TO
                                             GIRLFRIENDS SO THAT HE COULD BABY SIT HIS SON. RESP STATED THAT HE WORKS
                                             TOMORROW FROM 4:00P UNTIL 12:30A.


august 1, 2000        PHONE CALL             by CINTINA DANIELS

                                             TC - FROM THE RESP ADVISING THAT HE WAS WORKING 2 JOBS AT LONESTAR
                                             WORKING PART TIME AND AT REDLOBSTER. RESP STATING THAT HE WAS WORKING AT
                                             LONESTAR IN THE MORNINGS AND REDLOBSTER IN THE EVENINGS. RESP ADVISED OF
                                             NO PROBLEMS.


august 3, 2000        HOME VISIT             by CINTINA DANIELS

                                             ATT HV - WITH JPO TP - NO ONE HOME.


End of report...


**9639**                                                                    02395

# Exhibit 116

# Grayson County Department of Juvenile Services Chronological Notes

Mon 3-Jul-2000 4:00p

User: CD

tion: ALL

GRAYSON COUNTY DEPARTMENT OF JUVENILE SERVICES

Chronological Notes

06/15/2000 - 07/03/2000

1

---

THOMAS, ANDRE                    Race: B     Sex: M     DOB: ███████                    PID:     2020

June 15, 2000       HOME VISIT              by CINTINA DANIELS

HC/PC - WITH JPO DB - MS. THOMAS ADVISED THAT THE RESP WAS GONE TO WORK.
SHE WASN'T FOR SURE OF WHERE HE WORKS BUT WILL HAVE THE RESP TO CALL ME.

June 19, 2000       REPORTING CONTACT       by CINTINA DANIELS

RESP ADVISED THAT HE AND JAMES DON'T GET ALONG BECAUSE HE HAD HIT HIS
GIRLFRIEND LAURA ABOUT A MONTH AGO. OTHER THAN THAT NO PROBLEMS OR
CONCERNS. INTERVIEWED WITH EDDIE MAC TODAY AND THEY ARE SUPPOSE TO BE
CALLING HIM. NOTE RESP HAS BLEACHED HIS HAIR.

June 30, 2000       HOME VISIT              by CINTINA DANIELS

HV - WITH JPO TP - RESP BOUGHT A CAR A RED 97 EAGEL TALON. RESP STATED
THAT HE NEEDED TO REPLACE THE TRANSMISSION IN IT. RESP STATED NO
PROBLEMS OR CONCERNS.

End of report...

**9641**

02397

AT009647

# Exhibit 117

# Notes from interview with Isaiah Gibbs

Interview with Isaiah Gibbs

- Isaiah Gibbs is cousin to the defendant and is close friends and has known him all his life.
- Isaiah has known Laura for about as long as Andre dated her. Even when Laura lived on Lockhart Street at her parents house she did Andre wrong in Isaiah's opinion. They would go to the pool and Laura would talk to Isaiah's cousin and anyone else who would talk to her. Isaiah would tell Andre but Andre wouldn't believe him. But one time, Andre even accused Isaiah of "messing with Laura".
- One time several years ago Andre said that Laura was Jezebel and ███████ was the devil.
- Andre would always talk about Laura. He was obsessed with Laura. He would always talk about how Laura had messed him around.
- Isaiah knows that James and Laura had an affair because he and the defendant walked in on them sometime around 2001. Laura was living on Colbert Street at the time. The defendant was crying and very angry. The defendant said he was going to get even.
- He and Andre were in to playing the Mortal Kombat videogame. This is a game played where there is a lot of knives and violence involved. He says while they were playing the game that Andre would pretend that one of the participants were Laura and that he was going to "knock her head off". Andre was also always fascinated with knives.
- The defendant also told Isaiah that Laura had slept with his brother Brian.
- Andre got mad because Laura wouldn't let him see ███████ when he wanted to. Isaiah would go over and talk to Laura and talk her into it. One time he went over to talk Laura into letting Andre see ███████ on Colbert Street and the defendant and Laura got into an argument, they were calling each other names. Andre was calling Laura a bitch, ho. She would get angry and Andre and was telling him that he needed to pay all the bills, rent, groceries, etc. He had to break up the argument and Laura was swinging at the defendant and the defendant grabbed Laura and threw her on the bed. He thinks this happened sometime during the summer of 2001.
- Andre had told Isaiah that Brian had slept with Laura. Andre had told Isaiah this before Andre stabbed Brian, his brother.
- Andre stopped talking for a whole week one time and it was probably about one and half months before the murder. They would chill out together and drink with Isaiah but he wouldn't say anything. They would listen to music. He would write things out and just carry on a conversation by writing. But he never knew Andre to ever put any tape over his mouth. During this time he asked Andre why Andre was not talking and Andre told him, in writing, that the Bible said if you can't talk nice, just don't talk at all and that's why he was doing it.
- He knows Andre was doing Coricidin and that Andre would get violent while on Coricidin. Isaiah believed that's unusual for him and described him as kind hearted. Isaiah believes that the defendant was doing Coricidin for at least three weeks before the murder. He was doing Coricidin for however long he knew Carmen.

04717

**11324**

AT011353

- Once, Carmen tried to get Isaiah to do Coricidin but he would not do it. He just basically drinks Courvoisier.
- One time Isaiah was at Andre's trailer while Andre was doing Coricidin and he was playing with knives (kitchen knives). He would play like he was cutting his wrists with the dull edge. He would talk about off-the-wall violent stuff like pulling his fingernails off with pliers.
- The Friday night before the murder, there were a bunch of people at Andre's trailer and they were coming and going. Andre told him that night that the hospital wouldn't accept him earlier that morning. He thinks that Brian was there some, Scott, a white male, (LNU), Danny (defendant's brother) and James were there some. Brandon Patterson, Floyd's brother and the defendant's cousin, came by but he didn't stay long. Isaiah left with Brandon. Andre had left earlier but he didn't know where he went.

  Defendant was hyper that night but he seemed okay to an extent. Isaiah could tell something was bothering him. Isaiah left the defendant alone for a few minutes and the next thing he knew, he was gone.

  That night, when Isaiah talked to the defendant, the defendant said he was stressing. He was talking about the war and that females only wanted money and some females only wanted to leach off of you. The defendant told Isaiah "I can't take this shit no more. I feel like killing myself" then he told Isaiah he was going over to see his son.

- Isaiah doesn't know if Andre was doing Coricidin that night but he did know that when Andre got with Carmen and started doing Coricidin, that he changed. He also said that Floyd Patterson thought that Coricidin was to blame for Andre's actions.
- The next morning, Saturday, the day of the murder, Isaiah went over to the trailer he thinks somewhere around 8:00. He talked to Carmen for about 15-20 minutes and the defendant came walking into the trailer. There was no blood that could be seen. Andre walked in and Isaiah said what's up, what's going on? The defendant looked at him and shook his head. The defendant said "Isaiah, I'm sorry." Isaiah said "what are you apologizing for?" The defendant said "I did it." Isaiah asked what did you do? The defendant said "Man, I killed them." Isaiah said "who?" The defendant said "Laura, ▮▮▮ and ▮▮▮." The defendant then said, "and what's bad, I killed two little kids." Isaiah said "don't be playing about that stuff, come on and sit down and chill." At that time the defendant said, "If you don't believe me, look in the bags." He then nodded toward the kitchen.

  The defendant then asked Isaiah to have the girl that Isaiah had been over there with who was at Brandon's trailer at that time, to take him to the police station to turn himself in. Isaiah said that he wasn't going to be taking him to no police station. And said "quit playing so much." At that time they decided to go over to Brandon's. As they got ready to leave, the defendant told Isaiah that he loved him and that they wouldn't be seeing each other for a long time.

**11325**

n4718

AT011354

- Isaiah thinks that the night before the defendant had on some dark blue pants and maybe a black shirt. When Isaiah saw him come into the trailer that morning, he had on a camo shirt and camo fatigue pants.

- Isaiah knows that Andre knew what he had done was wrong. Isaiah also said that he figured the defendant wouldn't be a right state of mind because of the Coricidin but he did know what he had done was wrong.

- After the defendant had left, Isaiah went back over to look for a pack of cigarettes he left at the defendant's. He went through the back door which is always open. At that time he saw what appeared to be blood stains on the stairs and a small blotch on the carpet.

- When the defendant had come in he had also told Isaiah he had tried to kill himself and he showed Isaiah. He said that he had tried to kill himself because he had killed Laura and the kids. The defendant was crying when he told Isaiah about what he had done.

**11326**

04719

AT011355

# Exhibit 118

## Grayson County Sheriff's Department Medical History Screening Questionnaire

Grayson County
Sheriff Department
Sherman, Texas

<u>MEDICAL HIST R: SCREENING QUESTIONNAIRE</u>

| Name (last) | First | Middle | Age | Race |
|---|---|---|---|---|
| THOMAS | Andrew | Lee | 16 | B |

**D.O.B** ▓▓▓▓▓▓▓

| Arrested: | Charge: Gambling ~ AUTH ~ | SO# | Med |
|---|---|---|---|
| 1-27-02 | ACB, illudling, dri ~ TA | 63890 | 16 |

| Yes | RA | No | |
|---|---|---|---|
| ☐ | ☐ | ☑ | **OBSERVATIONS:** |
| | | | Refused to give booking information |
| ☐ | ☑ | ☐ | Belligerent__ Abusive__ Argumentative__ Drinking__ |
| | | | Cooperative |
| | | | Visible signs of illness: Sweating__ Vomiting__ Coughing__ Short of Breat |
| ☐ | ☐ | ☑ ☐~☑ | Alcohol__ Drugs__ Jaundice(skin-eyeballs yellow)__ Other |
| | | | Deformity: Paralysis__ Artificial Limb__ Cane__ Crutches__ Wheel Chair |
| ☑ | ☐ | ☐ | Visible signs of trauma: Bleeding__ Bandages__ Stitches__ Cast__ Sling |
| ☐ | ☐ | ☑ | Threats of suicide (Previous Attempts: Yes☑ No__ ) |
| ☐ | ☐ | ☑ | Threats of violence: Person threatened: _____ |
| ☐ | ☐ | ☑ | Previous history of assault: Explain: _____ |
| | | | Appears assaultive risk to other inmates |

| Yes | RA | No | **ARE YOU:** |
|---|---|---|---|
| ☐ | ☐ | ☑ | Being treated by a Doctor? Name/Address: _____ |
| ☐ | ☐ | ☑ | Diabetic? Medication: _____ |
| ☐ | ☐ | ☑ | On a special diet ordered by a Doctor: Type: _____ |
| ☐ | ☐ | ☑ | Epileptic? Medication: _____ |
| ☐ | ☐ | ☑ | Taking any medication? Medication: _____ |
| ☐ | ☐ | ☑ | Subject to black-out or fainting spells? Cause: NO |
| ☐ | ☑ | ☐ | A drug or narcotic user? Name of drug(s): _____ |
| ☑ | ☐ | ☐ | Allergic to medication? Food? Yes__ No__ Allergic to: Penicillin |
| ☐ | ☐ | ☑ | Having pain? Cause: _____ |
| ☐ | ☐ | ☑ | Having tooth pain? Dentist/Address: _____ |
| ☐ | ☐ | ☑ | Seeing a Psychiatrist? Med. _____ |
| ☑ | ☐ | ☐ | Using alcohol regularly? 2 4 a day Doctor: _____ |
| ☐ | ☐ | ☑ | Covered by hospitalization insurance? Co.: _____ |
| ☐ | ☐ | ☑ | Receiving any compensation or pension? S./S. _____ Policy # |
| | | | or other _____ Medicare |
| ☐ | ☐ | ☑ | A disabled veteran? What V.A. Hospital? _____ |

| Yes | RA | No | **DO YOU HAVE:** |
|---|---|---|---|
| ☐ | ☐ | ☑ | Medication with you? List: _____ |
| ☐ | ☐ | ☑ | Medication at home: List: _____ |
| ☐ | ☐ | ☑ | Frequent indigestion? Medication: _____ |
| ☐ | ☐ | ☑ | Stomach ulcers? Medication: _____ |
| ☐ | ☐ | ☑ | Arthritis? Medication: _____ |
| ☑ | ☐ | ☐ | False teeth?__ Glasses? |
| ☐ | ☐ | ☑ | V.D.? Treated? Yes__ No__ Date: DISCHARGE-YELLOW X 3 DAYS |
| ☐ | ☐ | ☑ | Asthma or any breathing problems? Medication: _____ |
| ☐ | ☐ | ☑ | Any injuries? If so explain: _____ |
| ☐ | ☐ | ☑ | Heart disease or problems? Medication: _____ |
| ☐ | ☐ | ☑ | Blood Pressure problems? High☑ Low__ Medication: _____ |
| ☐ | ☐ | ☑ | Hepatitis? Medication: _____ |
| ☐ | ☐ | ☑ | Rectal problems? Bleeding__ Constipation__ Pain__ Hemorrhoids__ |
| ☐ | ☐ | ☑ | Tuberculosis? Medication: _____ |

94983

( OVER )

AT000417

|  | Yes | RA | No | HAVE YOU EVER: |
|---|---|---|---|---|
|  | ☐ | ☐ | ☑ | Had tuberculosis? Date:_____ Doctor:_____ |
|  | ☑ | ☐ | ☐ | Had hepatitis? Date:_____ Doctor:_____ |
|  | ☑ | ☐ | ☐ | Had V.D.? Date: _BADEED_____ Doctor:_____ |
|  | ☑ | ☐ | ☐ | Been in a hospital or Hospital E.R.? Date/Hospital: _NCCRLL Richter_ |

☐ ☐ ☑  Been confined to a State Hospital by court order? Date/Where _____

☐ ☐ ☑  Had any ailments or disease of the skin, bones, glands, ears or eyes? If so
         explain:

☐ ☐ ☑  Had any other disease, ailments or injuries which required medical or other
         treatment no included in the above? If so explain:

FEMALES ONLY:
    Are you pregnant? Yes___ No___ Month_____ Dr./Address:_____
    Date last menstrual period:_____ B.C. Pills:_____
    Do you now or have you ever had any problems with menstrual periods? If so explain
    Number of children:_____ Ages:_____

INMATE MEDICAL RECORD RELEASE:

I hereby authorize each and every physician, chiropractor, healer,
hospital, clinic, sanitarium, or other health care provider, reformatory,
jail, State or Federal Penitentiary or Correctional Institution in which
I have been examined, had a diagnosis made, treated or incarcerated, to
release any and all, each and every record pertaining to or in any way
related to my past, present, or future medical conditions to the bearer
hereof.

X: Andre Sharman
Signature of inmate giving authorization
and information

INTERVIEWED BY: _____

DATE: 1-27-02  TIME: 1524T

Physical Examination:

| Ht. | Wt. | B/P | Temp. | Pulse | Resp. |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

ADDITIONAL INFORMATION:

**429**

04084

# Mental Disability/Suicide Intake Screening

NAME _Tunus_ _Andre_ _____   DATE OF BIRTH ████████
      Last       First      MI

STATE ID # _____   DATE _1 5 02_   COMPLETED BY: _____

☞ Was Inmate a medical, mental health, or suicide risk during any prior contact or confinement with department?   Yes ☐ No ☐ If Yes, when? _____

☞ Does arresting or transporting officer believe that the inmate is a medical, mental health, or suicide risk?   Yes ☐ No ☐

| QUESTIONNAIRE FOR DETAINEE | OBSERVATION QUESTIONS |
|---|---|
| 1. Have you ever received MHMR Services or other mental health services?   Yes (No) | 6. Does the individual act or talk in a strange manner?   Yes (No) |
| 2. Do you know where you are?   Correct / Incorrect | 7. Does the individual seem unusually confused or preoccupied?   Yes (No) |
| 3. What season is this?   Correct / Incorrect | 8. Does the individual talk very rapidly or seem to be in an unusually good mood?   (Yes) No |
| 4. How many months are there in a year?   Correct / Incorrect | 9. Does the individual claim to be someone else like a famous person or fictional figure?   Yes (No) |
| 5. (a) Sometimes people tell me they hear noises or voices that other people don't seem to hear. What about you?   Yes No | 10. (a) Does the individual's vocabulary (in his/her native tongue) seem limited?   Yes (No) |
| (b) If yes, ask for an explanation: "What do you hear?" _____ | (b) Does the individual have difficulty coming up with words to express him/herself?   Yes (No) |

## SUICIDE RELATED QUESTIONS / OBSERVATIONS

| | |
|---|---|
| 11.(a) Have you ever attempted suicide?   (Yes) No | 14. When not on drugs or drinking, have you ever gone for days without sleep or had a long period in your life when you felt very energetic or excited?   Yes (No) |
| (b) Have you ever had thoughts about killing yourself?   (Yes) No | |
| If yes, When? _IN PRISON_ | |
| Why? _ANGER_ | |
| How? _MY SELF_ | |
| 12. Are you thinking about killing yourself today?   Yes (No) | 15. Have you experienced a recent loss or death of family member or friend or are you worried about major problems other than your legal situation?   Yes (No) |
| 13. (a) Have you ever been so down that you couldn't do anything for more than a week? (If no, go to 14.)   (Yes) No | 16. Does the individual seem extremely sad, apathetic, helpless, or hopeless?   (Yes) No |
| (b) Do you feel this way now?   Yes (No) | |

COMMENTS _____

A SINGLE INAPPROPRIATE RESPONSE, EXCEPT AS APPROPRIATE IN A.3., INDICATES YOU SHOULD CONTACT MHMR TO CHECK THEIR CARE SYSTEM AND/OR ADDITIONAL EVALUATION RECOMMENDED.

**430**

h/beverly/suicide/mhmr (5/15/01)

04085

AT000419

# Exhibit 119

## Mental Health Mental Retardation record regarding Brian Thomas.

| ent | Case Number | MEDICAID ID | Date | Time |
| --- | --- | --- | --- | --- |
| AN D. THOMAS | 00576983 | | 02/27/2002 | 09:13   AM |

Professional Type
Physician

| ff ID/Name | | | Program ID/Name | |
| --- | --- | --- | --- | --- |
| '2   BROWN, TANYA | 0572 | | 0011   MH Adult Assessment | 0011 . |

------------------------------------------------------------------------

## gnostic Characterization

son for diagnosis
dmission

Version of diagnosis
4=DSM IV

Primary Axis
Axis 1

------------------------------------------------------------------------

rity Population Status (determined upon saving form)

☒ MH PRIPOP     ☐ CA PRIPOP     ☐ MR PRIPOP

| s l | Code | Diagnosis Description | |
| --- | --- | --- | --- |
| ) | 29590 | Schizophrenia, Undifferentiated Type | 1 |

| s ll | Code | Diagnosis Description | |
| --- | --- | --- | --- |
| | 7999 | Diagnosis deferred | 1 |

)

| lll | Code | Diagnosis Description |
| --- | --- | --- |

Axis III Date
/   /

------------------------------------------------------------------------

IV

Comments Associated With Each Psychosocial & Environmental Problem

A. Primary Support Group        **6280**

B. Social Environment           Inadequate social support

AT006269

# Exhibit 120

## Wilson N. Jones Medical Center records regarding allergic reaction

# WNJ Wilson N. Jones
## MEDICAL CENTER
### REGISTRATION RECORD

| ATIENT ACCOUNT NO. | PAT TYPE | SOURCE | PRE. | | PRIOR ADMIT DATE | ROOM | MEDICAL RECORDS |
|---|---|---|---|---|---|---|---|
| 3861539 | ER | 7 | | | 11/07/01 | | 00000325 |

| FC | ADMIT DATE / TIME | BIRTHDATE | AGE | SEX | MAR. | RACE | TYPE | RELIG. | ADMITTING PHYSICIAN / CODE | NEWS | SERVI |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 07/12/02 09:18 | 03/17/83 | 19 | M | S | B | | CHR | | N | MED |

| PATIENT NAME AND ADDRESS | SSN/PHONE/COUNTY | PT. EMP NAME AND ADDRESS | WORK PHONE / EMP. ( |
|---|---|---|---|
| HOMAS, ANDRE LEE | | SHERMAN CITY OF | 903 892-45 |
| | | P O BOX 1106 | CEMETARY |
| HERMAN, TX 75092 | GRAYSON | SHERMAN, TX 75091 | |

| GUARANTOR NAME AND ADDRESS | SSN/PHONE/REL | GUAR. EMP NAME AND ADDRESS | WORK PHONE / EMP. CC |
|---|---|---|---|
| HOMAS, ANDRE LEE | | SHERMAN CITY OF | 903 892-45 |
| | | P O BOX 1106 | CEMETARY |
| HERMAN, TX 75092 | S | SHERMAN, TX 75091 | |

| SPOUSE / PARENT NAME AND ADDRESS | | SSN/PHN SPOUSE'S / PARENT'S EMPLOYMENT INFORMAT |
|---|---|---|

| EMERGENCY CONTACT NAME AND ADDRESS | PHONE/REL | M I S C | FAMILY PHYSICIAN | CHURCH | ACCIDENT CODE / DATE / TIME |
|---|---|---|---|---|---|
| CHELLE THOMAS | | | | | |
| HERMAN, TX 75092 | | | RESISTANT ORGANISM | PRIOR HOSP NO. 0313033162 | ADM. VECHL. | COURTESY | ADM MIC |

| INS. NAME / GROUP NAME | CERT. NO. / GROUP NO. | SUB. NAME / INS. ADDRESS | ALT. NO. / INS. CSZ |
|---|---|---|---|

| ADMITTING COMPLAINT | |
|---|---|

| COMMENTS: | ATTENDING PHYSICIAN |
|---|---|
| A B | EMERGENCY PHYSICIAN |
| NO Ins. WCBO — | DISCHARGE DATE & TIME |

**Insurance Assignment**
I authorize payment directly to Wilson N. Jones Medical Center and **physician(s)** which accept this assignment of hospital and medical benefits, otherwise payable to me.  I understand that I will be responsible for any balance.  I understand that I may receive a bill from the following: Pathologists, Radiologists, Emergency Physician, Anesthesiologists, EEG, ECG, or EKG interpreters, surgeons, or consultants.

**Medicare/Medicaid Assignment - Important Message From Medicare - Important Message From Champus**
I certify that the information given to me in applying for payment under Title XVIII or XIX of the Social Security Act is correct and I request that said payment of authorized benefits be made in my behalf.  If Medicare, I have received AN IMPORTANT MESSAGE FROM MEDICARE.  If Champus, I have received AN IMPORTANT MESSAGE FROM CHAMPUS.

**Release of Information**
I authorize the hospital to release such medical information as necessary when requested by insurance companies, worker's compensation carriers, the patient's or responsible party's employer, representatives of government agencies, or the other entities, medical facility/physician for continuing or other entities as may be necessary.

**Valuables**
I understand that the hospital is not responsible for damage, theft, or loss of my personal property.  I have been informed that items such as necessary eyeglasses, dentures, jewelry and other valuables should be sent home or deposited with the hospital for safekeeping.  I understand lost and found articles not claimed in sixty (60) days will be disposed of.

04367

15:45

| Andre Thomas | 7-12-02 | Mary O'Kee |
|---|---|---|
| PATIENT SIGNATURE | DATE | WITNESS / CLERK |
| SIGNING FOR PATIENT | DATE | RELATIONSHIP TO PATIENT |

AT001508

_Thomas_

© 2000 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

31    Wilson N. Jones Medical Center
## EMERGENCY PHYSICIAN RECORD
### Wheezing / Asthma    (5)

TIME SEEN: _0900_   ROOM: _17_    ___ *EMS Arrival*

HISTORIAN: ✓patient __spouse __paramedics_____
__ HX / __ EXAM LIMITED BY:_____

**HPI**
chief complaint:   (dyspnea)   hx of asthma   hx of CHF

started: _Today while_
_cutting grass_

┌─────────────────────────┐
│ ✓continues in E.D.       │
│ __ gone now __ better    │
│ __ intermittent          │
│ __ worse                 │
└─────────────────────────┘

**current / associated symptoms:**
✓trouble breathing_____
   • (wheezing) exertional at rest orthopnea
   • (mild) moderate severe
✓cough_____
   • sputum: bloody blood streaked_____
    (non-productive ( dry )
__chest tightness / pain_____

**current asthma therapy:**
✓none   __see nurses note
• inhaled-
__albuterol_____
   inhaler_____
   rotacaps_____
   nebulizer_____
__steroid inhaler_____
__atrovent_____
__primatene ( OTC )_____
__other_____

♦ oral-
__prednisone / prednisolone__

PRN   taking brief course
   tapering   maintenance
   current mg / day:___

__albuterol_____
__theophylline_____

┌─────────────────────────────┐
│ ✓Similar symptoms previously │
│                              │
│                              │
│                              │
│ __Recently seen / treated by doctor │
│         **1541**             │
│                              │
└─────────────────────────────┘

**ROS**
**ENT**
__sore throat_____
__runny nose_____
**GENERAL**
__fever_____
   subjective / to _____°F
__chills_____
__muscle aches_____

**NEURO**
__headache_____
*CVS*
__heart racing_____
__calf pain_____
__ankle swelling_____
*GI*
__nausea_____
__vomiting_____
__abdominal pain_____
*GU*
__problems urinating_____
*SKIN & LYMPH & MS*
__skin rash / swelling_____
__joint pain_____
□all systems neg. except as marked

**PAST HISTORY** __negative   *=PE Risk Factors
✓asthma_____
  frequent / occasional attacks
  previously intubated / admitted

  measures home peak flows
   Usual:_____
   Most recent:_____
__heart disease_____
   *CHF CAD angina MI

✓other problems _environmental allergies_

__emphysema_____
__bronchitis_____
   acute   chronic
__diabetes   insulin / oral / diet
__*high blood pressure_____
__*DVT / pulmonary embolus
__*other risk factors for PE_____

Other Medications
__none   __see nurses note
__ASA __NSAID __acetaminophen
__*BCP's_____

Allergies __ NKDA
✓see nurses note

_04368_

SOCIAL HX   __smoker_____ __drugs_____
__alcohol ( recent / heavy / occasional )_____

FAMILY HX __emphysema __asthma __CAD_____

FORM# - GRAY - 031 8/00

*Thomas*

☑ Nursing Assessment Reviewed   ☑ BP, HR, RR, Temp reviewed

## PHYSICAL EXAM   ☑ Alert __Anxious
Distress- ☑ NAD __mild __moderate __severe
*Appears well*

**HEENT**
__ENT nml inspection
__pharynx nml
__scleral icterus / pale conjunctivae
__purulent nasal drainage
__pharyngeal erythema

**NECK**
__nml inspection
__thyroid nml
__thyromegaly
__lymphadenopathy ( R / L )

**RESPIRATORY**
☑ no resp. distress
__breath sounds nml
__see diagram
__respiratory distress
__fatigue
☑ prolonged expirations
__accessory muscle use
__retractions
__splinting
__dull on percussion
☑ decreased air movement
__stridor
__rhonchi
☑ wheezing
__rales

**CVS**
__regular rate, rhythm
__no JVD
__heart sounds nml
__irregularly irregular rhythm
__extrasystoles ( occasional / frequent )
__tachycardia / bradycardia
__JVD present
__murmur  grade ___/6  sys / dias___
      cresc / cresc-decresc / decresc.
__gallop ( S3 / S4 )

__decreased pulse(s)

T=tenderness R=rebound
m=mild mod=moderate sv=severe
Example- Tsv indicates severe tenderness

**ABDOMEN**
__non-tender
__no organomegaly
__see diagram
__hepatomegaly / splenomegaly / mass
__tenderness

**SKIN**
☑ color nml, no rash
☑ warm, dry
__cyanosis / diaphoresis / pallor
__skin rash

**EXTREMITIES**
__non-tender
__normal ROM
__no pedal edema
__pedal edema
__calf tenderness

**NEURO / **~~15/15~~
__oriented x3
☑ mood / affect nml
☑ CN's nml as tested
__no motor / snsry deficit
__disoriented  to: person / place / time
__depressed affect
__facial droop / EOM palsy / anisocoria
__weakness / sensory loss

## EKG, LABS, XRAYS, and PROGRESS
EKG MONITOR STRIP __NSR __Rate_____

EKG __NML □Interp. by me  □Reviewed by me  Rate____
__NSR __nml intervals  __nml axis  __nml QRS  __nml ST/T

not / changed from:_____
CXR □Interp. by me  □Reviewed by me  □Discsd w/radiologist
__nml / NAD  __no infiltrates  __nml heart size  __nml mediastinum

not / changed from:_____

| CBC normal except | Chemistries normal except | Peak Flows | ABG's time: |
|---|---|---|---|
| WBC | Na | #1 time: 15% L/Min | |
| Hgb | K | #2 time: 1010 L/Min | pH |
| Hct | Cl | 828 L/Min | pCO2 |
| Platelets | BiCarb | #3 time: L/Min | pO2 |
| segs | Gap | | __RA |
| bands | Gluc | #4 time: L/Min | __O2 __L |
| lymphs | BUN | | |
| monos | Creat | | |
| eos | | | |

Pulse Ox _____%  on RA / __L / __% at (time)

Progress Notes
Time _1030_  __re-examined  __unchanged  __improved
wheezing: __none  __mild  __moderate  __severe
air movement __poor  __fair  __good
*Feels @ baseline.*

*Ventoln  Predursul.*

__Discussed with Dr._____
   will see patient in:  office / ED / hospital
☑ Counseled patient/ family regarding
   lab results  diagnosis  need for follow-up
☑ Rx given  __Admit orders written

__CRIT CARE- 30-74 min
75-104 min _____ min
__Prior records ordered
__Additional history from:
   family caretaker paramedics

## CLINICAL IMPRESSION:
Acute Dyspnea
(Asthma – acute exacerbation)
Status Asthmaticus
COPD - acute exacerbation
Bronchitis - acute
Acute Respiratory Failure
Acute Pulmonary Edema
Congestive Heart Failure
Pneumonia
Pneumothorax  04369

DISPOSITION- □home □admitted □transferred
CONDITION-  □unchanged □improved □stable

_____ PA
_____ MD / DO
KEVIN STACKS, MD

AT001510

**WNJ MEDICAL CENTER**
Emergency Department Record

Rm# _____
Time to Rm: 0725

Date 7/12/0_   Triage Time 1720   Level  1  2  (3)

Patient Name: Thomas Andre   DOB: _____   Age 14

CHIEF COMPLAINT
☐ Work Related
☐ Industrial Pref. Reviewed

Onset of Symptoms/MOI:
allergies bad
difficulty breathing
onset 0730

Triage Interventions: _____

| AIRWAY | BREATHING | CIRCULATION | NEURO |
|---|---|---|---|
| ☑ Patent | ☑ Normal | Skin: | ☑ Alert |
| ☐ Other | ☐ Labored | ☐ Dry   Color: | ☐ Calm |
| | ☐ Audible | ☐ Moist  ☐ Pink/Brown | ☐ Confused |
| Visual Acuity | Wheeze | Cap Refill  ☐ Cyanotic | ☐ Coherent |
| R___ L___ | ☐ Other | ☐ < 3 sec  ☐ Pale | ☐ Anxious |
| Vision Corrected | | ☐ > 3 sec  ☐ Jaundice | ☐ Hostile |
| ☐ No  ☐ Yes | | ☐ Other | ☐ Other |

MOA: ☑ Walk  ☑ EMS  ☐ Carried  ☐ W/C
Brought By: _____
Nurse Signature:
X M. Hardesty RN

PREHOSPITAL
☐ O2   ☐ IV
☐ Splint  ☐ Meds *
* See EMS Run Sheet

Pvt. MD: _____   On Call: _____
Emergency Physician: _____  Notified _____ Arrived _____

**VITAL SIGNS**

| Time | B/P | Pulse | Resp | Temp | O2 sat Rm air  O2 | Pain | GCS |
|---|---|---|---|---|---|---|---|
| | 104/65 | 96 | 24 | 97.7 | 94 | | ✓ |
| 1050 | | | 20 | | 97 | ✓ | |

CLASS 3 NURSES NOTES  ☐ SEE PAGE 2  ☐ SEE NEURO FLOW

1546

NURSE SIGNATURE: _____

---

**ALLERGIES**
☐ NKDA   environ monthly

CURRENT MEDICATIONS:  ☐ NONE   ☐ SEE MED LIST ATTACHED

| HISTORY/SCREENING | ☐ None Significant | | ☐ Growth/Development WNL |
|---|---|---|---|
| ☐ Heart | ☐ Hypertension | ☐ Alcohol/Drug | ☐ Infectious Disease |
| ☐ Diabetes | ☐ Seizures | ☐ Psychiatric | ☐ TB  ☐ MRSA |
| ☐ Stroke/CVA | ☐ Pulmonary | ☑ Asthma | ☐ Abuse/Neglect |
| ☐ Hearing/Speech Impairment | | ☐ Language Barrier | ☐ Smokes PPD___ |
| ☐ Chronic Pain-Where? | | | |

**PHYSICIANS ORDERS**     ☐ See Attached

LABS
☐ CBC                    ☐ EKG
☐ GLUCOSE
☐ BASIC MET PANEL        X-RAYS
☐ COMP MET PANEL         ☐ CXR
☐ MAGNESIUM              ☐ PORTABLE
☐ CPK                    ☐ ABD SERIES
☐ CKMB                   ☐ PORTABLE
☐ TROPONIN               ☐ C-SPINE
☐ PT (INR)               ☐ LS-SPINE
☐ PTT                    ☐ CT SCAN ☐ HEAD ☐ ABD
☐ ABG                    ☐ OTHER _____
☐ AMYLASE                  ☐ WITH CONTRAST ☐ WITHOUT
☐ LIPASE                 ☐ ULTRASOUND _____
☐ UCG (URINE)
☐ HCG QUANTITATIVE
☐ GEN-PROBE
☐ UA  ☐ CATH             **INITIATE STANDING ORDERS**
☐ CULTURE _____          ☐ PEDI FEVER PROTOCOL
☐ WET PREP               ☐ CHEST PAIN
☐ _____                  ☐ SUSPECTED STROKE
☐ _____                  ☐ ASTHMA
*INDUSTRIAL PREF:*       ☐ LOW ABD PAIN–FEMALE
☐ URINE ___ BLOOD        ☐ MINOR TRAUMA
                         ☐ EYE-CHEMICAL
ADDITIONAL ORDERS:
0940  asthma  protocol ___ done
1000  prednisone 100 mg PO - Done

04370

MD SIGNATURE: _____
☐ TEMPLATE   ☐ NO TEMPLATE   ☐ DICTATION

---

DISPOSITION CONDITION: ☐ SAME ☐ WORSE ☑ IMPROVED ☐ EXPIRED  ACCOMPANIED BY: _____

VALUABLES ☐ Retained by Pt.
☐ Given to Security (see list)
☐ Given to: _____

DISCHARGE: ☑ HOME  ☐ AMA  ☐ ELOPEMENT ☐ OTHER  MODE: ☑ WALKED  ☐ W/C ☐ CARRIED ☐ EMS
Instructions: ☐ Verbal  ☑ Written DC Instructions received, understood and pt. agrees to follow

Indicate items Pt. has with them:
☐ Glasses      ☐ Dentures
☐ Hearing aids ☐ Meds

☐ ADMIT   Room # _____  With ☐ O2  Oxygen   Monitor   Report to: _____  ☐ By Phone  ☐ By Fax
☐ TRANSFER   To: _____  Transported by: _____  Report to: _____  MOT done: ☐ Yes ☐ No

☐ Wallet/purse ☐ Jewelry
☐ Clothing     ☐ Cash/checks

DISCHARGED BY: _____   DATE: 7-12-0_  DISCHARGE TIME: 1155

Form # ED-046 (4/2002)

AT001511

| Hospital | Patient Information | Treating Provider | Discharge Summary |
|---|---|---|---|
| **WNJ**  Wilson N. Jones Medical Center  500 N. Highland | Andre Thomas  Phone: | Kevin Stacks  500 N. Highland  Phone: (903) 870-4122 | Date: 7/12/2002 Time: 10:42 AM  **Chart Copy** |

### 1) Your Discharge Instructions:

ASTHMA

### 2) Your Prescriptions:

Prednisone Oral Tablet 20 Milligram 3 TABLET DAILY DISPENSE AMOUNT: 9 (nine)
Ventolin Inhalation Aerosol, solution 90 Microgram 2 INHALATIONS EVERY 4 TO 6 HOURS DISPENSE AMOUNT: 1 (6.8 GM) INHALER(S)

### 3) You should Follow Up with:

| Follow Up Physician | Follow Up Information |
|---|---|
| WNJ Clinic 1417 Clinic,  1000 S. FM 1417  Sherman, TX  Phone: 892-2133  Fax: | On 07/12/2002 this patient was treated in the Emergency Department of Wilson N. Jones Medical Center at 500 N. Highland for ASTHMA.  The patient was asked to follow up in 2 Weeks. |

*I understand that the emergency care which I received is not intended to be complete and definitive medical care and treatment.  I acknowledge that I have been instructed to contact the above physician immediately for continued and complete medical diagnosis, care and treatment.  EKG's, X-rays, and lab studies will be reviewed by appropriate specialists and I will be notified of significant discrepancies.  I also understand that my signature authorizes this Medical Center to release all or any part of my medical record (including, if applicable, information pertaining to AIDS and/or HIV testing, mental health records, and drug and/or alcohol treatment) to the referred physician listed above.*

**1547**

*I have read and understand the above, received a copy of applicable instruction sheets, and will arrange for follow up care.*

04371

| Signature | Patient/Parent/Guardian | Date | Signature | Instructed by | Date |
|---|---|---|---|---|---|
| ✓ Andre Thomas | | | Nise 7-12-02 | | |

CONFIDENTIAL INFORMATION: The information contained in this fax is confidential.  If you have received this fax in error, please notify the sender at once and destroy this document.

AT001512

Wilson N. Jones Medical Center

## GENERAL CONSENT FORM

1. I hereby request admission to this facility and authorize my attending physician, and any and all other attending physicians and surgeons, including radiologists, emergency physicians, pathologists, and anesthesiologists to order or administer any treatments, procedures, tests, examinations or other services of a routine or medical or surgical nature, or to order any hospital services which he/she may deem necessary or advisable in the diagnosis and treatment of my health or physical condition.

2. I understand that the physicians, surgeons, and/or physician assistants who may treat my condition are not employees of this hospital, but are independent physicians who have been selected by my agents or me. I understand that these physicians are independent physicians engaged in the private practice of medicine who are authorized to use the facilities of Wilson N. Jones Medical Center while treating me for my medical condition. The physician may be one selected by me, my agents, or the physician consulting with my attending physician, performing tests ordered by attending physician, such as radiologist, anesthesiologist, cardiologist, or other specialist. I also understand that the emergency room physicians and physician assistants are also not employees of Wilson N. Jones Medical Center, but are private physicians or physician assistants who are treating me until my own physician has time to arrive or until my agents select an attending physician. This Medical Center is not responsible for recommending my treating physicians and I have not relied upon a hospital representative in selecting my independent physician.

3. I authorize Wilson N. Jones Medical Center, its employees and agents to perform nursing care, diagnostic procedures and medical treatment requested by my attending physician and his/her assistant. I understand this may include, but is not limited to diagnostic x-ray procedures, venipunctures for laboratory, intravenous procedures and clinical photographs, videotapes, or film for substantiation or clarification. All prints, negatives, or film will be considered part of the confidential record and will be treated as confidential information related to the diagnosis, treatment, or prognosis of patient. I further authorize the hospital to release my medical records to entities that utilize this information for peer review, quality management/assurance, trend and outcome studies or other educational or research purposes. In addition, I authorize Wilson N. Jones Medical Center to transmit electronically or via facsimile any medical data pertaining to my care.

4. I understand that this Medical Center serves as a clinical training site for a number of accredited health professions students including, but not limited to, programs in Nursing, Paramedic, and Medical Technologist training. These are under the direct supervision of a qualified, licensed instructor or certified professional. During the course of my stay, these students may participate in my care.

5. I am aware that the practice of medicine and surgery is not an exact science and I acknowledge that no guarantees have been made to me as to the result of treatments or examinations in the Medical Center.

6. I hereby acknowledge that I have been provided materials about my rights as a patient and my rights to execute Advance Directives. I understand that I am not required to have an Advance Directive in order to receive medical treatment at this health care facility. Advance Directive data will not be available for outpatient services or procedures.

### I HAVE READ AND FULLY UNDERSTAND THE ABOVE

**PATIENT CONFIDENTIALITY DESIGNATION**

☑ I wish to be registered as a standard confidentiality patient.

☐ I wish to register as a strictest confidentiality patient. My presence will not be acknowledged other than my caregivers and those with a need-to-know. I will not receive mail, flowers, visitors or calls.

| 7/12/02 | _Cindu Thomas_ | |
|---|---|---|
| DATE/TIME | PATIENT'S SIGNATURE | PATIENT REPRESENTATIVE'S SIGNATURE |

| _RN_ | | |
|---|---|---|
| WITNESS | REASON PATIENT UNABLE TO SIGN | RELATIONSHIP TO PATIENT |

### TELEPHONE CONSENT

| Telephone Consent for emergency treatment | Phone # ( ) | Party issuing consent | Relationship | Date & Time |
|---|---|---|---|---|
| Consent Witness: **1548** | | Consent Witness: | | 0437? |
| Comments: | | | | |

Form #BO-037 (Rev. 8/01)

AT001513

# ACUTE EXACERBATION OF ASTHMA
## Severity Assessment and E. D. Protocol



PHYSICIAN, E
THOMAS, ANDRE LEE
07/12/02 M          13

(Patient Stamp)

| Score | MILD 0 - 5 0 | MODERATE 6 - 14 1 | SEVERE 15 - 20 2 | Score/ Time 950 | Score/ Time | Score/ Time |
|---|---|---|---|---|---|---|
| **SYMPTOMS** | | | | | | |
| Breathlessness | While walking | While talking (infant Softer, shorter cry, Difficulty feeding) | While at rest (infant – Stops feeding) | 0 | 0 | |
| Positioning | Can lie down | Tolerates Semi-Fowler's position | Insists on Fowler's Position | 0 | 0 | |
| Talks In | Sentences | Phrases | Words | 0 | 0 | |
| Alertness | Normally Agitated | Moderately agitated | Severely agitated | 0 | 0 | |
| **SIGNS** | | | | | | |
| Respiratory rate (awake) <2 months 2-12 months 1-5 years 6-8 years 9 yr.– adult | <60 <50 <40 <30 <20 | 60-70 50-60 40-50 30-40 20-30 | >70 >60 >50 >40 >30 | 0 | 0 | |
| Use of accessory muscles | None | Mild to Moderate | Severe | 0 | 0 | |
| Wheezing | End Expiratory Wheezing | Loud inspiratory & Expiratory wheezing | Diminished breath Sounds | 2 | | |
| Pulse 0-12 months 1-2 years 2-8 years 9yr.- adult | <160 <120 <110 <100 | 160-180 120-140 110-130 100-120 | >180 >140 >130 >120 | 0 | 0 | |
| **FUNCTIONAL ASSESSMENT** | | | | | | |
| Peak Flow (% of Pred. Or Personal Best) | Pred. Peak Flow 144 | >80% | 50-80% | <50% | 2 | 1 | |
| SaO2 (room air) | | >95% | 90-95% | <90% | | | |
| | | | Total Score | 5 | | |
| | | | Medication, dose And Delivery Device | Albuterol 5mg Nebulized | Albuterol 5mg Neb | |
| | | | Therapist's Initials | AVK | AVK | |

COMMENTS: 1000 – TX#1 Given. HRXX164. RR20/02. PF 250/300 — → Treatment
10:20 – PF 400/5w0. HR150/TX. RR20/04 — BS Clear sl. TR
3rd TX noT given Der. Dr. Stucks — TR on Room

15:49

04373

THERAPIST SIGNATURE: _____

FORM #RT-012

AT001514

# EMERGENCY DEPARTMENT PROTOCOL ORDERS -
## ACUTE EXACERBATION OF ASTHMA – ADULT

### Initial Assessment - Perform Severity Index
To include:  Onset, home medications, symptoms, baseline Peak Expiratory Flow (PEF), etc

| MILD 0 – 5 | MODERATE 6 – 14 | SEVERE 15 – 20 |
|---|---|---|
| 5–8 Puffs Ventolin MDI<br><br>Oxygen to keep Sat > 90% | 6–8 Puffs Ventolin MDI or<br>0.5 cc – 1 cc Ventolin HHN and<br>4 Puffs Atrovent MDI<br>Or 0.5 mg Atrovent UD HHN<br><br>Oxygen to keep Sat > 90% | 0.5 cc Ventolin HHN and<br>0.5 mg UD Atrovent HHN<br><br>Oxyen to keep Sat > 90%<br><br>Systemic Steroids |

### Repeat Assessment - Perform Severity Index

| MILD 0 – 5 | MODERATE 6 – 14 | SEVERE 15 – 20 |
|---|---|---|
| 6–8 Puffs Ventolin MDI Q20" x 2<br><br>Consider inhaled steroids<br><br>Oxygen to keep Sat > 90% | 6–8 Puffs Ventolin MDI or<br>0.5 cc – 1 cc Ventolin HHN and<br>4 Puffs Atrovent MDI or<br>0.5 mg Atrovent UD HHN Q20" x 2<br><br>Systemic steroids<br><br>Oxygen to keep Sat > 90% | 0.5 cc – 1 cc Ventolin HHN and<br>0.5 mg Atrovent UD HHN Q20" x 2<br><br>Oxygen to keep Sat > 90%<br><br>ABG to assess for Respiratory Failure |

### Repeat Assessment - Perform Severity Index

| Good Response | Incomplete Response | Poor Response |
|---|---|---|
| (PEF > 70%, no distress. Sustained response x 60") | (PEF < 70 %, but > 50%, mild to moderate symptoms) | (PEF < 50%, CO2 > 42 with moderate to severe symptoms) |
| Continue Ventolin MDI 6–8 Puffs Q2-4 hours and inhaled steroids. | Continue Ventolin 0.5cc – 1 cc and Atrovent 0.5 mg UD HHN Q 1-3 hours | Continue Ventolin 0.5 cc – 2cc and Atrovent 0.5 mg UD HHN Q 1-3 hours |
| Patient Education | Oxygen to keep Sat > 90% | Oxygen to keep Sat > 90% |
| Discharge Home | Continue Steroids | Continue Steroids |
| | Patient Education/Hospitalization | Monitor PEF |
| | Consult Specialist | Admit to ICU |
| | | Consult specialist |

1580

04374

_____
Therapist Signature

_____
Physician Signature

_____
Date

FORM #RT-012

AT001515

# Exhibit 121

**Sherman Police Department Incident Report regarding Brian Thomas assaulting Andre Thomas**

```
Date Printed:                      INCIDENT REPORT
Apr 08 2004
                               SHERMAN POLICE DEPARTMENT
                                     317 S TRAVIS

--------------------------------------------------------------------------------
Incident # 0210123              Case #              Document #
--------------------------------------------------------------------------------
Victim:
THOMAS, ANDRE LEE                                  AGE:  19  SEX: M
███████████████████                               RACE: B
SHERMAN          TX 75090                          DOB:  ████████
███████████                                        DL#:  ████████
                                                   SS#:  █████████
Suspect:
THOMAS, BRIAN DUANE                                AGE:  22  SEX: M
███████████████████         SELF-EMPLOYED          RACE: B
SHERMAN          TX 75090                          DOB:  ████████
███████████                 SHERMAN TX             DL#:  ████████
                                                   SS#:  █████████
--------------------------------------------------------------------------------
Offense  : ACBI F/V              UCR Code : 04E
Date     : 12/27/02              Time : 19:54M-
Location : ████████████████
Weapon   :                       Dept Code: A
M / O    : SUSPECT ASSAULTED SIBLING CAUSING PAIN
--------------------------------------------------------------------------------
Init/Currnt Status    Description            Serial #         Value
EVIDENCE              MICRO CASSETTE
   0210123
EVIDENCE              1 3 1/2 INCH FLOPPY DISC
   0210123
--------------------------------------------------------------------------------
```

OFFENSE NARRATIVE: 12/27/02, 1958 HRS, KELLEY 138, 162

COMPLAINANT STATE OF TEXAS

ON DECEMBER 27TH, 2002 AT APPROXIMATELY 1954 HOURS SPD DISPATCH RECEIVED A
PHONE CALL FROM ANDRE THOMAS.  THOMAS ADVISED DISPATCH THAT HE WAS INVOLVED
IN A DISTURBANCE WITH HIS BROTHER, SUSPECT BRIAN DUANE THOMAS.  THOMAS
ADVISED DISPATCH THAT BRIAN THOMAS HAD LEFT THE RESIDENCE WHEN HE LEFT TO
MAKE THE PHONE CALL.  AT 1958 HOURS I WAS DISPATCHED TO ███████████████
IN REFERENCE TO A DISTURBANCE.  UPON MY ARRIVAL AT 2002 HOURS I MADE CONTAC
WITH A BLACK MALE KNOWN TO ME AS ANDRE THOMAS.

THOMAS STATED THAT ON THIS DATE AT APPROXIMATELY 1950 HOURS HE WAS IN THE
FRONT ROOM OF ███████████████████ WATCHING TV WITH HIS 5 YEAR OLD
BROTHER, ████████████.  ANDRE THOMAS STATED THAT BRIAN THOMAS CAME INTO THE
RESIDENCE AND WALKED INTO HIS OWN BEDROOM AND THEN WALKED BACK OUT INTO THE
FRONT ROOM AND CONFRONTED ANDRE THOMAS.  ANDRE THOMAS STATED THAT BRIAN
THOMAS ASKED WHY ANDRE HAD CALLED THE POLICE ON HIM EARLIER.  ANDRE THOMAS
STATED HE REPLIED BY TELLING HIM THAT HE HAD ENOUGH OF HIM.  ANDRE THOMAS
STATED THAT BRIAN THOMAS CONTINUED TO ARGUE AND BADGER HIM.  ANDRE THOMAS
STATED THAT HE ADVISED BRIAN THOMAS THAT HE WAS NOT PUTTING UP WITH THAT
AND GOT UP FROM THE COUCH.  ANDRE THOMAS STATED THAT WHEN HE GOT UP FROM
THE COUCH BRIAN THOMAS STEPPED TOWARDS HIM, PUT HIS HANDS ON HIS CHEST AND
SHOVED HIM BACK INTO THE WALL.

**336**

01651

AT000327

Date Printed:                    INCIDENT REPORT
Apr 08 2004
                          SHERMAN POLICE DEPARTMENT
                                317 S TRAVIS


ANDRE THOMAS STATED THAT WHEN HE HIT THE WALL HE ALSO HIT HIS HEAD.  ANDRE
THOMAS STATED HE EXPERIENCED PAIN WHEN HIS BACK HIT THE WALL.  ANDRE THOMAS
STATED THAT HIS TEETH HIT TOGETHER ALSO AS A RESULT OF THE WHIPLASH
REACTION CAUSED BY BEING SHOVED AND THAT HIS TEETH WERE NOW HURTING.  ANDRE
THOMAS STATED THAT HE ADVISED BRIAN THOMAS THAT HE KNEW WHAT BRIAN WAS
TRYING TO DO AND REFUSED TO FIGHT WITH HIM.  ANDRE THOMAS STATED THAT HE
THEN PUT HIS HANDS BEHIND HIS BACK AND TOLD BRIAN THAT IF HE WAS GOING TO
DO ANYTHING TO GO AHEAD BECAUSE HE WAS NOT GOING TO FIGHT WITH HIM BECAUSE
HE WAS NOT GOING TO GET IN TROUBLE.  ANDRE THOMAS STATED THAT BRIAN THOMAS
THEN CALLED HIM A COWARD.  ANDRE THOMAS STATED THAT BRIAN THOMAS STATED
THAT FINE THEN, I GOT 5 GUNS AND I WILL GO GET 1 OF THEM, AFTER ALL HE
(BRIAN) HAD 1 FOR ANDRE JUST LIKE ANDRE HAD 1 FOR BRIAN.  ANDRE THOMAS
STATED THAT HE DOES NOT HAVE ANY GUNS.

ANDRE THOMAS STATED THAT AS HE WAS GOING THROUGH THE BACK DOOR BRIAN THOMAS
LEFT THE RESIDENCE THROUGH THE FRONT DOOR.  BRIAN THOMAS ADVISED THAT HE IS
SCARED THAT BRIAN THOMAS IS GOING TO CAUSE SERIOUS BODILY HARM TO HIM IF
NOTHING IS DONE TO STOP HIM (BRIAN).  ANDRE THOMAS ADVISED THE HE AND BRIAN
ARE BROTHERS AND THAT THEY LIVE AT THE RESIDENCE, ███████████, WITH
THEIR MOTHER AND 5 YEAR OLD BROTHER.

ANDRE THOMAS DID PROVIDE A RECORDED AUDIO STATEMENT REGARDING THE INCIDENT.
I THEN PHOTOGRAPHED THE HOUSE NUMBERS, LOCATION OF THE OFFENSE, AND ANDRE
THOMAS.  I DID NOT OBSERVE ANY VISIBLE INJURIES TO THOMAS HOWEVER HE STATED
HE EXPERIENCED PAIN TO HIS BACK AS A RESULT OF BEING SHOVED BY BRIAN
THOMAS.  AFTER GATHERING THE NECESSARY INFORMATION FOR THE REPORT, I GAVE
ANDRE THOMAS A CITIZEN'S INFORMATION CARD WITH THE SERVICE NUMBER AND THE
ADULT FAMILY VIOLENCE VICTIMS CARD.  AS OF REPORT TIME I'VE BEEN UNABLE TO
LOCATE BRIAN THOMAS FOR QUESTIONING REGARDING THIS INCIDENT.  THE
MICROCASSETTE CONTAINING THE STATEMENT AND THE 3 1/2 INCH FLOPPY DISC WITH
THE PHOTOGRAPH'S WAS TAGGED AND LOGGED IN AS EVIDENCE AT THE SPD.

SHERMAN POLICE DEPARTMENT ADVISED THAT THE CALL CAME ██████████
███████████ CAME OVER A REGULAR LINE AND NOT 9-1-1.  I REQUESTED A COPY
OF THE PHONE CALL FOR EVIDENCE.

IT SHOULD BE NOTED THAT THERE IS NO PHONE AT THE THOMAS RESIDENCE, SO IN
ORDER TO CALL THE POLICE, THE VICTIM MUST GO TO A NEIGHBOR'S HOME.

    <<< Segment 2 >>>

Segment 1 approved 01/03/2003; Sgt. Kevin Garbacik

Case ready for prosecution.

    <<< Segment 3 >>>

FOLLOW-UP NARRATIVE: ACBI FV, 02/13/03  1220  KELLY  138  062
PAPERWORK, COPY OF AUDIO TAPE, AND COPY OF PHOTO DISK FORWARDED TO CA
OFFICE ON THIS DATE FOR THE FILING OF THIS CASE.  NO CALL FOR SERVICE
LOCATED.

**337**                                                    01652

```
Date Printed:                    INCIDENT REPORT
Apr 08 2004
                          SHERMAN POLICE DEPARTMENT
                               317 S TRAVIS

-------------------------------------------------------------------------
Officer 1: KELLY, SHAWN - 138          Officer 2:
Disposition Code : CP
```

01653

**338**

AT000329

# Exhibit 122

**Sherman Police Department Report regarding Andre Thomas assaulting Brian Thomas**

Feb 27 2003

### SHERMAN POLICE DEPARTMENT
### 317 S TRAVIS

```
-------------------------------------------------------------------------
Incident # 0300600                    Case #              Document #
-------------------------------------------------------------------------
Victim:
THOMAS, BRIAN DUANE            ROOFING               AGE:  22  SEX: M
████  ██████████████           RACE: B
SHERMAN          TX 75090                            DOB:  ███████
                               SHERMAN TX            DL#:
                                                     SS#:  ███████████

Witness:
RAMSEY, DONALD EARL            DISABLED              AGE:  56  SEX: M
████████████████               RACE: B
SHERMAN          TX 75090                            DOB:  █████████
                                                     DL#:  █████████
                                                     SS#:  █████████

STEPHENS, RUSSELL              LAUNDRY AIDE          AGE:  40  SEX: M
████████████                   IHS OF TEXOMA         RACE: B
SHERMAN          TX 75090                            DOB:  █████████
                                                     DL#:  █████████
              ███████████                            SS#:  █████████

Arrestee:
THOMAS, ANDRE LEE                                    AGE:  19  SEX: M
████████████████                                     RACE: B
SHERMAN          TX 75090                            DOB:  █████████
████                                                 DL#:  █████████
                                                     SS#:  █████████

Other:
RAMSEY, DONALD EARL            DISABLED              AGE:  56  SEX: M
███████████████                RACE: B
SHERMAN          TX 75090                            DOB:  █████████
█████                                                DL#:  █████████
                                                     SS#:  █████████
BARNES, MISTY                  SOCIAL WORKER         AGE:  28  SEX: F
                               WNJ                   RACE: W
                               500 N HIGHLAND        DOB:  ███████
                                                     DL#:
                               8704481               SS#:
ZENT, TERRI                    NURSE                 AGE:  37  SEX: F
                               WNJ                   RACE: W
                               500 N HIGHLAND        DOB:  ███████
                                                     DL#:
         ███████                                     SS#:
-------------------------------------------------------------------------
Offense : AGGRAVATED ASSAULT DW F/V   UCR Code : 04B
Date    : 01/26/03                    Time : 13:30M-
Location : ██████████████████
Weapon  :                             Dept Code: A
M / O   : SUSPECT STABBED VICTIM TWICE WITH BUTCHER KNIFE
-------------------------------------------------------------------------
Init/Currnt Status   Description        Serial #        Value
EVIDENCE             AUDIO CASSETTE
     0300600
EVIDENCE             DIGITAL PHOTO DISC
     0300600
```

01133

**73**

Feb 27 2003

SHERMAN POLICE DEPARTMENT
317 S TRAVIS

EVIDENCE          KITCHEN BUTCHER KNIFE
  0300600         W/BLACK HANDLE
EVIDENCE          AUDIO TAPE
  0300600

------------------------------------------------------------------------

OFFENSE NARRATIVE:  01/26/03 1330  WARD 068  095

COMP. IS THE STATE OF TEXAS

I OFFICER WARD ON 1-26-03 WAS DISPATCHED TO ██████████████
ON A REPORT OF A STABBING VICTIM AT THIS LOCATION.  AFTER
ARRIVING AT ███████████████, I TALKED TO THE RESIDENT, DONALD
RAMSEY, WHO TOLD ME THAT BRIAN THOMAS HAD JUST RAN UP TO HIS
RESIDENCE STATING THAT HE HAD BEEN STABBED BY HIS BROTHER ANDRE
AND TO CALL THE POLICE AND AN AMBULANCE.

MR. RAMSEY LED ME INTO A BEDROOM INSIDE THE RESIDENCE WHERE BRIAN
THOMAS WAS LAYING ON HIS STOMACH, FACE DOWN, ON A BED WITH A LARGE
STAB WOUND LOCATED ON HIS BACK AND ON THE LEFT SIDE, ABOUT MIDWAY
BETWEEN HIS HIP AND HIS SHOULDER.  I OBSERVED THE LARGE GAPING
HOLE WITH BLOOD WELLING IN IT, AND OBSERVED WHERE HE HAD BLED ONTO
THE BED AND ONTO HIS CLOTHING.

AS I WAS WALKING INTO THE RESIDENCE, I OBSERVED SEVERAL DROPS OF
BLOOD ON THE STEPS AND THE PORCH.  OFFICER DANNY SMITH ARRIVED TO
ASSIST ME AND STEPHEN DEAN ARRIVED TO ASSIST ME ON THIS AND OFFICER
SMITH USED HIS DIGITAL CAMERA TO TAKE PHOTOGRAPHS OF THE VICTIM AND
THE SCENE AT ██████████████.

I ASKED BRIAN THOMAS WHO HAD STABBED HIM AND WHILE I WAS ASKING
HIM THIS QUESTION, I OBSERVED ANOTHER STAB WOUND ON BRIAN THOMAS'
LEFT ARM.  IT WAS PARTIALLY COVERED WITH BED CLOTHING AND I COULD
NOT SEE IT VERY WELL.  AT THIS TIME, THE PARAMEDICS ARRIVED AND
JUST AS THEY WERE ARRIVING, BRIAN THOMAS WAS TELLING ME THAT HIS
BROTHER ANDRE THOMAS GOT MAD AT HIM BECAUSE BRIAN THOMAS WAS
HITTING HIM A LITTLE BIT BECAUSE BRIAN THOMAS WAS MAD AT ANDRE
THOMAS FOR HAVING HIS ROCK MUSIC TURNED UP TOO LOUD AT THEIR
RESIDENCE.

I ASKED BRIAN THOMAS TO REPEAT WHAT HE HAD SAID AND HE TOLD ME
THAT ANDRE THOMAS WAS PLAYING HIS MUSIC TOO LOUD AT THEIR RES-
IDENCE AND BRIAN THOMAS GOT MAD AND IN HIS WORDS "WENT OFF"
AND WENT BACK THERE AND STARTED HITTING ANDRE THOMAS FOR HAVING
THE MUSIC UP TOO LOUD AND NOT WILLING TO TURN IT DOWN.  BRIAN
THOMAS STATED THAT HE HAD WALKED AWAY FROM ANDRE THOMAS AND
AFTER HE HAD WALKED AWAY FROM ANDRE THOMAS, ANDRE THOMAS GRABBED
A BUTCHER KNIFE FROM THE KITCHEN AND STABBED BRIAN THOMAS IN
THE BACK AND WHEN BRIAN THOMAS TURNED AROUND TO DEFEND HIMSELF,
BRIAN THOMAS GOT STABBED AGAIN IN THE THE LEFT ARM.

01134

CC  74

AT000076

Feb 27 2003

SHERMAN POLICE DEPARTMENT
317 S TRAVIS

BRIAN THOMAS TOLD ME THAT HE MANAGED TO GET OUT THE FRONT DOOR
OF THE HOUSE WHILE ANDRE THOMAS WAS TRYING TO STAB HIM AGAIN
AND RAN DOWN TO DONALD RAMSEY'S HOUSE WHERE HE HAD THEM CALL
THE POLICE AND AN AMBULANCE.

AS SOON AS THE PARAMEDICS AND EMT'S LEFT WITH BRIAN THOMAS TO
GO TO WILSON N JONES HOSPITAL, MYSELF, OFFICER DANNY SMITH AND
OFFICE STEPHEN DEAN WENT DOWN TO BRIAN AND ANDRE THOMAS' RESIDENCE
AT ▮▮▮▮▮▮▮▮▮▮▮▮▮▮.   THERE WE MET ANDRE THOMAS THERE AT ▮▮▮▮▮
▮▮▮▮▮▮▮▮▮.   ANDRE THOMAS WAS STANDING IN THE LIVING ROOM
WITH HIS HANDS ABOVE HIS HEAD STATING TO ME THAT HE WAS READY TO
GO TO JAIL AND HE KNEW THAT WE WERE GOING TO ARREST HIM.

AS I  WAS HANDCUFFING ANDRE THOMAS, HE WAS TALKING OVER AND OVER
AND WITHOUT BEING ASKED ANY QUESTIONS, WAS TELLING ME WHY HAD ENDED
UP STABBING BRIAN THOMAS.  ANDRE THOMAS WAS TELLING ME THAT HE
WAS PLAYING HIS MUSIC IN HIS ROOM WHEN BRIAN THOMAS CAME IN AND
TOLD HIM TO TURN IT DOWN AND STARTED HITTING HIM AROUND THE HEAD
OVER AND OVER.  ANDRE THOMAS STATED THAT HE WAS TIRED OF BEING
BEAT UP AND BEAT ON BY HIS BROTHER BRIAN THOMAS AND WHEN BRIAN
THOMAS TOLD HIM THAT HE WAS GOING TO GO GET SOMETHING ELSE TO
BEAT HIM WITH WHEN HE LEFT ANDRE THOMAS' ROOM, ANDRE THOMAS
STATED THAT HE WAS AFRAID BRIAN THOMAS WAS GOING TO GET A CLUB
OR SOMETHING TO BEAT ANDRE WITH AND ANDRE STATED HE TOOK A KNIFE
AND WENT INTO THE LIVING ROOM WHERE HE FOUND BRIAN THOMAS AND
STABBED HIM BEFORE BRIAN THOMAS COULD INJURE ANDRE THOMAS.

THERE WAS QUITE A BIT OF BLOOD ON THE SOFA IN THE LIVING ROOM.
PHOTOGRAPHS OF THE SCENE AT ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ WERE ALSO
TAKEN BY OFFICER DANNY SMITH.  THE DIGITAL DISC FROM THIS
CAMERA WAS TAGGED AND PLACED INTO THE EVIDENCE LOCKER AT
SHERMAN POLICE DEPT.

THERE WAS ALSO AN AUDIO DISC THAT WAS TAGGED AND PLACED IN
THE POLICE DEPT. EVIDENCE ROOM OF ANDRE THOMAS TELLING ME THAT
HE DID NOT WISH TO GIVE ME A VOLUNTARY STATEMENT.

AFTER SECURING ANDRE THOMAS, I ASKED ANDRE THOMAS WHERE THE
KNIFE WAS THAT HE USED TO STAB HIS BROTHER BRIAN THOMAS AND
HE TOLD ME IT WAS "IN THERE", MOTIONING TOWARD THE KITCHEN
AREA.  I THEN ASKED ANDRE THOMAS IF HE MEANT THE KITCHEN AND
HE SAID "YES".  I DID GO INTO THE KITCHEN AND FIND A LARGE
BUTCHER KNIFE SITTING IN A POOL OF WATER IN THE SINK.  THE
ONLY THING STICKING OUT OF THE WATER WAS THE HANDLE TO THE
BUTCHER KNIFE.  THE BLADE WAS IMMERSED COMPLETELY IN THE
WATER.

I ASKED ANDRE THOMAS TO COME INTO THE KITCHEN AND SHOW ME THE KNIFE
AND ASKED HIM IF THIS WAS THE KNIFE IN THE KITCHEN SINK.  HE WALKED
OVER TO THE KITCHEN SINK AND MOTIONED TO THE ONLY KNIFE VISIBLE THERE,

01135

75

AT000077

Feb 27 2003

SHERMAN POLICE DEPARTMENT
317 S TRAVIS

THAT THAT WAS THE KNIFE.  I COLLECTED THIS KNIFE AND HAD OFFICER
SMITH PHOTOGRAPH IT ON THE SAME DISC THAT HAD THE REST OF THE PICTURES
OF THE CRIME SCENES AND INJURIES AND THEN TOOK THIS KNIFE TO SHERMAN
POLICE DEPT. WHERE I TAGGED IT AND PLACED IT IN THE EVIDENCE LOCKER
AT SHERMAN POLICE DEPT.

THE KNIFE WAS A STAINLESS STEEL KNIFE AROUND 8 INCH BLADE, WITH A
ONE INCH THICK BLACK HANDLE.  THE ONLY WORDING ON THE KNIFE WAS
ON THE LEFT-HAND SIDE OF THE BLADE AND STATED "STAINLESS STEEL
CHINA", NO BRAND NAME WHATSOEVER.

I THEN TRANSPORTED ANDRE THOMAS TO GRAYSON COUNTY SHERIFFS OFFICE
WHERE I READ HIM HIS MIRANDA WARNING AND ADVISED HIM OF HIS RIGHTS
AND ADVISED HIM HE WAS UNDER ARREST FOR AGGRAVATED ASSAULT WITH
A DEADLY WEAPON-FAMILY VIOLENCE.  I THEN ASKED ANDRE THOMAS IF
HE WISHED TO GIVE ME A VOLUNTARY STATEMENT ON HIS SIDE OF THE
INCIDENT AND ASKED HIM THIS ON MY TAPE RECORDER AND HE STATED
THAT HE DID NOT WISH TO GIVE ME A VOLUNTARY STATEMENT.  THIS
AUDIO TAPE WAS THE ONE THAT WAS TAGGED AND PLACED IN THE EVIDENCE
LOCKER AT SHERMAN POLICE DEPT.

AFTER BOOKING ANDRE THOMAS IN FOR THE AGGRAVATED ASSAULT WITH
A DEADLY WEAPON-FAMILY VIOLENCE, I THEN WENT TO WILSON N JONES
HOSPITAL WHERE I ATTEMPTED TO GET A VOLUNTARY STATEMENT FROM
VICTIM BRIAN THOMAS, BUT HE WAS IN THE OPERATING ROOM BEING
OPERATED ON AT THIS TIME.  I THEN WENT BACK TO SHERMAN POLICE
DEPT. TO TAG MY EVIDENCE AND FINISH MY REPORTS.  I WAS UNABLE
TO GET A STATEMENT FROM THE VICTIM AND DON'T KNOW WHEN I WILL
BE ABLE TO GET A STATEMENT FROM HIM.

WHILE I WAS AT GRAYSON COUNTY SHERIFFS OFFICE, I FILLED OUT
MAGISTRATES EMERGENCY PROTECTIVE ORDER FORM FOR JUDGE MIDDENTS
WHEN HE DID COME BACK IN, REQUESTING A EMERGENCY PROTECTIVE
ORDER ON ANDRE THOMAS ON BEHALF OF BRIAN THOMAS.

    <<< Segment 2 >>>

FOLLOW UP NARRATIVE: AGGRAVATED ASSAULT W/DW F/V, 1/26/03

ON 1/26/03 I OFFICER STEPHEN DEAN RESPONDED TO 706
EAST BROCKETT AS A BACKUP OFFICER IN REFERENCE TO AN
AGGRAVATED ASSAULT.  UPON MY ARRIVAL, OFFICER KEITH
WARD WAS ON THE SCENE OBTAINING INFORMATION FROM
THE VICTIM, WHO WAS LATER IDENTIFIED AS BLACK MALE
BRIAN DEWAYNE THOMAS, DATE OF BIRTH ████████.  MR.
THOMAS WAS LAYING FACE DOWN ON THE BED AND I OBSERVED
A STAB WOUND ON HIS LOWER BACK ON HIS LEFT SIDE.  MR.
THOMAS HAD ALSO SUSTAINED A SECOND STAB WOUND TO HIS
LEFT FOREARM.  MR. THOMAS STATED THAT HE HAD BEEN STABBED
BY HIS BROTHER, WHOM HE IDENTIFIED AS ANDRE THOMAS.

01136

76

AT000078

Feb 27 2003

SHERMAN POLICE DEPARTMENT<br>317 S TRAVIS

SHERMAN FIRE DEPARTMENT PARAMEDICS TRANSPORTED MR. BRIAN
THOMAS TO WILSON N. JONES MEDICAL CENTER.  I ALONG WITH
OFFICER KEITH WARD AND DANNY SMITH, WENT TO ███████
████████ WHERE THE ASSAULT HAD ALLEGEDLY OCCURRED.
AT THIS LOCATION, I ASSISTED OFFICER KEITH WARD IN TAKING
THE SUSPECT INTO CUSTODY.  THE SUSPECT WAS IDENTIFIED AS BLACK
MALE, ANDRE LEE THOMAS, DATE OF BIRTH ████████.

AT THE SCENE, OFFICER DANNY SMITH TOOK SEVERAL PHOTOGRAPHS
OF THE VICTIM'S INJURIES AND OF THE CRIME SCENE.  THIS PHOTO
DISK WAS TURNED OVER TO OFFICER KEITH WARD AT THE SCENE.

   <<< Segment 3 >>>

FOLLOW UP NARRATIVE: AGGRAVATED ASSAULT DW/FV, 2/09/03 1456, WARD 068, 121

I OFFICER WARD ON 2/09/03 ABOUT 1456 HOURS, RECORDED A
FOLLOW UP REFERENCE AGGRAVATED ASSAULT WITH A DEADLY
WEAPON FAMILY VIOLENCE ON THE CASE WHERE BRIAN THOMAS
WAS STABBED BY HIS BROTHER ANDRE THOMAS.

AT ████████ I WAS LED INTO THE RESIDENCE
BY ROCHELLE THOMAS, ANDRE THOMAS' MOTHER.  WHEN I KNOCKED
ON THE DOOR, SHE OPENED THE DOOR AND I SAW ANDRE THOMAS
STANDING IN THE LIVING ROOM WITH HIS HANDS RAISED WITH
HIM STATING THAT HE KNEW WE WERE THERE TO ARREST HIM.

AFTER TAKING ANDRE INTO CUSTODY, HE WAS NOT READ HIS
RIGHTS UNTIL WE ARRIVED AT THE GRAYSON COUNTY JAIL AND
I WAS GOING TO ASK HIM IF HE WANTED TO GIVE ME A VOLUNTARY
STATEMENT.  THAT IS WHEN I READ HIM HIS MIRANDA WARNING.

   <<< Segment 4 >>>

FOLLOW-UP NARRATIVE: AGGRAVATED ASSAULT DW F/V 02/10/03 1042, SMITH 043
164

ON 01/26/03 MYSELF, OFFICER DANNY SMITH, AND OFFICER STEVEN
DEAN RESPONDED TO ████████████ AS A BACKUP OFFICER IN
REFERENCE TO AN AGGRAVATED ASSAULT.

UPON OUR ARRIVAL OFFICER KEITH WARD, WHO IS THE PRIMARY
UNIT, WAS OBTAINING INFORMATION FROM THE VICTIM BRIAN
DUANE THOMAS ███.  MR. THOMAS WAS LAYING FACE DOWN
IN THE BED AND I OBSERVED A STAB WOUND IN HIS LOWER BACK
ON HIS LEFT SIDE.  MR. THOMAS HAD ALSO SUSTAINED SECOND
STAB WOUND TO HIS LEFT FOREARM.  THOMAS STATED THAT HE
HAD BEEN STABBED BY HIS BROTHER ANDRE THOMAS AT THEIR
RESIDENCE AT ████████████.

I PHOTOGRAPHED THE INJURIES TO MR. THOMAS' BACK AND
FOREARM.  OFFICER DEAN AND I THEN WENT TO ████ ████

77

01137

AT000079

Feb 27 2003

SHERMAN POLICE DEPARTMENT
317 S TRAVIS

███████ WITH OFFICER KEITH WARD WHERE THE
ASSAULT ALLEGEDLY OCCURRED. WE ASSISTED OFFICER
KEITH WARD IN TAKING THE SUSPECT INTO CUSTODY.
WE ALSO PHOTOGRAPHED SOME DROPS OF BLOOD WHICH
WERE FOUND ON SOME BLANKETS IN THE LIVING ROOM
FLOOR. WE ALSO PHOTOGRAPHED WHAT WE BELIEVED
TO BE THE KNIFE WHICH WAS USED TO STAB MR. THOMAS.

THESE PHOTOGRAPHS WERE SUBMITTED AS EVIDENCE.

<<< Segment 5 >>>

FOLLOW UP, AGGRAVATED ASSAULT W/DW F/V, 01-29-03, 0900, BELL, 092

ON 01-28-03 AT ABOUT 1130 AM HRS I SPOKE WITH SARAH LAROCHE IN MY OFFICE.
SHE RELATED THAT SHE WAS ANDRE THOMAS' GIRLFRIEND AND THAT SHE WANTED TO
TALK TO ME ABOUT THE CASE. I ASKED HER IF SHE WAS THERE WHEN THE INCIDENT
OCCURRED. LAROCHE STATED NO BUT THAT SHE HAD TALKED TO ANDRE ABOUT IT.

IN A RECORDED STATEMENT SHE RELATED THAT SHE HAD WENT TO ANDRE'S HOUSE
LATER IN THE DAY AFTER SHE HAD GOTTEN OF WORK TO SEE HIM. LAROCHE RELATED
THAT ANDRE WAS NOT THERE. SHE RLATED THAT SHE KNEW SOMETHING WAS WRONG
BECAUSE NO ONE WAS AT HOME AND THE DOORS WERE OPEN. LAROCHE RELATED THAT
SHE THEN WENT AROUND THE CORNER TO ANDRE'S MOTHER'S HOUSE [ROCHELLE
THOMAS]. LAROCHE RELATED THAT SHE SPOKE TO MCCLOUD AT THE ROCHELLE'S HOUSE
AND HE TOLD HER THAT ANDRE HAD WENT TO JAIL. LAROCHE RELATED THAT ANDRE
CALLED HER LATER ON IN THE DAY ON HER CELL PHONE FROM JAIL.

LAROCHE RELATED THAT IN THIS PHONE CALL FROM ANDRE THAT HE TOLD HER HE WAS
IN HIS ROOM WITH THE RADIO TURNED ON. SHE RELATED THAT ANDRE TOLD HER THAT
BRIAN THEN CAME IN TO ANDRE'S ROOM COMPLAINING ABOUT THE MUSIC. SHE RELATED
THAT ANDRE WENT ON TO TELL HER THAT BRIAN WANTED THAT MUSIC TURNED DOWN
BECAUSE IT WAS SENDING EVIL SPIRITS THROUGH THE WALL. SHE RELATED THAT
ANDRE THEN TOLD HER THAT HE TOLD BRIAN THAT THE MUSIC WASN'T LOUD. SHE
RELATED THAT ANDRE TOLD HER THAT BRIAN THEN GOT REAL MAD AND STARTED
PUNCHING HIM. LAROCHE WENT ON TO RELATE THAT ANDRE THEN TOLD HER THAT BRIAN
STOPPED HITTING HIM AND SAID THAT IF HE WENT AND GOT A GUN THAT THE MUSIC
WOULD BE TURNED DOWN REAL QUICK. LAROCHE RELATED THAT THE RUMOR AT THE
HOUSE WAS THAT BRIAN HAD A GUN HIDDEN NEAR THE COUCH SOMEWHERE.

LAROCHE RELATED THAT ANDRE THEN TOLD HER THAT BRIAN WENT TO THE LIVING
ROOM AND STARTED REACHING BEHIND THE COUCH. LAROCHE RELATED THAT ANDRE THEN
TOLD HER THAT HE REMEMBERED SOMETHING ABOUT A GUN.

LAROCHE WENT ON TO RELATE THAT ANDRE THEN TOLD HER THAT HE [ANDRE] HAD
GOTTEN A KNIFE AND THAT HE DOES NOT REMEMBER HOW HE GOT IT BUT THE HE WAS
NOT GOING TO STAND AROUND AND WAIT FOR BRIAN TO PULL A GUN AND SHOOT HIM IN
THE HEAD. LAROCHE RELATES THAT ANDRE THEN TOLD HER THAT HE WENT UP AROUND
BRIAN TRYING TO GET HIM AWAY FROM THE COUCH. LAROCHE RELATED THAT ANDRE
THEN TOLD HER THAT BRIAN EITHER RAN INTO THE KNIFE OR ANDRE SLIPPED AND
BRIAN GOT STABBED. LAROCHE RELATED THAT ANDRE TOLD HER THAT HE ONLY STABBED

01138

78

AT000080

Feb 27 2003

SHERMAN POLICE DEPARTMENT
317 S TRAVIS

BRIAN ONCE AND THAT HE HAD STABBED BRIAN IN THE CHEST. LAROHCE RELATED THAT
SHE HEARD BRIAN HAD BEEN STABBED FIVE TIMES.

LAROCHE RELATED THAT ANDRE TOLD HER THAT HE JUST LAID THE KNIFE DOWN AND
THAT WHEN ROCHELLE GOT THERE SHE PICKED UP THE KNIFE AND THREW IT INTO THE
SINK.

LAROCHE ALSO RELATED THAT ANDRE HAD TOLD HER THAT HE WRITTEN HER A LETTER
AS TO EXACTLY WHAT HAD HAPPENED AND THAT IT WAS IN A NOTEBOOK IN HIS ROOM.
LAROCHE RELATED THAT SHE COULD NOT FIND THE LETTER IN THE NOTEBOOK. SHE
RELATED THAT ROCHELLE TOLD HER THAT SHE HAD TAKEN THE LETTER BUT THAT SHE
DOEN'T REMEMBER WHAT SHE DID WITH IT. LAROCHE RELATED THAT ROCHELLE THOMAS
WAS KINDA LIVING BETWEEN THE TWO RESIDENCES.

AT ABOUT 1330 HRS ON 01-28-03 I MADE CONTACT WITH BRIAN THOMAS IN HIS
HOSPITAL ROOM. AS I WAS TELLING BRIAN I NEEDED TO GET A RECORDED STATEMENT
FROM HIM IN REGARDS TO THE INCIDENT HIS SOCIAL WORKER MISTY BARNES STEPPED
INTO THE ROOM. BRIAN STATED THAT HE WOULD TELL ME WHAT HAPPENED BUT THAT HE
WOULD NOT GIVE ME A RECORDED STATEMENT. SEVERAL TIME WHILE TALKING WITH
BRIAN I TRIED TO GET HIM TO GIVE ME A RECORDED STATEMENT BUT HE FLATLY
REFUSED.

BRIAN TOLD THIS OFFICER THAT IT WAS HIS FAULT THAT ANDRE STABBED HIM. BRIAN
RELATED THAT HE HAD WENT INTO ANDRE'S ROOM TO GET HIM TO TURN OFF HIS
MUSIC. BRIAN RELATED THAT HE DOES NOT LIKE TO HEAR ANDRE'S TYPE OF MUSIC.
BRIAN RELATED THAT HE HAD ONLY BEEN OUT OF THE MENTAL HOSPITAL FOR A SHORT
TIME. BRIAN RELATED THAT ANDRE HAS MENTAL PROBLEMS TOO AND HAS BEEN HUFFING
PAINT OR CHEMICALS LATELY AND IS A DIFFERENT PERSON.

BRIAN RELATED THAT ANDRE REFUSED TO TURN DOWN HIS MUSIC AND HE STARTED TO
HIT ANDRE ABOUT THE HEAD AND FACE WITH HIS FIST. BRIAN RELATED THAT HE HAS
BEAT UP ON ANDRE NUMEROUS TIMES AND THAT HE CAN TAKE ANDRE ANY TIME. BRIAN
WENT ON TO RELATED THAT AS HE BEGAN TO BEAT ON ANDRE THAT ANDRE SEEMED TO
BE A CHANGED PERSON AND STARTED TO FIGHT HIM BACK. BRIAN RELATED THAT HE
REALIZED THAT ANDRE MIGHT GET THE BEST OF HIM THIS TIME BECAUSE ANDRE
SEEMED MADDER THAN NORMAL.

BRIAN RELATED THAT HE THEN LEFT ANDRE'S ROOM AND WENT TO THE LIVING ROOM TO
GET A BROOM HANDLE FROM BEHIND THE COUCH TO USE ON ANDRE. BRIAN RELATED
THAT HE NOW BELIEVED THAT ANDRE COULD PROBABLY BEAT HIS ASS. BRIAN RELATED
THAT AS HE GOT THE BROOM HANDLE AND TURNED AROUND HE SAW ANDRE COMING FROM
THE KITCHEN WITH A LARGE BLACK HANDLED BUTCHER KNIFE. BRIAN RELATED THAT
THE KNIFE HAD TWO SILVER STUD LIKE THINGS IN THE HANDLE.

BRIAN WENT ON TO RELATED THAT HE THEN REALIZED THAT ANDRE WAS SERIOUS ABOUT
HURTING HIM SO HE RAN TO THE FRONT DOOR OF THE RESIDENCE TO LEAVE. BRIAN
RELATED THAT THE FRONT DOOR WAS LOCKED AND AS HE WAS TRING TO UNLOCK THE
FRONT DOOR ANDRE CAME UP BEHIND HIM AND STABBED HIM IN THE BACK. BRIAN
RELATED THAT HE BACK BEGAN TO FEEL HOT AND HE FELT SOMETHING RUNNING DOWN
HIS BACK THAT WAS ALSO WARM. BRIAN RELATED HE REALIZED THAT HE HAD BEEN

01139

AT000081

Feb 27 2003

SHERMAN POLICE DEPARTMENT
317 S TRAVIS

STABBED.

BRIAN WENT ON TO RELATE THAT AS HE WAS TRYING TO UNLOCK THE FRONT DOOR HE
WAS ALSO TRING TI FEND ANDRE OFF WITH HIS LEFT ARM. BRIAN RELATED THAT AS
HE GOT THE FRONT DOOR UNLOCKED AND WENT THROUGH IT ANDRE FOLLOWED HIM
THROUGH THE DOOR TRYING TO STAB HIM AGAIN. BRIAN RELATED THAT AS HE WAS
RUNNING THROUGH THE DOOR HE TOOK OFF HIS SHIRT TO TRY AND STOP THE
BLEEDING.

BRIAN RELATED THAT AS HE RAN FROM THE RESIDENCE HE FOUND IT WAS GETTING
HARD TO BREATH AND RUN. BRIAN RELATED THAT AS HE RAN HE DIDN'T KNOW IF
ANDRE WAS STILL BEHIND HIM OR NOT. BRIAN RELATED THAT HE RAN TO RAMSEY'S
HOUSE AND COLASPED. ONCE AGAIN I TRIED TO GET THIS ON TAPED BUT BRIAN
REFUSED TO GIVE ME A TAPED STATEMENT.

I THEN SPOKE WITH THE SOCIAL WORKER MISTY BARNES. SHE HAD COME INTO THE
ROOM WHEN I HAD FIRST STARTED TALKING WITH THOMAS BUT THEN LEFT. IN A
RECORDED STATEMENT BARNES RELATED THAT THE ONLY THING THAT SHE HAS HEARD
THOMAS SAY ABOUT THE INCIDENT IS WHAT SHE HAD HEARD HIM SAY WHEN SHE WALKED
INTO THE ROOM WHEN I FIRST STARTED TALKING TO HIM. SHE RELATED THAT THOMAS
HAD SAID TO THIS OFFICER THAT IF SOMEONE HAD CAME AFTER HIM LIKE HE HAD
WENT AFTER HIS BROTHER HE WOULD HAVE DONE SOMETHING TOO, THAT HE PROBABLY
WOULD HAVE STABBED SOMEONE BUT THAT HE DIDN'T KNOW WHAT HE WOULD HAVE DONE.
BARNES RELATED THAT THE ONLY OTHER THING SHE HEARD WAS THIS OFFICER ASKING
BRIAN FOR A TAPED STATEMENT AND BRIAN SAYING THAT HE WOULD TELL WHAT
HAPPENED BUT THAT HE WOULDN'T PUT IT ON TAPE.

I THEN SPOKE WITH TERRI ZENT AND SHE RELATED THAT SHE IS THE NURSE WHO IS
CARING FOR THOMAS. SHE RELATED THAT THE ONLY THING THAT THOMAS HAS SAID
ABOUT THE INCIDENT IS HE AND HIS BROTHER HAD BEEN ARGUING ABOUT THE MUSIC
FOR ABOUT A WEEK. SHE WENT ON TO RELATE THAT BRIAN SAID THAT HE HAD HAD ALL
HE COULD TAKE AND THAT HE HIT HIS BROTHER. SHE RELATED THAT BRIAN RELATED
THAT HE HAD LEFT THE ROOM AND THE NEXT THING HE KNEW IS THAT HE HAD BEEN
STABBED BY HIS BROTHER WHO HE IDENTIFIED AS HIS 20 YEAR OLD BROTHER.

I THEN WENT TO THE GRAYSON COUNTY JAIL TO MAKE CONTACT WITH ANDRE THOMAS.
THOMAS WAS SENT FOR. WHEN THOMAS CAME UP TO THE BOOK IN DESK AT THE JAIL I
INFORMED HIM THAT I WANTED TO TALK TO HIM ABOUT THE INCIDENT. ANDRE STARTED
TO TALK BUT I STOPPED HIM AND TOLD HIM TO WAIT UNTIL WE GOT INTO A PRIVATE
ROOM AND NOT TO TALK UNTIL I READ HIM HIS RIGHTS.

AS ANDRE FOLLOWED ME TO A ROOM HE KEPT SAYING THAT HE WAS JUST PROTECTING
HIMSELF FROM HIS BROTHER AND THAT HE DIDN'T DESERVE TO BE THERE. AS WE
ENTERED THAT ROOM ANDRE WAS STILL TRYING TO TELL WHAT HAD HAPPENED AND I
STOPPED HIM AND TOLD HIM THAT HAD HAD TO READ HIM HIS RIGHTS FIRST. I THEN
READ ANDRE HIS RIGHTS. HE RELATED THAT HE UNDERSTOOD THEM. I THEN ASKED
ANDRE IF HE HAD ASKED FOR A LAWYER AND HE STATED THAT HE WAS NOT SURE BUT
THAT HE HAD FILLED OUT SOME PAPERS. UPON CHECKING WITH THE JAIL DESK I
FOUND THAT ANDRE HAD ALREADY FILLED OUT A REQUEST FOR A COURT APPOINTED
ATTORNEY.

01140

**80**

AT000082

Feb 27 2003

SHERMAN POLICE DEPARTMENT
317 S TRAVIS

I THEN TOLD ANDRE THAT I COULD NOT TALK TO HIM UNTIL HE HAD TALKED WITH HIS
COURT APPOINTED ATTORNEY. ANDRE KEPT SAYING THAT HE WANTED TO TALK TO ME
NOW BECAUSE HE WAS ONLY DEFENDING HIMSELF AND THAT HE DIDN'T DESERVE TO BE
THERE. I THEN LEFT THE JAIL.

   <<< Segment 6 >>>

FOLLOW UP, AGGRAVATED  ASSAULT W/DW F/V, 01-29-03, 1700, BELL, 092

ON THE DAY OF THE REPORTED INCIDENT BRIAN THOMAS HAD RUN TO DONALD RAMSEY'S
HOUSE AFTER BEING STABBED. RAMSEY RELATED IN A RECORDED STATEMENT ON
01-29-03 THAT HE AND RUSSELL STEVENS HAD JUST COME IN FROM CHURCH WHEN HE
HEARD SOMEONE HOLLERING FOR "HELP DONNIE HELP ME!". RAMSEY RELATED THAT
RUSSEL WENT TO THE DOOR AND BRAIN CAME IN AND SAID THAT HE HAD BEEN
STABBED. RAMSEY RELATED THAT WHEN HE ASKED BRIAN WHO STABBED HIM BRIAN SAID
THAT HIS BROTHER HAD STABBED HIM. RAMSEY RELATED THAT HE TOLD BRIAN THAT HE
AND TO STOP ALL THAT AND BRAIN REPLIED THAT HE WASN'T DOING ANYTHING.
RAMSEY RELATED THAT BRIAN SAID THAT HE WAS GETTING WEAK AND THAT RUSSELL
THEN GOT A TOWEL AND WAS TRYING TO HELP BRIAN.

RAMSEY RELATED THAT BRIAN RELATED TO HIM THAT HIS BROTHER STABBED HIM
BECAUSE OF THE MUSIC AND THAT BRIAN DIDN'T SAY MUCH ELSE ABOUT THE
INCIDENT. RAMSEY RELATED THAT BRIAN IS MENTALLY ILL AND IS ALWAYS GOING
OFF AND THAT HE AND HIS BROTHER ARE ALWAYS SCREAMING AND CUSSING AT EACH
OTHER.

I THEN TOOK A RECORDED STATEMENT FROM RUSSELL STEVENS ABOUT THE INCIDENT.
RUSSELL DID NOT WANT TO GET INVOLVED BUT FINALLY GAVE ME A STATEMENT. HE
RELATED THAT WHEN BRIAN CAME INTO THE HOUSE HE WANTED RAMSEY TO TAKE HIM TO
THE HOSPITAL. RUSSELL RELATED THAT BRIAN STATED THAT ANDRE HAD CUT HIM IN
THE BACK BECAUSE BRIAN HAD WANTED ANDRE TO TURN DOWN SOME MUSIC.

THE CASSETTE TAPE I USED TO TAPE THESE STATEMENTS WILL BE TAGGED AS
EVIDENCE.

   <<< Segment 7 >>>

FOLLOW UP, AGGRAVATED ASSAULT W/DW FV, 02-20-03, 1030, BELL, 092

I HAD MADE SEVERAL ATTEMPTS TO MAKE CONTACT WITH ROCHELLE THOMAS BY
STOPPING BY HER HOUSE AND OR LEAVING PHONE MESSAGES. I WAS FINALLY ABLE TO
MAKE PHONE CONTACT WITH ROCHELLE VIA THE CELL PHONE. AFTER INFORMING HER
THAT I WAS DOING THE INVESTIGATION INTO THIS INCIDENT I ASKED HER IF I
COULD MEET WITH HER TO TALK ABOUT THE INCIDENT.

SHE IMMEDIATELY BECAME DEFENSIVE AND ASKED IF SHE NEEDED TO GET A LAWYER. I
TOLD HER THAT SHE WAS NOT A SUSPECT AND SHE REPLIED BY ASKING ME IF I WAS A
SUSPECT. I INFORMED HER THAT I KNEW THAT SHE WAS NOT THERE WHEN THE
INCIDENT OCCURRED BUT I KNOW THAT SHE WAS AT THE RESIDENCE SHORTLY AFTER TH
INCIDENT OCCURRED.

01141

**81**

Feb 27 2003

SHERMAN POLICE DEPARTMENT
317 S TRAVIS

ROCHELLE THEN ASKED WHY I EVEN WANTED TO TALK TO HER THEN. I TOLD HER THAT
I NEEDED TO MEET WITH HER AND TALK ABOUT A FEW THINGS. SHE KEPT INSISTING
THAT I TALK TO HER ON THE PHONE. I TOLD HER THAT I NEEDED TO TALK TO HER
ABOUT SOME THINGS THAT BRIAN HAD TOLD ME AND ABOUT SOME THINGS THAT ANDRE'S
GIRLFRIEND HAD TOLD ME THAT ANDRE HAD SAID. SHE RESPONDED BY ASKING ME IF I
COULD TALK TO THIS PEOPLE WITHOUT THEIR LAWYERS. I TOLD HER THAT I DID NOT
TALK TO ANDRE BECAUSE HE HAD INVOKED HIS RIGHT TO COUNCIL.

ROCHELLE THOMAS WANTED TO KNOW WHAT I WANTED TO TALK TO HER ABOUT. I TOLD
HER THAT SHE WAS A WITNESS AND MAY HAVE ADDITIONAL INFORMATION THAT COULD
HELP CLEAR UP A FEW THINGS. SHE RELUCTATALY AGREED TO ME STOPPING BY HER
BOYFRIENDS HOUSE AT ██████████ AT 0930 HRS AND TALKING WITH HER. I ASKED
HER IF THIS WAS HER ADDRESS SINCE THE RECORDS SHOWS THAT SHE LIVED AT ████
████ [WHERE THE INCIDENT OCCURRED]. SHE GOT IRATE AND SAID THAT
THERE WAS NO LAW AGAINST HER BEING AT HER BOYFRIENDS HOUSE. I TOLD HER NO
THERE WAS NOT AND THAT I WOULD BE THERE AT 0930.

DET. SHIRLEY ROBINSON AND MYSELF WENT BY ██████████ AT 0930 HRS. A BLACK
MALE ANSWERED THAT DOOR AND RELATED THAT ROCHELLE HAD CONTACTED A LAWYER
AND WAS TOLD THAT SHE DIDN'T HAVE TO TALK TO US. ROCHELLE THOMAS DID NOT
COME TO THE DOOR. ROCHELLE'S CAR WAS IN THE DRIVE. I LEFT MY BUSINESS CARD
AND I AKED THE MAN AT THE DOOR TO HAVE THOMAS CALL ME IF SHE CHANGED HER
MIND

### <<< Segment 8 >>>

FOLLOW UP, AGGRAVATED ASSAULT W/DW F/V, 02-20-03, 1130, BELL, 092

WHEN I INTIALLY TALKED WITH BRIAN THOMAS HE REFUSED TO GIVE A RECORDED
STATEMENT. HIS REASON FOR DOING THIS IS THAT HE WAS WORRIED THAT HE WOULD
BE CHARGED WITH ASSAULTING HIS BROTHER ANDRE. BRIAN THOMAS REPEATEDLY
STATED THAT HE UNDERSTOOD WHY HIS BROTHER STABBED HIM. BRIAN ALSO STATED
SEVERAL TIMES THAT HE DIDN'T WANT TO SAY ANYTHING THAT WOULD HELP PUT HIS
BROTHER IN JAIL. BRIAN THOMAS HAD SAID SEVERAL TIMES THAT HE DIDN'T BLAME
HIS BROTHER FOR WHAT HAPPENED. HE ALSO SAID THAT IF THIS EVER WENT TO COURT
HE WOULD NOT TALK AGAINST HIS BROTHER.

ON THE DAY I SPOKE WITH BRAIN THOMAS AT THE HOSPITAL HIS SOCIAL WORKER
MISTY BARNES INFORMED ME THAT BRAIN THOMAS WAS WASNTING TO BACK TO A MENTAL
HOSPITAL. SHE RELATED THAT SHE WAS IN THE PROCESS OF ARRANGING THIS FOR
THOMAS. WHILE TALKING WITH THOMAS HE INFORMED ME SEVERAL TIMES THAT HE
WANTED TO GO BACK TO THE MENTAL HOSPITAL SOMEWHERE.

I WAS INFORMED THAT UPON THOMAS'S RELEASE FROM WNJ HE WAS TRANSFERRED TO
THE STATE HOSPITAL IN WICHITA FALLS TEXAS.

ON THE DAY I WENT TO THE JAIL TO SPEAK TO ANDRE THOMAS HE WAS TRYING TO
TELL ME THAT HE WAS JUST DEFENDING HIMSELF. SINCE HE HAD ASKED FOR COUNCIL
I TOLD HIM THAT I COULD NOT TALK TO HIM. THIS WAS ON 01-29-03. AT THAT TIME
I ASKED ANDRE TO CALL ME AFTER HE HAD SPOKEN TO HIS LAWYER.

01142

AT000084

Feb 27 2003

SHERMAN POLICE DEPARTMENT
317 S TRAVIS

ANDRE THOMAS WAS APPOINTED ROBERT RICHARDSON JR. AS HIS COURT APPOINTED
ATTORNEY ON 01-30-03. AS OF THE DATE AND TIME OF THIS FOLLOW UP I HAVE NOT
HEARD FROM THOMAS OR HIS ATTORNEY.

ACCORDING TO THE INTIAL REPORT ROCHELLE THOMAS WAS TO HAVE TAKEN THE KNIFE
USED IN THE OFFENSE FROM OFF OF THE FLOOR AND PUT IT INTO THE KITCKEN SINK.
LAROCHE REPORTED THAT ANDRE HAD TOLD HER THAT HE WROTE A LETTER ABOUT THE
INCIDENT. LAROCHE ALSO REPORTED THAT SHE CONFRONTED ROCHELLE THOMAS ABOUT
THIS LETTER AND THAT ROCHELLE THOMAS TOLD HER THAT SHE DOES NOT REMEMBER
WHAT SHE DID WITH IT.

ROCHELLE THOMAS REFUSES TO TALK TO THIS INVESTIGATOR. SHE WAS WILLING TO
TALK AT FIRST BUT WHEN I MADE CONTACT WITH HER FOR OUR APPOINTMENT SHE SENT
A THIRD PARTY TO THE DOOR WHO STATED THAT THOMAS'S LAWYER SAID THAT SHE DID
NOT HAVE TO TALK TO THE POLICE.

UPON SUPERVISOR'S APROVAL THIS CASE WILL BE FORWARDED TO THE COUNTY
ATTORNEY'S OFFICE.

    <<< Segment 9 >>>

02-26-03 Approved. Blankenship, 036.

    <<< Segment 10 >>>

FOLLOW UP, AGGRAVATED ASSAULT W/DW/FV, 02-26-03, BELL, 092

THIS CASE FORWARDED TO THE COUNTY ATTORNEY'S OFFICE.
------------------------------------------------------------------------
Officer 1: WARD, KEITH - 068          Officer 2: BELL, LARRY - 092
Disposition Code : AC

**83**

01143

AT000085

# Exhibit 123

**Grayson County Sheriff's Office Booking Sheet regarding arrest of Andre Thomas**

Grayson Co. Sheriff's Office
BOOKING SHEET

# IM113495*

O# : 62890                              Cell: LCSO
ame : THOMAS, ANDRE LEE                 DOB :  ████████
KA :                                    POB : MUSKOGEE, OK
ex : M     Race: B    Eth : N    Age : 21
gt : 511   Wgt : 150   Hair: BLK   Eyes: BRO
ld : MED   Comp: DRK
none: ████████
ddr : ████████████ ; SHERMAN, TX 75090
MT :
ccup: UNEMPLOYED              Empl: UNEMPLOYED
# : ████████   SSN: ████████   DPS: TX05855165   FBI: 614035PB4
emarks: M2A

none Numbers Called at Booking:

ergency Contact: THOMAS,ROCHELLE (MOTHER) NONE ████████ SHERMAN, TX

| RANT#<br>VIEW | OFFENSE<br>AGG ASSLT W/DW FAMILY VIOLENCE | CO. ORIGIN<br>GRAYSON | BOND & TYPE<br>5,000.00 SURETY BON | FINE<br>0.00 | HLD DISP |

rst Agency: SHERMAN POLICE DEPAR   Arrst Officer: WARD,KEITH
rst Date/Time: 01/26/2003  14:01   Arrst Location: RESIDENT
hicle Make:              Model:              Color:        Year:
c No:        State:      Towed By:           Stored:

## PROPERTY SHEET

sh: $14.40          Receipt# :                 Box #: 137

TY   ITEM DESCRIPTION                              LOCATION
     WALLET                                        P
     KEYS                                          P
     BELT                                          P
     NECKLACES                                     P
     BRACLET (CLOTH) (BROKEN)                      P.
     PR SHOELACES                                  P

ertify that the above is a correct list of items removed from my possession
the time I was placed in jail.

soner's Signature: _____

eived all the above listed property this ____ day of _____, _____

king Officer's Signature: _____
king Officer's Name    : WALKER, JACKIE        Date/Time: 01/26/2003  15:56

03478

AT000031

＊ EPO ＊

SO# : 62890
Name : THOMAS, ANDRE LEE                    Cell: HOLD
AKA  : THOMAS, ANDRE L                       DOB :
Sex  : M    Race: B    Eth : N   Age : 19    POB : MUSKOGEE, OK
Hgt  : 511  Wgt : 150  Hair: BLK  Eyes: BRO
Bld  : MED             Comp: DRK
Phone:
Addr :                      ; SHERMAN, TX 75090
SMT  :
Occup: UNEMPLOYED                      Empl: UNEMPLOYED
DL  #:                   SSN:                DPS: TX05855165       FBI: 614035PB4
Remarks: M2A
Phone Numbers Called at Booking:

Emergency Contact: THOMAS,ROCHELLE (MOTHER) NONE                SHERMAN, TX

WARRANT#   OFFENSE
ON VIEW    AGG ASSLT W/DW FAMILY VIOLENCE    CO. ORIGIN   BOND & TYPE  FINE    HLD DISP
                                            GRAYSON      5,000.       0.00

Arrst Agency: SHERMAN POLICE DEPAR  Arrst Officer: WARD,KEITH
Arrst Date/Time: 01/26/2003  14:01  Arrst Location: RESIDENT
Vehicle Make:
Lic No:          State:      Model:          Color:              Year:
                             Towed By:       Stored:

PROPERTY SHEET

Cash: $14.40              Receipt# :                    Box #:

QNTY   ITEM DESCRIPTION                                         LOCATION
1      WALLET                                                   P
4      KEYS                                                     P
1      BELT                                                     P
3      NECKLACES                                                P
1      BRACLET (CLOTH) (BROKEN)                                 P
1      PR SHOELACES                                             P

I certify that the above is a correct list of items removed from my possession
at the time I was placed in jail.

Prisoner's Signature: _____
                                                      01256

Received all the above listed property this ____ day of _____, ____

Booking Officer's Signature: _____
Booking Officer's Name  : WALKER, JACKIE

                                        Date/Time: 01/26/2003  15:56

29

AT000032

BOOKING SHEET

# *IM113495*

SO#   : 62890                                    Cell: HOLD
Name : THOMAS, ANDRE LEE                DOB :  ██████████
AKA   : THOMAS, ANDRE L                     POB : MUSKOGEE, OK
Sex   : M    Race: B    Eth : N    Age : 19
Hgt   : 511  Wgt : 150  Hair: BLK  Eyes: BRO
Bld   : MED             Comp: DRK
Phone:
Addr  : ██████████████████; SHERMAN, TX 75090
SMT   :
Occup: UNEMPLOYED                          Empl: UNEMPLOYED
DL  #: ███████████    SSN: ████████  DPS: TX05855165    FBI: 614035PB4
Remarks: M2A
Phone Numbers Called at Booking:

Emergency Contact: THOMAS,ROCHELLE (MOTHER) NONE ████████████ SHERMAN, TX

| WARRANT# ON VIEW | OFFENSE AGG ASSLT W/DW FAMILY VIOLENCE | CO. ORIGIN GRAYSON | BOND & TYPE 0.00 | FINE 0.00 | HLD DISP |
|---|---|---|---|---|---|

Arrst Agency: SHERMAN POLICE DEPAR Arrst Officer: WARD,KEITH
Arrst Date/Time: 01/26/2003  14:01 Arrst Location: RESIDENT
Vehicle Make:                Model:
Lic No:          State:      Towed By:        Color:          Year:
                                                  Stored:

PROPERTY SHEET

Cash: $14.40          Receipt# :              Box #:

| QNTY | ITEM DESCRIPTION | LOCATION |
|---|---|---|
| 1 | WALLET | P |
| 4 | KEYS | P |
| 1 | BELT | P |
| 3 | NECKLACES | P |
| 1 | BRACLET (CLOTH) (BROKEN) | P |
| 1 | PR SHOELACES | P |

: certify that the above is a correct list of items removed from my possession
t the time I was placed in jail.

'risoner's Signature: *Andre Thomas*                    01257

eceived all the above listed property this,___ day of _____, _____

ooking Officer's Signature: *Sgt. Walker*              01-26-03

ooking Officer's Name : WALKER, JACKIE        Date/Time: 01/26/2003   15:56

# Exhibit 124

# Interview by Sherman Police of Zach Young

Zack Young Interview

**PO:**     I'm Detective Smith of the _____ of the Sherman Police Department.  This in reference to Incident Number 0402024, which is a capital murder case.  It is 3/30/04 at about 14:38 hours.  We are at Sherman Police Department.  Present in the room is Kim Ray Young, white male, 4/15/54.  Is that right?

**Kim:**    That's right.

**PO:**     And you're son, Zachary.  And Zachary, if you would, just say your full name for me and your date of birth please.

**Zack:**   Zachary Ray Young; ███

**PO:**     Okay.  And Zack what I would like to talk about...first, can I call you Zack?

**Zack:**   Okay.

**PO:**     Okay.  What I would like to talk about is how did you come to know Andre Thomas?

**Zack:**   Well, I met Andre through Kim, which was Laura's best friend.

**PO:**     By Kim, you are talking about Kim who?

**Zack:**   Kim, Kimberly Renee Baird.  She lives out _____ house.

**PO:**     Okay.  So you met Andre through Kim who lived with you?

**Zack:**   Yeah.

**PO:**     Okay.

**Zack:**   And Andre, I only talked to him a few times _____ Carmen started coming down and he started coming over more often and I went to the store with him one day and he just mentioned to me, I already knew about Laura and how they got divorced and how Andre had _____ rights to _____ Andre.

**PO:**     Laura?  You're talking about his wife or ex-wife.  Thomas'?

**Zack:**   Yeah, Laura Thomas.  And he mentioned to me about how she wouldn't let him see the baby, he _____ it well, I'll just kill that bitch and just told him don't _____ on that _____ or about a week ago he threw...I was with him here and he tried to get his _____

**4773**

04176

AT004748

PO:      Uhuh.

Zack:    And the place across the street _____ and he left me, I
         sitting there and drove off to Wilson _____ she _____. I
         called _____ to come down there to pick me up.

PO:      Okay.  Have you ever been around Andre...first of all, how long have you known Andre?

Zack:    Maybe about _____ months.

PO:      _____ months?  And the last time you saw him will be how long ago do you think?

Zack:    Before it happened, I saw him about 3 days before _____ happened.

PO:      About three days before, you talking about before the murders?

Zack:    Yeah.  He came over to the house _____ Carmen to pick up her and stuff.
         And we talked to him a little...he _____ so much, he had his head to his hand like
         this.  He was just _____ there _____.

PO:      You mentioned that he said just kill, I think you said that bitch.

Zack:    Yeah.

PO:      Bitch being...referring to Laura?

Zack:    Yeah.

PO:      Okay.  Did he ever talk to you about how he intended to kill her?

Zack:    Nah.

PO:      He just made comments and said he wanted to kill her?

Zack:    ?????

PO:      How many times do you think he told you that he wanted to kill Laura?

Zack:    Maybe twice.  _____ he personally _____ with _____
         twice.

PO:      Had he ever asked you at any time to give him advice on how to kill somebody?

Zack:    No.  He did ask me if I would help him kill hisself.

**4774**

04177

AT004749

PO:     To kill himself?

Zack:   Yeah.

PO:     Why would he want to kill himself that you know of?  Did he give you any reasons
        or...how did he want you to help kill him?

Zack:   He asked me if I would stab him.

PO:     Did he have a knife with him?

Zack:   No.  He always has a big, huge knife at his house, but _____

PO:     So you've been over to his house before?  Is that, do you know the lot number over there,
        I assume it's a mobile home park.

Zack:   Yeah.  His _____.

PO:     You know what number was his?

Zack:   ????

PO:     No idea?

Zack:   His house was so _____ beat up I don't think it had a number
        _____.

PO:     Okay.  Have you ever been over to Laura's house with him?

Zack:   Uh, no, but I've been over to Laura's house with Kim.

PO:     Okay.  Have you ever known Andre to go over to Laura's house?

Zack:   I knew that Andre used to always walk over there and they would talk about
        _____ and they would eat dinner _____.

PO:     Did they...was Andre over there when Laura's boyfriend was there?

Zack:   Yeah, he was there a while. _____.

PO:     They _____ together _____.  Do you know, did
        they get along or do you have any idea?

Zack:   Yeah, they used to, they'd go to the park and stuff _____

**4775**

04178

AT004750

PO:     With the kid?  You talking to the park right next to them, Fairview?

Zack:   Fairview.

PO:     So they did actually get along to the best they could with the relationship they had?

Zack:   Yeah.

PO:     Have you ever given Andre a ride over to that apartment to drop him off or anything?

Zack:   Huha.. No.

PO:     _____ done that?

Zack:   ?????

PO:     If he needed a ride, who would he go to continually, do you know?

Zack:   Maybe Scott.

PO:     Who's Scott?

Zack:   _____.  I don't know Scott's last name, but he's white and the last time I heard he lives in Sherman.

PO:     Okay.  You don't know what his last name is?

Zack:   Nah.  He drives a light blue Pontiac or something.  Scott and _____, I think he's staying out at _____.

PO:     Do you know what Billy's last name is?

Zack:   Kim _____.  Kim knows all...

PO:     Is Kim related to you?

Zack:   Kinda.  She's his _____.

PO:     Granddaughter?

Zack:   That's right.

PO:     Okay.  That's Kimberly.

Zack:   Kimberly Baird.  She's known _____ for about 10 years.

**4776**

04179

AT004751

Kim:   Yeah, she's known _____ _____ for a long time.

Zack:   She helped raise Andre.

Kim:   Yeah, she helped raise Andre.

PO:   And at no time that you recall did Andre ever tell how he was going to go about committing this killing that he was talking about.

Zack:   He wanted to come and kill Laura, but he never said nothing about _____.

PO:   Had he ever expressed why he wanted to kill Laura?

Zack:   Because of the way that she just left him and she had _____ daughter _____ and he was struggling in _____ trailer park and _____ him and her _____ apartment.

PO:   I guess _____ lifestyle _____. Is there anything else you think that you should add before we turn the recorder off? That everything that you can remember?

Zack:   Yeah.

PO:   And _____ through, something in your previous statement that you wanted to add after the recorder went off?  Something to do with Andre and wanted to know about how to use the knife or..?

Kim:   Yeah. I remember him asking me how to use a knife; how to actually...what's the best way to put a knife into a person and kill them.

PO:   And how did that conversation start?

Kim:   Well, I...he just asked me...he was talking about suicide and he was asking me if I knew a quick way to put...where to penetrate a knife at...to actually _____ part body where it would commit, you know, a quick death.   And I told him there was not really a part of the body to do that, but I told him, you know, I said, you know, the upper part of the chest is probably the best part, you know, to do that.

PO:   Did he ever ask you where the internal organs were located at, or anything like that?

Kim:   He asked me if the internal organs were located at...where they were located at.  He asked me if I knew where they were located at.

PO:   Were you able to tell him?

04180

**4777**

AT004752

Kim:    Well, yes I did.

PO:     Your heart's here and your lung's here?

Kim:    Yeah, I told him, you know, basically what, you know, what part of the body, what part
_____

PO:     Do either one of you guys know the extent of the injuries that the victims had?  Have you all heard anything?

Kim:    Actually, we just heard rumors.  So I actually don't know what happened to them.

PO:     So you don't have any idea.

Zack:   Just from what the neighbors said.

Kim:    We heard, you know, each victim was stabbed once and...

Zack:   _____ their hearts...

Kim:    We heard from my ex-wife last night that they were, that the organs were removed.  Of course, we don't know.

PO:     Alright.  Is there anything else that either one of you would like to add.

Kim:    ?????

PO:     Okay.  Its 14:48 hours and that will conclude this statement.

**4778**

04181

AT004753

# Exhibit 125

## Interview by Sherman Police of Kim Young

### Kim Young Interview

PO:     I am Officer Smith with the Sherman Police Department.  It is March 30, 2004; 13:18 hours. We are at the Sherman Police Department also present is Investigator Mike Ditto.  And if you would, sir, just give me your name for the record.

Kim:    My name's Kim Young.

PO:     That is K-I-m Y-o-u-n-g?

Kim:    Yes sir, it is.

PO:     When's your birthday, Mr. Young?

Kim:    Its ███████

PO:     Okay.  This is in reference to Incident Number 0402024.

Kim:    Okay.

PO:     Which is a capital murder case.

Kim:    Okay.

PO:     Mr. Young I come out looking for you earlier today in reference to some knowledge you might have about the subject in this case _____.  Kinda tell me, I guess, first of all, how you came into meeting and knowing Mr. Thomas and when that occurred, roughly.

Kim:    We met Mr. Thomas about maybe 2 months ago, 2 ½ months ago through Kimberly _____ who lives with us.

PO:     What's Kimberly's last name?

Kim:    Baird.

PO:     Kimberly Baird.

Kim:    Like the bread.

PO:     Okay, and she lives with you?

Kim:    Yes.

04182

4763

AT004738

PO:    Okay.

Kim:   And he _____ with friends of Laura and Wendy, and everyone _____ the complex out there and, the apartment complex; they were all, they all grew up together; and so we basically know each other from that point of view.

PO:    Now, which one are you talking about?

Kim:   Laura was the one who was murdered.

PO:    So the victim?

Kim:   Yes.

PO:    And what was Kimberly's relationship with Mr. Thomas, was there a relationship with at all or...

Kim:   No.  Just friends.  Just friends.

PO:    So would Mr. Thomas come over to your house sometimes?

Kim:   Sometimes he would, yes, he would come over to my house sometimes.

PO:    Okay.

Kim:   Actually, he come over to my house maybe, maybe a few days before the murder happened.

PO:    And this happened on the 27th....?

Kim:   Yes.  Maybe I seen Andre on the 25th.

PO:    So you saw him about 2 days before, which would be Thursday, I guess...?

Kim:   Yes, yes it was.

PO:    What was his state of mind on Thursday?

Kim:   Basically about the same as it was all the other times.  Andre was in left field, basically, all the time.  I would catch Andre several times in my house talking to his hand, talking to the floor, asking if I heard voices, and I would tell him "no".  Andre was, Andre was in the state of mind where he didn't know where he was at, where he was going.  He was definitely lost. He, ah, he, ah, Andre even asked me about committing suicide.  He asked me if it's worth doing that.  I told him "no".  I said "not worth committing suicide".  Of course, I've been through, I've taken psychology in college, and I, you know, _____ told him that, and I was basically just using what I knew and just what I been through in my lifetime,

**4763**

04183

that suicide's not the answer. And, but he, he definitely wasn't on a path of being righteous at all. He needed help. Andre definitely needed help.

PO:    Does he ever talk about hurting anybody else besides himself?

Kim:   Yes, he did.

PO:    Did he talk about _____?

Kim:   Talk about hurting Laura? Yes.

PO:    On one occasion or on multiple occasions.

Kim:   There's been several occasions. Now, basically, his exact words were "I want to kill that bitch".

PO:    What would make...If I understand it, Laura is his still his wife or estranged wife?

Kim:   Yes.

PO:    What would make him so angry at Laura that he would say something like that?

Kim:   That Laura left him. She had a place to live. She had a man taking care of her. She had a life. She had a family. She had everything that Andre wanted and that Andre couldn't have. And it made him very mad and very upset. And, he was, he frequently talked about it, and he was very upset about it, basically, all the time.

PO:    Did he every say how he was going to do it?

Kim:   Actually, he just said, he never did say how he was going to do it, he said he was going to kill the bitch. That was his exact words.

PO:    He ever threaten anybody else?

Kim:   Well, he asked, he asked us if we would stab him?

PO:    Asked you to stab himself?

Kim:   Yes. He asked us if we would stab him and we would hurt him: if we would physically harm him. We said no. We said we don't do that.

PO:    Why would he asked that, was he asking you to hurt him so that he could claim somebody hurt him, or does he .......

Kim:   I think, I think Andre was looking for a way out.

04184

AT004740

PO:    A suicide tactic?

Kim:    Suicide.  Yeah, he was looking for not necessarily a painless or painful way out, but he was looking for a way out.  He was asking about taking pills, he was asking about gas, he was asking about, you know, hanging himself, he was asking about several things about exactly, about taking his own life.  You know, I didn't, you know, he kept talking about, you know, harming Laura, but I told him, you know, stay away from that.  I said she's got her own life now, just rather not get involved with, you know, what she's doing.

PO:    Did he ever ask you guys, you or Zack or any of your family members for a ride to Laura's house?

Kim:    Ah, several times.

PO:    Did you all give him a ride over there?

Kim:    No. No we did not.

PO:    Did he ever ask for your input on killing Laura?

Kim:    He didn't ask about it, but he just basically said I want, like I said, he wanted to kill her.  He said he wanted to kill her.  But, you know, it's just like basically any, you know, any man being mad at a woman, or his ex-wife saying, you know, I'm so mad I just want to kill the bitch.  You know, things like that.  That's the way I took it.  You know, I didn't know he was going to go this far.  I really didn't.

PO:    Did he ever lay out any of the plans _____?

Kim:    Ah, he did ask me at one time if, he asked me if, do you think a knife would be suitable for murdering somebody?  I told him there's noting suitable for murder.

PO:    Did he ever ask you guys to participate in any murder in.....?

Kim:    No.  No he didn't.  Basically the only thing he ever asked us to do is, is call her or let us call from your phone, or take me over there, or things like that.  You know, he just...Andre had a car, but it was a piece of shit.  You know, it didn't run that good at all, and so he just basically, just was asking us for a ride....I would tell him no.

PO:    We're getting information from all kinds of people, obviously, in this investigation, but probably be coming with, that Zack had actually been asked to participate in this murder by Andre.

Kim:    Well, what Andre and Zachary was asked to say then, is that Zachary started off asking Andre...Andre asked Zachary if, Andre asked Zachary first if Zachary would stab him.  Andre wanted Zachary to stab him.

04185

PO:    Okay.

Kim:   That was the first thing that was brought up.  He never asked Zack really to be involved in it, you know, in the situation with Laura, because, you know, Laura knew us.  She knew me and Zachary, and, you know, we knew Andre...we knew all 'em.  He never asked, as far as I know, he never asked Zachary either, or Zachary would have told me.  So he never ask Zachary _____, he did ask Zachary to stab him.

PO:    Zachary is how old?

Kim:   Zachary is 15.

PO:    15?

Kim:   Yeah.

PO:    Is he going to school...or..

Kim:   No, he's not right now.

PO:    So does he stay home or work?

Kim:   Yeah, he stays home, he stays home.

PO:    But he is here at your house if we need to talk to him?

Kim:   Yes sir, he is.  Yes sir, he is.

PO:    Are you aware of any other violence between Andre and Laura?

Kim:   Not between Andre and Laura, no.

PO:    Andre and anybody else?

Kim:   Yeah, Andre and his brother.  I know he stabbed, he got mad at his brother and stabbed his brother.  And then...

PO:    What was that over?

Kim:   From what I was concerned, it was over something that was going on between a car, a car that Andre had, you know, that his brother was supposed to get; I'm really not actually sure what it was about and that....

PO:    Did you talk to Andre at all since the time _____? Have you seen him, _____ him since then?

n4186

AT004742

Kim:    No. No, I haven't.

PO:    So you had no contact with him other than two days before this happened?

Kim:    Yes sir.

PO:    Was there somebody with him when he came over to your house?

Kim:    I think he was by himself.

PO:    By himself?

Kim:    By himself, yes.  Unless Carmen was with him.

PO:    Carmen is who?

Kim:    Carmen is that girl who used to live with us.

PO:    With you guys?

Kim:    Yeah, she lived with us for a little while, and Andre and her started seeing each other, that's basically what brought Andre over to our house at _____ times.

PO:    Was Carmen?

Kim:    Was Carmen.  And, you know, Carmen, you know, she started seeing Andre.  We told her not to see him, and she, you know, wanted to see him and, you know, of course, Carmen was...

PO:    Why would you tell her not to see him?

Kim:    Because we didn't think that Andre was right for Carmen because Andre, you know, we knew Andre had problems.  And we really didn't want Carmen seeing him, you know, and Carmen was a.....

PO:    Were you concerned about Carmen's safety?

Kim:    Ah, yes I was.

PO:    Why were you concerned about her safety?

Kim:    Well, because I just, she was a female, she was vulnerable, she was white, you know, you know, Andre liked white women and, you know, Carmen was a, Carmen was doing a drug called Coricidin, something you could buy over the counter and she started giving it to Andre.

0 4 1 8 7

AT004743

PO:   Is that like cold pills or something?

Kim:   Yeah.  It's cold medicine.  And we told her not to give it to him because it was a...it wasn't...it wasn't good for Andre.  Andre was already out there, he didn't need nothing else....

PO:   I've got just one more thing I want to make sure I got clear in my mind.  The last time you talked to Andre?  Did he say anything then that he wanted to hurt Laura Tidwell?

Kim:   No.  He was there to pick up Carmen.  That was it.

PO:   So he seemed okay with everything as far as he could be?

Kim:   Andre being Andre, yeah, he _____ alright.

PO:   But he didn't express any desire to do any violence at that time.

Kim:   No, not at that time.  Not to anybody else, no.  He was still on a kick about himself.

PO:   He was still wanting someone to hurt him?

Kim:   Yeah, and wanted to hurt himself.

PO:   During the two months' time frame that you roughly knew him, how many times can you think right off the top of your head that he came over and said he wanted to kill Laura?

Kim:   Oh, three times.

PO:   A minimum of three?

Kim:   Yeah, a minimum of three.  It was three at least.

PO:   So he had made several references during this two month period of his desire or hatred or frustration, however you want to work it, with Laura?

Kim:   Yeah.

PO:   Okay.  Did he have any problems with Laura's current boyfriend?

Kim:   Jealous.  Just jealously.  He had a job, he was working.

PO:   Do you know who he is?

Kim:   Ryka....

94188

AT004744

PO:     You know ......?

Kim:    No.

PO:     And he had some problems with him just because of his social status?

Kim:    Just jealousy.  Just being the man he wanted to be.

PO:     Did they get along pretty good?

Kim:    Not that I know of.

PO:     Did you ever see them together?

Kim:    No, I did not.

PO:     Would it be normal or do you have any knowledge of Andre being over at Laura's apartment
        while _____'s there?

Kim:    No way.  No, I don't see how that can happen.

PO:     Couldn't have happened?

Kim:    No.  I don't see that happening/.

PO:     Even to see his kids?

Kim:    No.  I don't see that happening.

PO:     Why not?

Kim:    Because this _____ between _____, Andre, Andre was very
        jealous of _____, very jealous.  He was very jealous, very upset about what
        happened.  So he just like, you know, that _____ was taking his grounds.

PO:     Would it have been conceivable for Andre to come over there under the guise of seeing his
        boy to try talk her into going back with him and dumping _____ while...

Kim:    Oh, yeah.  Most definitely.  Andre was smooth.  He could talk.  He could talk, even though
        Andre had his problems, he could talk women..he was really smooth.

PO:     Well, seemed very smart the time we talked to...

Kim:    Oh, yeah.  He's intelligent in certain ways.  But then again, he's not, you know.  But as far
        as being on the street or dealing with other people, he was smart, but as far as emotional,

**4770**                                                                    04199

                                                                    AT004745

emotional items and family and physical things, he wasn't smart at all.  He was definitely not there.

PO:     Alright.   Its 13:31 hours and that will conclude this statement.

04190

# Exhibit 126

## Interview by Sherman Police of Bryant Hughes

1

2

3

4

5

6

7

8            INTERVIEW IN THE SHERMAN POLICE DEPARTMENT

9                    OF BRYANT HUGHES

10                   BY DETECTIVE BELL

11               TAKEN ON MARCH 27, 2004

12

13

14

15

16

17

18

19

20

21

22

23

24

25

11093                                    04485

1    March 27, 2004.

2                    (These proceedings took place at the

3    Sherman Police Department.)

4                    Bryant Hughes

5    hereinafter answered the questions propounded to him:

6                    DIRECT EXAMINATION

7    BY DETECTIVE BELL:

8        Q.    I am Detective Bell with the Sherman Police

9    Department.   I wanted to ask you a couple of questions.

10   Okay?

11       A.    Yes.

12       Q.    What is your name?

13       A.    Bryant Hughes.

14       Q.    What is your birth date?

15       A.    ███████████

16       Q.    Where do you live?

17       A.    I stay with my mom.

18       Q.    Where is that?

19       A.    ███████.

20       Q.    ███████████████?

21       A.    Yes.

22       Q.    Do you know the house number?

23       A.    Yes, █████

24       Q.    And where did you stay at last night?

25       A.    With my girlfriend.                    04436

3

1    Q.    Who is your girlfriend?

2    A.    Laura Thomas.   What is this about?   What is

3 this.

4    Q.    Did you say that you stayed with her last

5 night?

6    A.    Uh-huh.

7    Q.    You left to go to work?

8    A.    Uh-huh.

9    Q.    What time did you have to be at work?

10    A.    Five o'clock.

11    Q.    What time did you get to work?

12    A.    Where is this going?

13    Q.    I will tell you in just a second.   What time

14 did you get to work this morning?

15    A.    I don't know.   You could ask my boss.   I woke

16 up a little late.

17    Q.    I know that you know about what time you got to

18 work?

19    A.    I think it was probably about fifteen until

20 7:00 or something like that when I got there.

21    Q.    When you got there, did you the punch the

22 clock?

23    A.    Yeah, I clocked in as soon as I got there.

24 When I clock out, I get a little receipt to show what

25 time I have been there.

11095

04487

4

1      Q.    Also you had some kind of concern when you left

2  the apartment this morning?

3      A.    Yes, I did.

4      Q.    What was that concern?

5      A.    Where is Laura?  I am starting to get worried.

6      Q.    I will tell you in just a second.  I have to

7  get a couple of things straight.  Okay?  When you left

8  the apartment this morning?

9      A.    Uh-huh.  I was driving down the street, I saw

10  her husband, Andre walking down the accident towards the

11  apartments.

12      Q.    When was the first place you saw him at?

13      A.    At Laura's mom's house.

14      Q.    Where was that?

15      A.    It is on the corner of McGee and Lockhart.

16  Please tell me what is going on.  I am as nervous as can

17  be.

18      Q.    I am fixing to.  Do you normally drive to work

19  that way every morning?

20      A.    Yes, I do.

21      Q.    So you saw Andre at the corner of?

22      A.    McGee and Lockhart.

23      Q.    Where does he actually live; do you know?

24      A.    At a trailer.  I dropped him off last night at

25  the Crossroads.

04438

JANET M. KAMRAS

CERTIFIED SHORTHAND REPORTER

AT011125

5

1    Q.    Crossroads?

2    A.    I was up at like 12:00.  When I dropped him it

3 was like 10:00.

4    Q.    Are you talking about Andre Thomas?

5    A.    Yeah.

6    Q.    Whose house did you drop him off at?

7    A.    At his own house.

8    Q.    At his own house?

9    A.    Yes.

10   Q.    Are you friends?

11   A.    No.  We are not friends but not enemies.  We

12 share our baby's mama.

13   Q.    Do you have a child by this girl named Laura?

14   A.    Yes.  He does too.

15   Q.    He does too?

16   A.    Yes.

17   Q.    So which way was he going when you passed him?

18   A.    Towards my apartment.  I saw him and I called

19 Laura's dad and told him.  I told him to go check on

20 Laura to call or whatever.

21   Q.    He was walking westbound?

22   A.    Westbound.

23   Q.    On what street?

24   A.    McGee.

25   Q.    So you called Laura's father?

04439

11097

6

1    A.   Uh-huh.

2    Q.   What did you tell him?

3    A.   I told him that ---  I made it real short.  I
4  said, "You know, I just said I trying to call Laura.  I
5  wish you would go over there to check on her or whatever
6  because I saw Andre this morning, you know, walking.

7    Q.   You were on your way to work?

8    A.   Yeah.  He was walking like towards our
9  apartment and stuff.  And last night I am pretty sure he
10  overheard me say that I had to go to work at 5:00 in the
11  morning.

12    Q.   You saw him?

13    A.   Yes, he came by to see his son last night.

14    Q.   Did you stay there with them?

15    A.   Yeah, because he makes her nervous.  That was
16  the only reason why I stayed there with her last night.

17    Q.   How long did he stay at the apartments last
18  night?

19    A.   About two hours or three hours.  I don't really
20  remember.

21    Q.   About when to when?  Do you remember?

22    A.   Last night?

23    Q.   Uh-huh.

24    A.   Let me see.  He probably stayed there two
25  hours.  He probably got there about eight.          04400

**11098**

7

1    Q.   What was his conversation like with Laura last

2  night?

3    A.   I didn't hear most of it.  I was in the back

4  room.  When I came to the room, mostly he was talking to

5  me.  Please tell me what is going on.  Did he do

6  something to her?

7    Q.   You did not actually hear their conversation.

8  What was their demeanor like between the two of them?

9  You know, were they angry with other, happy with each

10  other or somewhere in-between or do you know?

11    A.   He was pretty calm.  Laura was quiet.  He was

12  quiet.

13    Q.   You said that you saw him walking westbound on

14  McGee and Lockhart?

15    A.   Uh-huh.

16    Q.   Did you start calling her apartment then?  You

17  had told me you had tried to get a hold of her and

18  couldn't.

19    A.   Well, I went to work and I, you know.  I had to

20  jump in there and help everybody because I was like an

21  hour or so late.  I had to get right to it.  Then after I

22  calmed down, that is when I started trying to call.  He

23  could have been at my house by now.  I started calling.

24  That is when I called Laura's dad.

25    Q.   You did not start making phone calls until

1  after you got to work?

2       A.   Yes.

3       Q.   Then you called her dad to ask him to go check

4  on her?

5       A.   Uh-huh.

6       Q.   Had her dad called you back yet?

7       A.   No.

8       Q.   Have you tried to call her dad or the apartment

9  back?

10      A.   No.  I just figured that her dad would handle

11  it.  He said he would go get his clothes on and go right

12  over there.  Did he do that?  Please tell me.  I can't

13  answer any more questions until I know what is going on.

14      Q.   Well, I have to inform you.  What are the

15  children's name?

16      A.   ███████ and ██████

17      Q.   All three of those people are dead.

18      A.   What?  No.  No. No.  You are lying to me.  No.

19  Man.  No.  Why, Man.  Damn.  No.  Man.  No.  Man.  No.

20  No.  Laura is alive.  She is okay?  Laura is dead?  Laura

21  is dead?  My baby?  No.  Oh, man, No.  God.  No.  Man.

22  No.  Damn.  No.  Where is Andre at?  Is he gone?

23      Q.   He is gone.

24      A.   Oh, man.

25      Q.   We are just now starting ---                 04492

JANET M. KAMRAS

AT011129

9

1    A.   Oh, man.  Please.  God.  God.

2    Q.   We are just now starting our investigation.

3    A.   Oh, my Lord.  God.  Please.  We listened to

4 the church on the radio last night.  Where is Paul?

5 Where is her dad, Paul?

6    Q.   He is at the hospital with the other family

7 members.  There are a lot of elderly family members.

8    A.   No.

9    Q.   He is with them because of their health.  We

10 will get through this.

11    A.   I don't want to go back to work.  I need my

12 mama.  I want to go to my mama's house.  No.  Man.  Oh,

13 man.  They can't be dead.

14    Q.   I wish I could tell you different, but I can't.

15 We have just started the investigation.  Okay?  We don't

16 know who did it.

17    A.   Oh, my baby, my daughter.  Oh, my Lord, oh,

18 man, damn, no.

19    Q.   When you left the apartment this morning, was

20 everybody asleep?

21    A.   Yes.

22    Q.   How big of an apartment is that?

23    A.   It is a two bedroom with a bath and a kitchen.

24    Q.   Do the kids sleep in the same room together?

25    A.   Yes.  They both slept in the same room

04493

JANET M. KAMRAS

AT011130

10

1  together.  Man.  I can't even remember.  I left in so big

2  of a rush.  I don't know if I locked the door.

3      Q.   Did you oversleep?

4      A.   Yes, I did.

5      Q.   Have you done that before?

6      A.   Yes.

7      Q.   Do you do that every once in a while?

8      A.   Oh, man.  Lord.  Why?  Damn.  No.  Damn.  Damn.

9  Oh.  Are you sure that everybody is dead?  Everybody?

10 Nobody is in intensive care or nothing?  No.  God.  No.

11 Damn.

12     Q.   Bryan, right now we don't know who did it.

13     A.   He did it.  He did it.  I know he did it.  I

14 know he did it.

15     Q.   Why would you say that he did it?

16     A.   Because I know he did it.  I know he did it.

17 He came over last night talking about two nights before.

18 He was trying to kill himself.

19     Q.   Why was he trying to kill himself?

20     A.   Because he thinks he is a fallen angel.  He

21 thinks he will open up the gates of hell or whatever.

22 Damn.  Man.  Why.  Man.  Damn.  I had this feeling.  I

23 had it ever since last night.  I had this feeling.  I

24 promise you I had this feeling like Andre would kill

25 somebody.  I had this feeling.

04494

**11102**

JANET M. KAMRAS
CERTIFIED SHORTHAND REPORTER

AT011131

11

1    Q.    What gave you that feeling?

2    A.    Just I had that feeling, that it was a feeling

3    that was telling me, Brian, don't go outside like you

4    always do or about anything that you do.  I had this

5    feeling.  I was like, no, no.  It was nothing he was

6    doing or nothing like that.  Man.  God.  Damn.  My baby.

7    Oh, my baby.  Oh boy.  Oh boy.  They can't be dead.  Man.

8    Oh.

9    Q.    So how did you drive to work this morning?

10   A.    I left the apartment complex.  I left on

11   Taylor.  I turned on --- It starts with W.  Wharton.  I

12   turned right on Wharton.  I went left on McGee and I saw

13   him leaving Paul's house like he was walking.  He either

14   cut across the grass or he was leaving their house.  God,

15   man.  Why did I not do something?  I know it.  I was

16   going to work.  I know he heard it.

17          Then when I saw him walking, it got me

18   worried and I was like he is going over there.  I know he

19   is going over there.  He is going over there.  Why was he

20   out that time of the morning, you know.

21   Q.    Has he or anybody else ever threatened her or

22   you?

23   A.    He never threatened me.

24   Q.    Has he ever threatened her that you know of?

25   A.    Not that I know of, but she tells me he is

**11103**

04435

JANET M. KAMRAS

AT011132

12

1  crazy all the time.  Man.  Damn.  My baby is gone.

2       Q.   Do you know of anybody that ever threatened

3  her?

4       A.   Man, Andre did it.  Andre did it.  Andre did it.

5  Andre did it.  I promise to God that Andre did it.  I

6  don't know that he did it, but I know he did it.  Damn.

7  Man.  No.  My Lord.

8       Q.   Did you see her parents?

9       A.   He did it.  He did it.  I know he did it.  Just

10  find it.  Put him down in the jail.  Oh, Lord.  Oh, man.

11  That crazy bastard.

12       Q.   Was she having problems with anybody else?

13       A.   No.  Andre is the only one.  No problems.  No

14  problems.  He came over there.  Today is Saturday.  On

15  Friday, Saturday.  On Thursday night he came over.  He

16  came over Thursday night.  He was drunk.  Laura cussed

17  him out and told him don't ever come over and visit his

18  son like that.  He walked in the door.  He fell face down

19  on to the floor.  He said, "I don't want to talk to him."

20  Laura told me he was taking some pills.  My baby is gone.

21  Damn.  Jesus.  Damn.  I can't stay here.  I have to go.

22       Q.   If you would stay with us for just a little bit

23  longer because ---

24       A.   I need to be around my family, man.  I need

25  somebody.  Man.  I need --- My family is gone.  Damn.

13

1  My brand new baby.  I can't believe it.  Oh, man.  My

2  baby is not dead.  Man.  Man.  Man.  Man.  Man.  Oh, God.

3  He killed everybody?

4      Q.    Somebody did.

5      A.    He did it.  He did it.  My baby is dead.  My

6  baby is dead.  Oh, God.  No.  No.  Oh, man.  Shit.  I

7  don't know if I locked the door.

8      Q.    Right now I don't have any of those details.  I

9  just have the basics.  I don't have any of the small

10 details yet, okay?  But if you will give us a few minutes

11 and Bryce wants to come back to talk to you.

12     A.    I don't want to talk to him.  I want to see my

13 family.  I want to see my mama.  I want to see Paul.  I

14 want to see somebody.  I tell you, man.  I just  ---  I

15 can't.

16               DIRECT EXAMINATION

17 BY DETECTIVE BRYCE:

18     Q.    Would you give us just a few minutes?  I need

19 for you to help us so we can be able to help you.  The

20 only way for you us to do that is for you to sit down.  I

21 know it is traumatic.  But listen to me.

22     A.    I want to see my family.

23     Q.    You can not go over there right now.  Okay?  We

24 are over there taking care of what we have to be able to

25 take care to help you.  We need to know what happened

**11105**

14

1   this morning and what is going over there.

2       A.    My baby is dead.  Man.  Damn.  I just can't

3   believe it.  I just know she is at home.  She is not

4   dead.  She is dead?

5       Q.    Unfortunately.

6       A.    All three are dead?

7       Q.    Yes, sir.  That is why we need your help to be

8   able to catch the person that did this.

9       A.    Andre did it.  Andre did it.

10      Q.    I know it is very difficult right now.  But

11  everything that is happening, I know it has totally

12  blind-sided you.  But we need help to get the person that

13  did this behind bars and make them pay for what they did.

14  To do that we need to start with you.  This is not

15  something we can come down to tell you at work.  For

16  obvious reasons it would not been appropriate.

17      A.    My baby.  Man.

18      Q.    So bear with us and we will help you every way

19  we can but we need your help to be able to put it

20  together.  Okay?  I know it is tough.  Talk to Officer

21  Bell here and he will help you any way that he can.  I

22  promise you.  Okay?

23      A.    Okay.

24                    DIRECT EXAMINATION

25  BY OFFICER BELL:

                    JANET M. KAMRAS
                CERTIFIED SHORTHAND REPORTER

AT011135

15

1    Q.   So you took Andre back home last night at about

2 10:00 or so?

3    A.   Right.  Uh-huh.

4    Q.   Did you come straight back to the apartment?

5    A.   I went by my friend's house.  I stayed there

6 until about 10:50.  Then I went straight home.

7    Q.   Who was your friend?

8    A.   Sean Williams.

9    Q.   Where does he live?

10    A.   It is over by Crutchfield.  It is over by the

11 school and alongside the church.  That mother fucker took

12 everything that I had.  One of them is King Street and

13 one of them is Willow.

14    Q.   So you went down Dewey and so you did you take

15 a right or a left on Wells?

16    A.   You turn right on Wells.

17    Q.   So then you came home?

18    A.   Yes.

19    Q.   You got home at what time?

20    A.   11:00.

21    Q.   Was everybody still up?

22    A.   No.  I went to bed.  Laura was asleep.  I was

23 going to let her sleep and I went to bed and I laid down

24 next to her.

25    Q.   You got up this morning?

11107

0449

16

1      A.    Yes.

2      Q.    A little late?

3      A.    Yes.   The first thing I said was, "Damn.  I am

4  late."  She said, "Well, Honey."  She woke up for a

5  second.  I said, "I love you.  Bye-bye."

6      Q.    When you left, everybody was still asleep?

7      A.    Everybody was still asleep.

8      Q.    That is when you were on your way and you

9  noticed Andre in the area when you went to work and you

10  later called her dad; right?

11      A.    Yes.

12      Q.    As far as you know, she was not having any

13  problems with anybody else?  Did you and her have any

14  problems?

15      A.    No.  I just loved my wife.

16      Q.    How long had you known her?

17      A.    About three years.

18      Q.    Where did you meet her?

19      A.    Up at Church's Chicken.

20      Q.    Did you work there together?

21      A.    No.  She was there.  I worked at Con-air.  I

22  went there for fries, you know.

23      Q.    Was she married to anybody then?

24      A.    She is still married to Andre.

25      Q.    How long?  When did they get married?  Do you

**11108**                                              0450.0

1  have any idea?

2      A.   No.   I was married to Jennifer.   She was

3  married to Andre.   It was like one of those things where

4  we would see each other and we became good friends.   We

5  fell in love and we both left, you know, Jennifer and

6  Andre to be together.

7      Q.   How long have you all been together?

8      A.   About two years.

9      Q.   That whole time did you all live together or

10  have you seen each other or live together were you apart

11  some?   How did that work?

12      A.   For the last three years I have been staying

13  between her and Jennifer and my mom.

14      Q.   Did she know you were still seeing Jennifer?

15      A.   No.   I stop seeing Jennifer, a long time ago

16  right before she got pregnant with ████.   I was sleeping

17  with them both.   Like after she got pregnant with ████,

18  shit hit the fan and Jennifer found out I was cheating on

19  her with her and I had to chose and I chose Laura.

20      Q.   When was that that you made your final choice

21  on which girl to be with?

22      A.   About few years ago.   Two years ago.

23      Q.   So do you remember how old the two children

24  were?

25      A.   ████ just turned one and ████ was four.   I

11109
04301

1  know he did it.

2      Q.    We are trying to find out.

3      A.    I know he did it.  She was my whole world.  She

4  wore the world on her shoulder.  She would give anybody

5  anything.  That is why she was with him in the first

6  place because she was too damned nice.  I mean, did I

7  lock the door?  Did I lock the door?

8      Q.    I don't have any of those details.

9      A.    Man, I don't know if I will be able to live

10  with myself if I walked off and left that door unlocked.

11  He just walked in there.

12      Q.    All of that will be brought out in the

13  investigation sometime later on.  We would let you know

14  how that was because I don't have any idea.  I have only

15  been out there about five minutes and they sent me with

16  Detective Smith to get you so I don't have any of the

17  details.

18      A.    He is crazy.  He probably figured I took Laura

19  from him and his son and that, you know, I get that

20  payback thing.  He is crazy.  He is crazy.

21      Q.    Has he shown any threats toward you since you

22  and Laura have gotten together?

23      A.    I am bigger than he is.  He is afraid.  He

24  won't show any resistance to me.  I know he probably has

25  it in his heart, but he definitely won't show it.  Man, I

1   can't believe this, Man.  No, Man.

2     Q.   Would he come over when you were not there?

3     A.   He would try to.  He would try to get Laura to

4   leave with him and stuff too.  I said, no, that is not

5   flying.

6     Q.   So when you were there, did you just like go in

7   the other room while they visited with the kids or what

8   did you do?

9     A.   No, I usually go in my room or something like

10  that unless she wants or sometimes she wants me out there

11  because he is unstable.  You could ask anybody.  He is

12  very unstable.  You know, when I would leave out the

13  room, I would turn the TV down in my room so I could

14  still hear their conversation.  Do you know what I am

15  saying?  You know I am just ---   I am not seeing ---   I

16  give them their privacy.

17    Q.   Did he go over there when you were not there?

18    A.   Sometimes he did.

19    Q.   Did she ever say what he did when he came over

20  when you were gone?

21    A.   She --- Man.  No.  My baby.  My baby.  Shall I

22  go to the apartment?

23    Q.   You can't get in.  It is the scene of a crime.

24  It is a crime scene.

25    A.   Are all the bodies found?

**11111**

04303

20

1      Q.     I believe so.   You said you called on your cell

2  phone and you asked Paul to check and he said he would

3  come over there?

4      A.     Yes.   Man.   When I was at work, I had this

5  feeling.   We talked about it, not about him, but about

6  his family.   My boss knows his family, his brother knows

7  his daddy.

8      Q.     Is that who you were talking to today?

9      A.     Yes.

10     Q.     Is it Ramsey?

11     A.     Yes.

12     Q.     You talked to him a few times about it?

13     A.     About how all their family is crazy or they

14  have all been touched by something.   They are all crazy.

15  Man.   Man.   No.   Man.

16     Q.     Did they call you at work this morning?   How

17  was that?

18     A.     Yes.   Oh,  man.

19     Q.     I will be right back.

20     A.     Can I make a phone call or something?   Could I

21  talk to my mama?

22     Q.     Hang on.

23     A.     Could I smoke a cigarette?                04504

24     Q.     If you want to smoke, I will take you out here

25  in a second so you can smoke.   Do you have it with you?

11112

1    A.    Yes.

2    Q.   Wait a second.

3    A.    I need my family.  I want to go to church.  I

4  need that.

5    Q.    We have an investigation.  I know it is hard on

6  you right now but if you will bear with us for a little

7  while, we will get you to the people and the places that

8  you need to be as soon we can.  Okay.  Do you understand?

9  As soon we can, we will get you to do that.  Just bear

10  with us for a few minutes.  I know a few minutes right

11  now seems like forever to you.  Okay?  Right?  We will

12  get you with your family and friends and family as soon

13  as we can.

14    A.    Has anybody found him yet?

15    Q.    We called everybody in.  They are all out there

16  working and looking and doing everything that we need to

17  do.

18    A.    Oh, man.  Oh, man.  Damn.  No.  Lord, no.  I

19  can't believe it.  I can't believe it.  All the babies

20  are dead?  That bastard.  I can't think of nobody else

21  that could do that.  I beat my life on it.

22    Q.    Why would you make that statement?  What gives

23  you that feeling?

24    A.    Well, his past history.

25    Q.    What is that past history?                    04505

**11113**

22

1    A.   He stabbed his brother, Brian, and he always

2    was talking---   I mean he tried to kill his self, you

3    know.

4    Q.   How did he do that?  How did he try to do that?

5    A.   He stabbed hisself in the heart or tried to.

6    He could not push it in.  He said he stabbed the knife.

7    He lifted up his shirt right here.  He had a gash right

8    there where he said he tried to stab hisself.

9    Q.   When did he do that?

10   A.   It was last night.  When he showed me that last

11   night.  That is when I saw him walking down the street, I

12   was definitely worried.

13   Q.   Last night at the apartment he showed you where

14   he tried to stab his self?

15   A.   Yes.

16   Q.   On the heart side or the other side?  Which

17   side?

18   A.   Right here.  Close to the middle right there.

19   Q.   Describe what it looked like.  Did it look

20   fresh or old?

21   A.   It looked fresh.  It was about two days ago or

22   a day ago.

23   Q.   He told you what was where he tried to stab

24   himself?

25   A.   Yeah.

JANET M. KAMRAS
CERTIFIED SHORTHAND REPORTER

AT011143

23

1    Q.   Why did he say that?  Why did he try to do

2  that?

3    A.   I didn't ask because I was ready for him to go

4  home at that point.

5    Q.   I guess you were already stressed from the way

6  he was talking; right?

7    A.   He has always been talking crazy.  Ask anybody.

8  Ask anybody.

9    Q.   Let me ask you this question.  Okay?  I have to

10  ask you this question.  It is just part of the

11  investigation.

12    A.   Go ahead.

13    Q.   Did you hurt those people?  Did you kill those

14  three people?

15    A.   No, I did not, with all my heart.  Man, I can't

16  believe they are dead.  I cannot believe it.  They can

17  not be dead.  They are in intensive care in the hospital?

18  Right?

19    Q.   No.

20    A.   Man.  No.  No.  Where is the family at?  Her

21  family?  Where is her family at?

22    Q.   The last time I was there, they were all at the

23  hospital because there being several elderly people in

24  the family.  They decided to call them all into the

25  hospital to talk with the family so if somebody had a

24

1    heart attack or something.  Because I understand there

2    are several elderly people.  They were afraid that when

3    they heard the news, those people, if they were anywhere

4    other than the hospital, they might have medical

5    problems.

6              The last time I heard that is where they

7    were.  Part of the reason we want you here with us is

8    because ---

9         A.    I will not hurt him.

10        Q.    While the investigation is pending to get it

11   straight.   First, we needed to talk with you because

12   apparently you were the last one that was with them and

13   on top of that we don't need you out there running around

14   looking for somebody we are not sure.  We don't even

15   know.  Right now we don't know who not did it.  It could

16   be you.  You could have done it; right?  Could you have

17   done it?

18        A.    Okay.

19        Q.    Could Andre have done it?  We don't know.

20   Maybe the maintenance man done it.  Anything is possible.

21        A.    I know for sure he did it.  I know for sure.

22        Q.    That is why we need you here with us for two

23   reasons:   To help us and when the police start off and we

24   don't need you running around there looking for somebody

25   that you may not need to be looking for.  Do you 04508

**11116**

1  understand?

2      A.    I will not go around looking.  Knowing Andre he

3  won't be hard to find.  He won't run too far.

4      Q.    Whoever did this, we will do the looking and we

5  will find him.

6      A.    Would you please find Andre?  He did this.  He

7  did this.  I know you all you have to say everybody is a

8  suspect.  I know who did it.  If you concentrate on that

9  right there, that will help your investigation out.

10     Q.    We have a lot of people working on it right

11  now.  We will find him and we will go from there.  Do you

12  understand why we have to keep you with us for a while?

13     A.    Yes, I understand.

14     Q.    That is why as soon as we can we will get you

15  with some family we will do that.

16     A.    That is where I want to be, Man.  Take me over

17  to my mama's house.  Nobody in my family knows.  Is there

18  anybody in my family who knows?

19     Q.    We only know you.  We appreciate you working

20  with us.  Okay?  Do you understand that?  I appreciate

21  you taking the time.

22     A.    Yes.

23     Q.    Whose apartment were you over at?

24     A.    Laura's apartment.  Man, I am telling you, man.

25  I don't think she is dead.  Oh.  My babies are dead too.

1    They are dead.

2         Q.    We don't know ---

3         A.    Man, I am saying for sure, for sure they are

4    dead?  I mean they could be hanging on to life somehow,

5    some way.  Are you sure they are not at the hospital?

6         Q.    I don't have any of those details.

7         A.    That is what I am saying.  You are not for sure

8    they are dead then; right?

9         Q.    Yes, they are.

10        A.    No.  Damn.  No.  Damn.  No.  Oh, man.  No.

11        Q.    I wish I could tell you different.  We don't

12   give out news like that without knowing for sure.  Okay?

13        A.    Okay.

14        Q.    We just don't do that.  The only time we

15   contact people is like this when it's a fact.

16        A.    He was wearing all black too.

17        Q.    Who was wearing all black?

18        A.    Andre.  He was wearing all black.  Black

19   overalls, black shirt, black shoes.

20        Q.    Is that unusual for him?

21        A.    Yes, it is unusual for him.

22        Q.    What have you seen him wearing in the past?

23        A.    Colors.  He liked lots and lots of colors.

24   This morning he was wearing all black.  He had on black

25   overalls, black shirt and black shoes.  I was driving and

27

1    he saw me see him.  He threw his arm up like that, like

2    Bryan, what is up?

3        Q.    You called, was his name Paul?

4        A.    Yes.

5        Q.    Did you tell him that you had seen Andre?

6        A.    Yes.  I asked Paul.  I said, "Paul, did Andre

7    go over to your house this morning?" He was like, "No.

8    He just woke up."  I said because I saw him over there by

9    your house.  You know, it looked like he was coming

10   towards our house.  You know I don't trust him.  I asked

11   him to check on them.  He said, "All right.  I will go

12   over there."  He sounded like he was fixing to go up to

13   go right over there.  But I know her dad, he

14   procrastinates a little bit.  I have that too.  Damn.

15   Damn.

16       Q.    Does Laura spend the night at her parent's

17   house very often?

18       A.    No.  She always stays at her apartment.  He

19   always goes over there to talk to her parents and stuff.

20   He talks to them.  He is just crazy.  They worry about

21   her safety because of him too.

22       Q.    Between the time you saw him at Lockhart, how

23   long did it take you to get to work from that point?

24       A.    About five minutes.  Not even that.  Three

25   minutes.                                        04511

**11119**

1  I would hang up and I would call back.  I did that for

2  maybe five or six times.

3      Q.    Does she usually pick up the phone pretty easy?

4      A.    No.  She is a hard sleeper.  That is if I left

5  with that door unlocked, I let that happen to my family.

6      Q.    Don't think about that right now.  The

7  investigation will determine how entry was made.  Okay?

8  Don't worry about that part.

9      A.    Oh, man.  I had that feeling.  I had that

10 feeling when I saw him walking this morning.  When I was

11 at work I had that feeling.  If I just did something

12 about it, they would be alive.  My baby is not even a

13 year old.  Oh, my God.  No.  Man.  Man.  What else do you

14 need to know?  I need my family.  I need to lean on my

15 family.

16     Q.    I understand that.  We still need you here for

17 a little bit.  We still need you here for a little while

18 longer.  Can you think of anybody else that you ever

19 heard of having problems with lately?

20     A.    Nobody would ever want to kill Laura except for

21 Andre.

22     Q.    Did he ever threaten her?

23     A.    He is the only one.

24     Q.    To the best of your knowledge has anyone ever

25 threatened her with any type of harm?            04513

1    A.    Other than Josh did.  He was the one.  Her and

2    Josh broke up.  That is who she was going out with when I

3    met her.  That is when she was still married to Andre.

4    Andre was trying to win her back.

5    Q.    How did he try to win her back?

6    A.    Call her, you know.

7    Q.    Who is Josh?

8    A.    He was the one that cut that girl's leg up

9    trying to run to Mexico.  Do you remember?

10   Q.    Yes.  White kid?

11   A.    White guy.  Yes.  There was always something.

12   Q.    You talk about Josh?

13   A.    He is the only other person I would know that

14   would threaten her.

15   Q.    Josh?

16   A.    Yes.

17   Q.    Was there anybody else that you know of?

18   A.    No.

19   Q.    Was anybody there anybody that threatened you

20   recently?

21   A.    No.

22   Q.    Do you understand when we do an investigation,

23   we can not limit it to one person.

24   A.    Yes.                              04514

25   Q.    We have to look at everybody.  We talk with

JANET M. KAMRAS
CERTIFIED SHORTHAND REPORTER

AT011150

1   everyone, you know, and everyone that is close to you.

2   Did she have some problems with anybody?

3       A.   No.

4       Q.   Where did she work?

5       A.   KFC.

6       Q.   Laura Boren?  B-o-r?

7       A.   I am sorry.  My mind.

8       Q.   B-o-r-e-n?

9       A.   I don't know.

10      Q.   Has she ever been married to anyone else?

11      A.   Laura.

12      Q.   No.  Besides her?

13      A.   Nobody besides Andre.

14      Q.   Are there any other ex-boyfriends that might be

15  mad at her for some reason?

16      A.   No.

17      Q.   Do you have any ex-girlfriends that might be

18  mad at you?

19      A.   No.

20      Q.   Did you say Jennifer accepted the break-up?

21      A.   No.  I almost sent my kids over there today

22  too.

23      Q.   Your kids being?

24      A.   The kids that I and Jennifer have together.

25      Q.   How many do you have?

04515

**11123**

32

1    A.    Two.  She was trying to get me to come get them

2    last night before I went to work this morning.  Laura

3    would have all those kids by herself.

4        Q.    How many are there with Jennifer?

5        A.    Two.  And the oldest one.  So three with

6    Jennifer and I don't know if the oldest one is mine.

7    Damn.  She would have the kids to look after.

8        Q.    Did you have any problems with Jennifer?

9        A.    No.  You could ask anybody.  Even if he tried

10   to go over there, Andre, he has been talking to her

11   parents, talking to her alone.  He tried to talk to her

12   alone.  I don't want to have any problems with him.  Do

13   you know what I am saying?  Last night I had that

14   feeling.  I had that feeling.  I thought he just wants to

15   talk to her when I am not around so he can try to force

16   her to get back together with him.

17       Q.    Did she show any concerns about him or anybody

18   else?

19       A.    Yes.  Him.  She did not want to be alone with

20   him.  She told me.  He could not keep little ███████ by

21   himself any more.

22       Q.    Why did she say that to you; do you know?

23       A.    Because she told me that Andre had messed with

24   him so   ---                                    04316

25       Q.    When she told him he could not be along with

1    him, how did he take that?

2        A.   He took it pretty hard.  But she told him if he

3    wanted to see him, he could come over here when Bryan is

4    here, you know, like that.

5        Q.   Were there any other problems?

6        A.   No.  I can't believe she is dead.

7        Q.   Like I said a while ago right now we wanted to

8    be sure.  We needed to talk to everybody involved.

9    Anybody might have seen her or been around.  Do you know

10   what I am saying?

11       A.   That takes a little bit of time.

12       Q.   Do you know what?  Do you still want to go

13   outside to smoke a cigarette?

14       A.   Yes.

15       Q.   Let's do it then.

16              (End of the proceeding.)

17

18

19

20

21

22

23

24

25   11126                                    04317

1    THE STATE OF TEXAS

2    COUNTY OF GRAYSON

3              I, Janet M. Kamras, Official Court

4    Reporter in and for the 15th Judicial District Court of

5    Grayson, State of Texas, do hereby certify that the above

6    and foregoing contains a true and correct transcription

7    of all portions of evidence and other proceedings

8    requested by the parties to be included in the Reporter's

9    Record, in the above-styled and numbered cause, all of

10   which occurred in open court or in chambers and were

11   reported by me.

12             I further certify that this Reporter's

13   Record of the proceedings truly and correctly reflects

14   the exhibits, if any, admitted by the respective parties.

15             I further certify that the total cost for

16   the preparation of this Reporter's Record is $102.00

17   and will be paid by Grayson County Commissioners.

18             WITNESS MY OFFICIAL hand this the 21st day

19   of October, 2004.

20             _____

21             JANET M. KAMRAS, Texas CSR#1129
               Expiration Date:  12-31-2004
22             Official Court Reporter
               200 S. Crockett
23             Sherman, Texas  75090

24             903-813-4315

25                                      04518

**11125**

JANET M. KAMRAS
CERTIFIED SHORTHAND REPORTER

AT011154

# Exhibit 127

## Grand Jury Testimony of Shirley Whitley

3

1    April 22, 2004.

2                        (Grand jury room).

3                    MR. BROWN:  All right.

4                    Shirley Whitley,

5    having been sworn, testified upon her oath as follows:

6                    DIRECT EXAMINATION

7    BY MR. BROWN:

8        Q.    Would you introduce yourself to us, please,

9    ma'am?

10       A.    My name is Shirley Whitley.

11       Q.    And Mrs. Whitley, this is the Grayson County

12   Grand Jury.  I am Joe Brown, the Grayson County Attorney.

13   We just met outside;- is that right?

14       A.    Right.

15       Q.    This is Janet Kamras.  She is the court

16   reporter.  She is writing down everything that we say.

17   Have you ever given a deposition before?

18       A.    No, I haven't.

19       Q.    One of the things because Mrs. Kamras is taking

20   things down and if you would help me by answering out

21   loud as opposed to a nod of the head or shaking your head

22   or huh-uh or huh-huh.  Normally we use that in

23   conversations, but when we have it transcribed it does

24   not come out so if you could help me and answer out loud.

25   If I prompt you on that, I am not trying to be rude.  But

2950

5

1    Q.   And before that it was non health care related?

2    A.   Non health care related.

3    Q.   And typically, do you remember what day of the

4    week would this was when Andre Thomas came in?

5    A.   I believe it was Friday.  I am pretty sure it

6    was Friday.

7    Q.   What is your shift?  What hours do you work?

8    A.   I work 7:00 AM to 3:00 PM.

9    Q.   Is it typically your responsibility to be the

10   triage nurse?

11   A.   No.  Different ones do it every day.

12   Q.   They keep everybody fresh.

13   A.   Basically, I was not even the triage nurse that

14   day.  I was out there because she was busy doing

15   something else.

16   Q.   Describe for us what the responsibilities of

17   the triage nurse are.

18   A.   You come in contact with the patient first.  So

19   you assess the patient physically and mentally to

20   determine what level their care or what acuity is their

21   care.  You determine should they be treated right now or

22   could they wait a few minutes or that type of thing.

23   Q.   You fill out the paper work on them?

24   A.   Yes, we do.

25   Q.   What kind of paper work do you fill out?

2952

6

1       A.   We have a form that we start that is the

2   patient's care-plan.  We have that form that we start on

3   every patient that comes in.

4       Q.   Could you look at the records there at exhibit

5   one and tell me what forms you would have been

6   responsible for filling out?  I have the page numbers

7   down here and if you could for the record, if you as you

8   talk about a page, refer to the page number?

9       A.   On page number two I would fill out the top

10   portion of that down to the medication.

11       Q.   The top left column?

12       A.   Well, actually down to where it says triage

13   nurse.

14       Q.   It has your signature?

15       A.   It has my signature, yes.

16       Q.   What else would you fill out?

17       A.   There is a care plan that we start right then.

18   The pages twenty-five and twenty-six is the front and

19   back of this form.

20       Q.   And what is that form used for?

21       A.   This is our nursing care plan.  This is the

22   triage nurse starts this.  She fills out down to the big

23   black line and then the line directly below that

24   assessing their pain level.  That is part that the triage

25   nurse fills out and their past medical history, surgical

2953

1   history and social history and then psych history or

2   barriers to learning I should say if they are not able

3   to.

4       Q.   So page two and pages twenty-five and

5   twenty-six would be the only pages that you filled

6   anything out on?

7       A.   Yes.

8       Q.   And do you have any backgrounds or specialized

9   training in mental health care or psychological issues?

10      A.   No, I do not have.  We had to take courses in

11  nursing school for sociology and a psych course, but

12  other than that, I do not have.  I did work at the

13  Behavioral Health Center for just as an as needed nurse

14  to fill in occasionally.  I had done that in the past.

15      Q.   How much contact have you had with people who

16  exhibit issues when mental illness comes up?

17      A.   Normally, what we deal with in the emergency

18  room, we assess the patients.  We have to do a physical

19  assessment.  If they come in as a psych patient, we do a

20  physical assessment to determine their physical

21  condition.  And that is the only part that I do.

22      Q.   So nothing --- You don't claim any expertise

23  in any psychological treatment or evaluating a person

24  that comes in with a psychiatric condition?

25      A.   No, I did not.

2954

1    Q.    What time did Andre Thomas come in on that day?

2    A.    He came in at 7:15.

3    Q.    7:15 AM?

4    A.    Yes.

5    Q.    This was March the twenty-sixth?

6    A.    Yes.

7    Q.    Do you think that is a Friday?

8    A.    I think it was.  I am pretty sure it was.

9    Q.    I want you to as detailed as you can, to walk

10   us through everything that you observed, I mean, sparing

11   no detail with regards to Mr. Thomas, when you first made

12   contact with him.

13   A.    Until nine o'clock we don't have a nurse that

14   sits at that triage desk because we don't have the staff

15   until 9:00.  We have extra staff that comes in at that

16   point and then someone sits out there all the time.

17          But until that point the girls in

18   registration will ring a bell back there that we have a

19   patient out there.  So they did that and I went out to

20   talk with them.  And he was standing in front of the

21   triage desk and I said, "Can I help you?"

22   Q.    Describe what you saw.  Describe the person.

23   A.    He was a young, black male.  He was twenty-one

24   years old.  He had on work clothes, blue work clothes.

25   As I say, he was just standing there.

2955

AT002915

9

1      Q.   When you say work clothes, describe them.

2      A.   Well, actually I remember they were Dickey's

3  work clothes, blue.

4      Q.   Cover-alls?

5      A.   No, not cover-alls.  A pair of pants and a

6  shirt.  They were just blue work type, you know, that a

7  laborer would wear.

8      Q.   You look through a window at him?

9      A.   No.  He was standing directly.  He was as close

10  as she and I.

11      Q.   And you see him.  Did he look in any distress?

12      A.   No, not at that point.  He was just standing.

13  I said, "Can I help you?"  And he said, "No.  No.  I am

14  going to be okay.  You can't help me."  And he went back

15  out the door.

16      Q.   Was there anybody else in there with him?

17      A.   No, he was alone.

18      Q.   Did you ever see anybody else with him?

19      A.   I did not.

20      Q.   Do you know how he arrived?

21      A.   I don't because I wasn't out front when he came

22  in.  I don't know how he got there.

23      Q.   He never said anything about how he arrived?

24      A.   He did not say anything, no.

25      Q.   So you see a young black male standing there in

2956

JANET M. KAMRAS
REGISTERED PROFESSIONAL REPORTER

00176

AT002916

1    work clothes and you asked him if you could help him and
2    he says, no?

3         A.   He said, "No.  I will be okay.  I don't need
4    any help."  And he left.  He went back out the door.

5         Q.   What did you do?

6         A.   I went back into the emergency room.  Then
7    about five minutes later, the bell rang again.  So I
8    walked out there and he was standing there again.  I
9    said, "Hello.  Can I help you."  He said, "Yeah.  I do
10   need some help."  So I had him sit down in the chair
11   there at the triage desk.

12        Q.   At that point did you see anything unusual?

13        A.   No, not at that point.

14        Q.   Do you have idea what the issue was?

15        A.   Right then, no, I do not.

16        Q.   Keep on going.

17        A.   I said, "Can I help you."  He said, "Yes.  I
18   need some help."  I said.  "Okay.  Are you sick?  He
19   said, "No.  I am not sick."  I said, "Are you hurt?"  He
20   said, "No.  I am not hurt."  I said, "Would you like to
21   talk with one of our behavioral health counselors?"
22   Because he would not answer.  Actually, he said, I am not
23   sick.  I am not hurt.  I said, "Do you need to talk to
24   one of our behavioral health counselors?"  He said,
25   "Yeah, I think I do.  I need some help."

2957

11

1      Q.    Why did you ask him if he needed to talk to one

2  of the behavioral health counselors?

3      A.    If he wasn't sick or he wasn't hurt, he

4  obviously needed something other than physical care.

5      Q.    Did he act nervous?

6      A.    Yes.  Yes, he did.  He was like this.

7  (Indicating)  When he was sitting there, he was like

8  this.  That was his demeanor.

9      Q.    You have your legs together and your hands in

10  your lap and your head down?

11      A.    Right.

12      Q.    So what did you do then?

13      A.    Well, I assess his vital signs.

14      Q.    When you were asking him the questions about

15  were you hurt and did you need help and what did you ask?

16      A.    Was he hurt?  Was he sick?

17      Q.    Did it appear that he understood what you were

18  asking him?

19      A.    Yes.

20      Q.    Were his responses appropriate?

21      A.    He said, "No, I am not sick.  No, I am not

22  hurt.  I just need help."

23      Q.    Then you assessed his vital signs?

24      A.    Right.

25      Q.    How did you do that?

2958

1      A.   Well, I take a blood pressure, a pulse rate,

2   temperature, respiration rate, and a pulse-ox rate which

3   tells oxygen concentration in the blood.

4      Q.   Are those all done through tests that you do to

5   him?  In other words, did he have to respond to you in

6   any of these tests?

7      A.   No.  These are, you know, physical assessments.

8   This is with instruments.

9      Q.   Did he seem to understand what you were doing?

10      A.   Yes, he did.

11      Q.   Was there anything unusual about taking those

12   signs?

13      A.   No, not at all very normal.  The pulse rate was

14   a little bit high for his age.  It is a little above

15   normal.

16      Q.   That is not unusual?

17      A.   Well, not unusual if you are upset or nervous.

18      Q.   All right.  Then what did you?

19      A.   Then I asked him if he would go ahead, well, I

20   asked, you know, first of all, I asked him, "Are you

21   schizophrenic?"  I did ask him that.  And he said. "No.

22   I am not."  I said, "Do you have any contact with Mental

23   Health-Mental Retardation of Texoma" because that is who

24   we would call had he had contact with them.  "If he had

25   been treated in the past for a mental illness?  He said,

2959

1    "No.  I had not."

2              GRAND JUROR:  Did you know he had been

3    treated in the past?

4              MRS. WHITLEY:  No, I did not know that at

5    the time.  He told me, no, that he did not.  That he had

6    no history of schizophrenia at all.

7              So I asked him.  I said, "Have you hurt

8    yourself?  Do you intend to hurt yourself?"  He said,

9    "Yes, I have."  He said, "I intend to hurt myself."  He

10   said, "As a matter of fact, I did."  He opened his shirt

11   and he showed me probably a three-fourths inch

12   laceration, very you know, very insignificant.  Well, it

13   wasn't insignificant, but very superficial to the chest

14   about right here.

15             He said, "Yes.  I did this with a knife

16   this morning."

17        Q.   Had you seen ---  Was there any blood on his

18   shirt?

19        A.   There was no blood.  There was no blood on the

20   wound.  There was no blood on his shirt.  It was just

21   very clean, very superficial.  It was a laceration he

22   had.

23        Q.   All right.  What you do then?.

24        A.   At that point I sent him over to the   .

25   registration desk.  I had him register in it.  I went and

**2960**

14

1    called the behavioral health center to come over and to

2    evaluate him.

3        Q.   On page two of your records that you filled

4    out, you put at the top depression and CC.  What is that

5    CC?

6        A.   Chief complaint.

7        Q.   The chief complaint was depression.  Was that

8    your description of him or did he use the word,

9    depression?

10       A.   He did not use the word, depression.  That was

11   my description of him.  I asked him how long he had felt

12   like he needed help and he answered me, "All of my life."

13       Q.   Did you explore that with him?

14       A.   No, I did not.

15       Q.   Do you remember any other conversation with him

16   before you called Behavior Health Center?

17       A.   No, I don't remember anything else.

18       Q.   Do you remember him saying anything else?

19       A.   No, I do not.

20       Q.   Did you have any more contact with him?

21       A.   Yes, I did.  I went on back inside and I was

22   not actually the triage nurse that day.  I was a nurse in

23   the emergency room.  So I went on back inside.  A couple

24   of times or twice actually.  It was exactly twice in my

25   job, I went by his room and he was sitting in there.  I

2961

00181

AT002921

15

1   asked him twice if he wanted something to drink or

2   something to eat.

3                  The first time he refused.  He said he did

4   not want anything.  Then the second time that I asked

5   him, he did take a Pepsi.  He wanted something to drink

6   then.

7        Q.    Did he ask specifically for a Pepsi?

8        A.    No, he did not.  I asked him if he wanted

9   something to drink and he said, "Yes, I think I would."

10  I said, "Well, we have Pepsis and Sprite."  He asked for

11  a Pepsi.

12       Q.    Did he ever make any statements in your contact

13  with him that you thought were delusional?

14       A.    No, not at that point delusional.  I did not

15  hear of anything.

16       Q.    Was there anything that was not appropriate for

17  the questions or the statements that were made to you?

18       A.    No.  He answered every question appropriately.

19       Q.    What additional contact did you have with him?

20       A.    That is all.  That was the only contact I had

21  with him.  It was to triage him and then the two times

22  that I stopped to ask him for something.

23       Q.    Then you said you filled out pages twenty-five

24  and twenty-six?

25       A.    Yes, I did.

2962

JANET M. KAMRAS
REGISTERED PROFESSIONAL REPORTER

AT002922

Q.    When would you have done that?

A.    I would have done just the top part.  I did that at the triage desk when I start my initial contact with him.

Q.    And you checked no significant PMP.  What does that mean?

A.    Past medical history.

Q.    How do you get that information from him?

A.    I asked him.  I said, "Do you have any problems, any physical problems we need to know about?  Heart disease, lung disease, seizures or any type of asthma and he said, "No.  He did not."

Q.    I notice under that no significant prior medical history, there is a box for psych.  Is that question covered with him?

A.    I asked him if he was schizophrenic or bipolar.  I did ask him those two things.

Q.    He denied that?

A.    He denied that to me.

Q.    And did he seem to understand what you were asking him with regards to that?

A.    Yes, he did seem to understand.

Q.    You said no significant surgical treatment?

A.    Right.

Q.    How did you obtain that information?

**2963**

1      A.   I asked him if he had any surgeries in the past

2   and he said, "No."

3      Q.   Did he seem to understand what you were asking

4   him?

5      A.   Yes, he did.

6      Q.   And you have under his social history he was a

7   smoker, one pack per day.  How did you ask him that?

8      A.   I asked him if he smoked?  And he said, "Yes, I

9   do."  I said, "About how much per day?"  He said, "One

10   pack."

11      Q.   Was he able to understand that question?

12      A.   Yes, he did.  And there is an area for barriers

13   to learning that there is no check on it.  I think that

14   there is right there.  It should be a none.

15      Q.   Okay.

16      A.   Because I do check that if there is, you don't,

17   if they don't appear to understand me or I feel like they

18   don't understand me or right down there where it says

19   other, if he would have said, yes, I am schizophrenic, or

20   yes, I am bipolar, I would have written that in right

21   there.  But he denied that.

22      Q.   Then under the dark black line on page

23   twenty-five, you have assessed his pain from a zero to a

24   ten scale at a six.  How do you get that information?

25      A.   I asked him.  I asked him to rate it for me on

1   a scale of one to ten with ten being the worst pain you

2   ever felt, how would you rate the pain?  He said, "His

3   chest hurt where he had cut himself and that was a six."

4        Q.   Looking back at that record of 25 and 26, is

5   there anything else, keep going on to the next page.  It

6   says HEENT.  Is that ears, nose and throat, I assume?

7        A.   Airway, yes.

8        Q.   You checked no apparent problem?

9        A.   I didn't check any of this.  This is done by

10  the nurse that takes him as a patient.  This is her

11  assessment.

12       Q.   On page twenty-six, did you do any of that?

13       A.   I did not do any of this.

14       Q.   Is there anything or other contact that you had

15  with him or anything else that stands out in your mind

16  that you saw?

17       A.   No,  I did not.  There is nothing else.

18       Q.   Do you remember any other ---  What other staff

19  members do you remember having contact with him that day?

20       A.   Do you want me to name those people?

21       Q.   I want to make sure that we are talking to

22  everybody that we need to.

23       A.   Probably Amelda Turner was his primary nurse.

24  She took him to the room.  Dr. William Bowen was the

25  doctor that went in to assess him.  The registration

19

1    clerk which I believe was Darlene McFadden.  I am not

2    sure of her last name.  Her name was Darlene.  She

3    registered him into the emergency room.

4              Then Sherry from the Behavioral Health

5    Center came over to assess him.  I am not sure what

6    Sherry's last name is either.  But she came over and

7    assessed him and she did the psych assessment on him.

8              Then one of the lab ---

9        Q.    Sandra Anderson?

10       A.    Yes.

11       Q.    Those are the ones that I have.  Do you know of

12   anyone else?

13       A.    No one else.

14       Q.    How long was Dr. Bowen with him?

15       A.    I am not sure of what time Dr. Bowen went into

16   the room.  I was standing there when Dr. Bowen came out

17   of the room.  But I don't know how long he was in there

18   with him.  I didn't see him go in.

19       Q.    Did you hear Dr. Bowen say anything when he

20   came out of the room?

21       A.    Yes.  I did.  He asked me if I would give him

22   the emergency detention papers because this young man was

23   very sick.  We were going to do an emergency detention on

24   him.

25       Q.    Did you do that?

**2966**

1      A.   Yes, I did.

2      Q.   Did you fill out the emergency detention

3 papers?

4      A.   No, I did not.  Dr. Bowen did that.

5      Q.   Did you have any more contact with the paper

6 work or anything with regard to the case after that?

7      A.   No, I did not.

8               MR. BROWN:  Do you have any other

9 questions from the grand jury?

10              GRAND JURY MEMBER:  The only thing that

11 you said you asked him if he was, you said at this time

12 you did not know if he was mentally ill?

13              MRS. WHITLEY:  Yes.

14              GRAND JURY MEMBER:  So when did you find

15 that out or was that after the fact?

16              MRS. WHITLEY:  That he was mentally ill?

17              GRAND JURY MEMBER:  Yes.

18              MRS. WHITLEY:  No.  I did not know until

19 after the fact that he was mentally ill, until after the

20 fact.

21              GRAND JURY MEMBER:  Did you hear it or did

22 you all discuss it after he ---

23              MRS. WHITLEY:  Well, yes.  We heard that

24 he was.

25  **2967**        GRAND JURY MEMBER:  That he had been

1   before.  Did you say anything like he had been treated

2   before?

3                  MRS. WHITLEY:  I don't know that.

4                  MR. BROWN:  Is that your hearing from the

5   media?

6                  MRS. WHITLEY:  Yes.  That is all I know.

7                  GRAND JURY MEMBER:  But in your

8   profession, observing him, you felt that there was

9   agitation or body signs to you, such as laying his head

10  down, that you in your experience, that set out something

11  in your mind that you knew there was something going on

12  here with him?

13                 MRS. WHITLEY:  In my experience as a

14  nurse, yes.  I don't ---  I don't have a lot.  I mean I

15  am not a psych nurse.  But in experience as a nurse in

16  the emergency room, I felt like he was.

17                 GRAND JURY MEMBER:  There were some

18  warning signs that came out to you?

19                 MRS. WHITLEY:  Yes.

20                 GRAND JURY MEMBER:  But you did not see

21  any out of control situations?  He did not seem to be out

22  of control?

23                 MRS. WHITLEY:  He was very cooperative,

24  very polite.

25                 GRAND JURY MEMBER:  He just said he needed

**2968**

00185

JANET M. KAMRAS
REGISTERED PROFESSIONAL REPORTER

AT002928

1  your help?

2              MRS. WHITLEY:  He said, "I need help."

3  Yes, he did say that.

4              GRAND JURY MEMBER:  At any time did he

5  mention anything to you that you tried to get him to

6  explain?

7              MRS. WHITLEY:  I asked him, I said, "Do

8  you feel like you might take your life?"  He said, "Yes,

9  I do."  Then he showed me the cut on his chest.

10              GRAND JURY MEMBER:  One of the things that

11  I noticed that last week, whether it was ever even said,

12  he had on black clothes.  So this in my mind, I could

13  picture a different kind of a person that than I heard

14  you say he had on blue work clothes.

15              MRS. WHITLEY:  He had on blue work

16  clothes.  As a matter of fact, his shirt had a Dickey

17  sign on the side of it.  I notice it was a Dickey's work

18  shirt.

19              GRAND JURY MEMBER:  What is the date?

20  Where are we date wise?

21              MR. BROWN:  Friday, March the

22  twenty-sixth, the morning before, twenty-four hours

23  before.

24              GRAND JURY MEMBER:  Twenty-four hours

25  before he came into the hospital and he was asking for

**2969**

00189

AT002929

1   help, right?

2          MRS. WHITLEY:  Right.

3          MR. BROWN:  Thank you very much.  We

4   appreciate you being here.

5              (The witness exited the courtroom.  Mrs.

6   Sherrie St. Cyr entered the courtroom.)

7              Sherrie St. Cyr,

8   having been sworn, testified upon her oath as follows:

9              DIRECT EXAMINATION

10  BY MR. BROWN:

11      Q.   I am Joe Brown.  I am the Grayson County

12  attorney.  We just met outside; is that right?

13      A.   Yes.

14      Q.   This is the Grayson County Grand Jury and they

15  are investigating the charges of capital murder against

16  Andre Thomas.  Do you understand that?

17      A.   Yes.

18      Q.   This is Janet Kamras.  She is a court reporter.

19  Have you ever had to give testimony in front of a court

20  reporter before?

21      A.   No.

22      Q.   She will write everything down that we say so

23  if you could help me and be heard and answer out loud and

24  as opposed to a shake of a head or a nod because she

25  can't get those down.

**2970**

JANET M. KAMRAS
REGISTERED PROFESSIONAL REPORTER

AT002930

# Exhibit 128

# Grand Jury Testimony of William Bowen, M.D.

1    just have to monitor them close.  There is no way of

2    knowing if something is going on in there that you can't

3    see outwardly.  So it is real important that you assess

4    them every five minutes because you never know.  They

5    could go south on you pretty quick.

6         Q.   I would expect that we may have some more

7    questions for you on another date, but this gives us

8    something to start with and we very much appreciate you

9    being here.  So thank you.

10             (The witness exited the courtroom.  Dr.

11   Bowen entered the courtroom.)

12             WILLIAM BOWEN,

13   having been sworn, testified upon his oath as follows:

14             DIRECT EXAMINATION

15   BY MR. BROWN:

16        Q.   If you would, would you introduce yourself,

17   please, sir?

18        A.   I am William Bowen.  I am an emergency

19   physician at TMC.

20        Q.   Dr. Bowen, I am Joe Brown.  I am the Grayson

21   County Attorney.  We met just outside just before the

22   session began; is that right?

23        A.   That's correct.

24        Q.   This is the Grayson County Grand Jury and do

25   you understand they are investigating three charges of

40

1    capital murder against Andre Thomas?

2        A.    Yes.

3        Q.    You are an emergency room physician at Texoma

4    Medical Center.   Would you kind of give us briefly your

5    background and your history and how long you have been

6    doing that.

7        A.    I graduated from the University of Oklahoma

8    Medical School.   I did my residency at the School of

9    Medicine at North Carolina.   After graduation I practiced

10   in Denver for four years and I have been at TMC for nine

11   years.

12       Q.    Do you have a general practice?   What are your

13   specialities or do you have any?

14       A.    My speciality is emergency medicine.

15       Q.    And any other certifications or things we

16   should know about or you are proud of or that you want on

17   your resume?

18       A.    I am certified in Advanced Cardiac and Advanced

19   Trauma Life Support.   I am boarded by the American

20   College Emergency Physicians.

21       Q.    Were you on duty at the hospital on March the

22   twenty-sixth of 2004?

23       A.    Yes, I was.

24       Q.    In that regard, did you have contact with Andre

25   Thomas?

3021

00347 AT003003

41

1      A.   Yes, I did.

2      Q.   Had you ever known Andre Thomas before that or

3  seen him as a patient?

4      A.   No, I had not.

5      Q.   Are you aware of him being treated at the

6  emergency room of Texoma Medical Center before March the

7  twenty-sixth?

8      A.   No.

9      Q.   When was it and for the record, have I provided

10  you with what I have represented is a copy of the record

11  from that treatment date?

12      A.   Yes.

13      Q.   I have marked it as exhibit one and we will

14  refer to that today and I numbered the pages as one

15  through twenty-six.  Okay?

16      A.   Okay.

17      Q.   And if you need to, feel free to refer to those

18  records.  Tell us when it was that you treated Andre

19  Thomas?

20      A.   He checked into the emergency department at

21  approximately 7:15 that morning.

22      Q.   What would be the procedure as to how he

23  ultimately gets to where you are seeing him?

24      A.   He walked in the door there and he is met by

25  the triage nurse who determines the chief complaint and

3022

42

1    she determined at that time that the patient needed to be

2    brought back immediately or something where he could go

3    through the paper work to get the patient registered and

4    get all the demographic information.  After that is done,

5    then our secretary brings the chart back for our nurses

6    and they bring the patient back in.

7         Q.   Is that the way it happened in this case as far

8    as you know?

9         A.   So far as I know.

10        Q.   When did you enter the process with Andre

11   Thomas?

12        A.   It would have been approximately 7:30.

13        Q.   Okay.

14        A.   Because he checked in at 7:15 and normally the

15   process of getting him back takes about that long.

16        Q.   By the time that you see him in this particular

17   case, what is it that you have been told or that you had

18   been aware of with regards to him?

19        A.   I had a nurse advise me he was checking in

20   because of depression and because he injured himself the

21   night before.

22        Q.   And so what did you do with that information?

23        A.   I took the chart and went in to see the

24   patient.

25        Q.   Walk us through your assessment of him and what

3023

61

1        A.   Yes.

2        Q.   So he was repeating the same thing and it looks

3   like in pretty much the same terms to her that he did to

4   you; is that right?

5        A.   Yes.

6        Q.   It says that he had a religious preoccupation.

7   Did he seem to exhibit any religious preoccupation to

8   you?

9        A.   No, not to me.

10        Q.   She has indicated that he was a danger to

11   himself and he was suicidal but that she not checked the

12   part where he was homicidal or a danger to others; is

13   that right?

14        A.   That's correct.

15        Q.   Would you agree with that assessment?

16        A.   Yes.

17        Q.   She did not check the box from self mutilation.

18   Is that just a mistake; do you think?  Would you consider

19   what he did self mutilation?

20        A.   No.  He was trying to kill himself.

21        Q.   Would that box appropriately be left blank that

22   if he was trying to kill himself?

23        A.   Yes.

24        Q.   Would a stab wound in the chest, that would not

25   qualify as self mutilation in this assessment; you don't

00358 AT003006

62

1    think?

2        A.    No.

3        MR. BROWN:  Do you have any questions?

4        GRAND JURY MEMBER:  I have one.  You said

5    that he was trying to kill himself.  How difficult is it

6    to puncture your lung if you stab yourself?

7        DR. BOWEN:  I am not sure what the scale

8    would be on that.  If the knife is sharp enough.

9        GRAND JURY MEMBER:  Is it hard?

10       DR. BOWEN:  No.  If the knife is sharp

11   enough, it goes in.

12       GRAND JURY MEMBER:  I was just wondering,

13   you know.  The statement was made that it was a

14   superficial wound and then you said he said he was trying

15   to kill himself.

16       DR. BOWEN:  To me self mutilation in that

17   context would be cutting your own finger off.

18       GRAND JURY MEMBER:  Yeah, I agree with

19   that.

20       Q.    (By Mr. Brown)  Do you know who the staff

21   member is at TMC who signed off on page twenty-two and

22   twenty-three are?  It is MC something.

23       DR. BOWEN:  I don't know.  That might be

24   McCann.

25       MR. BROWN:  It is McCada or McFada.

3025

JANET M. KAMRAS
REGISTERED PROFESSIONAL REPORTER

00369

AT003007

1          DR. BOWEN:  I don't know.  This is one of

2  our front office people.  This is one of our secretaries.

3  This sheet is filled out when they first come in so I

4  don't know.

5          MR. BROWN:  Are thre any other questions?

6          GRAND JURY MEMBER:  You talked to him

7  first; didn't you, when he came in?

8          DR. BOWEN:  I am sorry.

9          GRAND JURY MEMBER:  You talked to him

10  first when you came in and during the time when you

11  talked to him, then the next person who came in to talk

12  with him, did it seem like to you this was just a

13  rehearsal as to why the answers are so closely together?

14  You know, he was building himself a case, I guess?

15          DR. BOWEN:  My gut feeling would be no, he

16  did not.  My feeling when I walked out of the room, was

17  that this guy was really mentally ill.

18          GRAND JURY MEMBER:  Dr. Bowen, I had

19  wondered if there was a possibility that he might have

20  any history of drugs other than marijuana, stronger drugs

21  or whether you thought there was possibly he had used any

22  drugs.

23          DR. BOWEN:  The only thing he related to

24  me was using marijuana and using alcohol occasionally.

25  The marijuana came out in his drug screen.  But anything

3026

64

1   beyond that.

2              GRAND JURY MEMBER:  But nothing else came

3   out?

4              DR. BOWEN:  No, ma'am.

5              MR. BROWN:  Okay.  I know your time is

6   valuable.  We appreciate you being here.

7              (Dr. Bowen exited the courtroom.  Dr. Choi

8   entered the courtroom.)

9              KYUNGHO SCOTT CHOI, M.D.

10  having been sworn, testified upon his oath as follows:

11             DIRECT EXAMINATION

12  BY MR. BROWN:

13      Q.   This is the Grayson County Grand Jury.  Would

14  you introduce yourself to us, please, sir?

15      A.   My name is Kyungho Scott Choi.  I am a medical

16  doctor.  I work at the emergency room.  I work at Wilson

17  N. Jones Medical Center in the emergency room.

18      Q.   Would you spell your first name?

19      A.   It is K-y-u-n-g-h-o C-h-o-i.

20      Q.   Do you go by Scott?

21      A.   That is my middle name.

22      Q.   That is easier.  I will go by Scott.  Okay.

23  Dr. Choi. My name is Joe Brown.  I am the Grayson County

24  Attorney.  We just met outside in the hall; is that

25  right?

# Exhibit 129

## TMC Behavioral Health Center Admission Screening Form for Andre Thomas



**TMC BEHAVIORAL
HEALTH CENTER**
TEXOMA HEALTHCARE SYSTEM

## TMC – BEHAVIORAL HEALTH CENTER
## ADMISSION SCREENING FORM

Date: _3-26-04_

Start Time: _____

Potential CLIENT NAME: _Andrew Thomas_

AGE: _21_
DOB: ███████

How Arrived: _room in B TMC ER_  Accompanied By: _Ø_

Referred By: _____   Referral Source Phone: _____

PRESENTING PROBLEM (include precipitating events): _pt states he cut on his chest this AM trying to "cross over into heaven"; pt. psychotic – thinks something like Holodeck on Star Trek is happening to him; "I dont know if I volunteered for this or if I was forced to" – referring to his life; no drugs, 3-4 beers/week_

RISK FACTORS (Circle ALL that apply):  (Suicidal) Homicidal / Violent Behavior / Non-compliant w/Meds / Needs Detox / Grossly Impaired due to Psychosis / Other: SPECIFY _____

LEGAL STATUS:   [ ] Voluntary   [✓] Involuntary/DESCRIBE _ED_

Current & Previous PSYCHIATRIC/CD ISSUES: _psychosis_

Current & Previous PSYCHIATRIC & CD TREATMENT: _no treatment_

Related FAMILY HISTORY of Psychiatric/CD Illness: _unknown_

Current MEDICAL DIAGNOSIS & CONCERNS: _none_

Current MEDICATIONS (Include Prescribing MD & when last taken): _none_

SUPPORT SYSTEM (Include Current Living Arrangements): _lives alone_
Family/Significant Other Contact NAME _Dan Thomas_     PHONE # ███████

What is/are potential Client/Family REQUESTING? _pt requesting to go home_
_3041_

*White Original – Medical Record*     Yellow Carbon – BHC     Form # 602-143a (Rev. 10/18/01)     00442

AT003024

TMC – Behavioral Health Center
## MENTAL STATUS ASSESSMENT

Potential CLIENT NAME: *Andre Thomas*

**Level of Consciousness:** [ ✓ ] Alert  [ ] Drowsy  [ ] Lethargic  [ ] Unresponsive
**Oriented to:**  [ - ] Time  [ ] Place  [ ✓ ] Person  [ ✓ ] Situation
**Mood/** [ ] Apathetic  [ ] Angry  [ ✓ ] Depressed  [ ] Tearful  [ ] Sad
**Affect:** [ ✓ ] Anxious  [ ] Irritable  [ ] Quiet  [ ] Fearful  [ ] Indecisive
   [ ] Appropriate  [ ] Labile  [ ✓ ] Agitated  [ ] Inappropriate  [ ] Appropriate
**Communication:**  [ ] Normal  [ ✓ ] Rapid  [ ] Coherent  [ ] Incoherent
   [ ] Reluctant  [ ✓ ] Relevant  [ ] Irrelevant  [ ✓ ] Flight of Ideas
   [ ] Easily Distracted  [ ] Loose Associations  [ ]
**Socialization:**  [ ] Friendly  [ ✓ ] Cooperative  [ ] Withdrawn  [ ] Manipulative
   [ ] Family  [ ]
**General Appearance:**  [ ] Neat  [ ] Unclean  [ ] Well Groomed
   [ ✓ ] Disheveled  [ ] Bizarre Dress  [ ]

| | | | | |
|---|---|---|---|---|
| **Eye Contact:** | [ ] Good | [ ✓ ] Fair | [ ] Poor | [ ] Intermittent |
| **Attention Span:** | [ ✓ ] Good | [ ] Fair | [ ] Poor | [ ] |
| **Concentration:** | [ ✓ ] Good | [ ] Fair | [ ] Poor | [ ] |
| **Judgment:** | [ ] Good | [ ] Fair | [ ✓ ] Poor | [ ] |
| **Memory/Recall:** | Immediate – [ ✓ ] Good | [ ] Fair | [ ] Poor | |
| | Recent – [ ✓ ] Good | [ ] Fair | [ ] Poor | |
| | Remote – [ ✓ ] Good | [ ] Fair | [ ] Poor | |

**Psycho-Motor Activity:** [ ] Agitated  [ ] Hyperactive  [ ] Hypoactive  [ ]
**Feelings Reported:** [ ✓ ] Hopeless  [ ] Helpless  [ ] Worthless  [ ] Guilt  [ ✓ ] Shame
**Energy Level:** [ ✓ ] Normal  [ ] Fatigued  [ ] Tired  [ ] Restless  [ ] Hyper
**Appetite/Weight:** [ ✓ ] No Change  [ ] Increased Appetite  [ ] Weight Gain
   [ ] Decreased Appetite  [ ] Weight Loss
DESCRIBE

**Sleep Pattern:** [ ✓ ] No Problem  [ ] Insomnia  [ ] Hypersomnia
DESCRIBE

**Psychotic Symptoms:** [ ✓ ] Delusions/DESCRIBE *not sure if people are real,*
*he may be the only real one*
   [ ] Hallucinations/DESCRIBE

   [ ] Other/DESCRIBE *religious preoccupation*

**Danger To:** [ ] NA  [ ✓ ] Self  [ ✓ ] Suicidal  [ ] Self Mutilates  [ ] Sets Fires
   [ ] Others  [ ] Homicidal  [ ] Destroys Property  [ ]
Describe PLAN *cut self*

Specify MEANS & if ACCESSIBLE
Describe HISTORY of PRIOR ATTEMPTS *slit wrists @ age 10*

**DIAGNOSTIC IMPRESSIONS:**
   Axis I  *R/O Psychosis*
   Axis II  *deferred*
   Axis III  *none*
   Axis IV  *unknown*
   Axis V  *15*
**RECOMMENDATIONS:** *pt meets criteria for inpt admission*
*on ED*

**DISPOSITION/Provisional TX Plan:** *pt accepted for services,*
*of BH*

**CLINICIAN SIGNATURE:** *Sherrie St Cyr, LMSW*     End Time:

3042

White Original – Medical Records    Yellow Carbon – BHC    Form # 602-143b(Rev.10/18/01)

00443

AT003025

## TMC BEHAVIORAL HEALTH CENTER
### ADMISSION SCREENING FORM

#### (NOT PART of MEDICAL RECORD)

#### ADMISSION NOTIFICATION

*Reason on call*

CLIENT NAME: *Andre Thomas*

Client's CURRENT PSYCHIATRIST:     [✓] None     [ ] Dr. _____
PSYCHIATRIST *Dan* _____ Notified at __900__ Time on _3-26-04_ Date

____ MEDICARE COVERAGE;                    PRIMARY [ ]   SECONDARY [ ]
Copy of Medicare Card Attached:   [ ] Yes   [ ] No
Medicare # _____-_____-_____
___ Medicare: Part A     ___ Medicare: Part B     ___ Medicare: Part A & B

____ MEDICAID COVERAGE (Oklahoma Medicaid NOT Accepted);
Copy of Medicaid Card Attached:   [ ] Yes   [ ] No
                          Texas Medicaid # _____

____ Is this a work-related/WORKMAN's COMP injury or condition?  [ ] Yes   [ ] No

____ INSURANCE COVERAGE;
Copy of Insurance Card(s) Attached:          [ ] Yes          [ ] No

**** *Pre-certification MUST be completed at time of screening for ALL insurance
providers and on ALL program admissions****
(Primary)____ Insurance: Company Name _____

Insured/Subscriber's Name: _____
Patient's Relationship to Insured:  [ ] Self; [ ] Spouse; [ ] Mother; [ ] Father
Insured/Subscriber's SS Number: _____
Phone # _____ Spoke to _____

Date Called; _____ Time: _____ # Days Cert'd: _____ Auth # _____
**********************************************************************
(Secondary)____ Insurance: Company Name _____

Insured/Subscriber's Name: _____
Patient's Relationship to Insured:  [ ] Self; [ ] Spouse; [ ] Mother; [ ] Father
Insured/Subscriber's SS Number: _____
Phone # _____ Spoke to _____

Date Called: _____ Time: _____ # Days Cert'd: _____ Auth # _____

✓  PRIVATE PAY;
Will need to consult with a TMC Financial Counselor for PAYMENT PLAN arrangements.

____ MHMR Funded/County: _____ per: _____
                                              (MHMR Contact NAME)

CLINICIAN SIGNATURE: *Sherrie St. Cyr, LMSW* _____ DATE: _3-26-04_

## TMC BEHAVIORAL
## HEALTH CENTER
### TEXOMA HEALTHCARE SYSTEM

00444