# Exhibit 156

## Patient Daily Functioning Checklist Inquiry at North Texas State Hospital, Vernon Campus

Report Date: 09/13/2004                    Page 61 of 253

North Texas State Hospital
Wichita Falls/Vernon, TX

PATIENT DAILY FUNCTIONING CHECKLIST Inqu

CLIENT NAME: THOMAS,ANDRE LEE          Episode Start Date: 06/23/2004
CLIENT ID: 000196949                   Episode End Date: 08/09/2004
DATE OF BIRTH: ███████████             Data Entry By (Login): CIESIELSKI JOAN
Episode Number: 2                      Data Entry Date: 07/03/2004

### GENERAL INFORMATION
Assessment Date:     07/03/2004

Assessment Time:     02:10 PM

Draft/Final:    Final

Assessing Clinician:    CIESIELSKI,JOAN F (001427)

Client DOB:    ███████████████

Client SS#:    ███████████████

Primary Language:    ENGLISH

Is the preferred language English:  . Yes

### LEVEL OF OBSERVATION/MONITORING
Precaution Type:    Self Abuse

Level of Monitoring:    Q 15 Minute Check

Level Implemented:    24 Hours

Observation Comments:
    PT REMAINS ON CAT;I&I FOR PREVENTION OF SELF HARM, PT HAS BEEN SLEEPING
85% OF TIME EXCEPT FOR EATING . PT HAS BEEN CALM AND COOPERTIVE , PT DID
STATE" DR.BLACK KEEPS ASKING ME THE SAME QUESTION OVER AND OVER,I THINK
HE IS QUESTION MY FAITH. I .TOLD HIM I WOULD ALWAYS FOLLOW GOD NO MATTER
WHAT.HIS JUST A MAN,WHO IS HE TO QUESTION MY FAITH." PT DID APPEAR TO
AGIATED AT THIS TIME BUT CALM HIMSELF DOWN.HE ATE 100% OF HIS MEALS.PT
MITTENS CHECK FOR CIRCULAION AN D REPLACE.

**9067**                                                  02412

AT009069

# Exhibit 157

## North Texas State Hospital, Vernon Campus, Physician P. Note

Report Date: 09/13/2004                                      Page 16 of 36

North Texas State Hospital
Wichita Falls/Vernon, TX

PHYSICIAN P. NOTE

CLIENT NAME: THOMAS,ANDRE LEE          Episode Start Date: 06/23/2004
CLIENT ID: 000196949                   Episode End Date: 08/09/2004
DATE OF BIRTH: ████████                Data Entry By (Login): BLACK JOSEPH L
Episode Number: 2                      Data Entry Date: 07/07/2004

### GENERAL INFORMATION

Assessment Date:   07/07/2004

Assessment Time:   08:10 AM

Draft/Final:   Final

Assessing Clinician:   BLACK,JOSEPH L (000035)

Local Case #:   656F07164

Primary Language:   ENGLISH

Is the Preferred Language English:   Yes

### MEDICATIONS

Medication Comments:
    Zyprexa 30 mg po q1800 hours

### NOTE

Note:
    Patient appears to be more alert; his head is up and his speech is
    audible. His thought processes appear to be organized and goal-directed.
    He reported, "I still hear voices--people that I know--like my family--my
    brother , my mom, my dad, and my cousins." "They tell me not to take my
    medicine but I take it anyway." After a pause, he stated, "My wife talks
    to me more than anybody else."
    "She thinks that it's funny what I'm going through--she said that I would
    not be
    going though this if I hadn't done what I did."
    When asked when the voices started, he replied,"Voices started when I was
    in county (jail)." He then added, "I had voices before but never this
    bad."

### TIMA

8520                                                              02165

AT008820

North Texas State Hospital
Wichita Falls/Vernon, TX

PHYSICIAN P. NOTE

CLIENT NAME: THOMAS,ANDRE LEE          Episode Start Date: 06/23/2004
CLIENT ID: 000196949                   Episode End Date: 08/09/2004
DATE OF BIRTH: ███████                 Data Entry By (Login): BLACK JOSEPH L
Episode Number: 2                      Data Entry Date: 07/07/2004

   Reason For Continued Hospitalization:   Medical Necessity

   Psychiatric Hospital Services Medically Necessary Because:   Treatment Can
   Improve Patient Condition

   Algorithm:   Bipolar Disorder - Manic (BD-M)

   TIMA Stage:   2

SUBJECTIVE FINDINGS (Patient Self-Report: 0=None, 10=Extreme)

   Symptom Severity:   5

   Side Effects:   0

   Side Effect Types:   None

   Appetite:   Good

   Sleep:   Good

OBJECTIVE FINDINGS (Physician Examination)

Clinical Rating Scales

   POS SX:   5

   NEG SX:   3

Core Symptoms (Scale: 0-10, 0=None, 10=Extreme)

   Mania:   0

   Depression:   0

   Positive SX or Psychosis:   5

   Negative SX or Psychosis:   3

Other Symptoms (Scale: 0-10; 0=none, 10=Extreme)

ASSESSMENT

Report Date: 09/13/2004                                   Page 18 of 36

North Texas State Hospital
Wichita Falls/Vernon, TX

PHYSICIAN P. NOTE

CLIENT NAME: THOMAS,ANDRE LEE                Episode Start Date: 06/23/2004
CLIENT ID: 000196949                         Episode End Date: 08/09/2004
DATE OF BIRTH: ███████████                   Data Entry By (Login): BLACK JOSEPH L
Episode Number: 2                            Data Entry Date: 07/07/2004

0=None; 10=Extreme

   Overall Side Effect: · 0

   Overall Functionality:   5

   Overall Clinical Response:   3 - Partial

PLAN

   Lab Work Needed:   Other

   Specify Other Lab Work Needed:   Zyprexa protocol

   Deviation From Medication Algorithm Recommended:   No

   Rationale for Changing Medication and/or Dose:   Insufficient Improvement

   Change in Diagnosis:   No

   Change in Algorithm:   No

   Change in Stage:   No

   Plan Comments:

     1. Continue Zyprexa 30 mg po q1800h.
     2. Consult to Eli Anderson, M.D. for proposed treatment with Zyprexa 40
     mg/day for patient who has improved but who continues to have persistent
     positive symptoms.
     3. Continue on-unit groups.
     4. Continue Catagory I precautions and mitts on hands in attempt to
     prevent self-harm.

**8822**

02137

AT008822

# Exhibit 158

## Referral/Consultation Inquiry from North Texas State Hospital, Vernon Campus

Report Date: 09/13/2004                          Page 1 of 2

North Texas State Hospital
Wichita Falls/Vernon, TX

REFERRAL/CONSULTATION Inquiry

CLIENT NAME: THOMAS,ANDRE LEE          Episode Start Date: 06/23/2004
CLIENT ID: 000196949                   Episode End Date: 08/09/2004
DATE OF BIRTH: ███████████             Data Entry By (Login): ANDERSON ELI T
Episode Number: 2                      Data Entry Date: 07/07/2004

**REFERRAL**
    Referring Clinician:   BLACK,JOSEPH L (000035)

    Referral Date:   07/07/2004

    Date Due:   07/07/2004

CONSULTANT

    Consulting Service:   Other

    Specify Other:   STAFF PSYCHIATRIST

    Internal Consultant:   ANDERSON,ELI T (002362)

    Reason for Referral:
        MED CONSULT FOR PROPOSED TREATMENT WITH ZYPREXA 40MG/DAY FOR 21 Y/O BM
        WHO HAS SHOWN SIGNIFICANT IMPROVEMENT BUT WHO STILL REPORTS PERSISTENT
        AUDITORY HALLUCINATIONS.

**GENERAL INFORMATION**

    Assessment Date:   07/07/2004

    Assessment Time:   03:34 PM

    Draft/Final:   Final

    Consultant:   Eli T. Anderson,M.D.

    Client DOB:   ███████████

    Client SS#:   ███████████

    Primary Language:   ENGLISH

    Is the preferred language English:   Yes

**FINDINGS**
    Findings/Diagnostic Impression:
        Chart reviewed:symptom severity at 6 on 6/25/04, with some improvement by
        7/2/04.

8512                                          01849

AT008509

Report Date: 09/13/2004                                    Page 2 of 2

North Texas State Hospital
Wichita Falls/Vernon, TX

REFERRAL/CONSULTATION Inquiry

CLIENT NAME: THOMAS,ANDRE LEE          Episode Start Date: 06/23/2004
CLIENT ID: 000196949                   Episode End Date: 08/09/2004
DATE OF BIRTH: ██████████              Data Entry By (Login): ANDERSON ELI T
Episode Number: 2                      Data Entry Date: 07/07/2004

    Referral on 7/7/04 reveals continuing auditory hallucinations. The
patient is Substance-Induced Psychosis with delusions and hallucinations.
He is status-post sedlf-enucleation of right eye, asw well as status-post
self-inflicted stab wounds of chest. He presents incompetent to stand
trial for charge of capital murder.
Significant medical includes hypertension by history. AIMS 0. Lipid panel
and glucose unremarkable on 6/24/04.
I feel that the patient is in terrible psychic pain and psychotic,
albeit with some benefit from up to 30mg of Zyprexa per day.

Recommendations:
    He may benefit from up to 40mg of Zyprexa per day and so concur in tha
recommendation.

Signature_____Date_____

8513                                            01850

AT008510

# Exhibit 159

**Letter from Eduardo Padilla and Dan Rios, Criminalists, to Sgt. Tr. William A. Bennie regarding results of analysis of Andre Thomas's blood and urine specimen**

# TEXAS DEPARTMENT OF PUBLIC SAFETY





CRIME LABORATORY SERVICE MSC 0460
PO BOX 4143
AUSTIN, TEXAS 78765-4143
Voice 512-424-2105   Fax 512-424-2869

THOMAS A. DAVIS, JR.
DIRECTOR

DAVID McEATHRON
ASST. DIRECTOR

COMMISSION
COLLEEN McHUGH
CHAIRMAN

ROBERT B. HOLT
CARLOS H. CASCOS
COMMISSIONERS

June 04, 2004

SGT TR WILLIAM A BENNIE
TEXAS RANGERS
1413 TEXOMA PARKWAY
SHERMAN, TEXAS 75090

| Laboratory Case Number | Agency Case Number | Offense Date |
|---|---|---|
| L-320483 | RB200400187 | 03/27/04 |

**Suspect(s)**
THOMAS, ANDRE LEE DOB: ███████

**Victim(s)**
███████████████ (JUVENILE) (DEC) DOB:
████████████ (JUVENILE)(DEC) DOB:
███████████
THOMAS, LAURA CHRISTINE (DEC) DOB:
11-07-83

**Offense:** Homicide
**County of Offense:** Grayson (091)

**Evidence Submitted**
On March 31, 2004 in person from William A. Bennie
Blood and Urine specimen from Andre Lee Thomas

**Results of Analysis**
Blood Drugs:   Chlorpheniramine Detected (no quantitation performed)

Urine Drugs:   9-Carboxy-THC (A Marihuana Metabolite) Detected

We are currently not testing for THC in blood specimens.

Blood Urine Analysis: An enzymatic method (EMIT) was used to screen for five classes of drugs: amphetamines, barbiturates, benzodiazepines, cocaine and its metabolites, and opiates. Additionally, THC and its metabolites were screened in the urine. The detection cut off for most drugs of interest is 0.1 mg/L in blood and 0.3 mg/L in urine.

The evidence will be retained until notified of the disposition.

DPS 0123

ACCREDITED BY THE AMERICAN SOCIETY OF CRIME LABORATORY DIRECTORS - LAB ACCREDITATION BOARD
COURTESY · SERVICE · PROTECTION

DPS0123

| Laboratory Case Number | Agency Case Number | Offense Date |
|---|---|---|
| L-320483 | RB200400187 | 03/27/04 |

*Eduardo Padilla*

Eduardo Padilla
Criminalist, Toxicology
Texas DPS Austin Laboratory

Dan Rios
Criminalist, Toxicology
Texas DPS Austin Laboratory

DPS 0124          06/04/2004

DPS0124

# Exhibit 160

## Clinic Staff Notes on Andre Thomas (Defendant's Exhibit 26)

# CLINIC STAFF NOTES

**INMATE NAME:** _Thomas Axle_   SO#   **DATE:** 3,31,04

**SUBJECTIVE:** "Make Me a Marine" – "I will save Man from Evil" – "this is all a Circle" – "What can I do to prove I'm ready to save everybody" –

**OBJECTIVE:** I/M continue in delusional thinking. I/M denies any drug use prior to coming to jail. I/M's belligerence & wild gesturing is escalating. I/M offer "RX Hagood" Med— refusal (by Me.) of situation. Atty Wagner stated he was attempting to get a court-ordered psychiatric/psychological evaluation ASAP—

**ASSESSMENT:**

**PLAN:** Per Dr Bell, continue to offer Zyprexa 10 mg qd po – if I/M is agreeable to I/M meds. give Trazodone 20 mg PRN – Nurse Dr McPhail. See I/M ASAP —

**STAFF SIGNATURE:** JO Dr Bell N Sims LVN

**PHYSICIAN SIGNATURE:**

DEFENDANT'S EXHIBIT 26

00471

TR002947

# Exhibit 161

**Physician's medication prescription and notes of Andre Thomas**

Physician's Orders
Use Ball Point Pen Only

656    BHIS #:196949
Episode:2
THOMAS, Andre

BM    F07164

06-23-04

ALLERGIES: _Claritin - Rash_

| DATE & TIME | ORDER: | JUSTIFICATION: |
|---|---|---|
| 06/23/04 1508 | 1.) Depakote 500mg po BID pc (begin on 06/24/04) | |
| | 2.) Haldol 5 mg IM  } q 4h prn aggression, agitation Ativan 2 mg IM  } Vs attempted self-harm | |
| | _Joseph_ _Strick_ MD | dated |
| | ── Noted C. Lattie Rn ── 06/23/04 @ 1620 ── | |
| | 6-24-04 @ 0140 SO _(illegible)_ | |
| 06/24/04 0625 | 1.) Zyprexa 10mg po now 10 d 10mg po q1each today, then beginning on 06/25/04 Zyprexa 20 mg po q1each | |
| | 2.) Pt declines to take Zyprexa Today, please give Zyprexa 10mg IM q1each if declines PO. | |
| | 3.) If pt declines to take Zyprexa tomorrow ch. Later, please give Zyprexa 10mg IM q1each & q1each x 24 hr; then P.O. after the (illegible) Zyprexa | |
| | _Joseph_ _(illegible)_ MD | |
| | Noted 06/21/04 @ 0940 _(illegible)_ Rn | |

**154**04

Revised: 2/00
Approved\Reviewed by the Medical Records Committee: 6/92

MHRS 2-1.1
(Plain)

01715

AT015440

# Exhibit 162

## Physician's Medical Summary of Andre Thomas doubling the medication dosage

Report Date: 09/13/2004                    Page 1 of 36

North Texas State Hospital
Wichita Falls/Vernon, TX

PHYSICIAN P. NOTE

CLIENT NAME: THOMAS,ANDRE LEE        Episode Start Date: 06/23/2004
CLIENT ID: 000196949                 Episode End Date: 08/09/2004
DATE OF BIRTH: ▓▓▓▓▓                  Data Entry By (Login): MENZIK CYNIA D
Episode Number: 2                    Data Entry Date: 06/24/2004

### GENERAL INFORMATION

Assessment Date:   06/24/2004

Assessment Time:   10:00 AM

Draft/Final:   Final

Assessing Clinician:   MENZIK,CYNIA D (00034C)

Local Case #:   656F07164

Primary Language:   ENGLISH

Is the Preferred Language English:   Yes

### NOTE

Note:
    ADMIT H&P COMPLETED. CWS DICTATED. CMENZIK,CFNP.

### TIMA

Algorithm:   None

SUBJECTIVE FINDINGS (Patient Self-Report: 0=None, 10=Extreme)

OBJECTIVE FINDINGS (Physician Examination)

Clinical Rating Scales

Core Symptoms (Scale: 0-10, 0=None, 10=Extreme)

Other Symptoms (Scale: 0-10; 0=none, 10=Extreme)

ASSESSMENT

0=None; 10=Extreme

PLAN

**8805**

02150

AT008805

North Texas State Hospital
Wichita Falls/Vernon, TX

PHYSICIAN P. NOTE

CLIENT NAME: THOMAS,ANDRE LEE              Episode Start Date: 06/23/2004
CLIENT ID: 000196949                       Episode End Date: 08/09/2004
DATE OF BIRTH: ███████████                 Data Entry By (Login): MENZIK CYNIA D
Episode Number: 2                          Data Entry Date: 06/24/2004

8806

02151

AT008806

North Texas State Hospital
Wichita Falls/Vernon, TX

PHYSICIAN P. NOTE

CLIENT NAME: THOMAS,ANDRE LEE          Episode Start Date: 06/23/2004
CLIENT ID: 000196949                   Episode End Date: 08/09/2004
DATE OF BIRTH: █████████               Data Entry By (Login): BLACK JOSEPH L
Episode Number: 2                      Data Entry Date: 06/24/2004

### GENERAL INFORMATION

Assessment Date:   06/24/2004

Assessment Time:   08:27 AM

Draft/Final:   Final

Assessing Clinician:   BLACK,JOSEPH L (000035)

Local Case #:   656F07164

Primary Language:   ENGLISH

### MEDICATIONS

Medication Comments:
   Depakote 500 mg po BID pc (begun today)

### NOTE

Note:
   21 y/o BM admitted o6/23/04 did not sleep any last night. He stated that
   "the voices in my head keep me awake". He reported voices as being "voice
   of girl in the burning car" and "the voice of Allah". Patient continued
   to avoid eye contact and to talk in mostly inaudible volume.

### TIMA

Reason For Continued Hospitalization:   Medical Necessity

Psychiatric Hospital Services Medically Necessary Because:   Treatment Can
Improve Patient Condition

Barrier To Discharge:   Forensic Commitment

Algorithm:   Bipolar Disorder - Manic (BD-M)

TIMA Stage:   1

**8807**                                              02152

AT008807

Report Date: 09/13/2004                    Page 4 of 36

North Texas State Hospital
Wichita Falls/Vernon, TX

PHYSICIAN P. NOTE

CLIENT NAME: THOMAS,ANDRE LEE          Episode Start Date: 06/23/2004
CLIENT ID: 000196949                   Episode End Date: 08/09/2004
DATE OF BIRTH: ███████                 Data Entry By (Login): BLACK JOSEPH L
Episode Number: 2                      Data Entry Date: 06/24/2004

SUBJECTIVE FINDINGS (Patient Self-Report: 0=None, 10=Extreme)

    Symptom Severity:   6

    Side Effects:   0

    Side Effect Types:   None

    Appetite:   Poor

    Sleep:   Poor

OBJECTIVE FINDINGS (Physician Examination)

Clinical Rating Scales

    POS SX:   6

    NEG SX:   4

Core Symptoms (Scale: 0-10, 0=None, 10=Extreme)

    Mania:   0

    Depression:   0

    Positive SX or Psychosis:   6

    Negative SX or Psychosis:   4

Other Symptoms (Scale: 0-10; 0=none, 10=Extreme)

ASSESSMENT

0=None; 10=Extreme

    Overall Side Effect:   0

    Overall Functionality:   1

    Overall Clinical Response:   1 - None

**8808**

02153

Report Date: 09/13/2004                           Page 5 of 36

North Texas State Hospital
Wichita Falls/Vernon, TX

PHYSICIAN P. NOTE

CLIENT NAME: THOMAS,ANDRE LEE        Episode Start Date: 06/23/2004
CLIENT ID: 000196949                 Episode End Date: 08/09/2004
DATE OF BIRTH: ███████████           Data Entry By (Login): BLACK JOSEPH L
Episode Number: 2                    Data Entry Date: 06/24/2004

PLAN

    Lab Work Needed:    Other

    Specify Other Lab Work Needed:    Depakote protocol

    Deviation From Medication Algorithm Recommended:    No

    Rationale for Changing Medication and/or Dose:    Insufficient Improvement

    Change in Diagnosis:    No

    Change in Algorithm:    No

    Change in Stage:    Yes

    Plan Comments:
        Begin Zyprexa 20 mg po ql800h

**8809**

02154

AT008809

Report Date: 09/13/2004                          Page 6 of 36

North Texas State Hospital
Wichita Falls/Vernon, TX

PHYSICIAN P. NOTE

CLIENT NAME: THOMAS,ANDRE LEE          Episode Start Date: 06/23/2004
CLIENT ID: 000196949                   Episode End Date: 08/09/2004
DATE OF BIRTH: ███████                 Data Entry By (Login): BLACK JOSEPH L
Episode Number: 2                      Data Entry Date: 06/30/2004

### GENERAL INFORMATION

Assessment Date:   06/25/2004

Assessment Time:   08:25 AM

Draft/Final:   Final

Assessing Clinician:   BLACK,JOSEPH L (000035)

Local Case #:   656F07164

Primary Language:   ENGLISH

Is the Preferred Language English:   Yes

### MEDICATIONS

Medication Comments:
    Zyprexa 20 mg po q1800 hours

### NOTE

Note:
    This 21 year old black male, admitted 06-23-04, reported yesterday that
    he had not slept any the previous night because of the voices in his head
    keeping him awake. The patient received Zyprexa 20 mg yesterday. today he
    reported that he has not heard voices yet this morning. He reported that
    he slept last night. He appears more alert and more able to talk. He is
    able to make better eye contact, although he still has a tendency to duck
    his head. He was able to talk some about the events leading up to his
    arrest.

### TIMA

Psychiatric Hospital Services Medically Necessary Because:   Treatment Can
Improve Patient Condition

Algorithm:   Bipolar Disorder - Manic (BD-M)

**8810**

02155

AT008810

Report Date: 09/13/2004                          Page 7 of 36

North Texas State Hospital
Wichita Falls/Vernon, TX

PHYSICIAN P. NOTE

CLIENT NAME: THOMAS,ANDRE LEE            Episode Start Date: 06/23/2004
CLIENT ID: 000196949                     Episode End Date: 08/09/2004
DATE OF BIRTH: ███████████               Data Entry By (Login): BLACK JOSEPH L
Episode Number: 2                        Data Entry Date: 06/30/2004


   TIMA Stage:    1

SUBJECTIVE FINDINGS (Patient Self-Report: 0=None, 10=Extreme)

   Symptom Severity:    6

   Side Effects:    0

   Side Effect Types:    None

   Appetite:    Fair

   Sleep:    Good

OBJECTIVE FINDINGS (Physician Examination)

Clinical Rating Scales

   POS SX:    5

   NEG SX:    4

Core Symptoms (Scale: 0-10, 0=None, 10=Extreme)

   Mania:    0

   Depression:    0

   Positive SX or Psychosis:    5

   Negative SX or Psychosis:    4

Other Symptoms (Scale: 0-10; 0=none, 10=Extreme)

ASSESSMENT

0=None; 10=Extreme

   Overall Side Effect:    0

   Overall Functionality:    2


**8811**

02156

AT008811

Report Date: 09/13/2004                                    Page 8 of 36

North Texas State Hospital
Wichita Falls/Vernon, TX

PHYSICIAN P. NOTE

CLIENT NAME: THOMAS,ANDRE LEE          Episode Start Date: 06/23/2004
CLIENT ID: 000196949                   Episode End Date: 08/09/2004
DATE OF BIRTH: ███████                 Data Entry By (Login): BLACK JOSEPH L
Episode Number: 2                      Data Entry Date: 06/30/2004

   Overall Clinical Response:   2 - Minimal

PLAN

   Lab Work Needed:   Other

   Specify Other Lab Work Needed:   Continue Depakote protocol

   Deviation From Medication Algorithm Recommended:   No

   Change in Diagnosis:   No

   Change in Algorithm:   No

   Change in Stage:   No

   Plan Comments:
      1. Continue Zyprexa 20 mg po q1800h
      2. Patient being enrolled in on-unit groups including coping skills,
      stress and anger management and competency education and training groups.
      He shall also be evaluated for other psychosocial rehabilitation therapy
      programs.

      The patient is being interviewed today by Dr. Richard Rogers of the
      University of North Texas by court order.

      Although the patient reported that he does not wish to enucleate his left
      eye, at this time we are going to continue the mittens until we develop a
      better understanding of the patient and his psychopathology.

8812                                                    02107

Report Date: 09/13/2004                              Page 9 of 36

North Texas State Hospital
Wichita Falls/Vernon, TX

PHYSICIAN P. NOTE

CLIENT NAME: THOMAS,ANDRE LEE          Episode Start Date: 06/23/2004
CLIENT ID: 000196949                   Episode End Date: 08/09/2004
DATE OF BIRTH: ███████████             Data Entry By (Login): BLACK JOSEPH L
Episode Number: 2                      Data Entry Date: 06/30/2004

### GENERAL INFORMATION

Assessment Date:   06/30/2004

Assessment Time:   08:15 AM

Draft/Final:   Final

Assessing Clinician:   BLACK,JOSEPH L (000035)

Local Case #:   656F07164

Primary Language:   ENGLISH

Is the Preferred Language English:   Yes

### MEDICATIONS

Medication Comments:
   Zyprexa 20 mg po ql800 hours

### NOTE

Note:
   Patient told staff that he didn't know why he was in jail because he "did them a
   favor by killing the demons". This a.m. patient said that he was in jail because
   "I killed three people". He then said that he didn't know why it was
   considered wrong "since I was doing the will of God".
   He said that he would enucleate his remaining left eye if he thought that it was
   God's will.

### TIMA

Reason For Continued Hospitalization:   Medical Necessity

Psychiatric Hospital Services Medically Necessary Because:   Treatment Can

**8813**

02158

AT008813

North Texas State Hospital
Wichita Falls/Vernon, TX

PHYSICIAN P. NOTE

CLIENT NAME: THOMAS,ANDRE LEE          Episode Start Date: 06/23/2004
CLIENT ID: 000196949                   Episode End Date: 08/09/2004
DATE OF BIRTH: ███████                 Data Entry By (Login): BLACK JOSEPH L
Episode Number: 2                      Data Entry Date: 06/30/2004

    Improve Patient Condition

    Algorithm:  Bipolar Disorder - Manic (BD-M)

    TIMA Stage:  1

SUBJECTIVE FINDINGS (Patient Self-Report: 0=None, 10=Extreme)

    Symptom Severity:  6

    Side Effects:  0

    Side Effect Types:  None

    Appetite:  Fair

    Sleep:  Fair

OBJECTIVE FINDINGS (Physician Examination)

Clinical Rating Scales

    POS SX:  5

    NEG SX:  4

Core Symptoms (Scale: 0-10, 0=None, 10=Extreme)

    Mania:  0

    Depression:  0

    Positive SX or Psychosis:  5

    Negative SX or Psychosis:  4

Other Symptoms (Scale: 0-10; 0=none, 10=Extreme)

ASSESSMENT

0=None; 10=Extreme

    Overall Side Effect:  0

8814

02109

AT008814

Report Date: 09/13/2004                           Page 11 of 36

North Texas State Hospital
Wichita Falls/Vernon, TX

PHYSICIAN P. NOTE

CLIENT NAME: THOMAS,ANDRE LEE          Episode Start Date: 06/23/2004
CLIENT ID: 000196949                   Episode End Date: 08/09/2004
DATE OF BIRTH: ███████████             Data Entry By (Login): BLACK JOSEPH L
Episode Number: 2                      Data Entry Date: 06/30/2004

   Overall Functionality:   5

   Overall Clinical Response:   3 - Partial

PLAN

   Lab Work Needed:   Other

   Specify Other Lab Work Needed:   Continue Depakote protocol

   Deviation From Medication Algorithm Recommended:   No

   Rationale for Changing Medication and/or Dose:   Insufficient Improvement

   Change in Diagnosis:   No

   Change in Algorithm:   No

   Change in Stage:   No

   Plan Comments:
      1. Increase Zyprexa to 30 mg po q1800h.
      2. Continue current groups.
      3. Continue Catagory I precautions and mitts in attempt to prevent
      self-harm.

8815

02150

AT008815

Report Date: 09/13/2004                          Page 12 of 36

North Texas State Hospital
Wichita Falls/Vernon, TX

PHYSICIAN P. NOTE

CLIENT NAME: THOMAS,ANDRE LEE          Episode Start Date: 06/23/2004
CLIENT ID: 000196949                   Episode End Date: 08/09/2004
DATE OF BIRTH: ███████████             Data Entry By (Login): BLACK JOSEPH L
Episode Number: 2                      Data Entry Date: 07/07/2004

## GENERAL INFORMATION

Assessment Date:   07/02/2004

Assessment Time:   10:10 AM

Draft/Final:   Final

Assessing Clinician:   BLACK,JOSEPH L (000035)

Local Case #:   656F07164

Primary Language:   ENGLISH

## MEDICATIONS

Medication Comments:
Zyprexa 30 mg po q1800 hours
Depakote 500 mg po bid pc

Serum Valproate of 06-24-04 was 21.0.

## NOTE

Note:
The patient has been fairly cooperative with staff and unit rules. He
does not appear to be exhibiting mood symptoms or mood swings at this
time. The patient has continued on Category I precautions with mitts on
his hands in an attempt to prevent self-harm.

The patient restated his belief that if he believed God told him to
enucleate his left eye, he would do so; however, he stated, "I don't
think God would tell me to do that."

The patient stated that he had received the message from God by just his
having an understanding of what God wanted him to do in his mind. When he
was asked if he was a prophet of God, the patient stated, "I don't think

**8816**

02161

AT008816

Report Date: 09/13/2004                                    Page 13 of 36

North Texas State Hospital
Wichita Falls/Vernon, TX

PHYSICIAN P. NOTE

CLIENT NAME: THOMAS,ANDRE LEE              Episode Start Date: 06/23/2004
CLIENT ID: 000196949                       Episode End Date: 08/09/2004
DATE OF BIRTH: ███████                      Data Entry By (Login): BLACK JOSEPH L
Episode Number: 2                          Data Entry Date: 07/07/2004

so."

The patient was able to keep his head up better today than on previous
interviews. He was able to speak a little more plainly; however, he still
slipped back several times into ducking his head and talking in a low,
inaudible voice.

The staff reported the patient had a rash on his back. Examination of the
patient did reveal what appeared to be a maculopapular dark eruption over
his back; however, he did not have it on his chest or limbs.

He was agreeable with discontinuance of the Depakote.

### TIMA

Psychiatric Hospital Services Medically Necessary Because:    Treatment Can
Improve Patient Condition

Algorithm:   Bipolar Disorder - Manic (BD-M)

TIMA Stage:   2

SUBJECTIVE FINDINGS (Patient Self-Report: 0=None, 10=Extreme)

Symptom Severity:   6

Side Effects:   0

Side Effect Types:   None

Appetite:   Good

Sleep:   Good

OBJECTIVE FINDINGS (Physician Examination)

Clinical Rating Scales

POS SX:   5

8817

0216

AT008817

Report Date: 09/13/2004                          Page 14 of 36

North Texas State Hospital
Wichita Falls/Vernon, TX

PHYSICIAN F. NOTE

CLIENT NAME: THOMAS,ANDRE LEE            Episode Start Date: 06/23/2004
CLIENT ID: 000196949                     Episode End Date: 08/09/2004
DATE OF BIRTH: ███████████               Data Entry By (Login): BLACK JOSEPH L
Episode Number: 2                        Data Entry Date: 07/07/2004

   NEG SX:   4

Core Symptoms (Scale: 0-10, 0=None, 10=Extreme)

   Mania:   0

   Depression:   0

   Positive SX or Psychosis:   5

   Negative SX or Psychosis:   4

Other Symptoms (Scale: 0-10; 0=none, 10=Extreme)

ASSESSMENT

0=None; 10=Extreme

   Overall Side Effect:   0

   Overall Functionality:   4

   Overall Clinical Response:   3 - Partial

PLAN

   Lab Work Needed:   Other

   Specify Other Lab Work Needed:   Zyprexa protocol

   Deviation From Medication Algorithm Recommended:   No

   Rationale for Changing Medication and/or Dose:   Insufficient Improvement

   Change in Diagnosis:   No

   Change in Algorithm:   No

   Change in Stage:   Yes

   Plan Comments:
     Return to Stage I after discontinuing the Depakote.

8818

02163

AT008818

Report Date: 09/13/2004                                    Page 15 of 36

North Texas State Hospital
Wichita Falls/Vernon, TX

PHYSICIAN P. NOTE

CLIENT NAME: THOMAS,ANDRE LEE          Episode Start Date: 06/23/2004
CLIENT ID: 000196949                   Episode End Date: 08/09/2004
DATE OF BIRTH: ███████████             Data Entry By (Login): BLACK JOSEPH L
Episode Number: 2                      Data Entry Date: 07/07/2004


    1. Continue Zyprexa 30 mg po q1800h.
    2. Discontinue the Depakote.
    3. Continue on-unit groups.
    4. Continue Catagory I precautions and mitts on hands in attempt to
prevent self-harm.


**8819**                                              02161

                                                      AT008819

Report Date: 09/13/2004                                        Page 16 of 36

North Texas State Hospital
Wichita Falls/Vernon, TX

PHYSICIAN P. NOTE

CLIENT NAME: THOMAS,ANDRE LEE              Episode Start Date: 06/23/2004
CLIENT ID: 000196949                       Episode End Date: 08/09/2004
DATE OF BIRTH: ████████                     Data Entry By (Login): BLACK JOSEPH L
Episode Number: 2                          Data Entry Date: 07/07/2004

### GENERAL INFORMATION

Assessment Date:   07/07/2004

Assessment Time:   08:10 AM

Draft/Final:   Final

Assessing Clinician:   BLACK,JOSEPH L (000035)

Local Case #:   656F07164

Primary Language:   ENGLISH

Is the Preferred Language English:   Yes

### MEDICATIONS

Medication Comments:
Zyprexa 30 mg po q1800 hours

### NOTE

Note:
Patient appears to be more alert; his head is up and his speech is
audible. His thought processes appear to be organized and goal-directed.
He reported, "I still hear voices--people that I know--like my family--my
brother , my mom, my dad, and my cousins." "They tell me not to take my
medicine but I take it anyway." After a pause, he stated, "My wife talks
to me more than anybody else."
"She thinks that it's funny what I'm going through--she said that I would
not be
going though this if I hadn't done what I did."
When asked when the voices started, he replied,"Voices started when I was
in county (jail)." He then added, "I had voices before but never this
bad."

### TIMA

8820                                                   02165

AT008820

Report Date: 09/13/2004                              Page 17 of 36

North Texas State Hospital
Wichita Falls/Vernon, TX

PHYSICIAN P. NOTE

CLIENT NAME: THOMAS,ANDRE LEE        Episode Start Date: 06/23/2004
CLIENT ID: 000196949                 Episode End Date: 08/09/2004
DATE OF BIRTH: ███████████           Data Entry By (Login): BLACK JOSEPH L
Episode Number: 2                    Data Entry Date: 07/07/2004

   Reason For Continued Hospitalization:   Medical Necessity

   Psychiatric Hospital Services Medically Necessary Because:   Treatment Can
   Improve Patient Condition

   Algorithm:   Bipolar Disorder - Manic (BD-M)

   TIMA Stage:   2

SUBJECTIVE FINDINGS (Patient Self-Report: 0=None, 10=Extreme)

   Symptom Severity:   5

   Side Effects:   0

   Side Effect Types:   None

   Appetite:   Good

   Sleep:   Good

OBJECTIVE FINDINGS (Physician Examination)

Clinical Rating Scales

   POS SX:   5

   NEG SX:   3

Core Symptoms (Scale: 0-10, 0=None, 10=Extreme)

   Mania:   0

   Depression:   0

   Positive SX or Psychosis:   5

   Negative SX or Psychosis:   3

Other Symptoms (Scale: 0-10; 0=none, 10=Extreme)

ASSESSMENT

8821                                              02156

                                                        AT008821

Report Date: 09/13/2004                                    Page 18 of 36

North Texas State Hospital
Wichita Falls/Vernon, TX

PHYSICIAN P. NOTE

CLIENT NAME: THOMAS,ANDRE LEE              Episode Start Date: 06/23/2004
CLIENT ID: 000196949                       Episode End Date: 08/09/2004
DATE OF BIRTH: ████████                    Data Entry By (Login): BLACK JOSEPH L
Episode Number: 2                          Data Entry Date: 07/07/2004

0=None; 10=Extreme

    Overall Side Effect:   0

    Overall Functionality:   5

    Overall Clinical Response:   3 - Partial

PLAN

    Lab Work Needed:   Other

    Specify Other Lab Work Needed:   Zyprexa protocol

    Deviation From Medication Algorithm Recommended:   No

    Rationale for Changing Medication and/or Dose:   Insufficient Improvement

    Change in Diagnosis:   No

    Change in Algorithm:   No

    Change in Stage:   No

    Plan Comments:


    1. Continue Zyprexa 30 mg po q1800h.
    2. Consult to Eli Anderson, M.D. for proposed treatment with Zyprexa 40
    mg/day for patient who has improved but who continues to have persistent
    positive symptoms.
    3. Continue on-unit groups.
    4. Continue Catagory I precautions and mitts on hands in attempt to
    prevent self-harm.

**8822**

02167

AT008822

Report Date: 09/13/2004                                 Page 19 of 36

North Texas State Hospital
Wichita Falls/Vernon, TX

PHYSICIAN P. NOTE

CLIENT NAME: THOMAS,ANDRE LEE          Episode Start Date: 06/23/2004
CLIENT ID: 000196949                   Episode End Date: 08/09/2004
DATE OF BIRTH: ███████                 Data Entry By (Login): BLACK JOSEPH L
Episode Number: 2                      Data Entry Date: 07/13/2004

## GENERAL INFORMATION

Assessment Date:   07/09/2004

Assessment Time:   09:32 AM

Draft/Final:   Final

Assessing Clinician:   BLACK,JOSEPH L (000035)

Local Case #:   656F07164

Primary Language:   ENGLISH

## MEDICATIONS

Medication Comments:
Zyprexa 40 mg po q1800 hours

## NOTE

Note:
The patient reported that he still thought he would enucleate his left
eye if God told him to do so. He stated, "When you asked me if I would do
that, you were essentially asking me if I believed in God." The patient
also made statements about being talked to by the Dali Lama.

The patient denied having desire to harm himself at this time.

## TIMA

Psychiatric Hospital Services Medically Necessary Because:   Treatment Can
Improve Patient Condition

Algorithm:   Bipolar Disorder - Manic (BD-M)

TIMA Stage:   1

8523

02158

AT008823

Report Date: 09/13/2004                          Page 20 of 36

North Texas State Hospital
Wichita Falls/Vernon, TX

PHYSICIAN P. NOTE

CLIENT NAME: THOMAS,ANDRE LEE          Episode Start Date: 06/23/2004
CLIENT ID: 000196949                   Episode End Date: 08/09/2004
DATE OF BIRTH: ███████                 Data Entry By (Login): BLACK JOSEPH L
Episode Number: 2                      Data Entry Date: 07/13/2004

SUBJECTIVE FINDINGS (Patient Self-Report: 0=None, 10=Extreme)

   Symptom Severity:   5

   Side Effects:   0

   Side Effect Types:   None

   Appetite:   Good

   Sleep:   Good

OBJECTIVE FINDINGS (Physician Examination)

Clinical Rating Scales

   POS SX:   3

   NEG SX:   3

Core Symptoms (Scale: 0-10, 0=None, 10=Extreme)

   Mania:   0

   Depression:   0

   Positive SX or Psychosis:   3

   Negative SX or Psychosis:   3

Other Symptoms (Scale: 0-10, 0=none, 10=Extreme)

ASSESSMENT

0=None; 10=Extreme

   Overall Side Effect:   0

   Overall Functionality:   5

   Overall Clinical Response:   3 - Partial

PLAN

8824

02169

AT008824

Report Date: 09/13/2004                                    Page 21 of 36

North Texas State Hospital
Wichita Falls/Vernon, TX

PHYSICIAN P. NOTE

CLIENT NAME: THOMAS,ANDRE LEE            Episode Start Date: 06/23/2004
CLIENT ID: 000196949                     Episode End Date: 08/09/2004
DATE OF BIRTH: ███████████               Data Entry By (Login): BLACK JOSEPH L
Episode Number: 2                        Data Entry Date: 07/13/2004


Lab Work Needed:    None

Deviation From Medication Algorithm Recommended:    No

Rationale for Changing Medication and/or Dose:    Insufficient Improvement

Change in Diagnosis:    No

Change in Algorithm:    No

Change in Stage:    No

Plan Comments:
    1. Continue Zyprexa 40 mg po ql800h.
    2. Continue Category I and mitts in attempts to prevent self-harm.
    3. Patient encouraged to work on his competency issues.


**8825**

02170

AT008825

Report Date: 09/13/2004                          Page 22 of 36

North Texas State Hospital
Wichita Falls/Vernon, TX

PHYSICIAN P. NOTE

CLIENT NAME: THOMAS,ANDRE LEE          Episode Start Date: 06/23/2004
CLIENT ID: 000196349                   Episode End Date: 08/09/2004
DATE OF BIRTH: ███████                 Data Entry By (Login): BLACK JOSEPH L
Episode Number: 2                      Data Entry Date: 07/26/2004

### GENERAL INFORMATION

Assessment Date:  07/16/2004

Assessment Time:  09:34 AM

Draft/Final:  Final

Assessing Clinician:  BLACK,JOSEPH L (000035)

Local Case #:  656F07164

Primary Language:  ENGLISH

Is the Preferred Language English:  Yes

### MEDICATIONS

Medication Comments:
    Zyprexa 40 mg po ql800 hours

### NOTE

Note:
    The patient walked into the room, had his head up, and spoke in a much
more confident and affirmative manner than previously. He stated, "I want
to hurry up and get back to county to face my charges." When he was asked
what he would do if God told him to harm himself, he stated that he would
harm himself under those circumstances; however, he also said, "God isn't
going to ask me to do that."

    The patient has apparently done well in competency group.

### TIMA

Psychiatric Hospital Services Medically Necessary Because:   Treatment Can
Improve Patient Condition

Algorithm:   Bipolar Disorder - Manic (BD-M)

8826

02171

AT008826

Report Date: 09/13/2004                              Page 23 of 36

North Texas State Hospital
Wichita Falls/Vernon, TX

PHYSICIAN P. NOTE

CLIENT NAME: THOMAS,ANDRE LEE            Episode Start Date: 06/23/2004
CLIENT ID: 000196949                     Episode End Date: 08/09/2004
DATE OF BIRTH: ██████████                Data Entry By (Login): BLACK JOSEPH L
Episode Number: 2                        Data Entry Date: 07/26/2004


   TIMA Stage:    1

SUBJECTIVE FINDINGS (Patient Self-Report: 0=None, 10=Extreme)

   Symptom Severity:   4

   Side Effects:   0

   Side Effect Types:   None

   Appetite:   Good

   Sleep:   Good

OBJECTIVE FINDINGS (Physician Examination)

Clinical Rating Scales

   POS SX:   2

   NEG SX:   0

Core Symptoms (Scale: 0-10, 0=None, 10=Extreme)

   Mania:   0

   Depression:   0

   Positive SX or Psychosis:   2

   Negative SX or Psychosis:   0

Other Symptoms (Scale: 0-10; 0=none, 10=Extreme)

ASSESSMENT

0=None; 10=Extreme

   Overall Side Effect:   0

   Overall Functionality:   8


**8527**

0217

AT008827

Report Date: 09/13/2004                          Page 24 of 36

North Texas State Hospital
Wichita Falls/Vernon, TX

PHYSICIAN P. NOTE

CLIENT NAME: THOMAS,ANDRE LEE          Episode Start Date: 06/23/2004
CLIENT ID: 000196949                   Episode End Date: 08/09/2004
DATE OF BIRTH:███████████              Data Entry By (Login): BLACK JOSEPH L
Episode Number: 2                      Data Entry Date: 07/26/2004


Overall Clinical Response:   3 - Partial

PLAN

Lab Work Needed:   None

Deviation From Medication Algorithm Recommended:   No

Rationale for Changing Medication and/or Dose:   Insufficient Improvement

Change in Diagnosis:   No

Change in Algorithm:   No

Change in Stage:   No

Plan Comments:
   1. Continue current medication
   2. Continue Category I and mitts in attempts to prevent self-harm.
   3. Patient encouraged to continue work on his competency issues.
   4. He was referred for his oral competency evaluation.


**8828**

02173

AT008828

Report Date: 09/13/2004                                    Page 25 of 36

North Texas State Hospital
Wichita Falls/Vernon, TX

PHYSICIAN P. NOTE

CLIENT NAME: THOMAS,ANDRE LEE          Episode Start Date: 06/23/2004
CLIENT ID: 000196949                   Episode End Date: 08/09/2004
DATE OF BIRTH: ███████████             Data Entry By (Login): MENZIK CYNIA D
Episode Number: 2                      Data Entry Date: 07/23/2004

### *GENERAL INFORMATION*

   Assessment Date:   07/23/2004

   Assessment Time:   12:06 PM

   Draft/Final:   Final

   Assessing Clinician:   MENZIK,CYNIA D (000340)

   Local Case #:   656F07164

   Primary Language:   ENGLISH

   Is the Preferred Language English:   Yes

### *MEDICATIONS*

   Medication Comments:
      Zyprexa 40 mg po q1800 hours

### *NOTE*

   Note:
      F/U OF ELEVATED LFTs. PATIENT IS HIV AND HEPATITIS NEG. AST=100 AND
      ALT=217. ALK
      PHOS=76. PATIENT IS ON ZYPREXA. DENIES N/V/D, DOES REPORT A VAGUE,
      GENERALIZED UPPER ABD DISCOMFORT FROM LEFT TO RIGHT SIDE. NO
      CONSTIPATION, NO PEDAL EDEMA. NO OTHER SX. EX: UNREMARKABLE ABD EXAM,
      NONTENDER AND NO HSM, BS+, NO RIGIDITY, NO REBOUND, NO GUARDING. DOES
      HAVE SEV. OLD SCARS TO ABD. AREA FROM PAST SELF-INFLICTED KNIFE WOUNDS
      WITH RELATED SURGICAL REPAIR. A: ELEVATED LFTs WITHOUT ACCOMPANYING
      PHYSICAL PROBLEMS. P: WILL SERIAL MONITOR LABS AND PATIENT WILL REPORT
      AND RETURN TO SICKCALL IF ANY REVIEWED SX APPEAR. CMENZIK,CFNP.

### *TIMA*

   Psychiatric Hospital Services Medically Necessary Because:   Treatment Can
   Improve Patient Condition

**8829**

02174

AT008829

Report Date: 09/13/2004                              Page 26 of 36

North Texas State Hospital
Wichita Falls/Vernon, TX

PHYSICIAN P. NOTE

CLIENT NAME: THOMAS,ANDRE LEE          Episode Start Date: 06/23/2004
CLIENT ID: 000196349                   Episode End Date: 08/09/2004
DATE OF BIRTH: ███████                 Data Entry By (Login): MENZIK CYNIA D
Episode Number: 2                      Data Entry Date: 07/23/2004

    Algorithm:   Bipolar Disorder – Manic (BD-M)

    TIMA Stage:   1

SUBJECTIVE FINDINGS (Patient Self-Report: 0=None, 10=Extreme)

    Symptom Severity:   4

    Side Effects:   0

    Side Effect Types:   None

    Appetite:   Good

    Sleep:   Good

OBJECTIVE FINDINGS (Physician Examination)

Clinical Rating Scales

    POS SX:   2

    NEG SX:   0

Core Symptoms (Scale: 0-10, 0=None, 10=Extreme)

    Mania:   0

    Depression:   0

    Positive SX or Psychosis:   2

    Negative SX or Psychosis:   0

Other Symptoms (Scale: 0-10; 0=none, 10=Extreme)

ASSESSMENT

0=None; 10=Extreme

    Overall Side Effect:   0

**8830**

02175

AT008830

Report Date: 09/13/2004                                    Page 27 of 36

North Texas State Hospital
Wichita Falls/Vernon, TX

PHYSICIAN P. NOTE

CLIENT NAME: THOMAS,ANDRE LEE                Episode Start Date: 06/23/2004
CLIENT ID: 000196949                         Episode End Date: 08/09/2004
DATE OF BIRTH: ▮▮▮▮▮▮▮▮                       Data Entry By (Login): MENZIK CYNIA D
Episode Number: 2                            Data Entry Date: 07/23/2004

Overall Functionality:   8

Overall Clinical Response:   3 - Partial

PLAN

Lab Work Needed:   None

Deviation From Medication Algorithm Recommended:   No

Rationale for Changing Medication and/or Dose:   Insufficient Improvement

Change in Diagnosis:   No

Change in Algorithm:   No

Change in Stage:   No

Plan Comments:
   1. Continue current medication
   2. Continue Category I and mitts in attempts to prevent self-harm.
   3. Patient encouraged to continue work on his competency issues.
   4. He was referred for his oral competency evaluation.

**8831**

02176

AT008831

Report Date: 09/13/2004                          Page 28 of 36

North Texas State Hospital
Wichita Falls/Vernon, TX

PHYSICIAN P. NOTE

CLIENT NAME: THOMAS,ANDRE LEE          Episode Start Date: 06/23/2004
CLIENT ID: 000196949                   Episode End Date: 08/09/2004
DATE OF BIRTH: ███████████             Data Entry By (Login): TURNER KIRBY V
Episode Number: 2                      Data Entry Date: 07/29/2004

*GENERAL INFORMATION*

   Assessment Date:   07/23/2004

   Assessment Time:   10:50 AM

   Draft/Final:   Final

   Assessing Clinician:   TURNER,KIRBY (002464)

   Local Case #:   656F07164

   Primary Language:   ENGLISH

*MEDICATIONS*

   Medication Comments:
      Zyprexa 40 mg po q1800 hours

*NOTE*

   Note:
      Patient has made mild improvement. Continues on category I but has made no
      spontaneous effort of self-harm.

      Patient states auditory hallucinations are decreasing with medication. He
      denies any major drug side effects.

      The patient remains psychotic but is improving. Continue with prevention
      of self-harm.

*TIMA*

   Psychiatric Hospital Services Medically Necessary Because:   Treatment Can
   Improve Patient Condition

   Algorithm:   Bipolar Disorder - Manic (BD-M)

   TIMA Stage:   1

**8832**                                          02177

                                                  AT008832

North Texas State Hospital
Wichita Falls/Vernon, TX

PHYSICIAN P. NOTE

CLIENT NAME: THOMAS,ANDRE LEE            Episode Start Date: 06/23/2004
CLIENT ID: 000196949                     Episode End Date: 08/09/2004
DATE OF BIRTH: ███████████               Data Entry By (Login): TURNER KIRBY V
Episode Number: 2                        Data Entry Date: 07/29/2004

SUBJECTIVE FINDINGS (Patient Self-Report: 0=None, 10=Extreme)

   Symptom Severity:   4

   Side Effects:   0

   Side Effect Types:   None

   Appetite:   Good

   Sleep:   Good

OBJECTIVE FINDINGS (Physician Examination)

Clinical Rating Scales

   POS SX:   2

   NEG SX:   0

Core Symptoms (Scale: 0-10, 0=None, 10=Extreme)

   Mania:   0

   Depression:   0

   Positive SX or Psychosis:   2

   Negative SX or Psychosis:   0

Other Symptoms (Scale: 0-10; 0=none, 10=Extreme)

ASSESSMENT

0=None; 10=Extreme

   Overall Side Effect:   0

   Overall Functionality:   8

   Overall Clinical Response:   3 - Partial

**8833**

02178

AT008833

Report Date: 09/13/2004                                    Page 30 of 36

North Texas State Hospital
Wichita Falls/Vernon, TX

PHYSICIAN P. NOTE

CLIENT NAME: THOMAS,ANDRE LEE            Episode Start Date: 06/23/2004
CLIENT ID: 000196949                     Episode End Date: 08/09/2004
DATE OF BIRTH: ███████████               Data Entry By (Login): TURNER KIRBY V
Episode Number: 2                        Data Entry Date: 07/29/2004

PLAN

   Lab Work Needed:    None

   Deviation From Medication Algorithm Recommended:    No

   Rationale for Changing Medication and/or Dose:    Insufficient Improvement

   Change in Diagnosis:    No

   Change in Algorithm:    No

   Change in Stage:    No

   Plan Comments:
       1. Continue current medication
       2. Continue Category I and mitts in attempts to prevent self-harm.
       3. Patient encouraged to continue work on his competency issues.
       4. He was referred for his oral competency evaluation.

**8835**

Report Date: 09/13/2004                                    Page 31 of 36

North Texas State Hospital
Wichita Falls/Vernon, TX

PHYSICIAN P. NOTE

CLIENT NAME: THOMAS,ANDRE LEE          Episode Start Date: 06/23/2004
CLIENT ID: 000196949                    Episode End Date: 08/09/2004
DATE OF BIRTH: ███████                  Data Entry By (Login): BLACK JOSEPH L
Episode Number: 2                       Data Entry Date: 08/03/2004

### GENERAL INFORMATION

   Assessment Date:   07/30/2004

   Assessment Time:   09:11 AM

   Draft/Final:   Final

   Assessing Clinician:   BLACK,JOSEPH L (000035)

   Local Case #:   656F07164

   Primary Language:   ENGLISH

### MEDICATIONS

   Medication Comments:
      Zyprexa 40 mg po q1800 hours

### NOTE

   Note:
      The patient passed his oral competency evaluation earlier this week.

      However, the patient also scored heavily on the SIRS, indicating a high
      probability of malingering.

      The patient reported today that "voices" still occur to him, but are less
      frequent than previously. He said the "voices" tell him to "shut up" or
      "don't wake up." His affect was calm and rather blunted. He was unable to
      report a way of decreasing the auditory hallucinations which he reported.

      The patient has been asking several staff members about his report having
      been sent out in an attempt to find out when he is scheduled to leave. We
      have asked that staff not tell him of his scheduled date when such is
      established.

**5834**

02130

AT008835

North Texas State Hospital
Wichita Falls/Vernon, TX

PHYSICIAN P. NOTE

CLIENT NAME: THOMAS, ANDRE LEE          Episode Start Date: 06/23/2004
CLIENT ID: 000196949                    Episode End Date: 08/09/2004
DATE OF BIRTH: ▬▬▬▬▬▬▬                   Data Entry By (Login): BLACK JOSEPH L
Episode Number: 2                       Data Entry Date: 08/03/2004


    D: 07-30-04/JB
    R: 07-30-04 @ 4:55 PM by hand
    T: 08-02-04/ce (Steno)

*TIMA*

    Psychiatric Hospital Services Medically Necessary Because:   Treatment Can
    Improve Patient Condition

    Algorithm:   Bipolar Disorder - Manic (BD-M)

    TIMA Stage:   1

SUBJECTIVE FINDINGS (Patient Self-Report: 0=None, 10=Extreme)

    Symptom Severity:   1

    Side Effects:   0

    Side Effect Types:   None

    Appetite:   Good

    Sleep:   Good

OBJECTIVE FINDINGS (Physician Examination)

Clinical Rating Scales

    POS SX:   1

    NEG SX:   0

Core Symptoms (Scale: 0-10, 0=None, 10=Extreme)

    Mania:   0

    Depression:   0

    Positive SX or Psychosis:   1


**8836**

02181

AT008836

Report Date: 09/13/2004                                    Page 33 of 36

North Texas State Hospital
Wichita Falls/Vernon, TX

PHYSICIAN P. NOTE

CLIENT NAME: THOMAS,ANDRE LEE          Episode Start Date: 06/23/2004
CLIENT ID: 000196949                   Episode End Date: 08/09/2004
DATE OF BIRTH: ███████████             Data Entry By (Login): BLACK JOSEPH L
Episode Number: 2                      Data Entry Date: 08/03/2004

      Negative SX or Psychosis:    0

Other Symptoms (Scale: 0-10; 0=none, 10=Extreme)

ASSESSMENT

0=None; 10=Extreme

      Overall Side Effect:    0

      Overall Functionality:    9

      Overall Clinical Response:    4 - Full

PLAN

      Lab Work Needed:   None

      Deviation From Medication Algorithm Recommended:   No

      Rationale for Changing Medication and/or Dose:   Insufficient Improvement

      Change in Diagnosis:   No

      Change in Algorithm:   No

      Change in Stage:   No

      Plan Comments:
         1. Continue current medications and groups.
         2. Continue Category I and mitts in attempts to prevent self-harm.
         3. Patient has been found competent to stand trial and is awaiting return
         to his committing court.

**8837**

02182

AT008837

Report Date: 09/13/2004                          Page 34 of 36

North Texas State Hospital
Wichita Falls/Vernon, TX

PHYSICIAN P. NOTE

CLIENT NAME: THOMAS,ANDRE LEE          Episode Start Date: 06/23/2004
CLIENT ID: 000196949                    Episode End Date: 08/09/2004
DATE OF BIRTH: ███████████              Data Entry By (Login): BLACK JOSEPH L
Episode Number: 2                       Data Entry Date: 08/12/2004

### GENERAL INFORMATION

   Assessment Date:   08/06/2004

   Assessment Time:   08:48 AM

   Draft/Final:   Final

   Assessing Clinician:   BLACK,JOSEPH L (000035)

   Local Case #:   656F07164

   Primary Language:   ENGLISH

### MEDICATIONS

   Medication Comments:
      Zyprexa 40 mg po q1800 hours

### NOTE

   Note:
      Patient stated that he still hears voices "if I listen real hard for
      them." He stated that the voices are inside his head. He stated that he
      most frequently recently has been hearing his brother's voice telling him
      to kill himself. The patient reported that he is sleeping better at night.


      D: 08-06-04/JB
      R: 08-11-04 @ 1:55 PM/hand
      T: 08-11-04/ce (Steno-V)

### TIMA

   Psychiatric Hospital Services Medically Necessary Because:   Treatment Can
   Improve Patient Condition

   Algorithm:   Bipolar Disorder - Manic (BD-M)


**8838**

02193

AT008838

Report Date: 09/13/2004

North Texas State Hospital
Wichita Falls/Vernon, TX

PHYSICIAN P. NOTE

CLIENT NAME: THOMAS,ANDRE LEE
CLIENT ID: 000196949
DATE OF BIRTH: ███████
Episode Number: 2

Episode Start Date: 06/23/2004
Episode End Date: 08/09/2004
Data Entry By (Login): BLACK JOSEPH L
Data Entry Date: 08/12/2004

    TIMA Stage:  1

SUBJECTIVE FINDINGS (Patient Self-Report: 0=None, 10=Extreme)

    Symptom Severity:   1

    Side Effects:   0

    Side Effect Types:  None

    Appetite:  Good

    Sleep:  Good

OBJECTIVE FINDINGS (Physician Examination)

Clinical Rating Scales

    POS SX:   1

    NEG SX:   0

Core Symptoms (Scale: 0-10, 0=None, 10=Extreme)

    Mania:   0

    Depression:   0

    Positive SX or Psychosis:   1

    Negative SX or Psychosis:   0

Other Symptoms (Scale: 0-10; 0=none, 10=Extreme)

ASSESSMENT

0=None; 10=Extreme

    Overall Side Effect:   0

    Overall Functionality:   9

    Overall Clinical Response:   4 - Full

**8839**

02134

AT008839

Report Date: 09/13/2004

North Texas State Hospital
Wichita Falls/Vernon, TX

PHYSICIAN P. NOTE

CLIENT NAME: THOMAS,ANDRE LEE
CLIENT ID: 000196949
DATE OF BIRTH: ███████
Episode Number: 2

Episode Start Date: 06/23/2004
Episode End Date: 08/09/2004
Data Entry By (Login): BLACK JOSEPH L
Data Entry Date: 08/12/2004

PLAN

Lab Work Needed:   None

Deviation From Medication Algorithm Recommended:   No

Rationale for Changing Medication and/or Dose:   Insufficient Improvement

Change in Diagnosis:   No

Change in Algorithm:   No

Change in Stage:   No

Plan Comments:
    1. Continue current medications and groups.
    2. Continue Category I and mitts in attempts to prevent self-harm.
    3. Patient has been found competent to stand trial and is awaiting return
    to his committing court.

8840

02185

AT008840

# Exhibit 163

## Discharge Summary

**Discharge/Furlough Summary**

To be completed by the physician within ten (10) calendar days of the patient's discharge, or furlough with intent to discharge.

| | |
|---|---|
| THOMAS, ANDRE | 656 |
| ▉▉▉▉ | BM |
| 06-23-04 | F07164 |
| PROGRAM:      SPRUCE | |

**FORMAT**

1. **CONDITION OF PATIENT ON ADMISSION:**
   a. Reason for admission
   b. Brief description of Admission mental status
   c. Presumptive Diagnosis
2. **SIGNIFICANT PHYSICAL FINDINGS:**
3. **COURSE & PROGRESS:**
   (For each identified problem; also include medication course, as appropriate.)
4. **CONDITION OF PATIENT AT DISCHARGE:**
   a. Reason for discharge
   b. Comparative description

5. **INSTRUCTIONS GIVEN TO PATIENT:**
   a. Physical activity level
   b. Medication/diet
   c. Follow-up care
   d. Patient destination
   e. Referral Agency
6. **FINAL DIAGNOSES:**
   All Axis I
   All Axis II
   All Axis III
7. **SIGNATURE & DATE:**

<u>DATE OF DICTATION</u>: 08-05-04

<u>DATE OF DISCHARGE</u>: 08-09-04

<u>CONDITION OF PATIENT ON ADMISSION</u>: The Psychiatric Evaluation dictated by Joseph Black, M.D. on 06-23-04 provided the following information:

<u>INFORMANTS</u>: The patient appeared to be a poor historian.

Sources of information for this report include the patient's own statements, my clinical observations, the clinical observations of other staff members and limited collateral records. The collateral records available for this evaluation include but are not limited to copies of the listed informants.

1. Preliminary Social Assessment from the Admissions Department of North Texas State Hospital-Vernon Maximum Security Unit.
2. Sherman Police Department incident report for incident #0402024.
3. True Bill of Indictment for Cause #51483.
4. Competency to Stand Trial evaluation report by James R. Harrison, Ph.D., dated 04-15-04.
5. Evaluation of Competency to Stand Trial report by Peter Oropeza, Psy.D., dated 04-26-04.
6. Transcript of Hearing about Competency for Trial Court Cause #51483, in the 15th District Court of Grayson County, Texas, on 06-16-04.
7. Amended Order of Criminal Commitment Because of Incompetency for Cause #50391.
8. North Texas State Hospital – Vernon Maximum Security Unit questionnaire (undated).
9. Amended Order of Criminal Commitment Because of Incompetency for Cause #51483, which indicates that Mr. Thomas has been found Incompetent to Stand Trial for another charge of Capital Murder.

This evaluation was conducted without the aid of FBI records, other prior medical records, or other police reports.

<u>MEDICATIONS</u>: The North Texas State Hospital - Vernon Maximum Security Unit questionnaire indicated that at the time of his transport to this facility the patient had been prescribed the following medications:

1. Geodon 160 mg po qhs
2. Depakote 500 mg po qAM
3. Ibuprofen 600 mg po q 4-6 hrs prn

■ ■ ■ ■ ■ ■ ■ ■ ■ ■

MHRS 4-8

**8523**

01860

| | |
|---|---|
| **Continuation Form** | THOMAS, ANDRE                                   656 |
| Dated: _08-05-04_ | ████████                                        BM |
|  | 06-23-04                                        F07164 |
| To be completed whenever a standard MHRS form does not provide adequate space for the required data. | PROGRAM:    SPRUCE |

In response to the question "Does inmate refuse medicine, and if so, how often?", the response on the questionnaire was "to two weeks."

<u>CHIEF COMPLAINT</u>:  This 21 year old, widowed black male from Sherman, Texas, was admitted to North Texas State Hospital - Vernon Maximum Security Unit on 06-23-04, pursuant to Article 46B.073of the Code of Criminal Procedure after having been found incompetent to stand trial for charge of Capital Murder, out of the 15th District Court of Grayson County, Texas.

The patient was committed to this facility for the specific purpose of treatment toward the goal of gaining competency to stand trial.

The patient's primary language is English, and an interpreter was not needed.

I informed the patient of the purpose of this evaluation, of the purpose of this hospitalization, of the limited degree of confidentiality at this facility, of a report being prepared for the court, his attorney and the prosecuting attorney, and of the possibility that I may be required to testify at a hearing.  The patient indicated that he understood my explanations.

The patient was interviewed in the presence of security staff.

When the patient was asked what events brought him to this facility, he responded, "They're trying to dope me up."

<u>HISTORY OF PRESENT ILLNESS</u>:   The Sherman Police Department incident report for incident #0402024 provided the following information:

"**Offense Narrative: 03-27-04, 10:24, Dawsey 132 164:**

"On 03-27-04 at approximately 0723 hours, I was in the briefing room at the Sherman Police Department when Sgt. Mullins received a call from dispatch in regards to a possible triple homicide located at 1200 West Taylor, Apt. #340.  Sgt. Mullins directed myself, Officer Miller and Officer Ferguson to the scene.  We arrived at the location at approximately 0725 hours.  I arrived with Sgt. Mullins at the location.  We went immediately to the apartment, which was #340.  Upon walking up to the front door of the apartment, I observed that the door was not completely closed and appeared to have been forced open and the door frame appeared to be cracked.  Sgt. Mullins pushed open the door and announced that we were the Sherman Police Department.  We made entry into the apartment to check for victims and/or suspect in what is known as a protective sweep.  Upon entering the apartment I observed a white female lying on her back near the breakfast area at the front of the hallway.  The white female, later identified as Laura Christen Thomas, was nude with a large open chest wound in her chest area.  I maintained my position there covering the kitchen area and hallway and Sgt. Mullins checked the back bedrooms of the apartment.

| | |
|---|---|
| D: 08-05-04/JB      T: 08-06-04/cc  Steno | Signature, Date, and Time   Joseph Black, M.D. |
| R: 008-05-04 @ 11:20 AM by hand |                                          Chief Psychiatrist, Comp. Prog. |

**Continuation Form**

Dated: 08-05-04

To be completed whenever a standard MHRS form does not provide adequate space for the required data.

THOMAS, ANDRE                    656

                                 BM

06-23-04                         F07164

PROGRAM:      SPRUCE

"Sgt. Mullins notified me that the back area of the apartment was clear and that two other victims were located in the bedrooms off of the hallway.  Upon completing the protective sweep, myself and Sgt. Mullins exited the apartment and secured the area with crime scene tape to ensure that no one disturbed the crime scene area.  After securing the area with crime scene tape, I began a crime scene log at the direction of Sgt. Mullins, on a piece of notebook paper.  After receiving an official crime scene log, the information was transferred from notebook paper to the actual crime scene log.

"I was relieved from my duties of keeping up with the crime scene log by Reserve Officer Tony Leone at approximately 0959 hours.

"The notebook on which I had originally started the crime scene log was turned over to Officer Log to be tagged with the official crime scene log.

"While I was conducting the integrity of the crime scene by keeping up with the crime scene log, Officer Ferguson began canvassing the nearby apartments and speaking with residents, obtaining their names and phone numbers.  Paul Borman, who was the reporting party and the father of victim Laura Thomas, was still at the apartment complex and spoke with Officer Miller."

Also included in the report was the following information by Officer F. Guedea, #145:

"On 03-27-04 at 0724 hours, I, Officer F. Guedea, #145, was dispatched to 1200 W. Taylor, apt. 340 in building #10.  Myself, Sgt. Mullins, Officer Ferguson, and Officer Dawsey arrived at about 0726 hours.

"We went upstairs and approached apartment #340.  Officer Ferguson was already inside, as well as Sgt. Mullins.  I did not observe where Officer Dawsey was; however, I did step into the doorway and observed a white female subject lying on the floor nude and had large amounts of blood that appeared to be coming from the chest and upper torso area.

"Sgt. Mullins and the other officers had already cleared the apartment.  Sgt. Mullins then had officers step out from the doorway, closed the door partially, and immediately started to cordon off the crime scene area.  Sgt. Mullins gave us the area that he wanted cordoned off.  Officer Dawsey had already cordoned off some of the area and I also cordoned off several areas behind the apartment building #10 as well as in the front lower level of the apartment.

"Other officers started arriving on the scene, as well as investigators.  Myself and Officer Ferguson then started interviewing in the immediate building and buildings surrounding the crime scene.  I went to building #4 and interviewed the residents which were at home.

D: 08-05-04/JB    T: 08-06-04/cc  Steno
R: 008-05-04 @ 11:20 AM by hand

Signature, Date, and Time   Joseph Black, M.D.
                            Chief Psychiatrist, Comp. Prog.

Page 3 of 13

8525

Core Form:  ☐ Yes  ☐ No

Continuation of MHRS   4-8
                       MHRS-cf

01862

AT008522

**Continuation Form**

Dated: 08-05-04

To be completed whenever a standard MHRS form does not provide adequate space for the required data.

THOMAS, ANDRE                   656

█████                              BM

06-23-04                        F07164

PROGRAM:   SPRUCE

"I first started at apartment #124 and made contact with Roberta K. Gray, WF, who stated that she had heard nothing at all, or anything unusual. I spoke with her at 0810 hours.

"I then went to apartment #224 and made contact with a couple, Melvin Cecil Bowen, BM, who stated that he had been asleep all night and heard nothing. I then spoke with his girlfriend, Danielle Minor, WF, who stated that she was up at about 0400 hours this morning; however, she heard nothing unusual in the apartment building across from her.

"I then knocked on apartment 123 at 0827 hours and made contact with Sandra Stewart, WF, who stated she had heard nothing at all, and stated she lives there with her brother, David Stewart.

"At 0829 hours I knocked on door 121 and made contact with Allen Valentine, WM. Allen stated that he sees large volumes of traffic going into the apartment #340 at all hours of the day. He stated that there is always a black male subject there, who appeared to live there but would be in and out quite often. He stated he did see a white female there who had a couple of small children, but he believes that there was drug activity taking place in that residence."

Officer Guedea also had the following narrative:

"On 03-27-04 at 10:55 hours, I, Officer F. Guedea, 145, arrived at 500 N. Highland. I arrived here to stand by with Officer Mark Miller, #114, who was watching the suspect, Andre Thomas, BM. Thomas was handcuffed to a hospital bed and was being monitored by medical staff who were coming in and out of the treatment room. The doctor in charge of treating Thomas at this time was Dr. Scott Choi.

"Nursing staff then told myself and Officer Miller that Thomas was going to have to get a CT done, at which time they did take him to the x-ray examining area as myself and Officer Miller followed. After the CT staff viewed the images, they stated that there appeared to be no deep penetration from the stab wounds that were self-inflicted by Thomas.

"Shortly after that, Thomas was transported back to the examination room in the ER. It was within a few minutes that the nursing staff started to call the doctor into the room and started working what appeared to be frantically on Thomas. Shortly after, a physician from Texoma Medical Surgery, who was a heart specialist named Dr. Wilcott, arrived at the ER. It was later learned that Thomas apparently may have caused a hole area in his heart and that the nursing staff stated he was losing blood. At one point one nurse said she had to give him blood.

"Soon after that, Thomas was prepped for surgery and he was then rushed upstairs to the operating room. Myself and Officer Miller did dress in the proper sterile attire and escorted Thomas into the operating room where we stood by as doctors worked on him.

01863

D: 08-05-04/JB    T: 08-06-04/ce Steno
R: 008-05-04 @ 11:20 AM by hand

Signature, Date, and Time   Joseph Black, M.D.
                            Chief Psychiatrist, Comp. Prog.

Page 4 of 13                 Core Form: ☐ Yes  ☐ No       Continuation of MHRS   4-8

**8526**                                                              MHRS-cf

AT008523

**Continuation Form**

Dated:  08-05-04

To be completed whenever a standard MHRS form does not provide adequate space for the required data.

THOMAS, ANDRE                                      656

[redacted]                                                        BM

06-23-04                                              F07164

PROGRAM:     SPRUCE

Dr. Wilcott then opened Thomas' chest cavity up and examined the inside around the heart, and stated that there was some bleeding. However, I do not know the area that was bleeding.

"Afterwards, I was called by Sgt. Mullins to exit the operating room and clear the hospital due to the full call that we had at this time. I did clear the hospital room. Officer Miller remained with Thomas, who was sedated at this time and Officer Miller related to me that it would take Thomas six weeks to recover; however, he would be able to go home after about four days.

"As I was exiting the emergency room I was stopped by a nursing who was also attending Thomas. The nurse's name was Loava McCarthy. She is an RN in the ER. Loava related to me at 1527 hours that when Thomas first came in she asked how did he receive the stab wounds and he responded to her that he did them himself. She asked him why he stabbed himself and he stated that he wanted to die. She again asked him 'Why do you want to die' and Thomas told her 'Because I stabbed three people.'"

The True Bill of Indictment for Cause #51483 indicated that Andre Lee Thomas was indicted for having done the following:

"Count One: Intentionally or knowingly cause the death of an individual, namely Laura Christen Thomas, by stabbing or cutting her with a knife and did then and there intentionally or knowingly cause the death of another individual, namely [redacted] Boren, by stabbing or cutting him with a knife and both murders were committed during the same criminal transaction.

"County Two: Intentionally or knowingly cause the death of an individual, namely [redacted], but cutting or stabbing him with a knife and that the said [redacted] was then and there an individual younger than six years of age."

The competency to stand trial evaluation report by James R. Harrison, Ph.D., dated 04-15-04, indicated that Dr. Harrison had interviewed and observed the defendant on 04-05-04, 04-07-04, 04-12-04, and 04-14-04. Dr. Harrison indicated that he also had interview's with the defendant's attorney, R.J. Haygood; the assigned prosecutor, Kerry Ashmore; the Grayson County Chief Nurse, Natalie Sims; and the defendant's father, Danny Thomas. Dr. Harris also indicated that he reviewed the records of the Medical Staff at Grayson County Jail, including the interview notes of the jail psychologist, Dr. Ruben McGirk. Dr. Harris reviewed the day-by-day notes of Mr. Thomas' incarceration, including the patient reporting that he had cameras behind his eyelids and that others knew his thoughts. Dr. Harris indicated that on the fifth day of incarceration, Mr. Thomas plucked his right eye from the socket after reading the Bible verse Matthew 5:29. Dr. Harris indicated that previous recommendations for pharmacological treatment had been refused by both the defendant and his attorney. Dr. Harris indicated that after the defendant had enucleated his right eye, he was given antipsychotic medications in the form of Geodon, with doses up to 160 mg per day. Dr. Harris reported, "Mr. Thomas appeared to have responded quickly to the medicine in terms of his level of agitation but he continues to show delusional thinking and disorganization in his thought processes."

D: 08-05-04/JB    T: 08-06-04/ce Steno
R: 008-05-04 @ 11:20 AM by hand

Signature, Date, and Time   Joseph Black, M.D.
Chief Psychiatrist, Comp. Prog.

Page 5 of 13

Core Form:  ☐ Yes   ☐ No

Continuation of MHRS  4-8
MHRS-cf

8527

01864

AT008524

| **Continuation Form** | | THOMAS, ANDRE | 656 |
|---|---|---|---|
| Dated:  08-05-04 | | ▮▮▮▮▮ | BM |
| | | 06-23-04 | F07164 |
| To be completed whenever a standard MHRS form does not provide adequate space for the required data. | | PROGRAM:   SPRUCE | |

Dr. Harris reported that the defendant's thinking was impaired by psychotic process, with evidences of both grandiose and paranoid delusions, strong ideas of reference, and loose associations, tangentiality and derailment. Dr. Harris recommended that Mr. Thomas be found incompetent to stand trial. Dr. Harris diagnosed Mr. Thomas' condition as Schizophreniform Disorder; Rule Out Substance Induced Psychotic Disorder.

The evaluation for competency to stand trial by Peter Oropeza, Psy.D., indicated that Dr. Oropeza evaluated the defendant on 04-26-04, 04-28-04, and 05-07-04. Dr. Oropeza indicated that on the last day the inconsistent nature of his appearance and behavior, that the issue of finding or exaggerating symptoms of a mental illness was of "notable concern." Dr. Oropeza reported that the defendant appeared to have a rational understanding of the charges and the potential consequences, but that he had difficulty expressing his thoughts. Dr. Oropeza recommended that he be considered to be incompetent to stand trial, but thought that he could be evaluated for possible feigning or exaggerating symptoms at an inpatient facility.

The Transcript of the Hearing About Competency for Cause #51484 in the 15th District Court of Grayson County, Texas, on 06-16-04, indicated that the reports of Dr. Harrison and Dr. Oropeza were submitted into evidence.

The Amended Order of Criminal Commitment because of Incompetency for Cause #50391 in the 15th District Court of Grayson County, Texas, indicated that Mr. Thomas was found incompetent to stand trial and was committed to North Texas State Hospital - Vernon Maximum Security Unit for a period not to exceed 120 days for the purpose of restoration of competency to stand trial.

The Amended Order of Criminal Commitment Because of Incompetency for Cause #51483, indicates that Mr. Thomas has been found Incompetent to Stand Trial for another charge of Capital Murder.

When the patient was asked what events brought him to this facility, he responded, "They're trying to dope me up." The patient appeared to be lethargic or sedated. He stated that he had difficulty keeping his left eye open. He stated that he wanted to go to sleep. He frequently lowered his head and spoke in a low voice that was difficult to understand. He continued to lower his head and talk in inaudible volumes even after repeated requests for him to raise his head and to talk louder.

He stated that he had no desire to harm himself or to remove his left eye. He denied having a desire to harm others. He reported that he had "bad dreams of scorpions and tarantulas trying to eat me but I will not let them." He denied auditory and visual hallucinations at this time. He answered most questions with "I don't know". He then stated, "I've already told them" and then refused to provide further information.

PAST PSYCHIATRIC HISTORY:

FAMILY PSYCHIATRIC HISTORY: Unknown.

NONPSYCHIATRIC MEDICAL HISTORY:  When asked if the patient had medical problems, he responded, "I don't know"; however, I think that we can check and see that the patient had a self-inflicted

01865

| D: 08-05-04/JB    T: 08-06-04/ce Steno | Signature, Date, and Time | Joseph Black, M.D. |
|---|---|---|
| R: 008-05-04 @ 11:20 AM by hand | | Chief Psychiatrist, Comp. Prog. |

| | Core Form:  ☐ Yes   ☐ No | Continuation of MHRS   4-8 |
|---|---|---|
| | | MHRS-cf |

8528

AT008525

| **Continuation Form** | | THOMAS, ANDRE | 656 |
|---|---|---|---|
| **Dated:** 08-05-04 | | ▬▬▬▬ | BM |
| | | 06-23-04 | F07164 |
| To be completed whenever a standard MHRS form does not provide adequate space for the required data. | | PROGRAM:    SPRUCE | |

stab wound of the chest 03-27-04, which required a thoracotomy and surgical repair. He had also had another stab wound of the chest a day or two earlier, which apparently did not penetrate the chest cavity.

He also enucleated his right eye on 04-02-04 and surgical repair of the injury was accomplished.

<u>SUBSTANCE ABUSE HISTORY:</u>  The patient refused to provide information.  . The information provided by Dr. Harris and Dr. Oropeza indicated that the patient had substantially abused alcohol and marijuana and over-the-counter medications such as Coricidin.  Statements in the police report indicate that prior to the events for which the patient was arrested, he had taken large quantities of over-the-counter cold medicine, possibly Coricidin, and used alcohol in significant quantities.

<u>SOCIAL/LEGAL STATUS:</u>  The records of Dr. Harris and Dr. Oropeza indicated that the patient's father reported that he had been raised in a loving home and that he had done well early in life.  The report indicated that he attended school through the ninth grade and then dropped out but later got a GED.  The information reported that he worked for three years for the City of Sherman maintenance department but was fired about one year ago and has had only spotty employment since that time.

The patient's father reported that Andre Thomas had lived with Laura Thomas from age 16 years until he married her at age 18 years.  They apparently had one child, ▬▬▬ who was about five years old, who was murdered at the same time as his mother.

Statements from involved individuals in the police report indicated that the patient was living with another woman at the time of the events for which he was arrested.

The patient admitted that he had had multiple arrests as a juvenile, but he refused to provide further information.

The patient is presently committed to North Texas State Hospital - Vernon Maximum Security Unit pursuant to Article 46B.073 of the Code of Criminal Procedure after having been found incompetent to stand trial for the charge of Capital Murder, out of the 15th District Court of Grayson County, Texas.

<u>HISTORY OF SUICIDAL IDEATION/ATTEMPT:</u>  Dr. Harris's report indicated that either the patient or his father reported that he had had many suicide attempts as a child or adolescent and had cut his wrist at age 10 and age 15.

<u>MENTAL STATUS:</u>  The patient appeared to be a short, slender, 21 year old, black male, dressed in an orange jail jumpsuit.  His right eyelid remained closed and his left eyelid was frequently closed during the interview.  The patient frequently lowered his head and talked in essentially inaudible tones, even after multiple requests to raise his head and to talk louder.  The rate of his speech was within normal limits.  His hair was cut short and he had a few days growth of beard and mustache.  He also had a midline thoracotomy scar as well as two stab wounds to the left of midline, all of which appeared to be well healed.  His gait appeared to be normal as he entered and exited the interview.  The patient was essentially uncooperative with the interview and after providing information, he finally stated, "I've already told them" and refused to provide additional information.  He was oriented to name and place, but refused to cooperate with evaluations of orientation to date and legal situation.  His thought processes appeared to be

01866

| D: 08-05-04/JB     T: 08-06-04/ce Steno | Signature, Date, and Time   Joseph Black, M.D. |
|---|---|
| R: 008-05-04 @ 11:20 AM by hand | Chief Psychiatrist, Comp. Prog. |

Core Form:  ☐ Yes   ☐ No          Continuation of MHRS  4-8
                                                                                                                   MHRS-cf

AT008526

| **Continuation Form** | THOMAS, ANDRE | 656 |
|---|---|---|
| Dated: 08-05-04 | ████ | BM |
| | 06-23-04 | F07164 |
| To be completed whenever a standard MHRS form does not provide adequate space for the required data. | PROGRAM:    SPRUCE | |

organized and goal directed.  Although his recent history included indications of delusional thought processes, he gave no evidences of such at the time of this interview, but then he refused to disclose much information.  He was uncooperative with evaluation of such things as hallucinatory behavior, his level of intellectual functioning, his memory, his abstract thinking, and his judgment and insight.  However, his vocabulary suggested that his level of intellectual functioning was probably in the average or low average range. · He denied suicidal or homicidal ideation.  He denied wanting to enucleate his left eye.  His judgment appeared to be poor.  His insight appeared to be limited.

PRESUMPTIVE DIAGNOSES
Axis I:   Substance-Induced Psychosis With Delusions 292.11
          Substance-Induced Psychosis With Hallucinations 292.12
          Polysubstance Dependence 304.80
Axis II:  No Diagnosis V71.09
Axis III: Status-Post Enucleation of Right Eye
          Status-Post Surgical Repair of Injury Associated With Enucleation of Right Eye
          Status-Post Stab Wounds of Chest
          Status-Post Thoracotomy for Self-Inflicted Stab Wounds of Chest
          High Risk Medications V58.69
Axis IV:  Psychosocial and Environmental Stressors:
          Problems with Primary Support Group
          Problems Related to the Social Environment
          Educational Problems
          Occupational Problems
          Problems Related to Interaction with the Legal System/Crime
Axis V:   Global Assessment of Functioning
          1.   **Psychiatric/Psychological Impairment Subscale – 30** – As evidenced by recent history of delusional thought processes, irritable and labile affect, impaired judgment and insight.
          2.   **Social Skills Subscale – 30** – As evidenced by grossly inappropriate behaviors with virtually little understanding of feelings and needs of others or how to share with others.
          3.   **Violence Subscale – 10** – As evidenced by history of charges for multiple homicides.
          4.   **Activities of Daily Living – Occupational Skills Subscale – 30** – No job and apparent inability to independently maintain a home.
          5.   **Substance Abuse Subscale – 20** – Functioning is extremely impaired by frequent use of drugs such as alcohol, marijuana, and others when not in a controlled environment.
          6.   **Medical Impairment – 70** – Mild medical problems which may cause some difficulty in social or occupational functioning, including his need to take prescription medications on a daily basis and his need for periodic medical follow-up.
          7.   **Ancillary Problems – 10** – As evidenced by charges for Violence.

          Global Assessment of Functioning-Equivalent = (Subscales #1 + #2 + #3 + #4) ÷ 4 = 25
          Highest GAF in past year = Unknown

SIGNIFICANT PHYSICAL FINDINGS:  The patient's medical history was positive for his past use of alcohol, marijuana, over-the-counter medications and others.  The patient had a history of self-inflicted stab wounds to the chest with

| | |
|---|---|
| D: 08-05-04/JB    T: 08-06-04/ce Steno<br>R: 008-05-04 @ 11:20 AM by hand | Signature, Date, and Time  Joseph Black, M.D.<br>Chief Psychiatrist, Comp. Prog. |

Continuation Form

Dated: 08-05-04

To be completed whenever a standard MHRS form does not provide adequate space for the required data.

THOMAS, ANDRE                    656

                                 BM

06-23-04                         F07164

PROGRAM:    SPRUCE

thoracotomy for repair on or about the day of his arrest.  On or about 04-02-04 the patient experienced self-inflicted enucleation of his right eye.

On physical exam the patient's height was 67", weight 141 lbs., temperature 97.8, pulse 80, respirations 18, and blood pressure 118/70.  The patient was found to be status-post self-inflicted stab wound to the chest with surgical repair, self-inflicted enucleation of the right eye and acne of the back.  The patient also had a past history of hypertension.

During this hospitalization, the following laboratory studies were accomplished:  On 06-24-04 the patient's CBC was essentially within normal limits.  His TSH was 1.50, within normal limits.  His comprehensive metabolic survey was essentially within normal limits except for an AST of 48 and ALT of 66.  Serum lipid panel was within normal limits.  His ESR was 1.  RPR was nonreactive.  Serum Valproate was 21.0.  His urinalysis was normal.  His serum Amylase was 119.  On 06-28-04 the serum Valproate was 68.3.  The acute Hepatitis profile was negative.

On 07-05-04 his hepatic function panel showed AST of 95 and ALT of 111.  His serum Valproate was 12.0 and the Depakote had been discontinued.  On 07-05-04 the HIV (CPL) was nonreactive.

On 07-19-04 the serum Amylase was 126.  Hepatic function panel showed AST of 100, ALT of 217.  His CBC was essentially within normal limits.

On 07-26-04 the ALT was 108.  Serum cholesterol was 177, triglycerides 30.

On 08-02-04 the hepatic function panel showed an AST of 36 (within normal limits), ALT of 64 with normal limits of 10 to 60 units per liter.

His electrocardiogram of 06-23-04 showed early repolarization with ST changes, nonspecific STT changes in some leads, but normal electrocardiogram otherwise, with a heart rate of 70 beats per minute.

During this hospitalization the patient presented to sick call on the following dates, with the following problems:

On 07-05-04 for treatment of acne.  He was treated with Benzoyl Peroxide Gel 5% qhs for one month.  He was also given an eye patch to cover his right eye socket.

COURSE AND PROGRESS:   At the time of his admission to this facility Mr. Thomas reported delusional thought processes, irritable and labile affect, and impaired judgment and insight.  Since the patient refused to give consent for treatment with psychoactive medications, a First Level Clinical Review was requested for treatment of the patient with antipsychotics, mood stabilizers, and anxiolytics as appropriate.

Since the patient had a recent history of self-harm he was placed on Category I precautions to attempt to prevent self-harm, and mittens on his hands to attempt to prevent self-mutilation.

Since the patient had been taking Depakote prior to admission, he was placed on a Depakote protocol.  After a First Level Clinical Review was obtained he was placed on Depakote 500 mg po bid pc for target symptoms of mood swings, poor impulse control and agitation.  He was also begun on Zyprexa 20 mg po q1800 hours for target symptoms of delusions, bizarre ideation, labile affect, and agitation.

01868

D: 08-05-04/JB    T: 08-06-04/ce Steno
R: 008-05-04 @ 11:20 AM by hand

Signature, Date, and Time   Joseph Black, M.D.
                            Chief Psychiatrist, Comp. Prog.

Page 9 of 13            8531        Core Form:  ☐ Yes    ☐ No        Continuation of MHRS  4-8
                                                                              MHRS-cf

AT008528

| **Continuation Form** | THOMAS, ANDRE | 656 |
| | | BM |
| Dated: 08-05-04 | 06-23-04 | F07164 |
| To be completed whenever a standard MHRS form does not provide adequate space for the required data. | PROGRAM:    SPRUCE | |

The Category I precautions and the mittens were continued throughout this hospitalization in an attempt to prevent self-harm and self-mutilation.

On 06-30-04 the Zyprexa was increased to 30 mg po q1800 hrs, after the patient continued to verbalize bizarre ideation and delusional thought processes.

On 07-07-04 a consultation was submitted to Eli Anderson, M.D., regarding proposed treatment with Zyprexa 40 mg qd after the patient reported persistent auditory hallucinations. Upon receipt of the consultation, the Zyprexa was increased to 40 mg po q1800 hrs for target symptoms of hallucinations and bizarre ideation.

With the increased medication, the patient showed improvement in his cognitive abilities and an apparent remission of his delusions and a pronounced decrease in the auditory hallucinations reported by the patient.

Mr. Thomas was able to take and pass his oral competency evaluation on 07-22-04. (Please see the competency evaluation report by B. Thomas Gray, Ph.D., Clinical Psychologist III, dated 07-22-04).

Upon my receipt of Dr. Gray's report, I notified the committing court that Mr. Thomas had apparently gained competency to stand trial.

The committing court subsequently made arrangements for Mr. Thomas to be discharged from this facility on 08-09-04, to return to the committing court for further consideration of his case.

CONDITION OF PATIENT AT DISCHARGE:

Commitment Status:   RESTORATION NOT TO EXCEED 120 DAYS

DISCHARGE DIAGNOSIS
Axis I:      Substance-Induced Psychosis With Delusions 292.11
             Substance-Induced Psychosis With Hallucinations 292.12
             Polysubstance Dependence 304.80
             Malingering V65.2
Axis II:    No Diagnosis V71.09
Axis III:   Status-Post Enucleation of Right Eye
             Status-Post Surgical Repair of Injury Associated With Enucleation of Right Eye
             Status-Post Stab Wounds of Chest
             Status-Post Thoracotomy for self-inflicted Stab Wounds of Chest
             High Risk Medications V58.69
Axis IV:   Psychosocial and Environmental Stressors:
             Problems with Primary Support Group
             Problems Related to the Social Environment
             Educational Problems
             Occupational Problems
             Problems Related to Interaction with the Legal System/Crime

01869

| D: 08-05-04/JB   T: 08-06-04/ce Steno | Signature, Date, and Time   Joseph Black, M.D. |
| R: 008-05-04 @ 11:20 AM by hand | Chief Psychiatrist, Comp. Prog. |
| Page 10 of 13 | Core Form [ ] Yes  [ ] No | Continuation of MHRS  4-8 |
| 8532 | | MHRS-cf |

AT008529

| Continuation Form | THOMAS, ANDRE | 656 |
|---|---|---|
| Dated:   08-05-04 | | BM |
| | 06-23-04 | F07164 |
| To be completed whenever a standard MHRS form does not provide adequate space for the required data. | PROGRAM:   SPRUCE | |

Axis V:   Global Assessment of Functioning

1. Psychiatric/Psychological Impairment Subscale 60 Moderate symptoms as evidenced by improved cognitive functioning. Evaluation of psychotic symptoms is obscured by malingering symptoms of mental illness, which may be motivated by a desire to avoid prosecution.
2. Social Skills Subscale 70 Some difficulty with social skills as evidenced by insensitivity to the feelings and needs of others.
3. Violence Subscale 50 Serious problems with potential for self-harm.
4. Activities of Daily Living Occupational Skills Subscale 60 Moderate problems as evidenced by little history of educational or occupational attainment.
5. Substance Abuse Subscale 20 Functioning is extremely impaired by frequent use of drugs such as alcohol, marijuana, and others when not in a controlled environment.
6. Medical Impairment 70 Mild medical problems which may cause some difficulty in social or occupational functioning, including his need to take prescription medications on a daily basis and his need for periodic medical follow-up.
7. Ancillary Problems 10 As evidenced by having been found incompetent to stand trial.

    Admission GAF: 25
    Discharge GAF: 60

DISCHARGE MEDICATIONS:
Discharging with 14 day supply of:
1. Zyprexa 40 mg po q 1800 hr
2. Cleanses right eye orbit with cotton ball soaked in NS qid, then 4 drops of artificial tears to right eye orbit area qid

Also sending 1 eye patch at discharge.

Condition at Discharge:   Improved

This adult male is discharging to the care and custody of the Grayson County Sheriff's Department to return to the 15th Judicial District Court of Grayson County, Texas at 200 S. Crockett Street, Sherman, Texas 75090, 903-813-4303, for disposition of the charges pending of Capital Murder.

Andre is returning to the committing court with our recommendation he is competent to stand trial. He has demonstrated all areas of trial competency. He has been on a Category I, one to one, observation for prevention of self harm throughout his stay with mittens ordered to be worn on both hands. Patient only allowed to remove mittens to bathe with staff observing and only one removed to eat meals or bathroom needs. The patient had reportedly plucked out his right eye during incarceration at the Grayson County Jail. He has been cooperative with staff. Due to the special precaution, the patient has not been enrolled in groups off the unit. He has attended on unit groups with little input. He was able to pass a written competency test without difficulty. He has not displayed bizarre or unusual behaviors. Andre has made hyper-religious statements throughout his stay. The patient is currently stable on the prescribed psychotropic medications and has been compliant. The patient has support from his father, Danny Thomas. The extent, however unclear. Andre has had several visitors consisting of friends from Sherman, his mother, and brother, James.

01870

| D: 08-05-04/JB   T: 08-06-04/ce Steno | Signature, Date, and Time   Joseph Black, M.D. |
|---|---|
| R: 008-05-04 @ 11:20 AM by hand | Chief Psychiatrist, Comp. Prog. |

Page 11 of 13      8533      Core Form: ☐ Yes  ☐ No      Continuation of MHRS   4-8
                                                                          MHRS-cf

AT008530

**Continuation Form**

**Dated:**  08-05-04

To be completed whenever a standard MHRS form does not provide adequate space for the required data.

THOMAS, ANDRE                    656

                                 BM

06-23-04                         F07164

PROGRAM:    SPRUCE

Allergies: Claritan

Diet: Regular

Weight:159

Activity Level:  Ad Lib

FOLLOW UP

Coordination with MHA:  Yes

Medical Follow Up Needs:
1. Aims testing q 3 months due: 9-23-04.
2. Routine lab work since patient is maintained on psychoactive meds to include SMA-20 and CBC.
3. Olanzapine Protocol:
   A. Cholesterol, Triglycerides, SGPT at 3 months due: 10-25-04, at 6 months due: 1-25-04, then every 6 months due: 7-26-05.
   B. FBS q 3 months due 10-25-04, 1-25-05.
   C. Notify physician if symptoms of hyperphagia, polydipsia or polyuria develop.
   D. Weigh monthly and notify physician if weight 10% or more over baseline.
   E. Discontinue protocol on any of above medications when medication has been discontinued.
4. LFTS due: 8-16-04.
5. May use eye patch, will send one at discharge.
6. County was notified that patient will need mitts when discharged due to self harm.

Other Follow Up Needs:
Aftercare services will be provided by the Grayson County Mental Health Center at 101 E. Jones, Sherman, Texas 75090, 903-893-0175, with Cynthia Fulbright at 903-893-0175 being the aftercare coordinator. She has been notified of the patient's pending discharge and informed a copy of discharge information will be faxed to her upon completion.

INTERVENTIONS/OBJECTIVES:
1. Contact with jail liasion to ensure competency status.
2. Contact with jail liasion and MHA to ensure medication compliance.
3. Referral to case manager for substance abuse counseling.
4. Referral to case manager to address suicidal/homicidal ideation.
5. Referral to case manager to assist in applying for SSI/SSDI.
6. Referral to case manager for assistance in living needs.
7. Referral to case manager for assistance in seeking employment.
8. Referral to case manager to teach more effective coping skills.
9. Referral to case manager to ascertain the amount of familial support.
10. Contact with court appointed attorney of record: R.J.Hagood, 2301 S. Austin Hwy, 75 South, Denison, Texas 75020, 903-465-0501
11. Contact with father, Danny Thomas of 2424 Texoma Parkway, Crossroads Apt. #15, Sherman, Texas 75090, 903-813-4040.

01871

D: 08-05-04/JB    T: 08-06-04/cc  Steno
R: 008-05-04 @ 11:20 AM by hand

Signature, Date, and Time  Joseph Black, M.D.
                           Chief Psychiatrist, Comp. Prog.

Page 12 of 13

8534

Core Form:  ☐ Yes   ☐ No

Continuation of MHRS   4-8
                       MHRS-cf

AT008531

**Continuation Form**

**Dated:**   08-05-04

To be completed whenever a standard MHRS form does not provide
adequate space for the required data.

THOMAS, ANDRE                                    656

                                                 BM

06-23-04                                         F07164
PROGRAM:    SPRUCE

---

Destination at Discharge:  Jail/Other Correctional Facility

Disposition of Private Medications:  Return All

Medications Returned:  Any medication received with patient at admissions will be returned with the patient at discharge.

TIMA Algorithm:  BD-M/MX

Stage at Discharge:  1

*Joseph Black, M.D.*

01872

Signature, Date, and Time   Joseph Black, M.D.
                            Chief Psychiatrist, Comp. Prog.

D: 08-05-04/JB    T: 08-06-04/cc  Steno
R: 008-05-04 @ 11:20 AM by hand

Page 13 of 13          **8535**        Core Form: ☐ Yes   ☐ No        Continuation of MHRS   4-8
                                                                                    MHRS-cf

AT008532

# Exhibit 164

## Prescription for Andre Thomas for Zyprexa for 20 mg



AT015805